B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rdio, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-3253183** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1550 Bryant Street, Suite 200**<br>**San Francisco, CA**<br>ZIP Code **94103** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Francisco** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rdio, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rdio, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X_____
Signature of Attorney for Debtor(s)

**Ron Bender 143364**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

_____
Address

**(310) 229-1234**
Telephone Number
November 16, 2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

**Elliott Peters**
Printed Name of Authorized Individual

**Senior Vice President**
Title of Authorized Individual
November 16, 2015
_____
Date

DocuSign Envelope ID: EA0488F8-4A36-48C2-909D-B0657AD5B7D5

## CERTIFICATE

November 16, 2015

Attached hereto as Exhibit A is a true, complete and correct copy of certain resolutions of the Board of Directors of Rdio, Inc., a Delaware corporation (the "*Resolutions*"), that were duly adopted and approved at a called meeting of the Board held on November 13, 2015, a quorum being present, and are set forth in the minutes of said meeting. The undersigned further certifies that the Resolutions have not been rescinded or modified.

IN WITNESS WHEREOF, I have executed this Certificate as of the date first above written.

DocuSigned by:

*anthony Bay*

Anthony Bay

Director

## EXHIBIT A

### RESOLUTIONS
### OF THE
### BOARD OF DIRECTORS
### OF
### RDIO, INC.
### (a Delaware corporation)

**Filing of Chapter 11 Bankruptcy Case**

      **NOW THEREFORE, BE IT RESOLVED**, that the Board of Directors (the "*Board*") of Rdio, Inc., a Delaware corporation (the "*Corporation*"), after having considered the outstanding liabilities and assets of the Corporation, the Corporation's inability to meet its debts as they become due, and the Corporation's fiduciary duties to stakeholders and its creditors and alternatives currently available to the Corporation, have determined that it is advisable and in the best interests of the Corporation, its creditors and its stockholders to file a bankruptcy petition under chapter 11 of 11 U.S.C. §§ 101-1532 (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Northern District of California (the "*Bankruptcy Court*");

      **RESOLVED FURTHER**, that either Anthony Bay or Elliott Peters (the "*Responsible Parties*"), and anyone designated by either or both of the Responsible Parties, are hereby authorized to execute and cause to be filed a bankruptcy petition (and all related documents and papers) under the Bankruptcy Code to enable the Corporation to commence a bankruptcy case under the Bankruptcy Code (the "*Bankruptcy Case*");

      **RESOLVED FURTHER**, that the Responsible Parties are hereby authorized and directed, in the name of the Corporation, to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel to the Corporation for purposes of filing the Chapter 11 bankruptcy petition and representing the Corporation in the Bankruptcy Case;

      **RESOLVED FURTHER**, that the Responsible Parties are hereby authorized to employ, in the name of the Corporation, any other professionals to represent or assist the Corporation in connection with the Bankruptcy Case that the Responsible Parties deem to be in the best interests of the Corporation;

      **RESOLVED FURTHER**, that the Responsible Parties are hereby authorized and directed on behalf of and in the name of the Corporation to execute and file and to cause counsel to the Corporation to prepare with the assistance of the Corporation as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which the

Responsible Parties deem necessary and proper in connection with the Bankruptcy Case; and

**RESOLVED FURTHER**, that the authority granted to the Responsible Parties pursuant to the foregoing resolutions to cause the Corporation to take further actions in connection with the Bankruptcy Case shall include, but not be limited to, seeking Bankruptcy Court approval for the Corporation to use cash collateral and/or to obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing products or materials; selling products; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing, defending and settling litigation involving the Corporation; marketing the Corporation's assets for sale and consummating the sale of all or substantially all of the Corporation's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization.

## Approval of Bankruptcy Budget

**WHEREAS**, it has been proposed that the Corporation adopt that certain budget in the form made available to the Board prior to the adoption of these resolutions and as the same may be modified by any of the Responsible Parties and the other officers of the Corporation in the exercise of his or her reasonable discretion (the "***Budget***"); and

**WHEREAS**, after due consideration, the Board deems it advisable and in the best interests of the Corporation, its creditors and its stockholders to approve and adopt the Budget.

**NOW, THEREFORE, BE IT RESOLVED**, that the Budget, in the form presented to the Board, be, and it hereby is, adopted, approved and ratified in all respects; and

**RESOLVED FURTHER**, that the Responsible Parties and the other officers of the Corporation be, and each of them hereby is, authorized and directed, for and on behalf of the Corporation, to do or cause to be done all such acts and things, and to take all actions deemed necessary or appropriate, to cause the Corporation to perform under the terms of the Budget hereby approved.

## General

**RESOLVED**, that the Responsible Parties and the other officers of the Corporation be, and each of them hereby is, authorized, empowered, directed and

instructed to (i) take or cause to be taken any and all further actions and to prepare, execute and deliver or cause to be prepared, executed and delivered, and where necessary or appropriate, file or cause to be filed with the appropriate governmental authorities, all such other instruments, documents, certificates, contracts, bonds, agreements, notices, receipts or other papers (with such changes, deletions, additions and modifications thereto, or amendments or supplements thereof, as the Responsible Party or other officer of the Corporation executing the same shall approve, such approval to be conclusively evidenced by the execution thereof), (ii) incur and pay or cause to be paid all fees and expenses, and (iii) engage such persons as any Responsible Party or other officer of the Corporation shall in his or her judgment determine necessary or appropriate to carry out fully the intent and purposes of these resolutions and each of the transactions contemplated hereby;

**RESOLVED FURTHER**, that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of any Responsible Party, other officer of the Corporation or anyone designated by any Responsible Party to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the Responsible Parties or the other officers of the Corporation in connection with the transactions contemplated by the foregoing resolutions be, and each of them hereby is, adopted and approved as acts by and on behalf of the Corporation.

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Northern District of California

In re    **Rdio, Inc.**                              Case No. _____

                                                   Debtor(s)              Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Roku, Inc** <br> **Dept 3118** <br> **PO Box 123118** <br> **Dallas, TX 75312-3118** | **Nadine Jordan** <br> **Roku, Inc** <br> **Dept 3118** <br> **PO Box 123118** <br> **Dallas, TX 75312-3118** <br> **(408) 915-0981** | | | **2,759,423.00** |
| **Sony Music Entertainment** <br> **550 Madison Avenue** <br> **New York, NY 10022** | **Brian Walters** <br> **Sony Music Entertainment** <br> **550 Madison Avenue** <br> **New York, NY 10022** <br> **(212) 833-5852** | | | **2,399,906.05** |
| **AXS Digital, LLC** <br> **800 W Olympic Blvd Ste 305** <br> **Los Angeles, CA 90015** | **Erin Ross** <br> **AXS Digital, LLC** <br> **800 W Olympic Blvd Ste 305** <br> **Los Angeles, CA 90015** <br> **(213) 763-7713** | | | **1,250,410.00** |
| **Shazam Media Services** <br> **52 Vanderbilt Ave, 19th Floor** <br> **New York, NY 10017** | **Edward Quintanilla** <br> **Shazam Media Services** <br> **52 Vanderbilt Ave, 19th Floor** <br> **New York, NY 10017** <br> **(609) 642-4757** | | | **1,171,118.76** |
| **Warner Music Group** <br> **3400 W. Olive Ave** <br> **Mail Stop P414** <br> **Burbank, CA 91505** | **Jose Ayala** <br> **Warner Music Group** <br> **3400 W. Olive Ave** <br> **Mail Stop P414** <br> **Burbank, CA 91505** <br> **(818) 238-6482** | | | **613,374.05** |
| **Dell Financial Services** <br> **Payment Processing Center** <br> **PO Box 6549** <br> **Carol Stream, IL 60197-6549** | **Jason M. Marble** <br> **Dell Financial Services** <br> **Payment Processing Center** <br> **PO Box 6549** <br> **Carol Stream, IL 60197-6549** <br> **(512) 513-1068** | | | **554,305.44** |

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Rdio, Inc.**                          Case No.

                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Facebook.com Ads**<br>**Facebook Inc.**<br>**15161 Collections Center Drive**<br>**Chicago, IL 60693** | **Franchesca Bagasbas**<br>**Facebook.com Ads**<br>**Facebook Inc.**<br>**15161 Collections Center Drive**<br>**Chicago, IL 60693**<br>**(650) 543-4800** | | | **495,548.90** |
| **Orchard Enterprises, Inc.**<br>**PO Box 10251**<br>**Uniondale, NY 11555-0251** | **Michael Beauchamp**<br>**Orchard Enterprises, Inc.**<br>**PO Box 10251**<br>**Uniondale, NY 11555-0251**<br>**(212) 300-2867** | | | **383,959.52** |
| **Music Reports, Inc.**<br>**21122 Erwin Street**<br>**Woodland Hills, CA 91367** | **Bob Braunstein**<br>**Music Reports, Inc.**<br>**21122 Erwin Street**<br>**Woodland Hills, CA 91367**<br>**(818) 558-1400** | | | **335,670.87** |
| **Tseries**<br>**E 2/16 White House, Ansari Road,**<br>**Darya Ganj** | **Shiv Chanana**<br>**Tseries**<br>**E 2/16 White House, Ansari Road,**<br>**Darya Ganj**<br>**+91 120 2515104** | | | **311,000.00** |
| **Universal Music Group Distribution**<br>**3905 W. Vincennes Road,**<br>**Suite 400**<br>**Indianapolis, IN 46268** | **Debbie DeMille**<br>**Universal Music Group Distribution**<br>**3905 W. Vincennes Road, Suite 400**<br>**Indianapolis, IN 46268**<br>**(317) 599-4334** | | | **294,219.33** |
| **nventive inc.**<br>**215 StJacques**<br>**Suite 500**<br>**Montreal H2Y 1M6** | **Julie Rose**<br>**nventive inc.**<br>**215 StJacques**<br>**Suite 500**<br>**Montreal H2Y 1M6**<br>**(514) 312-4969** | | | **272,230.00** |
| **Kahuna, Inc.**<br>**555 Bryant Street,**<br>**Suite 322**<br>**Palo Alto, CA 94301-1704** | **Kahuna, Inc.**<br>**555 Bryant Street,**<br>**Suite 322**<br>**Palo Alto, CA 94301-1704**<br>**(650) 285-0210** | | | **240,000.00** |
| **Tunecore**<br>**45 Main St, Suite 705**<br>**Brooklyn, NY 11201** | **Jaqua Curiel**<br>**Tunecore**<br>**45 Main St, Suite 705**<br>**Brooklyn, NY 11201**<br>**(347) 694-4910** | | | **236,028.67** |
| **Mosaic NetworX LLC**<br>**Dept LA 24111**<br>**Pasadena, CA 91185** | **Mosaic NetworX LLC**<br>**Dept LA 24111**<br>**Pasadena, CA 91185**<br>**(415) 233-4504** | | | **219,890.40** |

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

B4 (Official Form 4) (12/07) - Cont.

In re  **Rdio, Inc.**                                            Case No.

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Digital Realty Trust LP Digital 720 2nd LLC P.O. Box 742203 Los Angeles, CA 90074** | **David Murillo Digital Realty Trust LP Digital 720 2nd LLC P.O. Box 742203 Los Angeles, CA 90074 (415) 848-9309** | | | 190,889.63 |
| **Merlin BV Music and Entert Rights Licensing Ind Ne Damrak 277 Kamer 38 Amsterdam  01012** | **Becky Bishop Merlin BV Music and Entert Rights Licensing Ind Ne Damrak 277 Kamer 38 Amsterdam  01012 + 44 (0) 207 439 8492** | | | 134,960.04 |
| **Intervision Systems Technologies, Inc. 2250 Walsh Avenue Santa Clara, CA 95050-2514** | **Samantha Vo Intervision Systems Technologies, Inc. 2250 Walsh Avenue Santa Clara, CA 95050-2514 (408) 567-4232** | | | 130,908.27 |
| **China Basin Ballpark Company LLC 24 Willie Mays Plaza San Francisco, CA 94107** | **Brian Hastings China Basin Ballpark Company LLC 24 Willie Mays Plaza San Francisco, CA 94107 (415) 972-2032** | | | 125,000.00 |
| **Ando Media LLC aka Triton Digital 1440 Sainte Catherine West, Suite 1200 Montreal, QC H3G 1R8 CANADA** | **Robert German Ando Media LLC aka Triton Digital 1440 Sainte Catherine West, Suite 1200 Montreal, QC H3G 1R8 CANADA (514) 448-4037, ext. 2606** | | | 124,433.74 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Senior Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  November 16, 2015                 Signature   *Elliott Peters*

                                                      **Elliott Peters**
                                                      **Senior Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re  **Rdio, Inc.** _____

Case No. _____

Debtor(s)

Chapter  **11** _____

## CREDITOR MATRIX COVER SHEET

   I declare that the attached Creditor Mailing Matrix, consisting of  **30**  sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:  November 16, 2015 _____

_____
Signature of Attorney
**Ron Bender 143364**
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

(Criteo LTD) ADX Limited
Seal House, 1 Swan Lane,
EC4R 3TR London

12FPS Inc.
520 Hampshire St. #206
San Francisco, CA 94110

807 Broadway Revival
2424 Kennedy Street NE
Minneapolis, MN 55413

Accretive Solutions
800 W El. Camino Real, Ste 320
Mountain View, CA 94040

AEG Live SF, LLC
1290 Sutter St.,
2nd Floor, Suite 203
SAN FRANCISCO, CA 94109

Akamai Technologies, Inc.
General Post Office
PO Box 26590
New York, NY 10087-6590

Amazon Web Services LLC
PO Box 84023
Seattle, WA 98124-8423

Amcos
16 Mountain St., Ultimo NSW 2007
Locked Bag 5000,
Strawberry Hills NSW201

Amplifier
PO Box 56545
Dominion Rd,
Auckland 1446


Amplitude
185 Berry St, Suite 4807
San Francisco, CA 94107


Ampush Media
Dept. LA 23909
Pasadena, CA 91185-3909


Anderson Tax LLC
PO Box 200988
Pittsburg, CA 15251-0988


Ando Media LLC
aka Triton Digital
1440 Sainte Catherine West, Suite 1200
Montreal, QC H3G 1R8
CANADA


Apple Inc.
PO Box 846095
Dallas, TX 75284-6095


Apptree OU
Hoburaua tee 1,
Metsakasti,
Viimsi parish, Harjumaa, 74001, Estonia


Apra
Australasian Performing Right Assn
16 Mountain St.
Ultimo NSW 02007

ArcadeFire
Business Management
235 Park Avenue South 9th floor
New York, NY 10003


ARIN American Registry for Internet Num.
PO Box 79010
Baltimore, MD 21279-0010


Artist First Srl
Largo Donatori del Sangue 7, 26851
Borgo San giovani, Italy


AT&T (Rdio Inc.)
PO Box 6463
Carol Streams, IL 60197


ATrain Entertainment
PO Box 29242
Oakland, CA 94604


AXS Digital, LLC
800 W Olympic Blvd Ste 305
Los Angeles, CA 90015


Baker & McKenzie LLP
Two Embarcadeo Center, 11th Floor
San Francisco, CA 94111


Baker Tilly Virchow Krause, LLP
P.O. Box 7398
Madison, WI 53707-7398

Basic Corporate
9246 Portage Industrial Drive
Portage, MI 49024

Believe (Rdio Inc.)
2, place du Colonel Fabien
75019 Paris

Bentata Abogados
Av. Orinoco con Calle Mucuch es,
Torre Nordica
PH, Las Mercedes, Caracas - Venezuela

Benztown Branding USA, LLC
4425 W Riverside Dr
Suite 101
Burbank, CA 91505

bit.ly
139 Fifth Ave 5th Floor
New York, NY 10010

Black Hole
P.O. Box 7042,
4800 GA Breda,
The Netherlands

Black River at Sound Stage, LLC
12 Music Circle South
Nashville, TN 37203

Blueback Global
21710 Stevens Creek Blvd., Suite 225,
Cupertino, CA 95014

Bryan Bean
238 Boulton Ave.
CANADA
Toronto M4M 2K1


CA Dragon Boat
268 Bush Street #888
San Francisco, CA 94103


cadiz
2 Greenwich Quay,
london SE8 3EY United KIngdom


Canteen Refreshment
File # 50196
Los Angeles, CA 90074-0196


Carrillo & Asociados
Diagonal 6, 1001 zona 10 Centro Gerencia
Las Margaritas Torre II Nivel 7


Casete Upload SA de CV
Celaya 20 C. Col. Hipodromo CP. 06100
Del Cuahutemoc 06100


Catapult
PO Box 2089
Frisco, TX 75034


CD Baby
13909 NE Airport Way
Portland, OR 97230

CDW
PO Box 75723
Chicago, IL 60675

Cee Lo
3645 Marketplace Blvd Suite 130318
East Point, GA 30344

Chambers Art & Desi
1960 Mandela parkway unit 3
Oakland, CA 94607

Chef Software Inc.
619 Western Ave
Suite 400
Seattle, CA 98104

China Basin Ballpark Company LLC
24 Willie Mays Plaza
San Francisco, CA 94107

Chromeo
Tribeca Business Mgmt LLC
Chromeo Record
New York, NY 10170

Cimoroni & Company
124 Merton Street Suite 404
Toronto, Ontario M4S 2Z2

Citi Merchant Services Provided by FDMS
P.O. BOX 17548
Denver, CO 80217-7548

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

```
cobalt
296 Messoghion Ave 15562 Cholargos
Athens, Greece


CodePath
353 King St.
#733
San Francisco, CA 94158


Cold Busted Record Company
325 W 8th Ste 301
Los Angeles, CA 90014


Comcast
PO Box 34744
Seattle, WA 98124-1744


COMPAS Technology
DEPT 35120
P.O. BOX 39000
San Francisco, CA 94139


Consolidated Independent Ltd.
Russell Bedford House
City Forum
London EC1V 2QQ


Corporate Tax Incentives
10860 Gold Center Drive, Suite 225
Rancho Cordova, CA 95670


Corporation Services Company
PO Box 13397
Philadelphia, PA 19101-3397
```

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Creation Road Radio Show
106 Jackie Howe Cr
McArthur, CA 96056

CSC
PO Box 13397
Philadelphia, PA 19101-3397

CyberSource Corporation
PO Box 742842
Los Angeles, CA 90074

Daredo (Rdio Inc.)
Augustaanlage 37,
68165 Mannheim, Germany

DashGo (Rdio Inc.)
1620 Broadway, Suite C
Santa Monica, CA 90404

Deacons
5th floor, Alexandra House
18 Chater Road Central
Hong Kong China

Deaf Services of Palo Alto, Inc
PO Box 60651
Palo Alto, CA 94306

Delaware Secretary of State
Division of Corporations
PO Box 5509
Binghamton, NY 13902-5509

Dell Financial Services
Payment Processing Center
PO Box 6549
Carol Stream, IL 60197-6549


Dell Financial Services L.L.C.
Mail Stop-PS2DF-23 One Dell Way
Round Rock, TX 78682


Dell Financial Services L.L.C.
One Dell Way
Round Rock, TX 78682


Digital Realty Trust LP
Digital 720 2nd LLC
P.O. Box 742203
Los Angeles, CA 90074


Digitalpressure
901 W. Alameda Ave. Stuie 108
Burbank, CA 91506


Dirty Ghosts
33 Harriet St, Apt 6
San Francisco, CA 94103


Disquepasseport
2134, Rachel est
Montral, Quebec, CANADA  H2H 1P9


DistroKid
3930 24th St, Room 16
San Francisco, CA 94114

Divergent Language Solutions, LLC
1300 Page Street
San Francisco, CA 94117


DLA Piper LLP (Davis LLP)
Suite 6000, 1 First Canadian Place
PO Box 367, 100 King St W
CANADA
Toronto M5X 1E2


Do512, LLC
2208 S. Lamar
Suite C1
Austin, TX 78704


DP 1550 Bryant LLC
PO Box 310012139
Pasadena, CA 91110


Dr.Shlomo Cohen & Co
B.S.R Tower 3
5 Kineret Street
Bnel Brak 5126237


Duncan/Channon, Inc.
114 Sansome St.
14th Floor
San Francisco, CA 94104


Dynamic Network Services
Dept CH 19875
Palatine, IL 60055-9875


E3 Media
Penthouse, Samanyu Residency
Plot No. 8-3-988/34 & 35, Sbh Colony, Nr
Satyasai Nigam, Srinagar Colony, Hyderab
500073 India

EdgeCast Networks Inc.
2850 Ocean Park Blvd Suite 110
Santa Monica, CA 90405

Edmonton Block Heater
4168 John St.
Vancouver

Empire
375 Potrero Ave. Suite 5
San Francisco, CA 94103

emuzyka
UL. ZWYCI?ZC W 18,
03941 WARSZAWA

Environics
33 Bloor Street East, Suite 900
Toronto, Canada M4W 3H1

EPM (Rdio)
Wilhelminasingel 127,
6221 BJ Maastricht
The Netherlands

Estudio Carey Ltda
Isidora Goyenechea 2800, Piso 43 Las
Condes
Santiago / Chile

Europlay Capital Advisors, LLC (Rdio Inc
15260 Ventura Blvd. 20th Fl
Sherman Oaks, CA 91403

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Evernote Corporation
305 Walnut St.
Redwood City, CA 94063

Facebook.com Ads
Facebook Inc.
15161 Collections Center Drive
Chicago, IL 60693

Faro Latino
Cabrera 5321
Buenos Aires  Argentina

FineTunes (Rdio Inc.)
Stresemannstra?e 375 // Unit 11, 22761
Hamburg, Germany

Firestarter
7 Colin Place, Cashmere,
Brisbane, QLD, 4500

Flatiron Capital (Rdio Inc.)
PO Box 712195
Denver, CO 80271

Foundation (Rdio Inc.)
140 Bay St
Suite 7S
Jersey City, NJ 07302

FreddieRecords
5979 South Staples Street
Corpus Christi, TX 78413

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Genga & Associates, PC
15260 Ventura Blvd., Ste 1810
Sherman Oaks, CA 91403

Global App Testing
37 Camden High Street
Camden London,
NW17JE United Kingdom

Golden Dynamic
Units 18091815, 18/F,
Millennium City 2,
378 Kwun Tong Road, Kwun Tong, Kowloon,
Hong Kong

Gourmet Catering Bay Area
2200 Jerrold Street, Unit Z
San Francisco, CA 94124

Greenberg Traurig
3290 Northside Parkway, Suite 400
Atlanta, GA 30327

Greencopper Publishing, Inc
1001 rue Lenoir, suite B252
Montreal H4C 2Z6
CANADA

Hillsong Music Australia
15 Solent circuit, Baulkham Hills,
NSW 2153, Australia

Hits Magazine, Inc.
4220 Lankershim Blvd
3rd Floor
North Hollywood, CA 91602

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Hoefler & FrereJones
611 Broadway, Room 725
New York, NY 10012

House of Scandanavia
Jagtgaardsvej 4,
DK3660 Stenoise, Denmark

Iconical Investments II, LP
15260 Ventura Blvd., Suite 2000
Sherman Oaks, CA 91403

imusica (inc)
Av Almirante Barroso, 72, 13o Andar,
Rio de Janeiro/RJ; 20.031-001.

Independent Online Distribution Alliance
539 Bryant St. #303
San Francisco, CA 94107

independentdigital
Dobra 28 street,
00344 Warsaw, Poland

Intervision Systems Technologies, Inc.
2250 Walsh Avenue
Santa Clara, CA 95050-2514

Isolation network, Inc
55 Francisco Street Suite 710
San Francisco, CA 94133

JYP Entertainment
JYP Center 3F, 12514,
Cheongdamdong
Gangnam-Gu, Seoul, Korea


Kahuna, Inc.
555 Bryant Street,
Suite 322
Palo Alto, CA 94301-1704


Kaiser Health Insurance
Kaiser Foundation Health Plan
File 5915
Los Angeles, CA, CA 90074-5915


Kellman & Kleiman
12100 Wilshire Blvd., Suite 1100
Los Angeles, CA 90025


Kompakt
Werderstrasse 1519 D50672
Cologne, Germany


La Cupula (Inc)
UDG Science Park, Narcis Monturiol Bldg
Block P1-B, emili Grahit 91, 17003
Girona, Spain


Lewitt, Hackman, Shapiro Marshall...(Rdi
Eleventh Floor
16633 Ventura Blvd.
Encino, CA 91436-1865


Libertad
1238 #801 MinamiAoyama,
Minatoku Tokyo,
Japan

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Linkshare Corp. (Rakuten Marketing LLC)
215 Park Ave South, 8th Floor
New York, NY 10003


Lionbridge Technologies
PO Box 347579
Pittsburgh, PA 15251-4579


Loudr re:discover, Inc.
4002 26th St
San Francisco, CA 94131


Love Da Group CompanyLtd
Flat A, 14/F, chiap King Industrial Bldg
714 Prince Edward Road East
San Po Kong, Kowloon, Hong Kong


Luma Optics
125 S. Main Street
Suite 108
Sebastopol, CA 95472


Lvlstudio
11024200 StLaurent Blvd
Montreal H2W 2R2


Magnum PR (Aus)
Level 2, 72 Campbell Street
Surry Hills NSW 2010


ManualMusic
Lauriedonk 80, 3206 BZ, Spijkenisse,
The Netherlands

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Marchais
4 avenue Hoche
Paris 75008

Mark Rae
72c wrentham ave
London

Mazzika
44 Shooting Club St. Dokki,
Giza, Egypt,

Mbox
BSR Tower, 1 2 Ben Gurion Rd,
Ramat Gan, Israel

McGladrey LLP
5155 Paysphere Circle
Chicago, IL 60674

Media Arts Lawyers Pty Ltd
633 Queensberry St
North Melbourne Vic 03051

Memory America
30025 Alicia Parkway
#G 180
Laguna Niguel, CA 92677-2090

Merlin BV
Music and Entert Rights Licensing Ind Ne
Damrak 277 Kamer 38
Amsterdam 01012

Merrill Communications LLC
601 Second Avenue South
Minneapolis, MN 55402


MGM Distribution Pty Ltd
Suite 18 Level 15,
327 Pitt Street
Sydney NSW 02000


Minister of Revenue of Quebec
150 Rue St Catherine West
Quebec H5B1E4


MN2S
47 Vineyard, Bourough,
London, SE1 1QL


Mobile 1 Music
BSR 1 Tower Ramat Gan
52573 Israel


Modulor Sarl
128 rue des Couronnes,
75020, Paris, France


Morrison & Foerster LLP
250 W 55th St
New York, NY 10019-9601


Mosaic NetworX LLC
Dept LA 24111
Pasadena, CA 91185

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Mother Mother Music, Inc
1250 Homer St. Suite 505
Vancouver V6B1C6


Music KickUp
Pohjolankatu 2,
00610 Helsinki Finland


Music Reports, Inc.
21122 Erwin Street
Woodland Hills, CA 91367


Musikator
Jin. Cipete Raya No. 2D,
Jakarta 12410  Indonesia


Nagadatta and Doyle Ltd.
18/4 Soi Amnuay Wat, Suthisarn Road, Kwa
Bangkok 10310


National Public Media
PO Box 414406
Boston, MA 02241-4406


National Public Radio
P.O Box 79540
Baltimore, MD 21279-0540


New Relic, Inc
188 Spear Street
San Francisco, CA 94105

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Nigro Karlin Segal Feldstein & Bolno
10960 Wilshire Blvd.,
5th Floor
Los Angeles, CA 90024


NSP LLC
3415 Strongs Drive
Los Angeles, CA 90292


nventive inc.
215 StJacques
Suite 500
Montreal H2Y 1M6


Of Montreal
3600 Saint Marys Rd
Hillsborough, NC 27278


OI Musica
Av Almirante Barroso, 72,
13o Andar, Rio de Janeiro


OneZeroOne (Rdio Inc.)
2375 East Camelback Rd, 6th floor
Phoenix, AZ 85016


Operative Media Inc
6 East 32nd St Flr 2
New York, NY 10016


Orchard Enterprises, Inc.
PO Box 10251
Uniondale, NY 11555-0251

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Oseao
Oseao Media Group, LLC
1402 E Pike St
Seattle, WA 98122

PG&E
Box 997300
Sacramento, CA 95899

Pink Martini
PO Box 4628
Portland, OR 97208

Pinnacle Solutions
426 East New York Street
Indianapolis, IN 46202

Plasmapool
Milanweg 10,
72119 Ammerbuch, Germany

PN Agency
2 Toronto Street, Suite 202
Toronto, Ontario M5C 2B5

Pollstar
4697 W. Jacquelyn Ave
Fresno, CA 93722-6413

PulpPR LLC
P.O. Box 316
Lake Hughes, CA 93532

Pulser Media, Inc.
1550 Bryant Street, Suite 200
San Francisco, CA 94103


QBI LLC
21031 Ventura Blvd. 12th floor
Woodland Hills, CA 91364


Quality/Junk
PO Box 965
El Cajon, CA 92022


Questlove
1 Presidential Blvd, Suite 320
Bala Cynwyd, PA 19004


Radio Silence
465 49th Street
Oakland, CA 94609


rebeat (Rdio Inc.)
Gutenbergstrasse 23,
3430 Tulln, Austria


RecordUnion (Rdio Inc.)
Hudiksvallsgatan 8 113 30
Stockholm SWEDEN


Republic of Music
73a Middle st. Brighton East Sussex
BN1 1AL United Kingdom

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Riddell Williams
1001 4th Ave Suite 4500
Seattle, WA 98154-1192

Ring2 Communications LLC
DBA: LoopUp
282 2nd Street, Suite 200
San Francisco, CA 94107

Roba Music Publishing
Neue Rabenstrasse
320354 Hamburg Germany

Rogers & Cowan
CMGRP, Inc.
PO Box 72476593
Philadelphia, PA 19170-6593

ROI DNA, Inc.
480 2nd St. Ste 302
San Francisco, CA 94107

Roku, Inc
Dept 3118
PO Box 123118
Dallas, TX 75312-3118

RouteNote
3 W End, Redruth
TR15 2RZ, United Kingdom

Rovi Data Solutions, Inc.
PO Box 202624
Dallas, TX 75320-2624

Salesforce.com, Inc.
PO Box 203141
Dallas, TX 75320-3141

San Francisco Tax Collector
P.O Box 7425
San Francisco, CA 94120-7425

SAS Institute Inc.
PO Box 406922
Atlanta, GA 30384-6922

Scissor Sisters, Inc
235 Park Ave South, 9th floor
New York, NY 10003

Sean Hayes
519 D St.
Petaluma, CA 94952

Seed (Rdio Inc.)
109 South 5th Street, #508
Brooklyn, NY 11249

Select
500 SteCatherine Street East, 5th Floor,
Montreal, Quebec Canada, H2L 2C6

SESAC
PO Box 900013
Raleigh, NC 27675-9013

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Shazam Media Services
52 Vanderbilt Ave, 19th Floor
New York, NY 10017

Shorty Goldstein's
126 Sutter St
San Francisco, CA 94104

SixZeroFour (Rdio Inc.)
Unit 362, #1011001 West Broadway
Vancouver, BC V6H 4E4 Canada

Sony Music Entertainment
550 Madison Avenue
New York, NY 10022

soulspazm (Rdio Inc.)
Soulspazm, Inc
650 Broadway 4th Floor
New York, NY 10012

SoundExchange
733 10th Street, NW 10th Floor
Washington, DC 20001

Soundhound Inc.
3979 Freedom Circle
Suite 400
Santa Clara, CA 95054

Sprint
PO Box 4181
Carol Stream, IL 60197-4181

Stubbs Alderton & Markiles (Rdio Inc.)
15260 Ventura Blvd. 20th Fl
Sherman Oaks, CA 91403


Sun Entertainment
3106 Belmont Blvd.,
Nashville, TN 37212


Swale
11 Sheridan Court
Shlburne, VT 05482


SweetNLow
Erkesstr. 63 50737
Cologne Germany


Switch
PO Box 400850
Las Vegas, NV 89140


Symphonic (Rdio Inc.)
Symphonic Distribution, LLC
2318 Cypress Cove, Unit 102
Wesley Chapel, FL 33544


Tennessee Department of Labor
PO Box 101
Nashville, TN 37202-0101


The Presets
PO Box 685
Sydney 01335

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

The Source
Wagenmakerstraat 5 2984 BD
Riderkerk The Netherlands


Tim White
7 Shady Lane
Kendall Park, NJ 08824


Tips Industries (Rdio, Inc.)
60 I, Durga Chambers, 6th Floor,
Linking Road
Khar (West), Mumbai 400 052


Triple Vision Record Distribution
Nieuwe Binnenweg 131C 3014 GJ
Rotterdam, The Netherlands


Tseries
E 2/16 White House, Ansari Road,
Darya Ganj


TSeries (Rdio, Inc)
E 2/16 White House, Ansari Road
Darya Ganj, New Delhi, India


TUNE, Inc.
2200 Western Ave.
Suite 200
Seattle, WA 98121


Tunecore
45 Main St, Suite 705
Brooklyn, NY 11201

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Tunecore Japan
45 Main St.
Brooklyn, NY 11201

Turn Inc.
BOX 347112
Pittsburgh, PA 15251-4112

Twilio, Inc.
Dept LA 23938
Pasadena, CA 91185-3938

Two Dudes in Love
74 Winfield St.
San Francisco, CA 94110

UMGI (Rdio Inc.)
3905 W. Vincennes Road, Suite 400
Indianapolis, IN 46268

UNISYS Infosolutions Pvt. Ltd
#1089, N.H.B Colony
Sector13,
Urban Estate,

United Healthcare Insurance Company
Dept 6940
Los Angeles,, CA 90084-6940

Universal McCann (Aus)
100 Chalmers Street
Surry Hills NSW 2010

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Universal Music Canada
2450 Victoria Park Avenue
Suite 1
CANADA
Toronto M3J 5H3


Universal Music Group Distribution
3905 W. Vincennes Road, Suite 400
Indianapolis, IN 46268


Valerie Frederickson & Company
618 Santa Cruz Ave.
Menlo Park, CA 94025


Valleyarm
Suite 2, Level 1, 71 Queens Road, Melbou


Verbalizeit, Inc.
141 W 28th St, 7th Floor
New York, NY 10001


Verizon Wireless (Rdio Inc.)
PO Box 660108
Dallas, TX 75266-0108


VM Ware
3401 Hillview Avenue
Palo Alto, CA 94304


Warner Music Group
3400 W. Olive Ave
Mail Stop P414
Burbank, CA 91505

DocuSign Envelope ID: B21C453C-0003-48C1-BDEC-57B0DFD50A6B

Wenner Media LLC
PO Box 30895
New York, NY 10087-0895


Worx (Rdio Inc.)
C4DI Beta , 47 Queen Street
Kingston Upon Hull , HU1 1UU.
United Kingdom


Xamarin Inc.
394 Pacific Ave
4th Floor
San Francisco, CA 94111


Xelon Entertainment Pty Ltd
294A Bridge Road
Richmond


Zee Cook's, LLC
1760 Cesar Chavez
Unit L
San Francisco, CA 94124


zojak (Rdio Inc.)
398 E. Dania Beach Blvd., Suite 185
Dania Beach, FL 33004