RON BENDER (SBN 143364)
PHILIP A. GASTEIER (SBN 130043)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; pag@lnbyb.com;
myk@lnbyb.com; kjm@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>RDIO, INC.,<br><br>               Debtor. | Case No. 15-31430<br><br>Chapter 11<br><br>**DECLARATION OF MONICA Y. KIM IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS:**<br><br>**(I) AUTHORIZING DEBTOR TO (A) OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c), 364(d)(1) AND 364(e), AND (B) UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363;**<br>**(II) GRANTING ADEQUATE PROTECTION TO PRE-PETITION SECURED LENDERS PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364;**<br>**(III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND 4001(c); AND**<br>**(IV) GRANTING RELATED RELIEF**<br><br>DATE: November 18, 2015<br>TIME: 10:00 a.m.<br>PLACE: U.S. Bankruptcy Court<br>           235 Pine Street, 19th Floor, Courtroom 22<br>           San Francisco, CA 94104<br>JUDGE: The Hon. Dennis Montali |

I, Monica Y. Kim, hereby declare as follows:

1. I am over the age of eighteen (18). I have personal knowledge of the facts set forth herein, and, if called to testify, would and could testify competently with respect thereto.

2. I am a partner of Levene, Neale, Bender, Yoo & Brill L.L.P. ("<u>LNBYB</u>"), bankruptcy counsel to Rdio, Inc., the debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy case (the "<u>Debtor</u>"). I am licensed to practice law in the State of California and before this Court.

3. I make this declaration in support of the Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c), 364(d)(1) and 364(e), and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Lenders Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (IV) Granting Related Relief (the "<u>Motion</u>").

4. I am informed and advised by the Debtor that it is a corporation incorporated in the State of Delaware.

5. LNBYB obtained copies of financing statements recorded with the Delaware Secretary of State's office for the Debtor pursuant to a search report dated October 15, 2015 (collectively, the "<u>UCC Financing Statements</u>"). A true and correct copy of the search report of the UCC Financing Statements recorded in Delaware, as certified by the Delaware Secretary of State, and each of the UCC Financing Statements are collectively attached hereto as **Exhibit "A."**

6. I have reviewed the UCC Financing Statements. Based on that review, a brief summary of the active filings with respect to the Debtor follows.

7. **<u>Dell Financial Services L.L.C.</u>** Dell Financial Services L.L.C. ("<u>Dell</u>") has two (2) active financing statements, both of which pertain to lease agreements between the parties as described below:

  a. *April 15, 2011*: A financing statement (filing number 2011 1417156), which purports to cover equipment leased to the Debtor under Lease #001-6487212-003.

b. *July 27, 2011*: A financing statement (filing number 2011 2896358), which purports to cover equipment leased to the Debtor under a Master Lease Agreement. .

8. **Pulser Media, Inc.** Pulser Media, Inc. ("Pulser Media") has one (1) active financing statements, as described below:

a. *December 27, 2013*: A financing statement (filing number 2013 5130191), which purports to cover all property and assets of the Debtor.

9. **Iconical Investments II LP, as Collateral Agent.** Iconical Investments II LP, as Collateral Agent ("Iconical II") has one (1) active financing statement, as described below:

a. *October 20, 2015*: A financing statement (filing number 2015 4794219), which purports to cover all property and assets of the Debtor.

10. The foregoing is provided for information purposes only. Nothing contained herein is intended to be, and nothing contained herein shall be, construed or interpreted as the provision of any legal opinion by the declarant or LNBYB, or acknowledgement by the Debtor, regarding the validity, priority and extent of any liens asserted by any of the Debtor's creditors against the Debtor or otherwise. The rights of the Debtor and all of its creditors which respect to the claims, liens and interests asserted by such creditors are fully preserved.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 16th day of November 2015, at Los Angeles, California.

_____
MONICA Y. KIM

# EXHIBIT "A"

Case: 15-31430    Doc# 4    Filed: 11/16/15    Entered: 11/16/15 16:35:23    Page 4 of 13

# Delaware
## The First State

*CERTIFICATE*

SEARCHED OCTOBER 15, 2015 AT 6:45 P.M.
FOR DEBTOR, RDIO, INC.

| | | |
|---|---|---|
| 1 OF 4 | FINANCING STATEMENT | 20103636549 |

EXPIRATION DATE: 10/18/2015

DEBTOR: RDIO, INC.

15260 VENTURA BLVD.        ADDED   10-18-10

20TH FLOOR

SHERMAN OAKS, CA 91403

SECURED: ATOMICO MANAGEMENT LIMITED

ONE CAPITAL PLACE, P.O. BOX 847    ADDED   10-18-10

GRAND CAYMAN, KY1-1103,

*FILING HISTORY*

| | | | |
|---|---|---|---|
| 20103636549 | FILED 10-18-10 | AT 5:21 P.M. | FINANCING STATEMENT |
| 20111468647 | FILED 04-19-11 | AT 5:22 P.M. | TERMINATION |

| | | |
|---|---|---|
| 2 OF 4 | FINANCING STATEMENT | 20111417156 |

EXPIRATION DATE: 04/15/2016

DEBTOR: RDIO, INC.

20157728878-UCC11
SR# 20150526687

Authentication: 10246994
Date: 10-15-15

You may verify this certificate online at corp.delaware.gov/authver.shtml



# Delaware

## The First State

```
                200 PAUL ST                              ADDED    04-15-11

                SAN FRANCISCO, CA 94124

    SECURED:    DELL FINANCIAL SERVICES L.L.C.

                MAIL STOP-PS2DF-23 ONE DELL WAY          ADDED    04-15-11

                ROUND ROCK, TX 78682
```

### FILING HISTORY

```
    20111417156    FILED 04-15-11    AT 9:37 A.M.    FINANCING STATEMENT


        3 OF 4          FINANCING STATEMENT                 20112896358

                    EXPIRATION DATE: 07/27/2016
    DEBTOR:         RDIO, INC.

                    200 PAUL ST                          ADDED    07-27-11

                    SAN FRANCISCO, CA 94124

    SECURED:        DELL FINANCIAL SERVICES L.L.C.

                    MAIL STOP-PS2DF-23 ONE DELL WAY      ADDED    07-27-11

                    ROUND ROCK, TX 78682
```

### FILING HISTORY

20157728878-UCC11
SR# 20150526687
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 10246994
Date: 10-15-15

*Jeffrey W. Bullock, Secretary of State*

# Delaware
## The First State

*20112896358     FILED 07-27-11     AT 1:25 P.M.     FINANCING STATEMENT*

| | | |
|---|---|---|
| *4 OF 4* | *FINANCING STATEMENT* | *20135130191* |
| *DEBTOR:* | *EXPIRATION DATE: 12/27/2018*<br>*RDIO, INC.* | |
| | *1550 BRYANT STREET, SUITE 200* | *ADDED   12-27-13* |
| | *SAN FRANCISCO, CA 94103* | |
| *SECURED:* | *PULSER MEDIA, INC.* | |
| | *1550 BRYANT STREET, SUITE 200* | *ADDED   12-27-13* |
| | *SAN FRANCISCO, CA 94103* | |

*F I L I N G   H I S T O R Y*

*20135130191     FILED 12-27-13     AT 11:48 A.M.     FINANCING STATEMENT*

*E N D   O F   F I L I N G   H I S T O R Y*

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, RDIO, INC. AS OF SEPTEMBER 7, 2015 AT 11:59 P.M.

*Jeffrey W. Bullock, Secretary of State*

20157728878-UCC11
SR# 20150526687

Authentication: 10246994
Date: 10-15-15

You may verify this certificate online at corp.delaware.gov/authver.shtml

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Sean Greaney    8184444523

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

```
STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD., 20TH FLOOR



SHERMAN OAKS CA 91403
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 05:21 PM 10/18/2010*
*INITIAL FILING # 2010 3636549*

*SRV: 101005408*

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|
| RDIO, INC. |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 15260 VENTURA BLVD. 20TH FLOOR | SHERMAN OAKS | CA | 91403 | US |

| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|
| CORPORATION | DE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|
| |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|
| | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| ATOMICO MANAGEMENT LIMITED |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| ONE CAPITAL PLACE, P.O. BOX 847 | GRAND CAYMAN, KY1-1103 | | | CJ |

**4. This FINANCING STATEMENT covers the following collateral:**

All of the Debtor's right, title and interest in or to its personal property, and interests in property, of the Debtor, whether now owned or at any time hereafter acquired by the Debtor or in which the Debtor now has or at any time in the future may acquire any right, title or interest, including, without limitation: (i) Accounts; (ii) Chattel Paper; (iii) Deposit Accounts; (iv) Documents; (v) Equipment; (vi) Fixtures; (vii) General Intangibles (including patents, patent applications, trademarks, service marks, trade names and copyrights and any applications therefor or registrations thereof, payment intangibles and software); (viii) Goods; (ix) Instruments; (x) Inventory; (xi) Investment Property and Financial Assets; (xii) Letter-of-Credit Rights and Letters of Credit; (xiii) Money; (xiv) rights to payment of money or funds advanced or sold; (xv) Supporting Obligations; (xvi) insurance claims and proceeds; (xvii) books and records, computer programs, databases and other computer materials of the Debtor pertaining to any and all of the foregoing; and (xviii) to the extent not otherwise included, Proceeds and products of any and all of the foregoing.

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
8184444523

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD., 20TH FLOOR




SHERMAN OAKS CA 91403
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 05:22 PM 04/19/2011*
*INITIAL FILING # 2010 3636549*
*AMENDMENT     # 2011 1468647*
*SRV: 110432777*

1a. INITIAL FINANCING STATEMENT FILE #
2010 3636549

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. [#] **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
[ ] CHANGE name and/or address... [ ] DELETE name... [ ] ADD name...

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT
Atomico Management Limited

10. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
8008335778

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

```
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
SUITE 1000

HOUSTON TX 77019
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 09:37 AM 04/15/2011
INITIAL FILING # 2011 1417156
SRV: 110418915

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| RDIO, INC. | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 200 PAUL ST | | SAN FRANCISCO | CA | 94124 | US |
| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | | | |
| | CORPORATION | DE | | | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| DELL FINANCIAL SERVICES L.L.C. | | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| MAIL STOP-PS2DF-23 ONE DELL WAY | | ROUND ROCK | TX | 78682 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

All computer equipment, peripherals, and other equipment, (collectively "Equipment") wherever located heretofore or hereafter leased to Lessee by Lessor pursuant to that certain Lease #001-6487212-003 dated FEBRUARY 23, 2011, any other Equipment leased pursuant to Leases that are in substantially the same form attached, and all of Lessee's rights, title and interest in and to use any software and services (collectively "Software") financed under and described in the Lease, including without limitation all substitutions, additions accessions and replacements thereto, and thereof, now or hereafter installed in, affixed to, or used in, conjunction with the Equipment and Software and proceeds thereof together with all rental or installment payments, insurance proceeds, credits or refunds obtained by Lessee from a manufacturer, licensor or service provider, or other proceeds and payments due and to become due and arising from or relating to said Equipment, Software or Lease.

**5. ALTERNATIVE DESIGNATION** - Lessee-Lessor

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
DE-0-45131781

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez    8008335778

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

```
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
SUITE 1000

HOUSTON TX 77019
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 01:25 PM 07/27/2011
INITIAL FILING # 2011 2896358

SRV: 110862791

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| RDIO, INC. | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 200 PAUL ST | SAN FRANCISCO | CA | 94124 | | US |
| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | | | |
| | CORPORATION | DE | | | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| DELL FINANCIAL SERVICES L.L.C. | | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| MAIL STOP-PS2DF-23 ONE DELL WAY | ROUND ROCK | TX | 78682 | | US |

**4. This FINANCING STATEMENT covers the following collateral:**

All computer equipment, peripherals, and other equipment (collectively "Equipment") wherever located, financed under and described in the Master Lease Agreement ("MLA") between Lessee and Lessor and all of Lessee's rights, title and interest in and to use any software and services (collectively "Software") financed under and described in the MLA, along with any modifications or supplements to the MLA which are incorporated or evidenced in writing and all substitutions, additions, accessions and replacements to the Equipment or Software now or hereafter installed in, affixed to, or used in conjunction with the Equipment or Software and the proceeds thereof together with all payments, insurance proceeds, credits or refunds obtained by Lessee from a manufacturer, licensor or service provider, or other proceeds and payments due and to become due and arising from or relating to such Equipment, Software or the MLA.

**5. ALTERNATIVE DESIGNATION** - Lessee-Lessor

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]    [ ] All Debtors  [ ] Debtor 1  [ ] Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
DE-0-29188856-45783446

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Kirstin Choi     8184444523

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD., 20TH FLOOR
SHERMAN OAKS CA 91403

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 11:48 AM 12/27/2013*
*INITIAL FILING # 2013 5130191*
*SRV: 131480808*

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| RDIO, INC. | | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 1550 BRYANT STREET, SUITE 200 | SAN FRANCISCO | | CA | 94103 | US |
| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | | | |
| | CORPORATION | DE | | | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| PULSER MEDIA, INC. | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 1550 BRYANT STREET, SUITE 200 | SAN FRANCISCO | | CA | 94103 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

All property and other assets of Borrower, wherever located and whether now owned or hereafter acquired, including, but not limited to, all Inventory, General Intangibles (including but not limited to copyrights), Accounts, Accounts Receivable, Chattel Paper, Contracts, Equipment, Investment Property, Commercial Tort Claims, Letter-of-Credit Rights, Accounts and Deposits in banks and other financial institutions, Fixtures, and Profits (in each case as the same may be defined from time to time in the Uniform Commercial Code of California).

6. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2

8. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
UCC Filing Department  800-828-0938

B. E-MAIL CONTACT AT FILER (optional)
alb.UCC.filings@nationalcorp.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research, Ltd.
194 Washington Avenue
Suite 310
Albany, NY 12210

Delaware Department of State
U.C.C. Filing Section
Filed: 01:14 PM 10/20/2015
U.C.C. Initial Filing No: 2015 4794219

Service Request No: 20150569740

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:

1a. ORGANIZATION'S NAME: Rdio, Inc.

1c. MAILING ADDRESS: 1550 Bryant Street, Suite 200 | CITY: San Francisco | STATE: CA | POSTAL CODE: 94103 | COUNTRY: US

2. DEBTOR'S NAME: [blank]

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: Iconical Investments II LP, as Collateral Agent

3c. MAILING ADDRESS: 15260 Ventura Blvd. Suite 2000 | CITY: Sherman Oaks | STATE: CA | POSTAL CODE: 91403 | COUNTRY: US

4. COLLATERAL: This financing statement covers the following collateral:
All assets of the Debtor whether now owned or hereafter acquired

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

F#493387
A#690610