1

Van C. Durrer, II (Cal. Bar No. 226693)
2 Ramon M. Naguiat (Cal. Bar No. 209271)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
3 300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
4 Telephone: (213) 687-5000
Facsimile: (213) 687-5600
5 van.durrer@skadden.com
ramon.naguiat@skadden.com
6
Ron E. Meisler (*pro hac vice* application forthcoming)
7 Christopher M. Dressel (*pro hac vice* application forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8 155 North Wacker Drive
Chicago, Illinois 60606-1720
9 Telephone: (312) 407-0700
Facsimile:(312) 407-0411
10 ron.meisler@skadden.com
christopher.dressel@skadden.com
11
Attorneys for Iconical Investments II LP
12

UNITED STATES BANKRUPTCY COURT
13 NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
14

15

16 In re:                                                    )  Case No. 15-31430
                                                            )
17 RDIO, Inc.,                                              )  Chapter 11
                                Debtor.                     )
18                                                          )
                                                            )
19                                                          )  NOTICE OF APPEARANCE AND
                                                            )  REQUEST FOR SPECIAL NOTICE
20                                                          )
                                                            )
21 _____ )

22          PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden")

23 hereby appears in the above-captioned case under chapter 11 of title 11 of the United States Code

24 (the "Bankruptcy Code") for Iconical Investments II LP ("Iconical") pursuant to section 1109(b) of

25 the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the

26 "Bankruptcy Rules").  Skadden hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and

27 9007, and section 342 of the Bankruptcy Code, that copies of all notices, pleadings, disclosure

28 statements, and plans filed or otherwise provided in this chapter 11 case be served upon the persons

listed below at the following addresses:

Van C. Durrer, II
Ramon M. Naguiat
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com

Ron E. Meisler
Christopher M. Dressel
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
ron.meisler@skadden.com
christopher.dressel@skadden.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the

notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request,

whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and

proceedings herein.

Neither this request for notice and service nor any later appearance, pleading, claim, or suit

(1) is a consent to jurisdiction or waives any objection that may be made to the jurisdiction of the

Court, (2) is a consent to have an attorney accept service of process or of a pleading or other paper

initiating a contested matter, (3) waives any right to have final orders in non-core matters entered

only after de novo review by a district judge, (4) waives any right to trial by jury in any proceeding

so triable this case or any case, controversy, or proceeding related to this case, (5) waives any right

to have the district court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal, or (6) waives any other substantive or procedural right.

1    This request for notice and service is without prejudice to Iconical's rights, remedies,

2  claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the debtor or any

3  other entities either in this case or in any other case or action, all of which rights, remedies, claims,

4  actions, defenses, setoffs, and recoupments are expressly reserved.

5  Date: November 16, 2015

6                                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

7

8                             By: ___/s/ Ramon M. Naguiat_____
                                   Van C. Durrer, II (Cal. Bar No. 226693)
9                                  Ramon M. Naguiat (Cal. Bar No. 209271)
                                   Ron E. Meisler (*pro hac vice* application forthcoming)
10                                 Christopher M. Dressel (*pro hac vice* application
                                     forthcoming)

11                                 Attorneys for Iconical Investments II LP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

769735-LACSR02A - MSW