RON BENDER (SBN 143364)
PHILIP A. GASTEIER (SBN 130043)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; pag@lnbyb.com;
myk@lnbyb.com; kjm@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 15-31430 |
| RDIO, INC., | Chapter 11 Case |
| Debtor and Debtor in Possession. | **NOTICE OF EMERGENCY HEARING ON DEBTOR'S EMERGENCY "FIRST DAY" MOTIONS** |
| | Date: November 18, 2015<br>Time: 10:00 a.m.<br>Place: U.S Bankruptcy Court<br>Courtroom 22<br>235 Pine St.<br>San Francisco, CA 94104<br>Judge: The Hon. Dennis Montali |

**PLEASE TAKE NOTICE** that, on November 18, 2015, at 10:00 a.m., the Honorable Dennis Montali, United States Bankruptcy Judge, will hold an emergency hearing in Courtroom 22 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division, located at 235 Pine Street, San Francisco, CA 94104, on the following emergency motions (the "Emergency Motions") filed by Rdio, Inc., chapter 11 debtor and debtor in possession:

1. *Debtor's Emergency Motion For Entry Of Interim And Final Orders: (I) Authorizing Debtor To (A) Obtain Post-Petition Financing Pursuant To 11 U.S.C. §§ 105, 361, 362, 364(c), 364(d)(1) And 364(e), And (B) Utilize Cash Collateral Pursuant To 11 U.S.C. § 363; (II) Granting Adequate Protection To Pre-Petition Secured Lenders Pursuant To 11 U.S.C. §§ 361, 362, 363 And 364; (III) Scheduling A Final hearing Pursuant To Bankruptcy Rules 4001(b) And 4001(c); And (IV) Granting Related Relief;*

2. *Debtor's Emergency Motion For An Order: (1) Approving Bidding Procedures; (2) Approving Stalking Horse Bid Protections Including Break-Up Fee And Expense Reimbursement; (3) Approving Form Of Asset Purchase Agreement For Use By Prospective Overbidders; (4) Scheduling Auction And Court Hearing To Consider Approval Of The Sale To The Highest Bidder; And (5) Approving Form Of Notice To Be Provided To Interested Parties*;

3. *Debtor's Emergency Motion For An Order Approving Master Services Agreement And Authorizing Debtor To Perform Services Thereunder*;

4. *Debtor's Emergency Motion For Order (1) Authorizing Debtor to (A) Pay and Honor Pre-petition Employee Wage, Related Payroll Taxes, Reimbursable Expenses And Other Employee Obligations In The Ordinary Course Of Business, and (B) Honor Accrued Vacation, Lease And Other Benefits; and (2) Providing Related Relief*;

5. *Debtor's Emergency Motion For An Order: (A) Authorizing The Continued Use Of Certain Portion Of Debtor's Cash Management System; (B) Authorizing The*

     *Maintenance Of Payroll And Receivables Bank Accounts; And (C) Ordering Banks To Release Administrative Holds And/Or Freezes On The Debtor's Pre-Petition Accounts;*

6.  *Debtor's Emergency Motion For Entry Of An Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To Section 366(c) Of The Bankruptcy Code*; and

7.  *Debtor's Emergency Motion For Authority To Honor Pre-Petition Cash Bonus Incentive Agreements.*

  **PLEASE TAKE FURTHER NOTICE** that any opposition to the Emergency Motions may be made orally at the hearing on the Emergency Motions.

Dated: November 16, 2015      RDIO, INC.

              By:  */s/ Krikor J. Meshefejian*
                 RON BENDER
                 PHILIP A. GASTEIER
                 MONICA Y. KIM
                 KRIKOR J. MESHEFEJIAN
                 LEVENE, NEALE, BENDER, YOO
                   & BRILL L.L.P.
                 Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing documents entitled:

**NOTICE OF EMERGENCY HEARING ON DEBTOR'S EMERGENCY "FIRST DAY" MOTIONS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 16, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender    rb@lnbyb.com
- Ramon Naguiat    ramon.naguiat@skadden.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

**2. SERVED BY UNITED STATES MAIL**: On **November 16, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 16, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served by Overnight Mail**
The Hon. Dennis Montali
U.S Bankruptcy Court
235 Pine St.
Courtroom 22
San Francisco, CA 94104

**Served by Overnight Mail**
Office of the U.S. Trustee / SF
235 Pine St, Suite 700
San Francisco, CA 94104

**Service by E-mail**
Rdio, Inc.
1550 Bryant Street, Suite 200
San Francisco, CA 94103
abay@rd.io
elliott.peters@rd.io
greg.norman@rd.io
maikao.grare@rd.io

**THE ATTACHED SERVICE LISTS WERE SERVED BY E-MAIL AND/OR FAX**

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 16, 2015 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

Case: 15-31430    Doc# 24    Filed: 11/16/15    Entered: 11/16/15 22:26:55    Page 5 of 7

Rdio, Inc.
File: 7682
**Service by E-Mail**

**20 Largest Unsecured Creditors**

AXS Digital, LLC
Attn: Erin Ross
800 W Olympic Blvd Ste 305
Los Angeles, CA 90015
213-763-7713
eross@aegworldwide.com

China Basin Ballpark Company LLC
Attn: Brian Hastings
San Francisco Giants Baseball Organization
24 Willie Mays Plaza
San Francisco , CA 94107
415-972-2032
bhastings@sfgiants.com

Dell Financial Services
Attn: Jason M. Marble
Payment Processing Center
PO Box 6549
Carol Stream, IL 60197-6549
512-513-1068
Jason_Marble@dell.com
Renee_Godfrey@Dell.com

Digital Realty Trust LP
Attn: David Murillo
Digital 720 2nd LLC
P.O. Box 742203
Los Angeles, CA 90074
415-848-9309
dmurillo@digitalrealty.com
mvega@digitalrealty.com

Facebook.com Ads
Attn: Franchesca Bagasbas
Facebook Inc.
15161 Collections Center Drive
Chicago, IL 60693
650-543-4800
fbagasbas@fb.com
ar@fb.com

Intervision Systems Technologies, Inc.
(Rdio Inc.)
Attn: Samantha Vo
2250 Walsh Avenue
Santa Clara, CA 95050-2514
408-567-4232
samantha@intervision.com
NorCalTeam@intervision.com

Kahuna, Inc.
555 Bryant Street,
Suite 322
Palo Alto, CA 94301-1704
650285-0210
billing@kahuna.com

Merlin BV
Attn: Becky Bishop
Music and Entert Rights Licensing Ind Net
Damrak 277 Kamer 38
Amsterdam, - 1012 ZJ
+ 44 (0) 207 439 8492
becky@merlinnetwork.org

Mosaic NetworX LLC
Dept LA 24111
Pasadena, CA 91185
415233-4504
billing@mosaicnetworx.com

Music Reports, Inc.
Attn: Bob Braunstein
21122 Erwin Street
Woodland Hills, CA 91367
818558-1400
rbraun@musicreports.com
accounting_group@musicreports.com

nventive inc.
Attn: Julie Rose
215 St-Jacques
Suite 500
Montreal, - H2Y 1M6
514312-4969
julie.rose@nventive.com
accounting@nventive.com

Orchard Enterprises, Inc.
Attn: Michael Beauchamp
PO Box 10251
Uniondale, NY 11555-0251
212300-2867
mbeauchamp@theorchard.com
bshimkin@theorchard.com

Roku, Inc
Attn: Nadine Jordan
Dept 3118
PO Box 123118
Dallas, TX 75312-3118
408915-0981
njordan@roku.com
mnakashima@roku.com

Shazam Media Services
Attn: Edward Quintanilla
52 Vanderbilt Ave, 19th Floor
New York, NY 10017
609642-4757
edward.quintanilla@shazam.com
autumn.martin@shazam.com

Sony Music Entertainment
Attn: Brian Walters
550 Madison Avenue
New York, NY 10022
212833-5852
Brian.Walters@sonymusic.com
colleen.jackson.spantech@sonymusic.com

T-series
Attn: Shiv Chanana
E 2/16 White House, Ansari Road,
Darya Ganj,
+91 120 2515104
shivchanana@tseries.net

Tunecore
Attn: Jaqua Curiel
45 Main St, Suite 705
Brooklyn, NY 11201
347694-4910
jaqua@tunecore.com
andrew@tunecore.com

Universal Music Group Distribution
Attn: DeMille, Debbie
3905 W. Vincennes Road, Suite 400
Indianapolis, IN 46268
317599-4334
Debbie.DeMille@umusic.com
Raheela.Majid@umusic.com

| | | |
|---|---|---|
| Warner Music Group<br>Attn: Ayala, Jose<br>3400 W. Olive Ave<br>Mail Stop P-4-14<br>Burbank, CA 91505<br>818238-6482<br>Jose.Ayala@wmg.com | Triton is Ando Media aka Triton Digital<br>Attn: Robert German<br>1440 Sainte Catherine West, Suite 1200<br>Montreal, QC H3G 1R8 Canada<br>514-448 4037 x 2606<br>866-448 4037 x2606<br>F: (514) 807-1861<br>Robert.German@tritondigital.com | |

## Secured Creditors

| | | |
|---|---|---|
| Dell Financial Services L.L.C.<br>One Dell Way<br>Round Rock, TX 78682<br>512-513-1068<br>Jason_Marble@dell.com<br>Renee_Godfrey@Dell.com | Dell Financial Services L.L.C.<br>Mail Stop-PS2DF-23 One Dell Way<br>Round Rock, TX<br>512-513-1068<br>Jason_Marble@dell.com<br>Renee_Godfrey@Dell.com | Counsel for Iconical<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago \| Illinois \| 60606-1720<br>T: 312.407.0549 \| F: 312.407.8641 \| M: 312.282.1111<br>ron.meisler@skadden.com |

Counel for Pulser Media, Inc.
Greg Akselrud
Stubbs Alderton & Markiles, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
818-444-4503 (Direct)
818-444-6303 (Direct - Facsimile)
gakselrud@stubbsalderton.com

Rdio, Inc.
File: 7682
Utilities
**SERVICE BY EMAIL**

| | |
|---|---|
| Comcast<br>P.O. Box 34744<br>Seattle, WA 98124-1744<br>care_customer@cable.comcast.com | Mosaic Networx<br>Dept LA 24111<br>Pasadena, CA 91185-4111<br>legal@mosaicnetworx.com |

Rdio, Inc.
File: 7682
Banks
**SERVICE BY FACSIMILE**

| | |
|---|---|
| HSBC Bank USA, N.A.<br>1800 Tysons Boulevard, Suite 50<br>Mclean, VA 22101<br>Phone: 716-841-7212<br>Fax: 716-841-2034 | Bank of the West, Inc.<br>108 West Northwest Highway<br>Grapevine, TX 76051<br>817-310-3555<br>Fax: 817-421-4719 |