Richard D. Buckley, Jr. (SBN 190431)
Andy S. Kong (SBN 243933)
**ARENT FOX LLP**
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone:  213.629.7400
Facsimile:   213.629.7401
richard.buckley@arentfox.com
andy.kong@arentfox.com

Attorneys for AXS Digital, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**RDIO, INC.,**<br><br>           Debtor. | Case No. 15-31430<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**TO THE DEBTOR AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Arent Fox LLP hereby files this *Notice of Appearance and Request for Service of Papers* as counsel for creditor AXS Digital, LLC ("AXS"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, AXS respectfully requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon:

> **ARENT FOX LLP**
> Attn: Richard D. Buckley, Jr., Esq. and Andy Kong, Esq.
> 555 West Fifth Street, 48th Floor
> Los Angeles, CA 90013-1065
> Telephone: 213.629.7400
> Facsimile: 213.629.7401
> richard.buckley@arentfox.com
> andy.kong@arentfox.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended, or shall be deemed, to waive the right of AXS: (1) to have final orders in non-core matters entered only after *de novo* review by a higher court; (2) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (4) to contest jurisdiction or appropriate venue of the Bankruptcy Court in this proceeding or is intended or shall be deemed to waive any other rights, claims, actions, defenses, setoffs or recoupments to which AXS is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that AXS additionally requests that the Debtor and the Clerk of the Court place the foregoing names and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced case.

Dated: November 17, 2015

By: */s/ Andy S. Kong*
Andy S. Kong
**ARENT FOX LLP**
Attorneys for AXS Digital, LLC

# PROOF OF SERVICE

I, Aylin Sookassians, declare as follows:

I am a citizen of the United states and over the age of eighteen (18) years and not a party to the within action.

My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

On November 17, 2015, I served document(s) described as:

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

on the interested parties in this action by placing [ ] the original [x] true copies thereof enclosed in sealed envelopes addressed as follows:

JUDGE:

Judge Dennis Montali
United States Bankruptcy Court
235 Pine Street, 19th Floor
San Francisco, CA 94104

[x]  BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above.

[x]  BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users and those identified below:

*Ron Bender on behalf of Debtor Rdio, Inc.*
*rb@lnbyb.com*

*Philip A. Gasteier on behalf of Debtor Rdio, Inc.*
*pag@lnbrb.com*

*Krikor J. Meshefejian on behalf of Debtor Rdio, Inc.*
*kjm@lnbyb.com*

*Ramon Naguiat on behalf of Interested Party Iconical Investments II LP*
*ramon.naguiat@skadden.com*

*Office of the U.S. Trustee / SF*
*USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com*

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

1    I declare under penalty of perjury under the laws of the United States of America that the
2    above is true and correct.  This declaration was executed on November 17, 2015 at Los Angeles,
3    California.

                                        */s/ Aylin Sookassians*
                                        AYLIN SOOKASSIANS
                                        Declarant