DONNA S. TAMANAHA (WI# 1013199)
Assistant United States Trustee
JULIE M. GLOSSON (SBN 230709)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: donna.s.tamanaha@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 15-31430 DM |
| RDIO, INC., | Chapter 11 |
| Debtor. | |

## APPOINTMENT OF THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above-captioned case:

1. Joseph Hollinger
   Roku, Inc.
   12980 Saratoga Avenue
   Saratoga, CA 95070

2. Susan Meisel
   Sony Music Entertainment
   550 Madison Avenue, 30th fl.
   New York, NY 10022

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS        -1-

3. Ryan E. Davis
   AXS Digital LLC
   800 W. Olympic Blvd., Ste. 305
   Los Angeles, CA 90015

4. Antonious Porch
   Shazam Media Services
   52 Vanderbilt Avenue, 19th fl.
   New York, NY 10017

5. Ellen Hochberg
   Warner Music Group
   1633 Broadway
   New York, NY 10019

6. Joe Flores
   Universal Music Group Recording
   21301 Burbank Blvd.
   Woodland Hills, CA 91367

7. Denis McCarthy
   Mosaic Networx LLC
   700 Larkspur Landing Circle, Ste. 214
   Larkspur, CA 94939

Dated: November 19, 2015

TRACY HOPE DAVIS
UNITED STATES TRUSTEE
/s/Donna S. Tamanaha
Assistant United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS    -2-