RON BENDER (SBN 143364)
PHILIP A. GASTEIER (SBN 130043)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; pag@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>RDIO, INC.,<br><br><br>        Debtor. | ) Case No. 15-31430<br>)<br>) Chapter 11<br>)<br>)<br>) **DEBTOR'S MOTION FOR AN ORDER: (1)**<br>) **APPROVING SALE OF SUBSTANTIALLY**<br>) **ALL OF THE DEBTOR'S ASSETS FREE AND**<br>) **CLEAR OF ALL ENCUMBRANCES; (2)**<br>) **APPROVING OF DEBTOR'S ASSUMPTION**<br>) **AND ASSIGNMENT OF CERTAIN**<br>) **UNEXPIRED LEASES AND EXECUTORY**<br>) **CONTRACTS AND DETERMINING CURE**<br>) **AMOUNTS; (3) WAIVING THE 14-DAY STAY**<br>) **PERIODS SET FORTH IN BANKRUPTCY**<br>) **RULES 6004(h) AND 6006(d); AND (4)**<br>) **GRANTING RELATED RELIEF;**<br>) **MEMORANDUM OF POINTS AND**<br>) **AUTHORITIES**<br>)<br>) <u>Court Scheduled Hearing:</u><br>) Date: December 21, 2015<br>) Time: 9:30 a.m.<br>) Place: U.S Bankruptcy Court<br>)       Courtroom 201<br>)       1300 Clay Street, #300<br>)       Oakland, CA 94612<br>) Judge: The Hon. Denis Montali<br>) |

Rdio, Inc., chapter 11 debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Debtor") hereby files this Motion ("Motion") seeking an order of the Court approving the Debtor's sale of substantially all of its assets to Pandora Media, Inc. ("Purchaser") in accordance with the terms of the Asset Purchase Agreement ("APA") attached as Exhibit "1" to the concurrently filed Declaration of Elliott Peters (the "Peters Declaration") or the highest or otherwise best overbidder selected at the Auction (defined below). By way of this Motion, the Debtor is also seeking the Court's approval of the Debtor's assumption and assignment to Purchaser (or the successful overbidder) of the balance of those unexpired leases and executory contracts that Purchaser (or the successful overbidder) wishes to assume (defined in the APA as the "Designated Contracts").

The APA was the result of extensive pre-bankruptcy negotiations and documentation between the Debtor and Purchaser. Under the APA, Purchaser has agreed to purchase all of the Debtor's assets except for the "Excluded Assets" (see Section 2.1(a) of the APA) for the cash purchase price of $75 million (see Section 2.2(a) of the APA). The assets of the Debtor to be purchased by Purchaser are defined as the "Transferred Assets" and are identified in Section 2.1(a) of the APA. The Excluded Assets are defined in Section 2.1(c) of the APA.

In order to insure that the highest price possible is paid for the Transferred Assets, the Debtor's proposed sale to Purchaser is subject to overbid at an auction ("Auction") to be held on December 18, 2015. The Debtor has retained the highly regarded investment bank of Moelis & Company ("Moelis") to market the Transferred Assets for overbid and to work with the Debtor to conduct the Auction in the event of one or more qualified overbidders. Moelis is extremely familiar with the Debtor, the Debtor's business operations and the Transferred Assets as Moelis has been marketing the Debtor's business and the Transferred Assets for investment or sale for more than one year.

At a continued hearing held on November 23, 2015, the Court granted the Debtor's motion that was filed on November 16, 2015 (as Docket Number 13), for approval of bidding procedures. On November 24, 2015, the Court entered a bidding procedures order (the "Bidding Procedures Order"). The Bidding Procedures Order along with its exhibits (including the Bidding Procedures attached as Exhibit "1" to the Bidding Procedures Order) explains to prospective overbidders how a prospective overbidder becomes qualified to participate in the Auction. As described in the motion seeking approval of the Bidding Procedures Order, competing bidders will be required to submit a marked copy of the APA with improved terms. Following the completion of the Auction, the Debtor will file and serve a "Notice of Successful Bidder from Auction Sale" identifying the winning bidder at the Auction, the amount of the winning bid, and a link to the site where the notice recipient can download a copy of the winning bidder's asset purchase agreement together with a marked copy reflecting changes to the APA. If no qualified overbidder appears at the Auction and submits a qualifying overbid, Purchaser will be deemed to be the winning bidder, and the Debtor will proceed to request the Court to approve the Debtor's sale of the Transferred Assets and assignment of the Designated Contracts to Purchaser at the hearing to be held on December 21, 2015. The Debtor expects to consummate its sale to Purchaser (or to a successful overbidder) by December 31, 2015. The Debtor will not disburse any of the net sale proceeds except in accordance with orders of the Court.

The Debtor urges all parties in interest to read the entire APA and all of its exhibits for a more complete description of the details of the proposed sale transaction to Purchaser. The Debtor incurs substantial operating losses and has no ability to continue with the operation of its business over any long-term time span. The Debtor has no viable option to avoid a liquidation of its business other than to consummate an expedited sale. The Debtor's business and its assets have been marketed for sale for an extended period of time by Moelis. Purchaser is an

independent third-party buyer with no connection to the Debtor or to any insiders or affiliates of the Debtor. Purchaser has offered the highest price to date for the Debtor's assets, and the Debtor's proposed sale to Purchaser is subject to overbid. With the advice of Moelis, the Debtor does not believe that any additional time is needed for the overbid process to insure that the highest price possible is paid for the Debtor's assets, and given the vulnerability of the Debtor's business (and particularly its highly valuable employee base) from continuing to operate in chapter 11 for any extended period of time, the Debtor believes that it is absolutely imperative that the Debtor consummate an asset sale as soon as possible.

Accordingly, for all of these reasons and the others set forth below in the annexed Memorandum of Points and Authorities and the Peters Declaration, the Debtor respectfully requests that the Court grant this Motion without delay to allow the Debtor to consummate its asset sale to Purchaser (or to a successful overbidder) at the hearing on December 21, 2015, and immediately thereafter enter the Debtor's proposed sale order (the "Sale Order" as defined in the APA), which has been approved by, and is required to be entered in its current form by, Purchaser and is attached as Exhibit "F" to the APA.

**WHEREFORE**, the Debtor respectfully requests that the Court enter the Sale Order and, among other things:

1. find that notice of this Motion was proper, timely, adequate, appropriate and sufficient and that no other or further notice of this Motion, the hearing on this Motion, or the assumption and assignment of the Designated Contracts is or shall be required;

2. find good, sufficient, and sound business purposes and justification and compelling circumstances for the Debtor's sale of the Transferred Assets and assumption and assignment of the Designated Contracts to Purchaser (or to a successful overbidder) prior to, and outside of, a plan of reorganization;

3.     find that the APA (or the asset purchase agreement of the successful overbidder)[1] was negotiated, proposed and entered into without collusion, in good faith, and from arm's-length bargaining positions and that Purchaser is acting as a good faith purchaser and is, accordingly, entitled to the protections set forth in section 363(m) of the Bankruptcy Code;

4.     find the consideration provided by Purchaser (or a successful overbidder) for the Transferred Assets to (i) be fair and reasonable, (ii) be the highest or otherwise best offer for the Transferred Assets that was received by the Debtor in accordance with the Bidding Procedures Order, (iii) provides a greater recovery for the Debtor's creditors than would be provided by any other practical available alternative, and (iv) constitute reasonably equivalent value and fair consideration under the circumstances of this case, and find that prospective overbidders were provided an adequate opportunity to participate in the Auction and to submit a higher or otherwise better bid;

5.     find that one or more of the standards set forth in 11 U.S.C. § 363(f)(1)-(5) has been satisfied for selling the Transferred Assets free and clear of all "Encumbrances" (as defined in the Sale Order);

6.     find that approval of the APA and the consummation of the Debtor's sale of the Transferred Assets and the Debtor's assumption and assignment of the Designated Contracts to Purchaser (or to a successful overbidder) are in the best interests of the Debtor, its creditors, its bankruptcy estate and other parties in interest;

7.     authorize the Debtor to sell and transfer the Transferred Assets to Purchaser (or to a successful overbidder) free and clear of all Encumbrances of any kind or nature whatsoever

---

[1]     References herein to "APA" shall in each case include the successful overbidder's asset purchase agreement to be submitted for this Court's approval, if ever.

other than as provided in the APA, such that the Sale Order shall be effective as a determination that all Encumbrances shall be, and are, released with respect to the Transferred Assets as of the Closing, with all liens existing against the Transferred Assets at the time of the Closing to attach to the net sale proceeds in the same order of priority, and with the same validity, force and effect, as such liens had in the Transferred Assets immediately before the Closing, subject to any rights, claims and defenses of the Debtor and its bankruptcy estate;

8.      approve that the transfer of the Transferred Assets to Purchaser (or to a successful overbidder) will be a legal, valid, and effective transfer;

9.      approve that as to any person or entity that holds any Encumbrance of any kind in any of the Transferred Assets sold free and clear of such Encumbrance under the APA that has filed any instrument, document or agreement evidencing such Encumbrance in one or more of the Transferred Assets that shall not have delivered to the Debtor prior to the Closing, or to Purchaser after the Closing, in proper form for filing and executed by the appropriate parties, termination statements, instruments of satisfaction, or releases of all such Encumbrance which the person or entity has with respect to the Debtor or the Transferred Assets or otherwise, (a) Purchaser is authorized to execute and file such statements, instruments, releases and other documents on behalf of the person or entity with respect to the Transferred Assets, and (b) Purchaser is authorized to file, register, or otherwise record a certified copy of the Sale Order, which, once filed, registered or otherwise recorded, shall constitute conclusive evidence of the release of all Encumbrances in the Transferred Assets of any kind or nature whatsoever;

10.      approve that the Debtor and Purchaser, as applicable, have cured, or have provided adequate assurance of cure, of any default existing or occurring prior to the Closing under any of the Designated Contracts, and Purchaser has provided adequate assurance of its future performance of and under the Designated Contracts;

6

11.      approve that approval of this Motion will be an approval of all of the terms of the APA;

12.      authorize the Debtor to perform its obligations under and comply with the terms of the APA, pursuant to and in accordance with the terms and conditions of the APA;

13.      authorize the Debtor to (a) execute and deliver, and perform under, consummate and implement the APA, (b) execute and deliver, and perform under, all ancillary documents to the APA, and (c) take all further actions as may be reasonably requested by Purchaser (or a successful overbidder) for the purpose of assigning, transferring, granting, conveying and conferring to Purchaser (or to a successful overbidder) the Transferred Assets, or as may be necessary or appropriate to the performance of the obligations as contemplated by the APA;

14.      determine that Purchaser shall not be a successor (or other such similarly situated party) under any theories of successor liability, vicarious liability or otherwise, to the Debtor or the Transferred Assets ( provided that Purchaser shall assume the Assumed Liabilities as defined in Section 2.1(d) of the APA and any obligations arising under the Designated Contracts from and after the Closing as expressly stated in the APA) and shall not be deemed or found to have merged with or into the Debtor;

15.      determine that the Sale Order and APA shall be binding in all respects upon all creditors of the Debtor, all non-debtor parties to the Designated Contracts, all successors and assigns of Purchaser, the Debtor, and any subsequent trustee appointed in the Debtor's chapter 11 cases or upon a conversion to chapter 7 under the Bankruptcy Code and shall not be subject to rejection, and that such persons shall be and are forever barred from asserting, prosecuting or otherwise pursuing such person's or entity's claims or interests against Purchaser or its property with respect to the Transferred Assets and shall not interfere with Purchaser's title to or use and

enjoyment of the Transferred Assets transferred pursuant to the transaction contemplated by the APA, based on or related to such claims or interests;

16.     determine that nothing contained in any chapter 11 plan confirmed in the Debtor's case or the confirmation order of such a plan shall conflict with or derogate from the provisions of the APA or the Sale Order;

17.     determine that the Debtor's assumption and assignment to Purchaser, and Purchaser's assumption on the terms set forth in the APA, of the Designated Contracts is approved, and the requirements for assumption and assignment are deemed satisfied and that the Debtor is authorized in accordance with 11 U.S.C. §§ 105(a) and 365 to (a) assume and assign to Purchaser, effective upon the Closing, the Designated Contracts and (b) execute and deliver to Purchaser such documents or other instruments as may be reasonably necessary to assign and transfer the Designated Contracts to Purchaser;

18.     determine as to the Designated Contracts that:

(a) Designated Contracts so transferred and assigned, following the Closing, will remain in full force and effect for the benefit of Purchaser in accordance with their respective terms, notwithstanding any provision in any Designated Contract (including those of the type described in sections 365(b)(2), (e)(1) and (f)(1) of the Bankruptcy Code) that prohibits, restricts, or conditions such assignment or transfer;

(b) each Designated Contract is an executory contract or unexpired lease of the Debtor under Section 365 of the Bankruptcy Code;

(c) any provisions in any Designated Contract that prohibit, restrict or condition the assignment of such Designated Contract or allow the party to such Designated Contract to terminate, recapture, impose any penalty, condition renewal or extension, or modify any term or condition upon the assumption or assignment of such Designated Contract (including, without

limitation, extension or renewal options or other rights contained in the Designated Contract which purport to be "personal" only to the Debtor or to be exercisable only by the Debtor), constitute unenforceable anti-assignment provisions which are void and of no force and effect;

(d) each non-Debtor party to a Designated Contract that has not objected to the assumption and assignment of such Designated Contract to Purchaser is deemed to have consented to the assumption and assignment of such Designated Contract to Purchaser; and

(e) all defaults, breaches or other obligations of the Debtor under any Designated Contract incurred, arising or accruing prior to the Closing (without giving effect to any acceleration clauses or any default provisions of the kind specified in section 365(b)(2) of the Bankruptcy Code) shall be deemed and considered cured in full by the Debtor and Purchaser by the payment of the cure amount associated with such Designated Contract as indicated in the chart attached as Exhibit "2" to the Peters Declaration, at the Closing or as soon thereafter as practicable, and Purchaser shall have no further liability or obligation with respect to any such defaults, breaches or other obligations incurred, arising or accruing prior to the Closing, except as otherwise expressly provided in the APA;

19. approve (effective as of the Closing Date) the Debtor's rejection of all of the Debtor's remaining unexpired leases and executory contracts which are not assumed and assigned to Purchaser;

20. waive the 14-day stay periods set forth in Bankruptcy Rules 6004(h) and 6006(d); and

/ / /

/ / /

Case: 15-31430    Doc# 75    Filed: 11/24/15    Entered: 11/24/15 19:00:50    Page 9 of 83

1        21.     grant such other and further relief as the Court deems just and proper under the

2   circumstances of this case.

3   Dated: November 24, 2015          LEVENE, NEALE, BENDER, YOO &
                                                              BRILL L.L.P.

4

5

6   By:   */s/ Ron Bender*
               Ron Bender

7          Philip A. Gasteier
           Monica Y. Kim

8          Krikor J. Meshefejian
           Proposed Attorneys for Chapter 11

9          Debtor and Debtor in Possession

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter relates to the administration of the Debtor's bankruptcy estate and is accordingly a core proceeding pursuant to 28 U.S.C. § 157(b) (2) (A), (M) and (O). Venue of this case is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested in this Motion are (i) Sections 105(a) and 363(b), (f) and (m), 365 of Title 11 of the United States Code (the "Bankruptcy Code"), (ii) Rules 2002(a)(2), , 6004 (a), (b), (c), (e), (f) and (h), 6006(a), (c) and (d), 9006, 9007 and 9014 of the Federal Rules of Bankruptcy Procedure, and (iii) Bankruptcy Local Rules 6004-1, 6006-1, 9006-1 and 9014-1.

## II.

## STATEMENT OF FACTS

A. Company Background and Chapter 11 Bankruptcy Filing.

Rdio, Inc. (the "Debtor") commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") on November 16, 2015 (the "Petition Date"). The Debtor continues to operate its business, manage its financial affairs, and operate its bankruptcy estate as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

The Debtor was founded in 2009 as a digital music service. The Debtor's business operations were launched in 2010 after the Debtor secured requisite licenses from the applicable holders of music rights. Since that time, the Debtor has strived to grow into a worldwide music service, and today is in 86 countries.

One of the primary services provided by the Debtor is an unlimited, on demand music streaming service where for $9.99 per month, the user has access to an entire library of songs with access to them through a computer, mobile device, etc. In other words, the Debtor's business model is based upon a monthly recurring subscription for full access to its content rather than on an owned a la carte download model. The Debtor also makes available other subscription tiers at lower costs per month with varying service offerings or functionality (e.g., a family tier, a student tier, and a select tier with alternative functionality). Prior to the Debtor's bankruptcy filing, the Debtor was generating approximately $1.5 million of U.S. monthly revenue from its monthly subscription service. However, in order to avoid owing substantial sums back to its subscribers (who typically pay monthly in advance) if the winning bidder at the Auction (defined below) is Purchaser (defined below) or any overbidder who does not intend to continue with the Debtor's operating business, the Debtor discontinued billing its subscribers or accepting new subscribers effective on or about November 23, 2015.

While the Debtor's monthly subscription service provided the Debtor with its historical primary revenue source, prior to the Debtor's bankruptcy filing, the Debtor was also generating approximately $100,000-$150,000 of monthly revenue from advertisers who advertised in the Debtor's advertising-based service offerings. That advertising revenue is also expected to cease or reduce significantly as a result of the Debtor having discontinued billing its subscribers or accepting new subscribers effective on or about November 23, 2015.

The Debtor's primary assets consist of the Debtor's (i) owned technology (e.g., website, mobile apps, content ingestion technology, reporting technology, software, databases, etc.), (ii) content license agreements, (iii) subscribers, (iv) employee talent pool, and (v) goodwill.

Under its pre-petition operating business model, the Debtor was incurring monthly operating expenses of approximately $3.5-$4.0 million, comprised primarily of payroll for the

Debtor's approximately U.S. 140 employees (much of which represents costs of retaining high caliber Silicon Valley engineering talent), payment to the owners of music rights, costs of maintaining the service, rent, marketing costs, business development costs, technology maintenance costs, and foreign administrative expenses).  With average monthly total revenue of approximately $1.6-$1.65 million and average monthly operating expenses of $3.5-$4.0 million, the Debtor's pre-petition business operations under its operating business model resulted in operating losses of approximately $1.85-$2.4 million per month, and the Debtor no longer had the economic means of continuing to fund its significant operating cash flow shortfall.

The Debtor has approximately $190,237,000 of secured debt and approximately $30 million[2] of unsecured debt.  A material portion of the secured debt, in the estimated amount of $186,024,000, is owed to Pulser Media, Inc. ("Pulser Media"), which is the majority owner of the Debtor (owning approximately 79% of the Debtor's equity interests) and has a security interest in substantially all of the Debtor's assets. The remaining portion of the secured debt, $4,213,467, is owed to Iconical Investments II LP ("Iconical II").  The obligations of the Debtor to Iconical II are secured by a first-priority security interest in substantially all of the Debtor's assets.

B.  The Asset Sale Process.

Despite the investment of several hundred million dollars and years of efforts to build its subscriber base (and to attract significant advertising dollars), the Debtor has been unable to achieve profitability – or even to reduce its operating losses to sustainable levels.

As a result, Pulser Media employed a highly qualified investment bank in Moelis & Company ("Moelis") in the fall of 2014, initially with the goal of attempting to raise new equity

---

[2] This figure is an estimate of current liquidated unsecured debt.  This figure does not take into account any disputed, unliquidated or contingent unsecured debt, including any debt which may arise as a result of the Debtor's rejection of unexpired leases or executory contracts or breaches or terminations of license agreements.

capital. Despite extensive efforts by Moelis, it ultimately became clear that raising new debt or equity capital was not going to be possible. At that point, Pulser Media charged Moelis with finding a buyer or merger partner because the Debtor was not going to be able to continue to fund such significant operating losses indefinitely.

By June 2015, it became clear that Pandora Media, Inc. ("Purchaser") was emerging as the most interested party and the party most likely to present the best offer and to close a sale. Purchaser submitted a preliminary letter of intent ("LOI") on July 8, 2015. Concurrent with the negotiations with Purchaser on the LOI, Moelis continued its marketing process, and, over the subsequent three months, the Debtor's management and Moelis continued discussions with other interested parties which had been identified. The negotiations were long and intensive. Purchaser advised the Debtor that it had approximately 125 people working on this transaction. Negotiations broke down several times. After substantial negotiation of the LOI and additional due diligence by Purchaser, the parties executed a non-binding LOI on September 29, 2015.

Following the execution of the LOI, Purchaser continued its due diligence and the parties commenced negotiations on the terms of a definitive transaction. Those negotiations were also very intense and extended, and Purchaser continued its due diligence. By the time of the execution of the LOI, Purchaser informed the Debtor that it was willing to proceed with a transaction if that transaction was conducted as part of a Chapter 11 bankruptcy process and a purchase pursuant to a sale under 11 U.S.C. § 363. In addition, Purchaser informed the Debtor that it would not purchase the Debtor's business in its present form, but would acquire only certain assets, consisting primarily of the Debtor's core technology and related engineering staff. The definitive Asset Purchase Agreement between the Debtor and Purchaser was not executed until November 16, 2015 (the "APA").

C. The APA.

14

A true and correct copy of the APA entered into between the Debtor and Purchaser is attached as Exhibit "1" to the concurrently filed Declaration of Elliott Peters (the "Peters Declaration").

Pursuant to the APA, Purchaser has agreed to purchase the Debtor's technology and certain other assets (the "Transferred Assets")[3] for a base purchase price of $75.0 million, subject to adjustment as provided in the APA. Pandora also agreed to enter into a Master Services Agreement, which provided for a payment of $2.5 million to the Debtor and which was approved by the Court at a hearing held on November 23, 2015.

A description of the Transferred Assets to be purchased by Purchaser free and clear of all liens, claims and interests is set forth in full in Section 2.1(a) of the APA. The Transferred Assets include specified Contracts and Additional Designated Contracts which Purchaser may elect to assume (collectively "Designated Contracts"), Transferred Technology and Transferred IPR (intellectual property rights), equipment and other tangible personal property, and related rights, property, records, causes of action, credits, deposits and benefits – all as more specifically set forth in the APA.

The APA provides for the Debtor's assumption and assignment to Purchaser of the Designated Contracts, and requires advance approval and notice of procedures for notifying non-debtor parties to such contracts and determining cure amounts and objections.[4] Purchaser is to assume liabilities under the Designated Contracts arising following assignment, and either the Debtor or Purchaser is required to pay cure costs in respect of certain Designated Contracts, all as

---

[3] As more specifically identified and defined in the APA. Capitalized terms not defined herein shall have the meaning as defined in the APA.

[4] See APA, Section 2.1(b).

more specifically provided in the APA.[5]

The APA contains certain representations and warranties.[6] Under the APA, the Debtor must indemnify Purchaser for breaches of representations and warranties, breaches of covenants and Excluded Liabilities. The APA provides that 15% of the Aggregate Consideration will be deposited in an Escrow Account to backstop these indemnification obligations. Purchaser also required that Iconical II provide a guarantee of the Debtor's indemnification obligations under the APA, subject to various limitations and conditions. Iconical II agreed to provide such guarantee, the terms of which are set forth in an Indemnity and Guaranty Agreement between Iconical II and Purchaser dated as of November 16, 2015, which is attached as an exhibit to the APA.

The APA provides that prior to the Closing, Purchaser will offer employment (post-closing) to certain Designated Employees of the Debtor.  The Debtor will be responsible for compensation to employees prior to closing.[7]  The APA contains both provisions for price adjustments (up to $15.0 million), and provisions constituting closing conditions, respectively, if specified individuals and threshold number of employees of the Debtor do not accept employment with Purchaser following the Closing.[8]

Purchaser's obligations under the APA are subject to certain deadlines.  The APA requires the filing of a motion for an order approving bid and sale procedures (the "Bidding Procedures Order") within one day of the Petition Date.[9] The Debtor was also required to use commercially reasonable efforts to obtain the Bankruptcy Court's entry of the Bidding Procedures Order on or prior to December 1, 2015; and obtain the Bankruptcy Court's entry of the Sale Order on or prior

---

[5] See APA, Section 2.1(d).

[6] See APA, Article 3.

[7] See APA, Section 6.4.

[8] See APA, Sections 2.2(c) and 7.2(j).

to December 23, 2015.[10] Purchaser may terminate the APA if such deadlines are not met.[11]

The Debtor is also required to seek and obtain approval of a Master Services Agreement ("Services Agreement") pursuant to which the Debtor will provide services of its employees to Purchaser in order to advance the sale process, and Purchaser will compensate the Debtor for such services (the "Service Fees"), in the aggregate amount of $2.5 million, payable in installments, the first of which (in the amount of $1.25 million) was required to be paid within three (3) days following the execution of the Services Agreement and has already been paid by Purchaser. Purchaser's agreement to make the payments under the Services Agreement will allow the Debtor to fund a substantial portion of its employee costs through the Closing. The APA also requires that the Debtor file a motion for approval of the Services Agreement within one day following the Petition Date.[12] The Court approved the Services Agreement at a hearing held on November 23, 2015.

The APA provides certain incentives to Purchaser to induce Purchaser to be the lead bidder. In the event that Purchaser is not the Successful Bidder, it shall be entitled to a break-up fee of $2,250,000 (the "Break-Up Fee"), reimbursement of out-of-pocket costs and expenses (including legal) up to $500,000 (the "Expense Reimbursement"), and repayment of the Service Fees. The Court approved these bid protections at the hearing held on November 23, 2015.

The Break-Up Fee and Expense Reimbursement, as defined in the APA, were intensely negotiated. In addition, the Services Agreement, as defined in the APA, was intensely negotiated and is an integral part of the sale. The provisions for the Break-Up Fee, Expense Reimbursement,

---

[9]   See APA, Section 6.1 (b) and (c).

[10]  See APA, Section 6.1 (g).

[11]  See APA, Section 9.1(f)(iii).

[12]  See APA, Section 6.1 (e).

and repayment of the Services Fees, under the circumstances provided in the APA, were absolutely required for Purchaser to proceed with this sale transaction.

The discussion of the provisions of the APA contained herein is qualified in its entirety by and made subject to the APA itself, and all exhibits thereto and related agreements. Parties in interest are urged to review such documents in their entirety.

To the best knowledge of the Debtor, no insider of the Debtor has any interest in or connection with Purchaser and no insider of the Debtor will be receiving any special benefit as a result of the Debtor's sale of the Transferred Assets to Purchaser. Pulser Media and Iconical II have agreed to permit the Debtor to use cash collateral on the terms described in the DIP Motion, and Iconical II has agreed to provide the Debtor with a DIP Facility of up to $3 million to provide the Debtor with additional liquidity support for the sale process. As described in more detail in the DIP Motion, the DIP Lender and the prepetition secured creditors have agreed to a pre-sale-closing "carve out" of up to $500,000 (and post-sale-closing "carve-out" of up to $300,000) for professionals employed in Debtor's bankruptcy case (by both the Debtor and the Official Committee of Unsecured Creditors (the "Committee"), which was formed on November 19, 2015).

In addition, secured creditors Iconical II and Pulser Media both executed a consent, a copy of which is attached as Exhibit "G" to the APA, which provides, among other things, that such secured lenders (i) consent to (A) the terms of the Bidding Procedures Order; (B) without limiting the generality of the immediately foregoing clause (A) above, the payment of the Breakup Fee, the Master Services Fees and the Expense Reimbursement to Purchaser by Seller, as provided in Section 9.3 of the APA; and (C) the terms of, and relief provided in, the Sale Order; and (ii) waive their credit bid rights under Section 363(k) of the Bankruptcy Code vis-à-vis Purchaser and the Auction.

The Debtor has no other secured creditors, except for limited equipment security interests or leases.

D. The Sale Process and Applicable Considerations

Purchaser was only willing to proceed with its purchase of the Transferred Assets if the asset sale was conducted through a chapter 11 bankruptcy process, but Purchaser has agreed that the Debtor can and should market Purchaser's offer for overbid to insure that the highest and best price is paid for the Debtor's assets/business. The Debtor has retained Moelis for the purpose of marketing the Debtor's assets/business for overbid and to assist the Debtor to conduct an auction process in the event of any successful overbids – recognizing that the Debtor has only a limited amount of time available to consummate a sale. Not only does the Debtor not have the financial means with which to continue to fund its operating losses on any long-term basis, as a result of the business uncertainty created by the Debtor's bankruptcy filing, particularly with regard to potential loss of its employee talent, the continuing desirability and value of the Debtor's assets and business is clearly jeopardized by delay. Purchaser has understandably required a prompt sale process.

As indicated in Section 6.1 of the APA, certain bidding procedures ("Bidding Procedures") have been agreed to by the Debtor and Purchaser, all of which the Debtor believes to be reasonable and appropriate under the circumstances of this case and in compliance with the law. At a continued hearing held on November 23, 2015, the Court granted the Debtor's motion that was filed by the Debtor on November 16, 2015 (as Docket Number 13), for approval of bidding procedures ("Bidding Procedures"). On November 24, 2015, the Court entered a bidding procedures order (the "Bidding Procedures Order"). The Bidding Procedures Order along with its exhibits (including the Bidding Procedures attached as Exhibit "1" to the Bidding Procedures Order) explains to prospective overbidders how a prospective overbidder becomes qualified to

participate in the auction sale ("Auction").  The Bidding Procedures include, among other things, the following elements:

1.      Within three days following the entry of the Bidding Procedures Order, the Debtor will send the approved Auction Sale and Hearing Notice (substantially in the form attached as Exhibit "3" to the Peters Declaration) to all potential purchasers identified by the Debtor; the Office of the United States trustee, counsel for the Committee, the 20 largest unsecured creditors, applicable taxing authorities, and other parties identified in the Bidding Procedures.

2.      In order to overbid Purchaser's bid, the minimum initial overbid must be at least $1.0 million higher than Purchaser's bid made in the APA (plus an amount equal to the Break-Up Fee, the maximum Expense Reimbursement, and the Service Fee, which amounts may be repaid to Purchaser under the APA if it is not the Successful Bidder), with minimum subsequent bid increments of no less than $500,000 and by figures which are wholly divisible by $500,000.

3.      Bids must be delivered at least three days prior to the Bid Deadline, accompanied by a marked up version of the APA.

4.      In order to be considered a "qualified bidder", a bidder must, on or before five business days before the Auction, submit evidence of its financial ability to close the transaction.

5.      Prospective overbidders are required to provide a deposit equal to the sum of $7.6 million (10% of the Purchase Price plus the first bid increment), plus the aggregate amount equal to the Break-Up Fee, the maximum Expense Reimbursement, and the Service Fee.

The foregoing discussion of the Bidding Procedures is qualified in its entirety by and made subject to the Bidding Procedures.  Parties in interest, including any prospective overbidders, are urged to review the Bidding Procedures in their entirety, and may not rely on the summary of certain provisions contained herein.

**The timing of the sale process is critical.** Purchaser has conditioned its offer on the

Debtor obtaining an entered Sale Order by on or prior to December 23, 2015.[13]   The Court has scheduled the sale hearing to be held on December 21, 2015, at 9:30 a.m., and the Auction is scheduled to be held (in the event that one or more qualified overbidders elects to participate in the Auction) on December 18, 2015.   The Debtor has been assured by Moelis that this is a sufficient amount of time for Moelis to conduct an overbid process, particularly given the breadth of Moelis' pre-bankruptcy marketing process and Moelis' in-depth knowledge of this industry and marketplace and prospective overbidders, to insure that the highest and best price is obtained from the sale of the Debtor's assets/business.

   The Debtor and Moelis believe that Purchaser is uniquely situated in regard to the Debtor's assets based on the complimentary nature of the Debtor's and Purchaser's respective businesses and that the prospects for any overbid to Purchaser's offer are remote.   Although the Debtor and Purchaser have both been operating in the internet radio business for an extended period of time, the differences in their particular business models, and the way they have developed, make Purchaser a particularly suitable purchaser for the Debtor's assets.   As compared to Purchaser's music service, the Debtor's service involves more specific (personalized) customer choice, a tiered-priced subscription service, and extensive direct licensing.   The Debtor's digital music service provides both internet radio and subscription on-demand listening experiences. It has secured extensive IP licensing agreements with music labels and publishers, allowing it to offer a comprehensive library of over 35 million songs. While Purchaser will not be continuing the Debtor's existing internet service, the Debtor's technology will be of great benefit to Purchaser in providing this type of service in the future. These aspects of the Debtor's business

---

[13]   See above discussion of APA.

are complementary and offer opportunities for Purchaser to expand its business model which appear attractive in the present marketplace.

With the assistance of Moelis, the Debtor has been engaged for over one year in an active marketing process involving contacts with over 110 financially significant potential investors or purchasers, involving substantial discussions with a number of different prospective buyers over the past many months. The negotiations with Purchaser alone have continued for over three months since Pandora delivered its initial draft of the LOI. Moelis will continue with its efforts to attempt to solicit overbids during this overbid process. Subject to the pending overbid process, the Debtor has concluded that Purchaser is likely to offer greater value for the Debtor's assets than any other prospective bidder for several reasons. First, as discussed above, Purchaser is in a similar but complimentary business as the Debtor, and the Debtor's assets appear to be particularly suited to expanding Purchaser's business. Second, Purchaser is for those reasons a strategic buyer, as opposed to a financial buyer which may view the Debtor's large past losses unfavorably. Third, Purchaser has expressed the greatest interest in purchasing the Debtor's assets, and thus far has offered a higher price than any other prospective buyer. Fourth, Purchaser has the financial means to consummate its purchase of the Transferred Assets.

Given the extensive pre-petition marketing process that was undertaken for the sale of the Debtor's business, the Debtor and Moelis do not believe that a prospective overbidder would need more time to compete for the Debtor's assets. To the contrary, it is paramount that the Debtor consummate an immediate sale of the Transferred Assets because of the severe risk of a deterioration of the Debtor's business resulting from the Debtor's bankruptcy filing, and irreparable harm to the Debtor's estate and creditors. Purchaser and the Debtor operate in a very competitive environment, especially as concerns employees. The key employees who are associated with the Debtor's intellectual property assets are extremely important to the

opportunity presented to Purchaser. Such employees are also very much in demand from other technology companies. The Debtor's Chapter 11 filing may cause some of those employees to consider other employment opportunities, unless they can be assured of a rapid transition.

The timing is thus critical to Purchaser (or any other buyer), in that the value of the assets is diminished if the key employees are no longer available. If the associated expertise is not available, a buyer may well consider acquiring similar assets elsewhere or developing similar technology through internal research and development efforts. If the present sale is not timely consummated, there is an extremely high risk that the Debtor's assets will be substantially devalued, the benefits of the sale to the Debtor's estate will be lost, and the Debtor and its creditors will as a result suffer massive and irreparable harm.

## III.

## DISCUSSION AND AUTHORITIES

**A.** **The Bankruptcy Court Should Authorize the Debtor to Sell the Transferred Assets to Purchaser (Or a Successful Overbidder) in Accordance with the Terms of the APA.**

Section 363(b) of the Bankruptcy Code provides that a debtor "after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate." To approve a use, sale or lease of property other than in the ordinary course of business, the court must find "some articulated business justification." See, e.g., In re Martin (Myers v. Martin), 91 F.3d 389, 395 (3d Cir. 1996) citing In re Schipper (Fulton State Bank v. Schipper), 933 F.2d 513, 515 (7th Cir. 1991); Comm. of Equity SEC Holders v. Lionel Corp. (In re Lionel Corp.), 722 F.2d 1063, 1070 (2d Cir. 1983); In re Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 143 (3d Cir. 1986) (implicitly adopting the "sound business judgment" test of Lionel Corp. and requiring good faith); In re Delaware and Hudson Ry. Co., 124 B.R. 169 (D. Del. 1991) (concluding that the Third Circuit adopted the "sound business judgment" test in the Abbotts Dairies decision).

In the Ninth Circuit, "cause" exists for authorizing a sale of estate assets if it is in the best interest of the estate, and a business justification exists for authorizing the sale. In re Huntington, Ltd., 654 F.2d 578 (9th Cir. 1981); In re Walter, 83 B.R. 14, 19-20 (9th Cir. B.A.P. 1988). The Ninth Circuit has also held that section 363 allows the sale of substantially all assets of a debtor's bankruptcy estate after notice and a hearing. In re Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991).

In determining whether a sale satisfies the business judgment standard, courts have held that: (1) there be a sound business reason for the sale; (2) accurate and reasonable notice of the sale be given to interested persons; (3) the sale yield an adequate price (i.e., one that is fair and reasonable); and (4) the parties to the sale have acted in good faith. Titusville Country Club v. Pennbank (In re Titusville Country Club), 128 B.R. 396, 399 (Bankr. W.D. Pa. 1991); see also, In re Walter, 83 B.R. at 19-20.

The Debtor submits that its proposed sale of the Transferred Assets to Purchaser clearly comports with each of these four criteria, is consistent with the terms of the APA, and demonstrates that the Debtor's business judgment to proceed with the proposed sale of the Transferred Assets to Purchaser in accordance with the terms of the APA is sound.

### 1. **Sound Business Purpose.**

There must be some articulated business justification, other than appeasement of major creditors, for using, selling or leasing property out of the ordinary course of business before the bankruptcy court may order such disposition under Section 363(b). In re Lionel Corp., 722 F.2d at 1070. The Ninth Circuit Bankruptcy Appellate Panel in Walter v. Sunwest Bank (In re Walter), 83 B.R. 14, 19 (9th Cir. B.A.P. 1988) has adopted a flexible case-by-case test to determine whether the business purpose for a proposed sale justifies disposition of property of the estate under Section 363(b). In Walter, the Bankruptcy Appellate Panel, adopting the reasoning of the

Fifth Circuit in <u>In re Continental Airlines, Inc.</u>, 780 F.2d 1223 (5th Cir. 1986) and the Second

Circuit in <u>In re Lionel Corp.</u>, <u>supra</u>, articulated the standard to be applied under Section 363(b) as

follows:

> Whether the proffered business justification is sufficient depends on the case. As the Second Circuit held in <u>Lionel</u>, the bankruptcy judge should consider all salient factors pertaining to the proceeding and, accordingly, act to further the diverse interests of the Debtor, creditors and equity holders, alike. He might, for example, look to such relevant facts as the proportionate value of the asset to the estate as a whole, the amount of elapsed time since the filing, the likelihood that a plan of reorganization will be proposed and confirmed in the near future, the effect of the proposed disposition on future plans of reorganization, the proceeds to be obtained from the disposition vis-a-vis any appraisals of the property, which of the alternatives of use, sale or lease the proposal envisions and, most importantly perhaps, whether the asset is increasing or decreasing in value. This list is not intended to be exclusive, but merely to provide guidance to the bankruptcy judge.

> <u>In Re Walter</u>, 83 B.R. at 19-20, *citing* <u>In re Continental Air Lines, Inc.</u>, 780 F.2d 1223, 1226 (5th Cir. 1986).

The facts pertaining to the Debtor's proposed sale of the Transferred Assets to Purchaser

clearly substantiate the Debtor's business decision that such contemplated sale serves the best

interests of the Debtor's estate and its creditors and merits the approval of the Court.

For all of the reasons explained above, the Debtor is not able to continue to sustain its

significant operating losses as the Debtor lacks the financial means of funding such continued

operating losses. As a result, the only way for the Debtor to maximize the value of its

assets/business is for the Debtor to consummate an expedited sale of its assets/business. The

Debtor has engaged in a lengthy and expansive marketing process with the assistance of a highly

regarded investment bank in Moelis. The Debtor is highly confident that its proposed asset sale to

Purchaser (subject to overbid) is the best option available to the Debtor to maximize the value of

the Debtor's assets and recovery for the Debtor's creditors. The Debtor therefore submits that its

proposed sale is justified by sound business purposes, satisfying the first requirement for a sale under Section 363(b) of the Bankruptcy Code.

### 2. **Accurate and Reasonable Notice.**

In connection with a proposed sale under Section 363 of the Bankruptcy Code, "four pieces of information must be presented to the creditors. The notice should: place all parties on notice that the debtor is selling its business; disclose accurately the full terms of the sale; explain the effect of the sale as terminating the debtor's ability to continue in business; and explain why the proposed price is reasonable and why the sale is in the best interest of the estate." In re Delaware & Hudson Railway Co., 124 B.R. 169, 180 (D. Del. 1991). A notice is sufficient if it includes the terms and conditions of the sale and if it states the time for filing objections. In re Karpe, 84 B.R. 926, 930 (Bankr. M.D. Pa. 1988). The purpose of the notice is to provide an opportunity for objections and hearing before the court if there are objections. Id.

The Debtor has served a notice of the Motion and opportunity to overbid upon all known creditors, all other parties to executory contracts and unexpired leases, the Committee, the United States Trustee and those parties who have requested special notice. In addition, in accordance with the terms of the APA, the Debtor has served a copy of the Motion on all known Taxing Authorities in the United States that have jurisdiction over the Business, as reasonably determined by Seller, those Governmental Entities in the United States having jurisdiction over the Business with respect to Environmental Laws, as reasonably determined by Seller, and on the attorneys general of all states in which the Transferred Assets are located. In addition, in accordance with the terms of the APA, the Debtor has served a notice of the Motion to all known creditors of the Debtor's Parent and its United States Subsidiaries, and to all known creditors of Parent's Subsidiaries organized outside of the United States having accounts payable of at least $1,000,000.

The Debtor submits that the foregoing satisfies the requirements of the APA and of Bankruptcy Rules 6004(a) and (c), which provide as follows:

> "(a) ... Notice of a proposed ... sale ... of property ... not in the ordinary course of business shall be given pursuant to Rule 2002(a)(2),(c)(1),(i) and (k) ...
> (c) ... A motion for authority to sell property free and clear of liens or other interests shall be made in accordance with Rule 9014 and shall be served on the parties who have liens or other interests in the property to be sold. The notice required by subdivision (a) of this rule shall include the date of the hearing on the motion and the time within which objections may be filed and served on the debtor in possession..."

Fed. R. Bankr. P. 6004(a)(c).

### 3. <u>Fair and Reasonable Price</u>.

In order to be approved under Section 363(b) of the Bankruptcy Code, the purchase price must be fair and reasonable. <u>Coastal Indus., Inc. v. U.S. Internal Revenue Service</u> (<u>In re Coastal Indus., Inc.</u>), 63 B.R. 361, 368 (Bankr. N.D. Ohio 1986). Several courts have held that "fair value" is given for property in a bankruptcy sale when at least 75% of the appraised value of such property is paid. <u>See In re Karpe</u>, 84 B.R. at 933; <u>In re Abbotts Dairies of Pennsylvania, Inc.</u>, 788 F.2d 143, 149 (3d Cir. 1986); <u>Willemain v. Kivitz</u>, 764 F.2d 1019 (4th Cir. 1985); <u>In re Snyder</u>, 74 B.R. 872, 878 (Bankr. E.D. Pa. 1987); <u>In re The Seychelles, Partnership and Genius Corp. v. Banyan Corp.</u>, 32 B.R. 708 (N.D. Tex. 1983). However, the Debtor also realizes that "its main responsibility, and the primary concern of the bankruptcy court, is the maximization of the value of the asset sold." <u>In re Integrated Resources, Inc.</u>, 135 B.R. 746, 750 (Bankr. S.D.N.Y. 1992), <i>aff'd</i>, 147 B.R. 650 (S.D.N.Y. 1992). "It is a well-established principle of bankruptcy law that the objective of bankruptcy rules and the [debtor's] duty with respect to such sales is to obtain the highest price or greatest overall benefit possible for the estate." <u>In re Atlanta Packaging Products, Inc.</u>, 99 B.R. 124, 131 (Bankr. N.D. Ga. 1988); <u>see also In re Wilde Horse Enterprises</u>, 136 B.R. 830, 841 (Bankr. C.D. Cal. 1991) ("In any sale of estate assets, the ultimate purpose is to obtain

the highest price for the property sold").

The very extensive marketing and sale process undertaken by Moelis and the Debtor was specifically designed to insure that the highest price possible is obtained for the Transferred Assets. The Debtor believes that the $75 million purchase price being paid by Purchaser (or the higher bid submitted by the Successful Bidder, if not Purchaser) equates to the fair market value of the Transferred Assets under the circumstances of the Debtor's business and this case, and the Debtor's proposed sale to Purchaser is subject to overbid at the Auction. As a result, if anyone with the financial ability to do so is willing to pay more for the Transferred Assets than Purchaser has offered, they have every opportunity to appear at the Auction and bid more than Purchaser has offered. The Debtor is therefore extremely confident that by the conclusion of the Auction, the highest bid submitted (which will be the purchase price offered by Purchaser unless there is an overbid submitted by a qualified overbidder) is fair and reasonable and equates to the fair market value of the Transferred Assets under the circumstances of the Debtor's business and this case, and therefore should be approved by the Court. Following the conclusion of the Auction, the Debtor will file with the Court an updated Declaration from a qualified Moelis representative explaining the overbid marketing process which was undertaken by Moelis and the results of the Auction.

### 4. **Good Faith.**

When a bankruptcy court authorizes a sale of assets pursuant to Section 363(b)(1), it is required to make a finding with respect to the "good faith" of Purchaser. In re Abbotts Dairies, 788 F.2d at 149. Such a procedure ensures that Section 363(b)(1) will not be employed to circumvent the creditor protections of Chapter 11, and as such, it mirrors the requirement of Section 1129, that the Bankruptcy Court independently scrutinizes the debtor's reorganization plan and makes a finding that it has been proposed in good faith. Id. at 150.

"Good faith" encompasses fair value, and further speaks to the integrity of the transaction. In re Wilde Horse Enterprises, 136 B.R. at 842. With respect to the debtor's conduct in conjunction with the sale, the good faith requirement "focuses principally on the element of special treatment of the Debtor's insiders in the sale transaction." See In re Industrial Valley Refrig. and Air Cond. Supplies, Inc., 77 B.R. 15, 17 (Bankr. E.D. Pa. 1987). With respect to the buyer's conduct, this Court should consider whether there is any evidence of "fraud, collusion between the purchaser and other bidders or the [debtor], or an attempt to take grossly unfair advantage of other bidders." In re Abbotts Dairies, 788 F.2d at 147, In re Rock Indus. Mach. Corp., 572 F.2d 1195, 1198 (7th Cir. 1978); In re Wilde Horse Enterprises, Inc., 136 B.R. at 842; In re Alpha Industries, Inc., 84 B.R. 703, 706 (Bankr. D. Mont. 1988). In short, "[l]ack of good faith is generally determined by fraudulent conduct during the sale proceedings." In re Apex Oil Co., 92 B.R. 847, 869 (Bankr. E.D. Mo. 1988), citing In re Exennium, Inc., 715 F.2d 1401, 1404-05 (9th Cir. 1983). See also In re M Capital Corp., 290 B.R. 743 (B.A.P. 9th Circuit, 2003).

In In re Filtercorp, Inc., 163 F.3d 570 (9th Cir. 1998), the Ninth Circuit set forth the following test for determining whether a buyer is a good faith purchaser:

> A good faith buyer "is one who buys 'in good faith' and 'for value.'" [citations omitted.] [L]ack of good faith is [typically] shown by 'fraud, collusion between the purchaser and other bidders or the trustee, or an attempt to take grossly unfair advantage of other bidders.'" [citations omitted.]

Filtercorp, 163 F.3d at 577.

The Ninth Circuit made clear in Filtercorp that this standard for determining good faith is applicable even when the buyer is an insider.

Neither Purchaser nor any of Purchaser's representatives or affiliates is an "insider" of the Debtor. The Debtor is not aware of any fraud, collusion or attempt to take unfair advantage of other bidders. Additionally, the APA was intensively negotiated at arm's length with all parties

involved acting in good faith. Based on the foregoing, and a declaration to be submitted by Purchaser describing its good-faith conduct throughout the sale process, the Debtor submits that the Court should find that Purchaser constitutes a good faith purchaser entitled to all of the protections afforded by Section 363(m) of the Bankruptcy Code.

**5.**     **Subscriber Information.**

Purchaser has made clear that it has no desire to continue with the operation of the Debtor's business or to continue to provide the Debtor's current subscribers with the Debtor's music streaming service. However, the Debtor reserves the right to include personal identifying information of its subscribers in any asset sale to Purchaser or to a qualified overbidder that elects to participate in the Auction if the winning bidder desires to acquire that information. The Debtor's Privacy Policy permits the Debtor to include personal identifying information of its subscribers in a sale of the Debtor's assets. Notwithstanding that policy, such personal information has not been made available by the Debtor to potential purchasers in the due diligence activity in which the Debtor has been engaged since September, 2014. The Debtor's Privacy Policy, posted online at http://www.rdio.com/legal/privacy-policy/#5, and updated effective as of September 3, 2015, contains the following provisions:

> 1.3 By accessing or using the Rdio Services, you consent to our collection, use, storage, deletion, and disclosure of provided Personal Information relating to you, as set forth in this Privacy Policy. This Privacy Policy is effective as of the date set forth above and is only applicable to the Rdio Services and not to any other website or service: (a) that you may be able to access from the Rdio Sites, Service Applications, or Rdio Social Media; (b) that embeds or contains Rdio content or functionality but which is not made available to you by us.
> …
> **2. PERSONAL INFORMATION THAT WE COLLECT**
> 2.1 Personal Information means information that identifies you as an individual or relates to an identifiable person, such as your name, email or postal address, telephone number, various transaction-related information (such as your credit or debit card number or other payment information), or your social media account information ("Personal Information").
> …
> **5. HOW WE MAY DISCLOSE PERSONAL INFORMATION**

5.1 In order to operate the Rdio Services, we may share your Personal Information in the following ways:

…

5.1.9 With a third party in the event of a reorganization, merger, sale, joint venture, assignment, transfer or other disposition of all or any portion of our business, assets, or stock (including in connection with any bankruptcy or similar proceedings);

…

**18. CHANGES AND UPDATES TO PRIVACY POLICY**

This Privacy Policy may be revised periodically and this will be reflected by the date above. If we make amendments to the Privacy Policy that affect how we use your Personal Information, we will notify you of the revision by posting it on the Services. Your continued use of the Rdio Services following the amendments means that you accept the changed Privacy Policy. To the extent that the amendments require your consent, you will be provided with the opportunity to consent to such amendments. If you do not agree with the amendments, we may choose to terminate your use of the Rdio Services.

¶ The Debtor's posted Privacy Policy has long permitted the inclusion of personal information in an asset sale. For example, the Debtor's Privacy Policy published April 2, 2013 provided in part that:

5.4.2 Asset transfers

If we become involved in a merger, acquisition or other transaction involving the sale of some or all of our or our affiliates' assets or voting securities, user information, including personal information collected from you through your use of the Rdio Service, may be included in the transferred assets or securities. Should such an event occur, we will use reasonable means to notify you, either through email and/or prominent notices on the Rdio Service.

**B.**     **Section 363(f) of the Bankruptcy Code Permits the Debtor's Sale of the Transferred Assets to Purchaser to Be Free and Clear of Any and All Liens (as Defined in the APA).**

Section 363(f) of the Bankruptcy Code provides, in relevant part, as follows:

The trustee may sell property under subsection (b) . . . of this section free and clear of any interest in such property of an entity other than the estate, only if—
(1) applicable non-bankruptcy law permits the sale of such property free and clear of such interest; ...
(2) such entity consents;
(3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
(4) Such interest is in bona fide dispute; or
(5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. § 363(f).

Section 363(f) of the Bankruptcy Code was drafted in the disjunctive. Thus, a debtor need only meet the provisions of one of the five subsections of section 363(f) in order for a sale of property to be free and clear of all liens, claims and interests (defined collectively as "Encumbrances" in the Sale Order). The Debtor submits that one or more of the tests of Bankruptcy Code section 363(f) are clearly satisfied with respect to the Debtor's proposed sale of the Transferred Assets to Purchaser free and clear of all Liens.

   1.   **The Debtor's Proposed Sale is Permissible Pursuant to 11 U.S.C. Section 363(f)(2).**

Section 363(f)(2) of the Bankruptcy Code authorizes a sale to be free and clear of an interest if the interest holder consents to the sale. However, the "consent" of an entity asserting an interest in the property sought to be sold, as referenced in section 363(f)(2) of the Bankruptcy Code, can be implied if such entity fails to make a timely objection to the sale after receiving notice of the sale. In re Eliot, 94 B.R. 343, 345 (E.D. Pa. 1988).

Pulser and Iconical are the only creditors the Debtor is aware of that assert any Liens against any of the Transferred Assets, and both Pulser and Iconical have consented to the sale of the Transferred Assets to Purchaser (or to a successful overbidder) free and clear of their Liens on the terms and conditions set forth in that certain Written Consent of Prepetition Secured Lenders, executed in connection with the APA. The Debtor submits that the Bankruptcy Court should approve the sale of the Transferred Assets to Purchaser (or to a successful overbidder) free and clear of all Liens of those parties who do not file a timely objection to the sale, by deeming all such parties to have consented to the sale pursuant to section 363(f)(2) of the Bankruptcy Code.

In addition to all of the foregoing, the Debtor submits that it has also satisfied at least one

32

of the other possible conditions of section 363(f) for a free and clear sale to enable the Debtor to deliver the Transferred Assets to Purchaser (or to a successful overbidder) free and clear of all Liens.

**2.      The Debtor's Proposed Sale is Permissible Pursuant to 11 U.S.C. Section 363(f)(5).**

Section 363(f)(5) of the bankruptcy code permits a sale of property free and clear of liens and interests if "such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest." 11 U.S.C. § 363(f)(5).

Pursuant to 11 U.S.C. §363(f)(5), a trustee may sell property free and clear of any interest if the holder of that interest "could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest." 11 U.S.C. § 363(f)(5); <u>P.K.R. Convalescent Centers, Inc. v. Commonwealth of Virginia, Dep't of Medical Assistance Serv. (In re P.K.R. Convalescent Centers, Inc.)</u>, 189 B.R. 90 (Bankr. E.D. Va. 1995) (allowing sale of nursing home assets under section 363(f)(5) over objection of the Department of Medical Assistance Service where its interest was reducible to a claim and subject to a hypothetical money satisfaction).

Section 363(f)(5) has generally been interpreted to mean that if, under applicable law, the holder of the lien or interest could be compelled to accept payment in exchange for its interest, the trustee (or debtor-in-possession) may take advantage of that right by replacing the holder's lien or interest with a payment or other adequate protection. <u>Collier on Bankruptcy</u>, ¶ 363.06 [6] (15th ed. rev. 2003) ("<u>Collier</u>"). Applicable nonbankruptcy law may recognize a monetary satisfaction when the lien holder is to be paid in full out of the proceeds of the sale or otherwise. <u>Id.</u> Thus, for example, a sale free of a first mortgage might be approved when the proceeds are sufficient to pay in full the first mortgage and the second mortgagee has consented to the sale.

However, section 363(f)(5) does not require full payment to the lien or interest holder if

the trustee can demonstrate the existence of another legal or equitable proceeding by which the holder may be compelled to accept less than full satisfaction of the secured debt. In re Grand Slam U.S.A., Inc., 178 B.R. 460, 461-62 (E.D. Mich. 1995) (holding that the "money satisfaction" language in section 363(f)(5) does not require full payment to the lien holder); In re Healthco Int'l Inc., 174 B.R. 174, 176-78 (Bankr. D. Mass. 1994) (construing "money satisfaction of such interest" to mean a payment constituting less than full payment of the underlying debt because any lien can always be discharged by full payment of the underlying debt pursuant to section 363(f)(3)); Scherer v. Federal National Mortgage Association (In re Terrace Chalet Apartments, Ltd.), 159 B.R. 821, 829 (Bankr. N.D. Ill. 1993).

Courts have held that chapter 11 cramdown is a typical "legal proceeding" by which an entity may be compelled to accept less than full money satisfaction and which will permit the sale of creditor's collateral free and clear of interest under section 363(f)(5). In re Gulf States Steel, Inc. of Alabama, 285 B.R. 497, 508 (Bankr. N.D. Ala. 2002)(holding that the liens or interests identified in the sale motion could be compelled to accept a money satisfaction in a cram down plan of reorganization in a chapter 11 case); Scherer v. Federal National Mortgage Association (In re Terrace Chalet Apartments, LTD.), 159 B.R. at 829 (finding that section 1129(b)(2) cram down is such a provision); In re Perroncello, 170 B.R. 189 (Bankr. D. Mass. 1994); Collier ¶ 363.06[6][a]. Thus, the trustee can sell property free and clear of a creditor's lien it if demonstrates it can cram down the creditor's interest pursuant to § 1129(b)(2).

Likewise, the holder of a tax lien that would be subordinated under section 724 can be compelled to accept less than full payment. In re Grand Slam U.S.A., Inc., 178 B.R. at 461-62 (holding that § 724(b)(2) is applicable for purposes of § 363(f)(5) because it creates a mechanism by which lien creditors are compelled to receive less than full payment of their interest); In re Healthco Int'l Inc., 174 B.R. 174, 176-78 (Bankr. D. Mass. 1994)(concluding that a trustee may

sell property pursuant to section 363(f)(5) free of the county's tax lien lien);  Collier, ¶ 363.06[6][a].

In addition to the legal arguments set forth above, the ability of a debtor to "cram-down" a secured creditor under 11 U.S.C. Sec. 1129(b)(1) and (2) also constitutes a "legal proceeding" pursuant to which a secured creditor could be compelled to accept a money satisfaction.  See, In re Grand Slam, U.S.A. Inc., 178 B.R. 460, 462 (E.D. Mich. 1995); 11 U.S.C. Sec.1129(b)(2)(A).

Section 1129(b)(2)(A) allows cram-down of a secured creditor, provided that it receives "the indubitable equivalent" of its claim.  A debtor can cram down a secured creditor if it demonstrates (1) the debtor is not unfairly discriminating against the secured creditor, 11 U.S.C. § 1129(b)(1); (2) it is acting in good faith, 11 U.S.C. § 1129(a)(3)-(b)(1); and (3) the secured creditor is receiving the actual value of its claim.  11 U.S.C. § 1129(b)(2)(A)(i)(II), 11 U.S.C. § 1129(b)(2)(A)(iii), see also In re Sandy Ridge Dev. Corp., 881 F.2d 1346, 1350 (5th Cir.1989) (holding that "indubitable equivalent" of a secured creditor's interest is the actual value of the claim).

In In re Hunt Energy Co., Inc., 48 B.R. 472, 485 (Bankr. N.D. Ohio, 1985), the court found that a lien which attaches to the proceeds of a sale would necessarily be reduced by subsequent valuation at a hearing under section 506(a) to meet the "indubitable equivalence" requirements of section 1129(b)(2)(A).  Once section 1129(b)(2)(A) is satisfied, the lienholder would be compelled through the cram-down process to accept such money satisfaction as dictated by the cram-down provisions.  Id.

All of the above requirements for cram down are met in this case.  The sale of the Transferred Assets to Purchaser (or to a successful overbidder) was negotiated and is being conducted in good faith.  While the Debtor does not believe that there are any secured creditors with valid liens against the Transferred Assets other than Pulser and Iconical, if there are any,

they are being treated fairly and in accordance with their respective lien priorities, so there is no unfair discrimination present in the proposed sale. Finally, any such secured creditors will receive the actual value of their secured claim as measured by section 506(a).

Based upon all of the foregoing, all creditors of the Debtor, including all secured creditors of the Debtor, could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of their interest. The Debtor's proposed sale of the Transferred Assets to Purchaser (or to a successful overbidder) should therefore be free and clear of all Liens pursuant to section 363(f)(5) of the Bankruptcy Code.

**C.** **The Bankruptcy Court Should Authorize the Debtor to Assume and Assign to Purchaser (or to a Successful Overbidder) All of the Designated Contracts that Purchaser (or to a Successful Overbidder) Desires.**

Barring exceptions not herein relevant, sections 365(a) and 1107(a) authorizes a debtor in possession, "subject to the Court's approval, ... [to] assume or reject any executory contract or unexpired lease of the debtor." A debtor in possession may assume or reject executory contracts for the benefit of the estate. In re Klein Sleep Products, Inc., 78 F.3d 18, 25 (2d. Cir. 1996); In re Central Fla. Metal Fabrication, Inc., 190 B.R. 119, 124 (Bankr. N.D. Fla. 1995); In re Gucci, 193 B.R. 411, 415 (S.D.N.Y. 1996). In reviewing a debtor in possession's decision to assume or reject an executory contract, a bankruptcy court should apply the "business judgment test" to determine whether it would be beneficial to the estate to assume it. In re Continental Country Club, Inc., 114 B.R. 763, 767 (Bankr. M.D. Fla. 1990); see also In re Gucci, 193 B.R. at 415. The business judgment standard requires that the court follow the business judgment of the debtor unless that judgment is the product of bad faith, whim, or caprice. In re Prime Motors Inns, 124 B.R. 378, 381 (Bankr. S.D. Fla. 1991), citing Lubrizol Enterprises v. Richmond Metal Finishers, 756 F.2d 1043, 1047 (4th Cir. 1985), cert. denied, 475 U.S. 1057 (1986).

Pursuant to section 365(f)(2) of the Bankruptcy Code, a debtor may assign its executory contracts and unexpired leases, provided the debtor first assumes such executory contracts and unexpired leases in accordance with section 365(b)(1), and provides adequate assurance of future performance by the assignee. Pursuant to section 365(b)(1), assumption of executory contracts and unexpired leases requires a debtor to: (a) cure any existing defaults under such agreements; (b) compensate all non-debtor parties to such agreements for any actual pecuniary loss resulting from the defaults; and (c) provide adequate assurance of future performance under the contract or lease. 11 U.S.C. § 365(b)(1); see also In re Bowman, 194 B.R. 227, 230 (Bankr. D. Ariz. 1995); In re AEG Acquisition Corp., 127 B.R. 34, 44 (Bankr. C.D. Cal. 1991), aff'd 161 B.R. 50 (9th Cir. B.A.P. 1993). Pursuant to section 365(f)(1) of the Bankruptcy Code, a debtor may assign an executory contract or unexpired lease pursuant to section 365(f)(2) of the Bankruptcy Code notwithstanding any provision in such executory contract or unexpired lease that prohibits, restricts or conditions the assignment of such executory contract or unexpired lease.

The assumption and assignment of executory contracts furthers the goals of Chapter 11 of promoting reorganization by balancing the debtor's interest in maximizing the value of its estate against the contracting party's interest in receiving the benefit of its bargain and being protected against default by the debtor after assumption has occurred. In re Embers 86th Street. Inc., 184 B.R. 892, 896 (Bankr. S.D.N.Y. 1995).

By this Motion, the Debtor is seeking to assume and assign to Purchaser (or to a Successful Overbidder) specific Designated Contracts that Purchaser (or a Successful Overbidder) desires. Attached as Exhibit "2" to the Peters Declaration is a schedule (the "Executory Contract/Unexpired Lease Schedule") of all of the Debtor's known executory contracts and unexpired leases and the amount of each (i) cure, if any, the Debtor believes needs to be paid to the other party to such executory contract or unexpired lease to enable the Debtor to assume and

37

assign such particular executory contract and unexpired lease to Purchaser (or a Successful Overbidder) to comply with the provisions of Section 365(b)(1)(A) of the Bankruptcy Code ("Cure Amount"), and (ii) actual pecuniary loss, if any, incurred by the other party to such executory contract or unexpired lease to enable the Debtor to assume and assign such particular executory contract and unexpired lease to Purchaser (or a Successful Overbidder) to comply with the provisions of Section 365(b)(1)(B) of the Bankruptcy Code ("Pecuniary Loss Amount").

The Executory Contract/Unexpired Lease Schedule is marked to show which executory contracts and unexpired leases Purchaser has preliminarily indicated it intends to cause the Debtor to assume and assign to it if Purchaser is the successful bidder at the Auction. Purchaser reserves the right to add to or delete from the Executory Contract/Unexpired Lease Schedule, and, if the successful bidder at the Auction is someone other than Purchaser, that successful bidder also reserves the right to add to or delete from the Executory Contract/Unexpired Lease Schedule. The Debtor will file with the Court and serve any affected counter-parties to any executory contracts and/or unexpired leases in the event of any change(s) to the Executory Contract/Unexpired Lease Schedule.

In connection with this Motion, the Debtor is requesting an order of the Court providing that the Cure Amounts set forth in Exhibit "2" to the Peters Declaration are the Cure Amounts and the Pecuniary Loss Amounts which the Debtor must pay to the other parties to the executory contracts and unexpired leases to enable the Debtor to satisfy the cure requirements of section 365(b)(1)(A) of the Bankruptcy Code. The Debtor therefore submits that any party that fails to file a timely objection to this Motion should be deemed to have consented to the Debtor's proposed Cure Amounts and Pecuniary Loss Amounts and be forever barred from challenging the Debtor's proposed Cure Amounts and Pecuniary Loss Amounts.

**E.** **The Debtor Requests the Court to Waive the Fourteen-Day Waiting Periods Set Forth in Bankruptcy Rules 6004(h) and 6006(d).**

Bankruptcy Rule 6004(h) provides, among other things, that an order authorizing the use, sale or lease of property . . . is stayed until the expiration of fourteen days after entry of the Court order, unless the Court orders otherwise. Bankruptcy Rule 6006(d) has a similar provision with respect to an order approving of a debtor's assumption and assignment of unexpired leases and executory contracts.

For all of the reasons set forth above, the Debtor believes that it is critically important that the Debtor and Purchaser (or a successful overbidder) be permitted to consummate the Closing as soon after entry of the Sale Order as possible. Indeed, as previously indicated, failure to close expeditiously could cause irreparable harm to the Debtor and its creditors. It is the Debtor's hope and goal that the Closing will actually take place by December 31, 2015. In order to facilitate the most expeditious Closing possible and, specifically, to enable the Closing to occur by December 31, 2015 (or as soon thereafter as is possible), the Debtor requests that the Sale Order be effective immediately upon entry by providing that the fourteen-day waiting periods of Bankruptcy Rule 6004(h) and 6006(d) are waived.

/ / /

/ / /

/ / /

## IV.

## <u>CONCLUSION</u>

Based upon all of the foregoing, the Debtor respectfully requests that the Court enter the Sale Order and grant all of the other relief requested above in the Motion.

Dated: November 24, 2015

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.


By:  */s/ Ron Bender*
     Ron Bender
     Philip A. Gasteier
     Monica Y. Kim
     Krikor J. Meshefejian
     Proposed Attorneys for Chapter 11
     Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing documents entitled: **DEBTOR'S MOTION FOR AN ORDER: (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL ENCUMBRANCES; (2) APPROVING OF DEBTOR'S ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND DETERMINING CURE AMOUNTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 24, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender    rb@lnbyb.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Robert A. Franklin    Franklin.Robert@Dorsey.com, bobf_94303@yahoo.com
- Philip A. Gasteier    pag@lnbrb.com
- Julie M. Glosson    julie.m.glosson@usdoj.gov
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Thomas T. Hwang    Hwang.Thomas@Dorsey.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Monica Y. Kim    myk@lnbyb.com, mayra@lnbyb.com
- Andy S. Kong    kong.andy@arentfox.com
- Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Krikor J. Meshefejian    kjm@lnbyb.com
- Ramon Naguiat    ramon.naguiat@skadden.com
- Stephen T. O'Neill    ONeill.Stephen@Dorsey.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Jason Rosell    jrosell@pszjlaw.com, svunog@pszjlaw.com
- Sabrina L. Streusand    streusand@slollp.com, bateman@slollp.com

**2. SERVED BY UNITED STATES MAIL**: On **November 24, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 24, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**Served by Overnight Mail**

The Hon. Dennis Montali
U.S Bankruptcy Court
235 Pine St.
Courtroom 22
San Francisco, CA 94104

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 24, 2015 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Legal Vision Consulting Group, 1801 Century Park East, Suite 350, Los Angeles, CA 90067

A true and correct copy of the foregoing documents entitled: **DEBTOR'S MOTION FOR AN ORDER: (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL ENCUMBRANCES; (2) APPROVING OF DEBTOR'S ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND DETERMINING CURE AMOUNTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 24, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **November 24, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 24, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 24, 2015 | Richie Lim | /s/ Richie Lim |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                      **F 9013-3.1.PROOF.SERVICE**

Rdio, Inc.
File: 7682
**RSN**
**Service by U.S. Mail**

**Debtor**
Rdio, Inc.
1550 Bryant Street, Suite 200
San Francisco, CA 94103

Julie M. Glosson
Lynette C. Kelly
Office of the United States Trustee
235 Pine St. #700
San Francisco, CA 94104

Committee Counsel
John D. Fiero/ Debra I. Grassgreen
John W. Lucas/ Jason Rosell
Pachulski, Stang, Ziehl, and Jones
150 California St. 15th Fl.
San Francisco, CA 94111-4500

Committee Member
Joseph Hollinger
Roku, Inc.
12980 Saratoga Avenue
Saratoga, CA 95070

Committee Member
Susan Meisel
Sony Music Entertainment
550 Madison Avenue, 30th fl.
New York, NY 10022

Committee Member
Ryan E. Davis
AXS Digital LLC
800 W. Olympic Blvd., Ste. 305
Los Angeles, CA 90015

Antonious Porch
Shazam Media Services
52 Vanderbilt Avenue, 19th fl.
New York, NY 10017

Committee Member
Ellen Hochberg
Warner Music Group
1633 Broadway
New York, NY 10019

Committee Member
Joe Flores
Universal Music Group Recording
21301 Burbank Blvd.
Woodland Hills, CA 91367

Committee Member
Denis McCarthy
Mosaic Networx LLC
700 Larkspur Landing Circle, Ste. 214
Larkspur, CA 94939

**Secured Creditors**
Dell Financial Services L.L.C.
Mail Stop-PS2DF-23 One Dell Way
Round Rock, TX

**Secured Creditors**
Dell Financial Services L.L.C.
One Dell Way
Round Rock, TX 78682

Counel for Pulser Media, Inc.
Greg Akselrud
Stubbs Alderton & Markiles, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403

Counsel for Iconical
Ron E. Meisler/Christopher M. Dressel
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago | Illinois | 60606-1720

Counsel for Pandora Media, Inc.
Wilson Sonsini Goodrich & Rosati
Attention: Todd Cleary
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105

RSN
ARENT FOXLLP
Richard D. Buckley, Jr./ Andy Kong
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

Counsel for Pandora Media, Inc.
Stephen T. O'Neill
Thomas T. Hwang
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301

RSN
Van C. Durrer, II/Ramon M. Naguiat
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144

RSN
Paul Laurin, Esq.
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, California 90067-2904

RSN
Sabrina L. Streusand
Streusand, Landon & Ozburn LLP
811 Barton Springs Road, Suite 811
Austin, Texas 78704

Counsel for Pandora Media, Inc.
Wilson Sonsini Goodrich & Rosati
Attention: Benjamin Hoch
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022

Rdio Service List
7682
Service by U.S. Mail

**California and Minnesota State
Authorities:**

Department of Conservation
Human Resources Office
801 K Street
Sacramento, 95814-3530

California Department of Toxic
Substances Control
1001 I Street
 Sacramento, CA 95814-2828

California Air Resources Board
1001 "I" Street
Sacramento, CA 95814

California Environmental Protection
Agency
1001 I Street
P.O. Box 2815
Sacramento, CA 95812-2815

California Integrated Waste
Management Board
1001 I Street--P.O. Box 4025
Sacramento, CA  95812-4025

California Department of Water
Resources
 P.O. Box 942836
Sacramento, CA 94236

Minnesota Department of Natural
Resources
500 Lafayette Road
St. Paul, MN 55155-4040

Minnesota Pollution Control Agency
7678 College Road
Suite 105
Baxter, MN 56425

California Department of Health Care
Services
P.O. Box 15559
Sacramento, CA 95852-0559

Minnesota Department of Public
Health
P.O. Box 64975
St. Paul, MN 55164-0975

**Environmental Agencies:**

Environmental Protection Agency
77 West Jackson Boulevard
Chicago, IL 60604-3507

Environmental Protection Agency
75 Hawthorne Street
San Francisco, CA 94105

Environmental Protection Agency
1200 Pennsylvania Avenue N.W.
Washington, D.C. 20460

**Taxing Authorities:**

Franchise Tax Board/Business Entity
Bankruptcy MS A345
Po Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
121 Spear St., Suite 400
San Francisco, CA 94105-1584

San Francisco Tax Collector
P.O. Box 7425
San Francisco, CA 94120

State of California
Employment Development
Department
P.O. BOX 826880, MIC 83
Sacramento, CA 94280-0001

Delaware Secretary of State
Division of Corporations
John G. Townsend Bldg.
401 Federal Street, Suite 4
Dover, DE 19901

Division of Corporations
PO Box 898
Dover, DE 19903

New York State Corporation Tax
NYS Department of Taxation and
Finance
Corp - V
Albany NY 12212

New York State Unemployment
Insurance
P.O Box 4301
Binghamton, NY 13902

State of Tennessee
Department of Revenue
Andrew Jackson State Office Bldg.
500 Deaderick Street
Nashville, TN 37242

Tennessee Department of Labor and
Workforce Development
P.O. Box 101
Nashville TN 37202

Minnesota Department of Revenue
600 North Robert St.
St. Paul, MN 55101

Minnesota Unemployment Insurance
P.O. Box 4629
St. Paul, MN 55101-4629

Maryland Department of Assessments
& Taxation
301 W. Preston Street
Baltimore, MD 21201

Washington  Washington State
Department of Revenue
PO Box 47476
Olympia, WA 98504-7476

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

**Attorney General:**

California Office of the Attorney
General
1300 "I" Street
Sacramento, CA 95814-2919

Consumer Law Section
Attn: Bankruptcy Notices
California Attorney General's Office
455 Golden Gate Avenue,
Suite 11000
San Francisco, CA 94102-7004

Delaware Attorney General Matt Denn
Delaware Department of Justice
Carvel State Building
820 N. French St.
Wilmington, DE 19801

New York Office of the Attorney
General
The Capitol
Albany, NY 12224-0341

Tennessee Office of the Attorney
General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Minnesota Office of Attorney General
Lori Swanson
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2131

Maryland Office of the Attorney
General
200 St. Paul Place
Baltimore, MD 21202

Washington Office of the Attorney
General
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504

District of Columbia Office of the
Attorney General
441 4th Street, NW
Washington, DC 20001

Alabama Attorney General
Attn Bankruptcy Department
501 Washington Ave
PO Box 300152
Montgomery, AL 36130-0152

Alaska Attorney General
Attn Bankruptcy Department
PO Box 110300
Juneau, AK 99811-0300

Arizona Attorney General
Attn Bankruptcy Department
1275 W. Washington St.
Phoenix, AZ 85007

Arkansas Attorney General
Attn Bankruptcy Department
323 Center St. Ste 200
Little Rock, AR 72201-2610

California Attorney General
Attn Bankruptcy Department
1300 I St., Ste. 1740
Sacramento, CA 95814

Colorado Attorney General
Attn Bankruptcy Department
Ralph L Carr Colorado Judicial Center
1300 Broadway, 10th Fl
Denver, CO 80203

Connecticut Attorney General
Attn Bankruptcy Department
55 Elm St.
Hartford, CT 06106

Delaware Attorney General
Attn Bankruptcy Department
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801

District of Columbia Attorney General
Attn Bankruptcy Department
441 4th Street NW Suite 1100S
Washington, DC 20001

Florida Attorney General
Attn Bankruptcy Department
The Capitol PL 01
Tallahassee, FL 32399-1050

Georgia Attorney General
Attn Bankruptcy Department
40 Capital Square, SW
Atlanta, GA 30334-1300

Hawaii Attorney General
Attn Bankruptcy Department
425 Queen Street
Honolulu, HI 96813

Idaho Attorney General
Attn Bankruptcy Department
Statehouse
Boise, ID 83720-1000

Illinois Attorney General
Attn Bankruptcy Department
James R. Thompson Ctr
100 W. Randolph St.
Chicago, IL 60601

Indiana Attorney General
Attn Bankruptcy Department
Indiana Govt Center South 5th Floor
302 West Washington St
Indianapolis, IN 46204

Iowa Attorney General
Attn Bankruptcy Department
Hoover State Office Bldg
1305 E. Walnut
Des Moines, IA 50319

Kansas Attorney General
Attn Bankruptcy Department
120 SW 10th Ave., 2nd Fl
Topeka, KS 66612-1597

Kentucky Attorney General
Attn Bankruptcy Department
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

Louisiana Attorney General
Attn Bankruptcy Department
P.O. Box 94095
Baton Rouge, LA 70804-4095

Maine Attorney General
Attn Bankruptcy Department
State House Station 6
Augusta, ME 04333

Maryland Attorney General
Attn Bankruptcy Department
200 St. Paul Place
Baltimore, MD 21202-2202

Massachusetts Attorney General
Attn Bankruptcy Department
One Ashburton Place
Boston, MA 02108-1698

Michigan Attorney General
Attn Bankruptcy Department
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI 48909-0212

Minnesota Attorney General
Attn Bankruptcy Department
State Capitol, Ste. 102
St. Paul, MN 55155

Mississippi Attorney General
Attn Bankruptcy Department
Department of Justice
P.O. Box 220
Jackson, MS 37205

Missouri Attorney General
Attn Bankruptcy Department
Supreme Court Bldg
207 W. High St.
Jefferson City, MO 65101

Montana Attorney General
Attn Bankruptcy Department
Justice Bldg
215 N. Sanders
Helena, MT 59620-1401

Nebraska Attorney General
Attn Bankruptcy Department
State Capitol
P.O. Box 98920
Lincoln, NE 68509-8920

Nevada Attorney General
Attn Bankruptcy Department
Old Supreme Ct. Bldg
100 N. Carson St
Carson City, NV 89701

New Hampshire Attorney General
Attn Bankruptcy Department
33 Capitol St.
Concord, NH 03301

New Jersey Attorney General
Attn Bankruptcy Department
Richard J. Hughes Justice Complex
25 Market St.
PO Box 080
Trenton, NJ 08625

New Mexico Attorney General
Attn Bankruptcy Department
P.O. Drawer 1508
Santa Fe, NM 87504-1508

New York Attorney General
Attn Bankruptcy Department
Dept. of Law
The Capitol, 2nd Fl.
Albany, NY 12224

North Carolina Attorney General
Attn Bankruptcy Department
Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629

North Dakota Attorney General
Attn Bankruptcy Department
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505-0040

Ohio Attorney General
Attn Bankruptcy Department
State Office Tower
30 E. Broad St.
Columbus, OH 43266-0410

Oklahoma Attorney General
Attn Bankruptcy Department
313 NE 21st St
Oklahoma City, OK 73105

Oregon Attorney General
Attn Bankruptcy Department
Justice Bldg
1162 Court St. NE
Salem, OR 97301

Pennsylvania Attorney General
Attn Bankruptcy Department
1600 Strawberry Square
Harrisburg, PA 17120

Rhode Island Attorney General
Attn Bankruptcy Department
150 S. Main St.
Providence, RI 02903

South Carolina Attorney General
Attn Bankruptcy Department
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211-1549

South Dakota Attorney General
Attn Bankruptcy Department
1302 East Highway 14
Suite 1
Pierre, SD 57501-8501

Tennessee Attorney General
Attn Bankruptcy Department
425 5th Avenue North
Nashville, TN 37243

Texas Attorney General
Attn Bankruptcy Department
Capitol Station
P.O. Box 12548
Austin, TX 78711-2548

Utah Attorney General
Attn Bankruptcy Department
State Capitol Rm 236
Salt Lake City, UT 84114-0810

Vermont Attorney General
Attn Bankruptcy Department
109 State St.
Montpelier, VT 05609-1001

Virginia Attorney General
Attn Bankruptcy Department
900 East Main Street
Richmond, VA 23219

Washington Attorney General
Attn Bankruptcy Department
1125 Washington St SE
PO Box 40100
Olympia, WA 98504-0100

West Virginia Attorney General
Attn Bankruptcy Department
State Capitol
1900 Kanawha Blvd., East
Charleston, WV 25305

Wisconsin Attorney General
Attn Bankruptcy Department
Wisconsin Dept. of Justice
State Capitol Room 114 East
PO Box 7857
Madison, WI 53707-7857

Wyoming Attorney General
Attn Bankruptcy Department
State Capitol Bldg, Room 123
200 W. 24th Street
Cheyenne, WY 82002

1661597 Alberta LTD-Rdio MNDA FXK 9-4-12
1661597 Alberta LTD
Attn: Officer or Director
99 Scenic Way NW
Calgary, AB T3L 1B5  Canada

Adams St Partners-Rdio MNDA FXK 9-24-13
Adams Street Partners, LLC
Jeff Diehl
One North Wacker Drive
Suite 2200
Chicago, IL 60606

AdsWizz-Rdio MNDA FXK 6-15-15
AdsWizz Inc.
Alexis Van De Nyer, CEO
487A S. El Camino Real
San Mateo, CA 94402

3.106.3 Adyen-Rdio MSA FXK 7-17-15
Adyen BV
Attn: Officer or Director
Simon Carmiggeltstraat 6-50
Amsterdam,  1011 DJ  The Netherlands

3.106.2 Adyen-Rdio Brazil MSA FXK 7-17-15
Adyen Servicos de Pagamento Ltda
Attn: Officer or Director
Rua Alexandre Dumas, 1711
5th Floor
Sao Paulo, SP 04717-004  Brazil

AficionadoMusic-Rdio MNDA FXK 10-18-14
Aficionado Media. LLC
Attn: Officer or Director
22287 Mulholland Drive
Suite 192
Calabasas, CA 91302

Agogo-Rdio MNDA FXK 7-31-14
Agogo  Amalgamated, Inc.
Attn: Officer or Director
1475 Folsom St
3rd Floor
San Francisco, CA 94103

3.3.1 AirSmart-Rdio API License Agrm 9-22-14
AirSmart System Co., Ltd
Attn: Officer or Director
4#31C, Shenzhenwanpan Garden,
Shennan Avenue,
Shenzhen, 518000  China

3.58.2 Akamai AMD Ext FXK thru 8-31-14
Akamai Technologies, Inc.
Jerry Scheibeler
8 Cambridge Center
Cambridge, MA 02142

3.58.5 Akamai Svc Agr FXK 7-10-10
Akamai Technologies, Inc.
Attn General Counsel
8 Cambridge Center
Cambridge, MA 02142

Digital Arabia MNDA FXK 7-19-12
21st Century Digital Arabia Company Limited
Osmau Sultan
PO Box 146
Trident Chambers
Road Town
Tortola,    British Virgin Islands

3.1.2 ENU-DistributionAgreement
Adobe Systems Incorporated
Attention: General Counsel
345 Park Ave
San Jose, CA 95110

AdsWizz-Rdio MNDA FXK 3-30-15
AdsWizz Inc.
Alexis Van De Nyer, CEO
487A S. El Camino Real
San Mateo, CA 94402

Adyen BV-Rdio NDA FXK 5-31-11
Adyen BV
Attn: Officer or Director
Stationsplein 57
Amsterdam,  1012 AB  NL

3.2.1 Aether Software-Hdwre Lic Agrm 5-8-14
Aether Things Inc.
Attn: Officer or Director
149 New Montgomery Street
San Francisco, CA 94105

AG Mobile-Rdio Sarl MNDA FXK 5-15-15
AG Cellular Dealership CC T/A AG Mobile
Anthony Diamond, COO
Postnet Suite 127
Private Bag X23 Gallo Manor
Samdton, 2052

Airbiquity MNDA FXK 8-8-12
Airbiquity Inc.
Leo A McCloskey, VP Marketing
1011 Western Avenue
Suite 600
Seattle, WA 98104

AirSmart-Rdio MNDA FXK 9-22-14
AirSmart System Co., Ltd
Attn: Officer or Director
4#31C Shenzhenwanpan Garden
Shennan Avenue
Shenzhen, 518000  China

3.58.3 Akamai FXK 7-31-13
Akamai Technologies, Inc.
Attn General Counsel
8 Cambridge Center
Cambridge, MA 02142

3.58.6 Akamai Svc Agr FXK thru 7-31-14
Akamai Technologies, Inc.
Attn General Counsel
8 Cambridge Center
Cambridge, MA 02142

9X Media MNDA FXK 6-7-13
9X Media Private Limited
Attn: Officer or Director
Urmi Corporate Park
1st & 2nd Floor
Solaris-D. Opp. L&T Gate No. 6
Powai, Mumbai 400072  India

AmazonDigSvcs NDA FXK 3-28-13
ADSI
Attn. General Counsel
410 Terry Avenue North
Seattle, WA 98109-
5210

Ad-X Ltd-Rdio MNDA FXK 5-15-13
Ad-X, Ltd.
David Philippson, Director
5 St. Johns Lane
London,  EC1M 48H  UK

3.106.2 Adyen-Rdio Brazil MSA FXK 7-17-15
Adyen Do Brasil Ltda
Attn: Officer or Director
Avenida Dr. Chucri Zaidan, 1550
19th Floor
Sao Paulo, SP 04583-110  Brazil

3.2.2 Aether-Rdio API Lic Agrm 5-6-14
Aether Things Inc.
Attn: Officer or Director
149 New Montgomery Street
San Francisco, CA 94105

Agero-ATX-Sirius MNDA FXK 9-17-13
Agero Connected Services, Inc. f/k/a ATX Group, Inc.
Peter Necheles, SVP, Chief Legal Officer
8550 Freeport Parkway
Irving, TX 75063

AIR-e Innovation Tech-Rdio MNDA FXK 1-20-15
AIR-e (HongKong) Innovation Technologies Ltd
Leon Sun, CEO
Suite 5i, Baisha Technology Park
No. 2011 Shahe West Road
Nanshan District Shenzhen City, Guangdong Province
518-000  PR China

Aivvy-Rdio MNDA FXK 9-26-14
Aivvy, Inc.
Attn: Officer or Director
55 W. 5th Ave #3A
San Mateo, CA 94402

3.58.4 Akamai Svc Agr FXK 1-23-13
Akamai Technologies, Inc.
Attn General Counsel
8 Cambridge Center
Cambridge, MA 02142

3.58.7 Akamai Svc Agr FXK thru 9-1-16
Akamai Technologies, Inc.
Attn General Counsel
8 Cambridge Center
Cambridge, MA 02142

Algoriddim-Rdio MNDA FXK 8-25-14
Algoriddim GMBH
Attn: Officer or Director
Koniginstr. 33
, Munchen 80539  Germany

Jawbone-Aliph MNDA FXK 6-26-14
AliphCom
Travis Bogard, VP
99 Rhode Island St 3rd Fl
San Francisco, CA 94103

AllGo Embedded-Rdio MNDA FXK 3-15-11
AllGo Embedded Systems Private Limited
K. Srinivasan, Director & CEO
2729, 80 Feet Road
HAL 3rd stage
Indiranagar, Bangalore 560038  India

Alvarez & Marsal-Rdio NDA PXK 6-24-11
Alvarez & Marsal Business Consulting, LLC
Attn: Officer or Director
600 Lexington Avenue
New York, NY 10022

3.73.1 Amazon Marketing ...iatives Ltr FXK 7-29-13
Amazon Digital Services, Inc.
Attn: Officer or Director
410 Terry Avenue North
Seattle, WA 98109-5210

3.73.3 Amazon Web Services Customer Agmt 6-19-15
Amazon Web Services, Inc.
Attn: Officer or Director
410 Terry Avenue North
Seattle, WA 98109-5210

Amazon-AWS MNDA FXK 3-13-15
Amazon, Inc.
Norman Francis Gennaro
410 Terry Ave N.
Seattle, WA 98109-5210

Amerimar West Inv-Rdio NDA FXK 4-21-11
Amerimar West Investment, Inc.
Attn: Officer or Director
1550 Bryant St Ste 825
San Francisco, CA 94103

Ampcloud-Rdio MNDA FXK 2-22-12
Ampcloud, Inc.
Arthur Soroken, CEO
510 N Tioga St
Ithaca, NY 14850

3.66.1 Amprofon-Rdio DAT PXK 11-5-14
AMPROFON A.C.
Gilda Gonzalez Carmona
Lafontaine 42
Polanco
Mexico City,  11560  Mexico

Amprofon-Rdio MNDA FXK 11-1-14
Amprofon A.C.
Gilda Gonzalez Carmona, Director General
Lafontaine 42
Polanco CP 11560
Mexico City,   Mexico

Ampush Media-Rdio MNDA FXK 3-14-12
Ampush Media
Jasmit S Fuji, CEO
450 9th St
San Francisco, CA 94103

3.28.19.1 Ampush Annual ...ct-iO FXK thru 12-31-15
Ampush Media, Inc.
Rick Cotton
450 9th Street
San Francisco, CA 94103

3.28.19.2 Ampush IO PXK 5-1 thru 6-30-15
Ampush Media, Inc.
Attn: Officer or Director
450 9th Street
San Francisco, CA 94103

Andersen Tax LLC-Rdio MNDA FXK 10-24-14
Andersen Tax LLC
Attn: Officer or Director
100 First St Ste 1600
San Francisco, CA 94105

3.100.2 AXS (AEG) Digitial...io Partner Agrm 8-26-14/Anschutz Entertainment Group, Inc.
Legal Department
Attn Ryna E. Davis
800 W. Olympic Blvd., Suite 305
Los Angeles, CA 90015

Antel-Rdio MNDA Eng FXK 9-29-13
Antel
Esc. Alicia G. Etchamendi Iza
Guatemala 1075
Montevideo, CP 11.800  Uruguay

Antel-Rdio MNDA Esp FXK 9-29-13
Antel
Esc. Alicia G. Etchamendi Iza
Guatemala 1075
Montevideo, CP 11.800  Uruguay

AOL MNDA PXK 4-12-12
AOL, Inc.
Heather Kauffman
22000 AOL Way
Dulles, VA 20166

AOL MNDA PXK 4-12-12
AOL, Inc.
Attn: Officer or Director
770 Broadway 4th Fl
New York, NY 10003

AppBoy-Rdio MNDA FXK 8-6-14
Appboy, Inc.
Jason McNally, GM West
263 W 38th St
New York, NY 10018

3.4.2 Apple CarPlay API AMD FXK 10-6-14
Apple Inc.
Attn: Officer or Director
One Infinite Loop
Cupertino, CA 95014

3.28.1.1.69 Arcade Fire ...eement [fully executed]
Arcade Fire Music
c/o OJK Ltd
Genneah Turner
19 Portland Place
London,  W1B 1PZ  UK

3.5.1 RDIOI, 20120404
ARIN
Attention: Financial Services Department
3635 Concorde Parkway
Suite 200
Chantilly, VA 20151

3.28.1.1.70 Arts and Crafts Productions agmt
Arts & Crafts Productions, Inc.
Kieran Roy
460 Richmond St. West Suite #402
Toronto, ON M5V 1Y1  Canada

AsiaOne Inv MNDA FXK 10-2-13
AsiaOne Investments  Pte Ltd
Janice Wu
100 Toa Payoh North
Singapore,  318994  Singapore

AstroPay-Rdio MNDA FXK 7-25-13
AstroPay LLP
Attn: Officer or Director
5 Fleet Pl
London, EC4M 7RD  United Kingdom

3.45.1 ATT AppStoreAgreement
AT&T
Attn: Officer or Director
1055 Lenox Park Blvd Room 3A22
Atlanta, GA 30022

AT&T-Cricket MNDA FXK 5-5-14
AT&T Services, Inc.
Andrew Gillard
208 S Akard St.
Dallas, TX 75202

3.28.6.4 Rdio-ATO-Jim Ja...K 2013 [fully executed]
ATO Records, LLC
c/o Cal Financial Group,
700 Harris Street, Suite 201
Charlottesville, VA 22903

Audio.ad-Rdio MNDA FXK 11-1-15
Audio.ad Brasil
Bruno Ruffo, Country Manager
Av. Magalhaes de Castro, 4800
14° andar
Butanta,   Brazil

Augustine MNDA FXK 5-15-15
AUGUSTINE
Robert Nelson
532 Gibson Dr., Ste. 250
Roseville, CA 95678

Panasonic-AUPEO MNDA FXK 5-25-15
AUPEO GMBH
David Taylor
Friedrichstrasse 154
Berlin,  10117  Germany

3.8.1 Aus Broad Corp-Rdio API License Agr 3-25-13
Australian Broadcast Corporation
Director
ABC Legal & Business Affairs
GPO Box 9994
Sydney, NSW 2001  Australia

3.8.1 Aus Broad Corp-Rdio API License Agr 3-25-13
Australian Broadcast Corporation
Attn: Officer or Director
700 Harris Street
Ultimo,  2007  Australia

3.28.1.1.71 Average Joes...e Agreement [fully x'd]
Average Joes Ent
Nathan Thompson
209 10th Ave S. #332
Nashville, TN 37203

3.28.1.1.74 Colt Ford Rdio Average Joes waiver
Average Joes Ent
Nathan Thompson
209 10th Ave S. #332
Nashville, TN 37203

Avex MNDA FXK 7-1-14
Avex Digital Inc.
Attn Yeonkyung Kim
3-1-30 Minami-Aoyama
Minato-Ku
Tokyo,  107-8577  Japan

3.100.2 AXS (AEG) Digitial...io Partner Agrm 8-26-14
AXS Digital, LLC
Attn Todd Kline
800 W. Olympic Blvd., Suite 305
Los Angeles, CA 90015

Cinepolis MNDA English FXK 6-30-15
AYG Cinematografica de Mexico, S.A. de C.V.
David Viveros Vazquez/Avenida Cumbre de
Naciones 1200/Fraccionamiento Tres Marias
Zona de Corporativos
Morelia, Michoacan C.P. 58254  Mexico

Azoff MSG-Pulser NDA FXK 2-20-15
Azoff MSG Entertainment LCC
Colin Hoshaw, CFO
1100 Glendon Avenue
Suite 2000
Los Angeles, CA 90024

3.59.3 BandPage Side Letter Agrm 11-24-14
BandPage, Inc.
Chris Wiltsee
334 Brannan Street
San Francisco, CA 94107

3.59.4 BandPage-Rdio API License Agrm 5-5-14
BandPage, Inc.
Jeff Amann
334 Brannan Street
San Francisco, CA 94107

BandPage API MNDA FXK 2-28-14
BandPage, Inc.
Jan Roybald, CEO
334 Brannan St
San Francisco, CA 94107

BandPage MNDA FXK 2-28-14
BandPage, Inc.
Jan Roybald, CEO
334 Brannan St
San Francisco, CA 94107

Bandsintown-Rdio MNDA FXK 5-14-13
Bandsintown, Inc
Julien Mitelberg, CEO
800 West Ivy St Unit C
San Diego, CA 92101

Bang & Olufsen MNDA FXK 6-13
Bang & Olufsen A/S
Attn: Officer or Director
Peter Bangs Vej 15
Struer,  7600  Denmark

Bango.Net-Rdio MNDA FXK 2-18-15
Bango.Net Ltd
Attn: Officer or Director
5 Westbrook Center, Milton Road
Cambridge,  CB4 1YG  United Kingdom

3.67.3 NookDeveloper Dis...ement (final v3) - Copy
Barnes & Noble, Inc.
Attn Legal Department
122 Fifth Avenue
New York, NY 10011

3.67.3 NookDeveloper Dis...ement (final v3) - Copy
Barnesandnoble.com LLC
Attn: Officer or Director
76 Ninth Avenue
New York, NY 10011

BMW MNDA FXK 5-10-12
Bayerische Motoren Werke Aktiengesellschaft
Attn: Officer or Director
Petuelring 130
Munchen,  80788  Federal Republic of Germany

BMW MNDA In Car Online Music Int FXK 5-10-12
Bayerische Motoren Werke Aktiengesellschaft
Mario Nosslbock
Petuelring 130
Munchen,  80788  Federal Republic of Germany

BDO USA-Rdio NDA FXK 3-11
BDO USA, LLP
Attn: Officer or Director
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Beasley Media-Rdio MNDA FXK 4-13-15
Beasley Media Group, Inc.
Attn: Officer or Director
3033 Riviera Drive, Suite 200
Naples, FL 34103

3.28.1.1.44 Rdio Album R...12-10-29 Because_signed
Because Music
Attn: Officer or Director
8 Kensington Park Road
London,  W11 3BU  UK

3.28.6.6 SOHN LVS PXK 5-23-14
Beggars Group Digital Ltd
Attn: Officer or Director
17-19 Alma Road
London,  SW18 1AA  England

Proximus Belgacom MNDA FXK 11-15-14
Belgacom SA/NV
Van den Bosh
Boulevard du RoiAlbert II
Koning Albert II-Iaan 27
1030 Brussels,   Belgium

Bell Comm-San Miguel-Rdio S.a.r.l MNDA FXK 7-6-15
Bell Telecommunication Philippines, Inc.
Attn: Officer or Director
808 Building, Meralco Ave. cor. Gen Lim Street
Barangay San Antonio
Pasig City,   Philippines

3.28.8.1.1 Benztown ProdSrvcs Agr FXK 12-1-14
Benztown Branding USA, LLC
Attn President
4425 W. Riverside Drive Suite 101
Burbank, CA 91505

Best Buy Canada MNDA FXK 11-19-13
Best Buy Canada
Attn: Officer or Director
8800 Glenlyon Pkwy
Burnaby, BC V5J 5K3  Canada

3.28.1.2.17 Bethany Cosentino_agmt
Bethany Cosentino
Attn: Officer or Director
5202 El Rio Avenue
Los Angeles, CA 90041

3.9.1 BITKOM Membership Application [signed]
BITKOM e.v.
Management
Albrechtstr 10
Berlin, 10117 Germany

3.9.4 BITKOM_Membership_Application
BITKOM e.v.
Management
Albrechtstr 10
Berlin, 10117 Germany

3.109.2 Bit.ly Renewal FXK thru 7-15-16
Bitly Inc.
Attn: Officer or Director
85 5th Avenue
4th Floor
New York, NY 10003

3.109.3 Bit.ly-Rdio URL Agmt FXK 7-15-11
Bitly Inc.
Attn: Officer or Director
416 West 13th Street
#203
New York, NY 10014

BlackBag-Rdio MNDA FXK 1-24-12
Black Bag Advertising, Inc.
Eric Yang, CEO
201 Mission Street, Suite 1320
San Francisco, CA 94105

BlackBag-Rdio MNDA PXK 1-24-12
Black Bag Advertising, Inc.
Eric Yang, CEO
201 Mission Street, Suite 1320
San Francisco, CA 84105

Blackhawk-Rdio MNDA FXK 3-4-14
Blackhawk Network, Inc.
Attn: Officer or Director
6220 Stoneridge Mall Road
Pleasanton, CA 94588

Blackstone Mngmt Partners-Rdio NDA FXK 3-11
Blackstone Management Partners LLC
Attn: Officer or Director
345 Park Avenue
New York, NY 10154

3.108.1 Blueback Global Prof Svcs Agmt FXK 8-18-15/Blueback Global, Inc.
Attn: Officer or Director
1000 Freemont Avenue
Suite 250-D
Los Altos, CA 94024

3.120.1 BMAT-Rdio DAT FXK 7-1-15
BMAT Licensing, S.L.U.
Salvador Guerrera
Carrer Bruniquer, 49
Barcelona, 08024 Spain

BMW MNDA FINAL 11-4-11
BMW of North America LLC
Attn: Officer or Director
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677-7731

BMW MNDA FXK 11-4-11
BMW of North America LLC
Robert Passaw
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677-7731

3.92.2 Bosch-BSOT-Rdio Dev-Distr Agr FXK 1-6-15
Bosch SoftTech GmbH
Torsten Mlasko and Carsten Kramp
Phoenixstr, 3
Hildesheim, 31137 Germany

3.46.1 Bose-Rdio API Eval FXK 1 4-8-14
Bose Corporation
Attn: Officer or Director
100 The Mountain Rd
Framingham, MA 01701

Bose Corp-Rdio NDA FXK 9-17-13
Bose Corporation
Attn: Officer or Director
100 The Mountain Road
Framingham, MA 01701

Bose MNDA FXK 7-15-13
Bose Corporation
Daniel Morton
100 The Mountain Road
Framingham, MA 01701

BT-Rdio MNDA FXK 2-11
British Telecommunications PLC
Tamara Samarasinghe, Senior Commercial Lawyer
81 Newgate Street
London, EC1A 7AJ England

Buzz Products Pty-Rdio MNDA FXK 11-11-13
Buzz Products Pty Ltd
Barry Gold, Managing Director
18 Studley Street
Abbotsford, VIC 3067 Australia

3.111.2 CA Media-Fluence...ongTerm INFL FXK 5-1-15/CA Media Digital (India) Pvt. Ltd.
Attn: Officer or Director
6th Floor, Kirabo, E-291, 13th Road
Off Link Road
Khar (West) Mumbai, India

3.28.5.1 CA Media-Fluenc...ingana INFL FXK 3-30-15/CA Media Digital (India) Pvt. Ltd.
Puruskar Gupta
6th Floor, Kirabo
E-291, 13th Road
Off Link Road
Khar (West) Mumbai, 52 India

Cablevision Argentina MNDA FXK 2-7-13
Cablevision S.A.
Ivan Lorenzo
Calle General Hornos 690 CABA
, Argentina

Cablevision Argentina MNDA FXK 2-8-13
Cablevision S.A.
Ivan Lorenzo
Calle General Hornos 690 CABA
, Argentina

Cablevision SA MNDA FXK 2-13
Cablevision S.A.
Ivan Lorenzo
Calle General Hornos 690 CABA
, Argentina

CHCC-Cain Hoy-Pulser NDA FXK 5-22-14
Cain Hoy Capital Company, LLC
Henry Silverman
330 Madison Ave, 18th Floor
New York, NY 10017

3.28.1.1.73 Captured Tracks Artwork Agreement
Captured Tracks
Katie Garcia
67 West St. Unit #221
Brooklyn, NY 11222

Car Connectivity-Rdio MNDA FXK 8-4-15
Car Connectivity Consortium LLC
Alan Ewing, President
3855 SW 153rd Drive
Beaverton, OR 97003

3.28.6.1 Carpark Inc. re Dent May
Carpark, Inc.
Attn: Officer or Director
3736 Huntington St NW
Washington, DC 20015

Carphone Warehouse-Rdio Sarl MNDA FXK 6-3-15
Carphone Warehouse Ltd
Richard Figari
1 Portal Way, Acton
London, W3 6BX England

El Tiempo Col-MNDA FXK 4-15-14
Casa Editorial Tiempo S.A.
Juan Manuel Ruiz Ituarte
Av. Calle 26 No. 68B-70
Bogota, DC Colómbia

Cell C Ltd MNDA FXK 6-15-15
Cell C (Proprietary) Limited
Serenta Govender, Executive Legal
Corner Maxwell Drive and Pretoria Main Road
Buccleuch, Extension 10,  2090  South Africa

Ceton Corp-Rdio MNDA FXK 5-16-14
Centon Corp
Attn: Officer or Director
4010 Lake Washington Blvd NE, Suite 200
Kirkland, WA 98056

Charter Comm-Pulser NDA FXK 8-14-13
Charter Communications
Attn: Officer or Director
400 Atlantic St. 10th Floor
Stamford, CT 06901

3.98.1 Chase Paymentech Sarl Agmt FXK 1-10-12
Chase Paymentech Europe Limited
Kevin Moran
Block K
East Point Business Park
Dublin 3,   Ireland

3.98.3 Chase-Rdio Termination Ltr 7-15-15
Chase Paymentech Europe Limited
Kevin Moran
Block K
East Point Business Park
Dublin 3,   Ireland

3.98.5 Chase Paymentech-...o Merchant PXK 111913-2
Chase Paymentech Europe Limited
Kevin Moran
EastPoint Plaza, 2nd Floor
EastPoint Business Park
Dublin 3,   Ireland

3.129.2 Chef-Opscode Inv...00022402 through 5-9-16
Chef Software Inc.
Attn: Officer or Director
619 Western Ave, Suite 400
Seattle, WA 98104

3.129.4 Chef Mast...d Services Agmt 11-1-15
Chef Software Inc.
Attn: Officer or Director
48 2nd St.
4th Floor
San Francisco, CA 94105

3.129.4 Chef Mast...d Services Agmt 11-1-15
Chef Software Inc.
Attn: Officer or Director
619 Western Ave
Suite 400
Seattle, WA 98104

Cherry London LTD-Rdio Sarl MNDA FXK 5-29-15
Cherry London Ltd
Attn: Officer or Director
3rd Floor, 7-9 William Road
London,  NW1 3ER  England

3.28.14.2 SFGiants Spons... Rdio Execution Version
China Basin Ballpark Company LLC
Attn Laurence M. Baer, President and CEO
24 Willie Mays Plaza
San Francisco, CA 94107

3.28.14.2 SFGiants Spons... Rdio Execution Version
China Basin Ballpark Company LLC
General Counsel
24 Willie Mays Plaza
San Francisco, CA 94107

3.28.14.2 SFGiants Spons... Rdio Execution Version
China Basin Ballpark Company LLC
Jason Pearl, Sr. Vice President, Corporate Sponsorship
24 Willie Mays Plaza
San Francisco, CA 94107

3.28.1.2.19 Chromeo_agmt
Chromeo Recordings Inc.
David Macklovitch
420 Lexington Avenue, Suite 1756
New York, NY 10170

3.28.1.2.19 Chromeo_agmt
Chromeo Recordings Inc.
Patrick Gemayel
420 Lexington Avenue, Suite 1756
New York, NY 10170

3.28.1.2.19 Chromeo_agmt
Chromeo Recordings Inc.
Attn: Officer or Director
420 Lexington Avenue, Suite 1756
New York, NY 10170

3.28.2.10 Chugg-Rdio Laneway Spnsr FXK 9-23-14
Chugg Entertainment Group PTE LTD
Marcia Tan
c/o 19SixtyFive PTE LTD
43 Jalan Merah Saga #03-62
Singapore,  278115  Singapore

3.28.2.10 Chugg-Rdio Laneway Spnsr FXK 9-23-14
Chugg Entertainment Group PTE LTD
Marcia Tan
c/o 19SixtyFive PTE LTD
My SingPost Box 880191
Singapore,  919191  Singapore

3.70.1 Cinepolis Carta Promoci+ln V4 PXK 6-26-15
Cinepolis de Mexico, S.A. de C.V.
David Viveros Vazquez
Av. Cumbre de Naciones Numero 1200
Fraccionamiento Tres Marias, Morelia
Michoacan,  58254  Mexico

3.10.1 Rdio-Clarion Android InVehicle FXK 2-5-15
Clarion Corporation of America
Attn: Officer or Director
6200 Gateway Drive
Cypress, CA 90630

3.105.1 CloudCar-Rdio API Agmt FXK 7-23-15
CloudCar
Attn: Officer or Director
554 San Antonio Rd
Mountain View, CA 94040

CloudCar-Rdio MNDA FXK 2-27-15
CloudCar, Inc.
Luke Smithwick
554 San Antonio Rd.
Mountain View, CA 94040

Cloudcast-Rdio MNDA FXK 4-14
Cloudcast LLC
Attn: Officer or Director
25531 Indian Hill Ln, Suite G
Laguna Hills, CA 92653

Cloudcast-Rdio-MNDA PXK 4-4-14
Cloudcast LLC
Attn: Officer or Director
25531 Indian Hill Ln, Suite G
Laguna Hills, CA 92653

Columbia Capital V LLC MNDA FXK 4-5-15
Columbia Capital V, LLC
Jeffrey H. Patterson, Partner
204 South Union Street
Alexandria, VA 22314

3.28.1.1.39 Rdio - Colum...eement [fully executed]
Columbia Records, a division of Sony Music Entertainment
Nancy Marcus Seklir
550 Madison Ave. 23rd Fl.
New York, NY 10022

Horizon Media-Rdio MNDA PXK 6-20-12
Columbus Media International on behalf of its Member Agencies
c/o Monro Fisher Washbrough LLP
8 Great James St
London, WC1N 3DF  United Kingdom

3.28.1.1.45 Rdio Ce-ª++u11_5
Comercial Urban Jungle Records LTDA
Andale Bourgeois
Rua Inacio Pereira da Rocha 295
Sao Paulo, SP 05432-010  Brazil

3.28.1.1.75 Comercial Ur...TDA Artwork Agmt 110512
Comercial Urban Jungle Records LTDA
Andale Bourgeois
Rua Inacio Pereira da Rocha 295
Sao Paulo, SP 05432-010  Brazil

Compania Muxxic-Rdio MNDA FXK 7-25-14
Compania Discografica Muxxic Records, S.A.
Jordi Finazzi Pallares
C/ Gran Via 32 bls, 6th Floor
Madrid,  28035  Spain

Compania Muxxic-Rdio MNDA PXK 7-25-14
Compania Discografica Muxxic Records, S.A.
Jordi Finazzi Pallares
C/ Gran Via 32 bls, 6th Floor
Madrid,  28035  Spain

3.11.1 Concept PR - 2012...dendum [fully executed]
Concept Agencia de Comunicacao LTDA-EPP
Attn: Officer or Director
Rua Doutor
Virgilio de Carvalho Pinto
Sao Paulo,  136 - CEP 05415-020  Brazil

Concorde Media Group-Pulser NDA FXK 6-20-15
Concorde Media Group LLC
Attn: Officer or Director
269 S. Beverly Drive, Suite 407
Beverly Hills, CA 90212

3.126.1 Consolidated-Rdio Content Svcs FXK 7-29-14
Consolidated Independent Limited
Paul Sanderi
3rd Floor Paternoster House
65 St Pauls Churchyard
London,  EC4M 8AB  England

Constellation Growth-Rdio NDA PXK 4-20-11
Constellation Growth Capital LLC
Attn: Officer or Director
40 West 57th Street, 34th Floor
New York, NY 10019

Contenidos En Vivo MNDA FXK 9-13
Contenidos en Vivo SA de CV
Christian Xavier Rojas Castellanos
Calle Plaza Luis Cabrera 5
Oficina 2
Cuauhtemoc Distrito Federal,  06700  Mexico

Contenidos En Vivo-Lifeboxset MNDA  FXK 9-2-13
Contenidos en Vivo SA de CV
Christian Xavier Rojas Castellanos
Calle Plaza Luis Cabrera 5
Oficina 2
Cuauhtemoc Distrito Federal,  06700  Mexico

Corsair Memory-Rdio MNDA FXK 6-24-13
Corsair Memory
Frederick M. Gonzalez
46221 Landing Parkway
Fremont, CA 94538

Corus Ent-Rdio MNDA FXK 11-12
Corus Entertainment, Inc.
Attn: Officer or Director
25 Dockside Dr.
Toronto, ON M5A 0B5  Canada

3.122.1 Corus-Rdio AdSales-Purch Agmt FXK 9-22-15/Corus Premium Television, Ltd.
Attn Law Department/Corus Entertainment Inc.
Corus Quay
25 Dockside Drive
Toronto, ON M5A 0B5  Canada

3.122.1 Corus-Rdio AdSales-Purch Agmt FXK 9-22-15/Corus Premium Television, Ltd.
Attn President Radio/Corus Entertainment Inc.
Corus Quay
25 Dockside Drive
Toronto, ON M5A 0B5  Canada

Cox Radio, Inc.-Rdio MNDA FXK 6-17-15
Cox Radio, Inc.
Attn: Officer or Director
6205 Peach Dunwoody Rd.
Atlanta, GA 30328

Crowley Broad-Rdio MNDA FXK 7-1-13
Crowley Broadcast Analysis Brazil
Paul Smith
Praia De Botafogo, 518 - 4 Floor
Rio de Janeiro,   Brazil

3.68.1 Crowley Broadcast Analysis Agrm 10-24-13
Crowley Broadcast Analysis do Brasil Ltda
Paul Smith
Praia de Botafogo, 518 - 4th Floor
Rio de Janeiro - RJ,  22250  Brazil

CSL Ltd NDA TMP unknown
CSL Limited
Ricky Chong
Room 501-8, 5th Floor, Cyberport 3
100 Cyberport Road
Hong Kong,   Republic of China

CTI II LLC-Rdio MNDA FXK 3-18-14
CTI II LLC
Taz Singh
10860 Gold Center Dr., 225
Rancho Cordova, CA 95670

3.44.6 Warrant to Purchase Common Stock
Cumulus Media Holdings Inc
Attn Richard S Denning
3280 Peachtree Rd NW Ste 2300
Atlanta, GA 30305

3.44.7 Cumulus Rdio-LIVE Agmt FXK 8-11-15
Cumulus Media Holdings Inc
Attn John E Zamer
Jones Day
1420 Peachtree NE Ste 800
Atlanta, GA 30309-3053

3.44.7 Cumulus Rdio-LIVE Agmt FXK 8-11-15
Cumulus Media Holdings Inc
Attn Richard S Denning
3280 Peachtree Rd NW Ste 2300
Atlanta, GA 30305

3.44.8 Cumulus Rdio-LIVE...upport Agmt FXK 8-11-15/Cumulus Media Holdings Inc
Attn John E Zamer
Jones Day
1420 Peachtree NE Ste 800
Atlanta, GA 30309-3053

3.44.8 Cumulus Rdio-LIVE...upport Agmt FXK 8-11-15/Cumulus Media Holdings Inc
Attn Richard S Denning
3280 Peachtree Rd NW Ste 2300
Atlanta, GA 30305

Cumulus-Rdio MNDA FXK 11-14-14
Cumulus Media Holdings, Inc.
Attn: Officer or Director
3280 Peachtree Road, Suite 2300
Atlanta, GA 30305

CW-Rdio ProfSvc MNDA FXK 4-11-14
CW Professional Services, LLC
Attn: Officer or Director
1 Campus Martius
Detroit, MI 48226

3.86.2 CyberSource-Rdio Termination Ltr 7-24-15
CyberSource Corporation
Attn Legal Department
1295 Charleston Road
Mountain View, CA 94043

3.86.3 Cybersource-Pulse...t Solutions Agrm 9-9-09
CyberSource Corporation
Attn Legal Department
1295 Charleston Road
Mountain View, CA 94043

3.86.5 CyberSource-Rdio Termination Ltr 7-24-15
CyberSource Corporation
Attn Legal Department
1295 Charleston Road
Mountain View, CA 94043

3.112.1 Denon-D&M-Rdio API Lic Agmt FXK 4-17-15-2/D&M Holdings Inc.
Attn: Officer or Director
D&M Building 2-1
Nisshin-cho/Kawasaki-ku
Kanagawa,   Japan

Denon-D&M Holdings MNDA FXK 10-17-14
D&M Holdings, Inc.
Tim Bailey
D&M Building 2-1
Nisshin-cho/Kawasaki-ku
Kanagawa,   Japan

Daimler AG-Rdio MNDA PXK 10-11-12
Daimler AG
Attn: Officer or Director
Mecedesstrasse 137
Stuttgart,  70327  Germany

BillToMobile-Rdio MNDA FXK 1-4-13
Danal Inc.
Attn: Officer or Director
2833 Junction Ave. #202
San Jose, CA 95134

3.28.1.1.1 Dangerbird - ...eement [fully executed]
Dangerbird Records
Greg Sieme
3801 Sunset Blvd
Los Angeles, CA 90026

3.28.1.1.2 Dangerbird Re...eement [fully executed]
Dangerbird Records
Greg Sieme
3801 Sunset Blvd
Los Angeles, CA 90026

3.28.1.1.31 MInusthebear
Dangerbird Records
Greg Sieme
3801 Sunset Blvd
Los Angeles, CA 90026

3.28.1.1.3 Daptone Recor...eement [fully executed]
Daptone Records
Neal Sugarman
115 Troutman Street
Brooklyn, NY 11206

3.28.1.1.53 SharonJones_SoulTime!
Daptone Records
Neal Sugarman
115 Troutman Street
Brooklyn, NY 11206

3.18.1 GFK Charts-Rdio Agrm 6-4-13
Data Processor
Attn: Officer or Director
82 Glentham Road
Barnes,  SW13 9JJ  London

DeDealer-Rdio MNDA FXK 8-25-14
DeDealer
Oliver Janiky
Constituyentes 7, Col.
San Miguel
Chapultepec,   Mexico

3.12.1 Dell - Signed_Master_Lease_Agreement[1]
Dell Financial Services L.L.C.,
Legal Department
One Dell Way
Round Rock, TX 78682

Deloitte & Touche-Rdio MNDA FXK 3-25-11
Deloitte & Touche, LLP
Attn: Officer or Director
50 Fremont Street
San Francisco, CA 94105

Denso Intl America Inc-Rdio MNDA FXK 6-11
Denso International America, Inc.
Tsuyoshi Nakashima
24777 Denso Drive
Southfield, MI 48086

Devialet SA-Rdio MNDA FXK 8-1-14
Devialet SA
Quentin Sannie
10 Place Vendome
Paris,  75001  France

Dhingana-Pulser NDA FXK 12-20-13
Dhingana Inc
Snehal Shinde
1230 Midas Way, Suite 150
Sunnyvale, CA 94085

3.13.1 CLOSING SET - RDI...NGANA MERGER
(COMPLETE)/Dhingana, Inc.
Attention: Swapnil Shinde, Snehal Shinde and Rohit
Bhatia
1230 Midas Way, Suite 150
Sunnyvale, CA 94086

3.28.2.4.1 Diageo Spnsr Agmt SXSW PXK 3-18-15
Diageo Americas, Inc.
Attn Sari Brecher
530 Fifth Ave
New York, NY 10036

3.28.2.4.1 Diageo Spnsr Agmt SXSW PXK 3-18-15
Diageo Americas, Inc.
General Counsel
801 Main Avenue
Norwalk, CT 06851

3.125.1 Digi-Malaysia Freedom Co-MKTG FXK 3-13-
15/DiGi Telecommunications SDN BHD
Praveen Rajan/Lot 10, JalanDelima 1/1
Subang Hi-Tech Industrial Park
40000 Shah Alam
Selangor DarulEhsan,   Malaysia

3.84.2 Digicel Pre-Load ...ndle Distr Agrm 1-20-15
Digicel Caribbean Limited
Attn: Officer or Director
1st Floor Financial Centre
Castries,   St. Lucia

Digicel MNDA FXK 6-8-14
Digicel Group Limited
Eric Daly
14 Ocean Boulevard
Kingston,   Jamaica, W.I.

3.78.1 Digital 720 Lease Agreement
Digital 720 2nd, LLC
Attn Richard Berk, VP Portfolio Management
720 2nd Street
Oakland, CA 94607

3.78.2 Digital 720 Work Orders [fully executed]
Digital 720 2nd, LLC
Attn Raul Saavedra, Sr. Asset Manager
720 2nd Street
Oakland, CA 94607

Digital Delivery Net-Rdio MNDA FXK 4-24-13
Digital Delivery Networks, Inc.
Attn: Officer or Director
269 Mt. Hermon Rd., Suite 200
Scotts Valley, CA 95066

Digital Garage-Rdio MNDA FXK 2013
Digital Garage, Inc./Attn: Officer or Director
Daikanyama DG Bldg.
3-5-7 Ebisu Minami
Shibuya-ku
Tokyo,  150-0022  Japan

Digital Minds IKE-Rdio Sarl MNDA FXK 6-9-15
Digital Minds IKE
Attn: Officer or Director
Fragokklisias 7 Marousi
Athens,   Greece

Digital River World Payments-Rdio MNDA FXK 8-9-
13/Digital River World Payments, Inc.
Attn: Officer or Director
10380 Bren Road West
Minnetonka, MN 55343

DiGi-Telecom-Telenor MNDA FXK 12-16-14
DiGi-Telecommunications Sdn Bhd (Company No.
201283-M)/Praveen Rajan
Lot. 10, Jalan Delima 1/1
Subang Hi-Tech Industrial Park
40000 Shaw Alam
Selangor Darul Ehsan, Malaysia

3.28.1.1.4 Dine Alone Re...s - CIty & Colour (ROW)
Dine Alone Records
Ryan Spalding
290 Gerrard St. East
Toronto, ON M5A 2G4  Canada

3.28.1.1.5 Dine Alone Re...da Only) - Artwork Agmt
Dine Alone Records
Ryan Spalding
290 Gerrard St. East
Toronto, ON M5A 2G4  Canada

3.28.1.1.6 Dine Alone Records (ROW)
Dine Alone Records
Ryan Spalding
290 Gerrard St. East
Toronto, ON M5A 2G4  Canada

3.28.1.1.62 TheLumineers-Artwork License - CA
Dine Alone Records
Ryan Spalding
290 Gerrard St. East
Toronto, ON M5A 2G4  Canada

Loudr-Rdio MNDA FXK 4-9-15
Discover, Inc. DBA Loudr
Attn: Officer or Director
4002 26th St
San Francisco, CA 94131

3.96.2 Discovery-Rdio MK...nership FXK eff 10-1-14
Discovery Vitality (Pty) Limited / Discovery Health
(Pty) Limited
Celest du Plessis
16 Fredman Drive
Sandton, 2031 South Africa

3.96.2 Discovery-Rdio MK...nership FXK eff 10-1-14
Discovery Vitality (Pty) Limited / Discovery Health
(Pty) Limited
Nic Salmon
155 West Street
Sandton, 2031 South Africa

DMG Radio-Rdio MNDA FXK 2-16-12
DMG Radio
Attn: Officer or Director
33 Saunders St
Pyrmont, NSW 2009 Australia

3.14.1 DMG_Rdio_JV_Agreement - FINAL - Fully Ex
DMG Radio (Australia) Pty Ltd
Attention: CEO and Business/Legal Affairs
Level 5, 33 Saunders Street
Pyrmont, NSW 2099 Australia

3.7.1 4435_001
DMG Radio (Australia) Pty Ltd
Attn CEO and Business/Legal Affairs
Level 5, 33 Saunders Street
Pyrmont, NSW 2099 Australia

3.7.1 4435_001
DMGR JV Co Pty Limited
Attn CEO and Business/Legal Affairs
Level 5, 33 Saunders Street
Pyrmont, NSW 2099 Australia

3.28.1.1.48 Rdio OOH & D...2-10-22_Domino
(signed)/Domino Recording Company Ltd
Kurt Lane
3, 10 Smugglers Way
Delta Business Park
London, SW18 1EG UK

3.28.1.1.7 Domino Recording Company Ltd
Domino Recording Company Ltd
Kurt Lane
3, 10 Smugglers Way
Delta Business Park
London, SW18 1EG UK

3.28.1.1.8 Dovecote Reco...eement [fully executed]
Dovecote Records
Polsia Ryder
190 N 10th Street, Suite 312
Brooklyn, NY 11211

3.28.1.1.10 Downtown Records Artwork Agmt 110612
Downtown Music
Michael Pontecorvo
485 Broadway 3rd FL
New York, NY 10013

3.28.1.1.13 Electric Guest Licensing Agreement
Downtown Music
Michael Pontecorvo
485 Broadway 3rd FL
New York, NY 10013

3.28.1.1.14 ELECTRICGUES...rds Artwork Agmt
110612
Downtown Music
Michael Pontecorvo
485 Broadway 3rd FL
New York, NY 10013

3.28.1.1.11 Downtown Rec...eement [fully executed]
Downtown Records
Amanda Suriani
485 Broadway 3rd FL
New York, NY 10013

3.28.1.1.9 Downtown Reco...arance [fully executed]
Downtown Records
Amanda Suriani
485 Broadway 3rd FL
New York, NY 10013

3.60.1 DTS-Rdio API License Agr FXK 7-1-15
DTS, Inc.
John Kirchner
5220 Las Virgenes Road
Calabasas, CA 91302

DTS-Rdio MNDA FXK 10-20-14
DTS, Inc.
Attn: Officer or Director
5220 Las Virgenes Road
Calabasas, CA 91302

Duncan-Channon-Rdio MNDA FXK 3-9-15
Duncan/Channon
Attn: Officer or Director
114 Sansome Street, 14th Floor
San Francisco, CA 94104

3.28.17.1 Duncan-Channon MSA+SOW1 FXK 5-1-15
Duncan/Channon, Inc.
Attn: Officer or Director
114 Sansome Street, 14th Floor
San Francisco, CA 94104

3.16.1 Rdio - EA API Lic...eement [fully executed]
EA Swiss SARL
Attn: Officer or Director
Place du Molard 8
Geneva, 1204 Switzerland

Earbits-Rdio MNDA FXK 3-14-14
Earbits, Inc.
Joey Flores
957 Lake Street
Venice, CA 90291

3.28.1.1.12 Easy Star Re...eement [fully executed]
Easy Star Records
Eric Smith
P.O. Box 1069
New York, NY 10276

3.28.1.2.18 Cee Lo Agreement
Eight Entertainment LLC
f/s/o Thomas DeCarlo Callaway p/k/a CeeLo Green
c/o Primary Wave Talent Management
116 East 16th Street
New York, NY 10003

Eircom MNDA FXK 1-21-13
Eircom Ltd.
Daragh Killian
1 Heuston South Quarter
St. Johns Road
Dublin 8, Ireland

3.16.1 Rdio - EA API Lic...eement [fully executed]
Electronic Arts Inc.
Attn: General Counsel
209 Redwood Shores Parkway
Redwood City, CA 94065

Elec.Arts-Rdio MNDA FXK 5-27-12
Electronic Arts Inc.
Attn: Officer or Director
209 Redwood Shores Parkway
Redwood City, CA 94065

3.28.1.1.33 MissyHigginsGLOBALAgreement
Eleven: A Music Company Pty Ltd
Julian Hooper
46 Buckingham St
Surry Hills, NSW 2010 Australia

3.28.1.2.20 Ellie Goulding Agmt 111612
Ellie Goulding
Alan Jewell
Grove Studios
Adie Road
Hammersmith, W6 0PW UK

3.28.1.1.15 EMI - Radioh...arance [fully executed]
EMI Music
Laura B. Saez
1750 Vine Street
Hollywood, CA 90028

3.28.1.1.40 Rdio - EMI R...arance [fully executed]
EMI Music
Laura II B. Saez
1750 Vine Street
Hollywood, CA 90028

3.28.1.1.16 EMI AU Album... 2013 [fully executed]
EMI Music Australia Pty Ltd
A. Fitz-Alan
18 Hutchinson St
Surry Hills, NSW 2010 Australia

eMusic MNDA  FXK 1-13-14
eMusic.com Inc.
Attn: Officer or Director
625 Broadway, 2nd Floor
New York, NY 10012

Endomondo-Rdio Sarl MNDA FXK 12-1-14
Endomondo Aps
Yves DiMaria
Kanonbaadsvej 12 B
Copenhagen K,  DK-1437 Denmark

Enterplay Digital-Rdio MNDA FXK 5-27-15
Entertainment Digital S/A
Christofer Zwecker
Av. Ibirapuera, 1168
Indianapolis
Sau Paulo /SP,    Brazil

Entertainment Gateway Group-Rdio MNDA FXK 7-11-12/Entertainment Gateway Group Corp.
Vince Dominic T. Yamat
3F Bloomingdale Bldg.
205 Salcedo St.
Legaspi Village
Makati City, Philippines

3.28.1.1.17 Epitaph Reco...icense Agreement 113012
Epitaph Records
Jon Strickland
2798 Sunset Blvd
Los Angeles, CA 90026

Erland Solutions Ltd MNDA PXK 4-13
Erlang Solutions Limited
Attn Stuart Whitfield
29 London Fruit & Wool Exchange
Brushfield Street
London,  E1 6EU  England

Erland Solutions Ltd MNDA PXK 4-13
Erlang Solutions Limited
Attn: Officer or Director
New Loom House
101 Back Church Lane
London,  E1 1LU  England

Erlang Solutions Ltd MNDA FXK 4-11-13
Erlang Solutions Limited
Attn Stuart Whitfield
New Loom House
101 Back Church Lane
London,  E1 1LU  England

Escape Media-GS MNDA FXK 4-23-15
Escape Media Group, Inc.
Attn: Officer or Director
201 SE 2nd Ave, Suite 201
Gainesville, FL 32601

ExactTarget-Rdio MNDA FXK 8-26-14
ExactTarget, Inc.
Attn: Officer or Director
20 North Meridian St.
Indianapolis, IN 46204

Extole-Rdio MNDA FXK 12-4-14
Extole, Inc.
Attn: Officer or Director
111 Sutter Street, 16th Floor
San Francisco, CA 94104

Facebook MNDA FXK 5-31-11
Facebook, Inc.
Attn: Officer or Director
1601 S. California Avenue
Palo Alto, CA 94304

Falcon Strategic-Pulser NDA FXK 5-26-15
Falcon Strategic Investments GP IV, LLC
Attn: Officer or Director
21 Custom House Street, 10th Floor
Boston, MA 02210

Fanhattan-Rdio MNDA FXK 8-29-12
Fanhattan LLC
Laura Tunberg
489 S. El Camino
San Mateo, CA 94402

3.28.20.1 Fetch Mobile MKTNG FXK 1-6-15
Fetch Media Limited
Greg Grimmer
650 Mission St., 3rd Floor
San Francisco, CA 94105

Fetch-Rdio MNDA FXK 10-7-14
Fetch Media LTD
Alexandra Ivacheff
650 Mission St., 3rd Floor
San Francisco, CA 94105

3.28.18.1 Flock MSA PXK 1-15-15
Flock Advertising Mexico, S. de R.L. de C.V.
Sebastian Tonda Sanchez
Vicente Suarez 13
Colonia Condesa
Delegacion Cuauhtemoc, DF 06140  Mexico

Flock Adv-Rdio MNDA FXK 11-13-14
Flock Advertising Mexico, S. de R.L. de C.V.
Sebastian Tonda Sanchez
Vicente Suarez 13
Condesa/Del. Cuauhtemoc
Ciudad de Mexico, Distrito Federal,  06140
Mexico

3.17.1 Fon -w- Rdio API ...uation Agreement 060713
Fon Wireless Limited
Attn: Officer or Director
C/Quintanavides 15 10 Pl.
Madrid,  28050  Spain

Fon Wireless MNDA FXK 6-03-14
FON Wireless Limited
Juan Pablo Dama
33 St. James Square
London,  SW1Y 4JS  England

3.28.6.11 For King & Cou...rd-Rdio LVS FXK 9-18-15
For King & Country
c/o Word Entertainment, LLC
25 Music Square west
Nashville, TN 37203

Ford-Rdio MNDA FXK 10-11-12
Ford Motor Company
Doug VanDagens
1 American Rd.
Dearborn, MI 48126

FortisPartners-Rdio NDA PXK 3-17-14
Fortis Partners
Paul Cox
11999 San Vicente Blvd Ste 240
Los Angeles, CA 90049

Fortress Investment NDA FXK 7-24-15
Fortress Investment Group LLC
Constantine M. Dakolias
1345 Avenue of the Americas 46th Fl
New York, NY 10105

Franklin Advisors-Pulser NDA FXK 12-2-14
Franklin Advisors, Inc.
Attn: Officer or Director
One Franklin Pkwy
San Mateo, CA 94403

Free Mo-Rdio MNDA FXK 2-4-15
FreeMo Inc.
Leigh Hunt, CEO
5400 Carillion Point 4th Fl
Kirkland, WA 98033

Freescale Semicon MNDA PXK 3-24-11
Freescale Semiconductor Inc.
Reza Kazerounian, Sr. VP & GM
28125 Cabot Dr Ste 100
Novi, MI 48377

Fujipacific Music-Pulser NDA FXK 2-23-15
Fujipacific Music Inc./Toru Uehara
Tokyo Tatemono Aoyama Bldg,
3-3-5 Kita-Ayoama
Minato-ku
Tokyo,    Japan

Fujipacific Music-Rdio MNDA FXK 10-1-14
Fujipacific Music Inc./Attn: Officer or Director
Tokyo Tatemono Aoyama Bldg
8f 3-3-5
Kita Aoyama, Minato-Ku
Tokyo,  107-0061

Function X Inc-Rdio NDA FXK 10-11
Function X Inc.
Attn: Officer or Director
902 Broadway 11th Floor
New York, NY 10010

Fusion Garage-Rdio MNDA FXK 5-20-11
Fusion Garage PTE Ltd
Nuno Jonet, Product Manager
5 Harper Rd #03-00
S(369673)
Singapore,   Singapore

3.28.2.11 FMF-Rdio BrandSpns FXK 1-13 to 5-13
Future Entertainment Pty Limited
Attn: Officer or Director
222 York Street
South Melbourne, VIC 3205  Australia

3.28.2.14 RDIO 2013 FMF SIGNED
Future Entertainment Pty Limited
Attn: Officer or Director
222 York Street
South Melbourne, VIC 3205  Australia

3.28.2.5 Rdio-Future Mus...reement [Rdio sig only]
Future Entertainment Pty Limited
Attn: Officer or Director
222 York Street
South Melbourne, VIC 3205  Australia

General Atlantic Service Co NDA FXK 4-11
General Atlantic Service Company, LLC
Thomas J. Murphy, VP
Three Pickwick Plaza
Greenwich, CT 06830

Boku-Rdio MNDA FXK 12-10-12
General Counsel
Attn: Officer or Director
201 Mission Street, Suite 1000
San Francisco, CA 94105

GenieTV-Rdio MNDA FXK 2012
GenieTV Solutions Inc.
Simon Kim
2002 N 1st Ste 302
San Jose, CA 95134

G-Lab GmbH MNDA FXK 6-28-11
G-Lab GmbH
Jan-Erik Lundberg, CEO
Schiffbaustrasse 10
Zurich,  8005  Switzerland

3.47.1 GlobalRadioSvcs-Rdio Ad Sales Agrm 11-17-14
Global Radio Services Ltd
Attn: Officer or Director
30 Leicester Square
London,  WC2H 7LA  England

Global Radio-Rdio MNDA FXK 5-7-14
Global Radio Services Ltd. (#6251684)
Attn: Officer or Director
30 Leicester Sq
London, WC2H 7LA  United Kingdom

Global Tel Link-GTS MNDA FXK 2-26-15
Global Tel Link
Jeffrey B. Haidinger, President
2609 Cameron St
Mobile, AL 36607

GMM Grammy-Rdio LTR to A.Maruekatat re NDA 6-19-13/GMM Grammy Public Company Limited
Arisa Maruekatat/No. 50 GMM Grammy PL 39 Fl
Sukhumvit 21 Rd (Asoke)
Khlongtoeinuea, Wattana
Bangkok,  10110  Thailand

GMM Grammy-Rdio MNDA FXK 12-1-12
GMM Grammy Public Company Limited
Arisa Maruekatat/No. 50 GMM Grammy PL 39 Fl
Sukhumvit 21 Rd (Asoke)
Khlongtoeinuea, Wattana
Bangkok,  10110  Thailand

Gogo LLC-Rdio MNDA FXK 4-22-14
Gogo LLC
Attn: Officer or Director
1250 N Arlington Heights Rd Ste 500
Itasca, IL 60143

Golden Gate Private Equity NDA FXK 5-11
Golden Gate Private Equity, Inc.
Jake Mizrahi, Managing Director
One Embarcadero Center 39th Fl
San Francisco, CA 94111

3.28.15.1 Goldin Solutio...o PR INDCON FXK 11-1-14
Goldin Solutions, Inc.
Attn: Officer or Director
928 Broadway, Suite 900
New York, NY 10010

3.28.15.2 Goldin Solutio...io AMD FXK thru 11-1-15
Goldin Solutions, Inc.
Attn: Officer or Director
928 Broadway, Suite 900
New York, NY 10010

3.110.1 Chromecast-Google Dev.Mktg Agrm 3-31-14-2
Google Inc.
Attn: Legal Department
Dept 33654
PO Box 39000
San Francisco, CA 94139

Gracenote MNDA FXK 9-13
Gracenote, Inc.
Des Cussen, SVP & General Counsel
2000 Powell St Ste 1500
Emeryville, CA 946808

Gracenote-Rdio MNDA FXK 9-3-13
Gracenote, Inc.
Des Cussen, SVP & General Counsel
2000 Powell St Ste 1500
Emeryville, CA 946808

3.28.2.1.1 Celebrate Brooklyn GC FXK 3-5-15
GreenCopper
Jeff Goodman
Director of Business Development

3.28.2.1.2 GreenCopper-R...nFunFun FXK 11-6-7-8-15
GreenCopper
Jeff Goodman
Director of Business Development

3.28.2.1.3 GreenCopper-Rdio RiotFest PXK 4-27-15
GreenCopper
Jeff Goodman
Director of Business Development

Griffin-Rdio MNDA FXK 6-26-12
Griffin Technology
Dean Shortland, B2B Product Specialist
2020 Lindell Ave
Nashville, TN 37203

Iusacell_Pulser MNDA sigpage p2 PXK 2013
Gropo Iusacell, SA de CV
Adrian Steekel
Monte Pirines 445
Mexico City,  11000  Mexico

Iusacell-Pulser MNDA FXK 9-23-13
Gropo Iusacell, SA de CV
Adrian Steekel
Monte Pirines 445
Mexico City,  11000  Mexico

Groupe Archambault-Rdio MNDA FXK 1-17-14
Groupe Archambault Inc.
Christian Breton & Aldo Giampaolo
500 Ste-Catherine E 5th Fl
Montreal, QC H2L 2C6  Canada

3.28.1.1.28 MDNA No Objection Letter
Grubman Indursky Shire & Meiselas, P.C.
Attorneys for Madonna
Michael K. Goldsmith
Carnegie Hall Tower
152 West 57th Street
New York, NY 10019-3301

3.28.1.1.46 Rdio Inc. - MDNA No Objection Letter
Grubman Indursky Shire & Meiselas, P.C.
Attorneys for Madonna
Michael K. Goldsmith
Carnegie Hall Tower
152 West 57th Street
New York, NY 10019-3301

GSkinner.com-Rdio MNDA FXK 5-9-14
GSKinner.com, Inc.
Michael Graves, Senior Producer
10183 112st, Suite 101
Edmonton, AB T5k 1M1  Canada

GSkinner.com-Rdio MNDA PXK 5-9-14
GSkinner.com, Inc.
Michael Graves, Senior Producer
10183 112st, Suite 101
Edmonton, AB T5k 1M1 Canada

3.28.1.2.2 Guy Sebastian agmt
GuyTunes Pty Limited
Suite 508, Level 4, Office Tower
152 Bunnerong Rd
Eastgardens, NSW 2036 Australia

3.113.1 Harman-Rdio API License FXK 6-1-15
Harman International Industries
Attn: Officer or Director
400 Atlantic Street, 15th Floor
Stamford, CT 06901

Harman Int'l Industries MNDA FXK 6-20-11
Harman International Industries, Incorporated
Attn: Law Department
400 Atlantic Street 15th Floor
Stamford, CT 06901

Harmonix-Rdio MNDA FXK 5-7-13
Harmonix Music Systems, Inc.
Attn: Officer or Director
625 Massachusetts Ave 2nd Fl
Cambridge, MA 02139

3.28.1.2.3 Hedley agmt
Hedly Entertainment Corp
Darren Gilmore
1700-1140 West Pender Street
Vancouver, BC V6E 2R9 Canada

3.28.1.2.3 Hedley agmt
Hedly Entertainment Corp
Tommy McDonald
1700-1140 West Pender Street
Vancouver, BC V6E 2R9 Canada

3.65.1 3DK LOI [fully executed]
HI3G Denmark ApS
Morten Christiansen
Scandiagade 8
Kobenhaven SV, 2450 Denmark

HipDigital-Rdio MNDA FXK 7-16-14
Hip Digital Media, Inc
C. Walker, VP Operations
883 Santa Cruz Ave Ste 204
Menlo Park, CA 94025

3.57.2 Hisense USA-Rdio PRT FXK 4-24-15
Hisense USA Corporation
Attn Ron S. Solanki
7310 McGinnis Ferry Road
Suwanee, GA 30024

Guggenheim-Rdio NDA PXK 9-25-13
Guggenheim Corporate Funding, LLC
William R. Hagner
330 Madison Ave 10th Fl
New York, NY 10017

3.28.2.2.1 Halifax Pop E...ment - May 15, 2012 (1)
Halifax Pop Explosion Association
Jonny Stevens
2151 Gottingen Street
Halifax, Nova Scotia B3K 3B5 Canada

3.114.1 Harman-Aha-Rdio API License Agrm 6-29-12
Harman International Industries, Incorporated
Attention: Chia-Lin Simmons
394 University Ave.
Palo Alto, CA 94301

Harman Int'l Industries MNDA FXK 6-20-11
Harman International Industries, Incorporated
Chia-Lin Simmons
394 University Ave
Palo Alto, CA 94301

3.28.1.1.19 Hear Music P...eement [fully executed]
Hear Music
Phillip Bailey
100 North Crescent Drive
Garden Level
Beverly Hills, CA 90210

3.28.1.2.3 Hedley agmt
Hedly Entertainment Corp
Dave Rosin
1700-1140 West Pender Street
Vancouver, BC V6E 2R9 Canada

Hercules TGC NDA FXK 6-22-15
Hercules Technology Growth Capital, Inc.
Ben Bang, Associate General Counsel
400 Hamilton Avenue, Suite 310
Palo Alto, CA 94301

HI3G Denmark APS MNDA FXK 6-11
HI3G Denmark APS
Morton Christiansen, CEO
Scandiagade 8, 2450
Copenhaven, SV Denmark

3.57.2 Hisense USA-Rdio PRT FXK 4-24-15
Hisense International Co., Ltd.
Attn Legal Department
Floor 22, Hisense Tower
17 Donghai Xi Road
Qingdao, 266071 China

3.95.4 Shazam-Horizon-Rdio 1st deal package 9-5-12
Horizon Media Inc
Vanessa Martel
75 Varick Street
New York, NY 10013

3.28.1.2.2 Guy Sebastian agmt
Guy Sebastian
c/o 6 Degrees Management
Suite 508, Level 4, Office Tower
152 Bunnerong Rd
Eastgardens, NSW 2036 Australia

Hard Rock-Rdio MNDA FXK 2-23-15
Hard Rock Café International
Matthew Watts
6100 Old Park Ln
Orlando, FL 32825

3.114.1 Harman-Aha-Rdio API License Agrm 6-29-12
Harman International Industries, Incorporated
Attention: Todd Soloy, Esq.
400 Atlantic Street, 14th Floor
Stamford, CT 06901

Harman Int'l MNDA AMD FXK 5-13-15
Harman International Industries, Incorporated
Richard Metcalfe
400 Atlantic Street 15th Floor
Stamford, CT 06901

3.28.1.2.3 Hedley agmt
Hedly Entertainment Corp
Chris Crippin
1700-1140 West Pender Street
Vancouver, BC V6E 2R9 Canada

3.28.1.2.3 Hedley agmt
Hedly Entertainment Corp
Jacob Hoggard
1700-1140 West Pender Street
Vancouver, BC V6E 2R9 Canada

3.65.1 3DK LOI [fully executed]
HI3G Access AB
Attn: Officer or Director
Box 30213
Stockholm, 104 25 Sweden

Hilsense-Rdio MNDA FXK 3-4-14
Hilsense USA
Aman Bhadway, Director R&d
7310 McGinnis Ferry Rd
Suwanee, GA 30024

HisenseUSA-Rdio MNDA FXK 3-4-14
Hisense USA
Aman Bhadway, Director R&d
7310 McGinnis Ferry Rd
Suwanee, GA 30024

Horizon Media-Rdio MNDA PXK 6-20-12
Horizon Media Inc.
Attn: Officer or Director
75 Varick St
New York, NY 10013

Huawei-Rdio MNDA FXK 12-3-14
Huawei Device (Dongguan) Co., Ltd.
Attn: Officer or Director/B-25 of Nanfang Factory
No. 2 of Xincheng Rd
Songshan Lake Science & Technology Industrial
Zone
Guangdong, 523000 China

Hunch-Rdio MNDA FXK 9-10
Hunch Inc.
Attn: Officer or Director
54 West 21st St 10th Fl
New York, NY 10010

Huntmads SA-Rdio MNDA FXK 11-25-14
Huntmads SA
Attn: Officer or Director
Arcos 2215
Piso Caba C1428 AFM
,   Argentina

iBrands S.r.o. Rdio MNDA FXK 11-18-13
iBrands S.r.o.
Lukas Janovsek, CEO
Kfizona 259814, 15000
,  Prague  Czech Republic

Ideaworks Ltd MNDA FXK 2-14
Ideaworks Ltd
Oz Andres, R&D Manager
206 Great Portland St
London,  W1W 5GJ  United Kingdom

Ideaworks-Rdio MNDA FXK 2-11-14
Ideaworks Ltd
Oz Andres, R&D Manager
206 Great Portland St
London,  W1W 5GJ  United Kingdom

Ignite Europe Ltd-Rdio MNDA FXK 11-17-14
Ignite Europe Limited
Attn: Officer or Director
302-308 Regent St
London,  W1b 3AT  United Kingdom

Illyria Pty Ltd MNDA FXK 4-25-14
Illyria Pty Ltd
Elliot Peters, SVP
33 Nickson Street
Surry Hills, NSW 2010  Australia

IMG Media Ltd-Rdio Sarl MNDA FXK 12-12-14
IMG Media Limited
Attn: Officer or Director
One Burlington Lane, Hogarth
Business Park, Chiswick
London, W42TH   United Kingdom

3.28.3.1 Imprint - AGENC...ENT(SIGNED) RDIO
130508
Imprint Projects, LLC
Adam Katz, President
215 Centre Street, Second Floor
New York, NY 10013

Inception Digital-Rdio MNDA FXK 1-31-12
Inception Digital
Jade Harley, General Manager
122 Underwood St
Paddington, NSW 2021  Australia

Inception Digital-Rdio PXK 1-31-12 Page 1
Inception Digital
Jade Harley, General Manager
122 Underwood St
Paddington, NSW 2021  Australia

Inception Digital-Rdio MNDA PXK 1-31-12 Page 2
Inception Digital
Jade Harley, General Manager
122 Underwood St
Paddington, NSW 2021  Australia

3.19.1 Rdio-InceptionDig...ting Agreement Jan 2012
Inception Digital Pty Limited
Attn: Officer or Director
122 Underwood Street
Paddington, NSW 2021  Australia

3.28.1.1.20 Infectious M... Rdio Artwork Agreement
Infectious Music Ltd
Pat Carr
1st Floor, 47A Frith Street
London,  W1D 4HT  UK

Infomedia Services Ltd-Rdio Sarl MNDA FXK 1-8-15
Infomedia Services Ltd
Attn: Officer or Director
7 Premier Court, Moulton Park
Northampton,  NN3 6LF  United Kingdom

3.28.1.1.61 The Lumineers-US Clearance-2
Ingrooves Fontana
Stefanie Braatz
444 Spear St. Ste. #213
San Francisco, CA 94105

Insight Venture-Pulser NDA FXK 6-30-15
Insight Venture Partners, LLC
Attn: Officer or Director
1114 Avenue of the Americas 36th Fl
New York, NY 10036

Institutional Venture Partners-Rdio NDA FXK 5-11
Institutional Venture Partners
Attn: Officer or Director
3000 Sand Hill Road
Building 2, Ste 250
Menlo Park, CA 94025

3.28.8.3.1 Instrument-Rdio INDCON FXK 11-5-14
Instrument
Andrea Nelson
419 NE 10th Avenue
Portland, OR 97232

3.28.8.3.2 Instrument-Rdio SOW Brand FXK 11-5-14
Instrument
Andrea Nelson
419 NE 10th Avenue
Portland, OR 97232

3.28.8.3.3 Instrument-Rdio SOW Photo FXK 11-5-14
Instrument
Andrea Nelson
419 NE 10th Avenue
Portland, OR 97232

Instrument-Rdio MNDA FXK 4-23-14
Instrument
Attn: Officer or Director
410 NE 10th Ave
Portland, OR 97232

3.74.1 Intel - AppUp Dev...er Program, Jan 8, 2013
Intel Corporation/Attn SSG Legal
Office of the General Counsel
MailStop SC4-203
2200 Mission College Boulevard
Santa Clara, CA 95052

3.74.1 Intel - AppUp Dev...er Program, Jan 8, 2013
Intel Corporation
Cathie McCall FM3-78
Post Contract Management
1900 Prairie City Rd
Folsom, CA 95630

3.74.2 Intel - Rdio 2012...ement [fully executed]
Intel Corporation
David Keysor, Mailstop RNB 2-106
2200 Mission College Blvd.
Santa Clara, CA 95052-8119

Intel MNDA FXK 7-25-12
Intel Corporation
NDA Administrator
RNB 4-151
2200 Mission College Blvd
Santa Clara, CA 95052-8119

Intel MNDA FXK 7-25-12
Intel Corporation
Thomas M. Kilroy
2200 Mission College Blvd
Santa Clara, CA 95052-8119

Intelematics-Rdio MNDA FXK 8-1-14
Intelematics Australia Pty Ltd
Attn: Officer or Director
250 Swan St
Richmond, VIC 3121  Australia

InComm MNDA PXK 4-1-11
Interactive Communications International, Inc.
Attn: Officer or Director
250 Williams Street Suite M-100
Atlanta, GA 30303

Interactive Voice-Rdio MNDA FXK 4-23-15
Interactive Voice, Inc.
Attn: Officer or Director
814 Mission St
San Francisco, CA 94103

3.28.1.1.21 Interscope -... ex CA [fully executed]
Interscope Records
A division of UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404

3.28.1.1.22 Interscope -...S Only [fully executed]
Interscope Records
A division of UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404

3.28.1.1.23 Interscope -...nse WW [fully executed]
Interscope Records
A division of UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404

3.28.1.1.24 Interscope -...nse WW [fully executed]
Interscope Records
A division of UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404

3.28.1.1.25 Interscope -...nse WW [fully executed]
Interscope Records
A division of UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404

3.28.1.1.26 Interscope -...nse WW [fully executed]
Interscope Records
A division of UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404

3.28.1.1.27 Madonna Artw...pe Records FE 9-12-2012
Interscope Records
Attn: Officer or Director
2220 Colorado Avenue
Santa Monica, CA 90404

3.127.1 InterVision-EMC-Isilon RNW 4-7-15
InterVision Systems Technologies Inc.
Attn: Officer or Director
2250 Walsh Ave.
Santa Clara, CA 95050

3.128.1 InterVision-F5 T&C v5 Aug 2012
Intervision Systems Technologies, Inc.
Attn Vice President of Finance
2250 Walsh Avenue
Santa Clara, CA 95050

3.128.2 Intervision-Rdio F5 RNW 10-29-15
Intervision Systems Technologies, Inc.
Attn: Officer or Director
2270 Martin Avenue
Santa Clara, CA 95050

3.4.4 ios_program_enterprise_agreement_20111004
iOS Developer Program/Licensing
Apple Inc.
12545 Riata Vista Circle
MS 198-3SW
Austin, TX 78727

3.4.5 ios_program_standard_agreement_20111004
iOS Developer Program/Licensing
Apple Inc.
12545 Riata Vista Circle
MS 198-3SW
Austin, TX 78727

3.4.6 iphone_sdk_agreement
iPhone SDK Licensing
Apple Inc.
12545 Riata Vista Circle
MS 198-3SW
Austin, TX 78727

3.127.3 Isilon-EMC Rdio ... relocation SOW 2-29-12
Isilon Systems
Attn: Officer or Director
3101 Western Avenue
Seattle, WA 98121

3.127.2 Isilon-EMC RDIO ...c Loaner Agmt - 2-29-12
Isilon Systems LLC
Attn: Officer or Director
505 1st Avenue S.
Seattle, WA 98104

3.20.1 Iusacell Reseller Agrm and Amend 4-1-14
Iusacell, S.A. de C.V./Attn: Law Department
Montes Urales 460
Colonia Lomas de Chapultepec
Delgacion Miguel Hidalgo, C.P., CP 11000
Mexico, D.F.

3.21.1 JamBase-Pulser Amendment Final
Jambase, Inc.
Attn: Officer or Director
1 Zoe Street
San Francisco, CA 94107

3.21.2 JamBase-Pulser Li...eement - Fully Executed
Jambase, Inc.
Attn: Officer or Director
1 Zoe Street
San Francisco, CA 94107

3.28.1.2.4 Jason Bentley_agmt
Jason Bentley
c/o Red Light Management
8439 Sunset Blvd.
Los Angeles, CA 90069

3.28.1.2.4 Jason Bentley_agmt
Jason Bentley
Attn: Officer or Director
1301 Palms
Venice, CA 90291

3.22.1 Jawbone API Evaluation Agreement 121412
Jawbone
Attn: Officer or Director
99 Rhode Island Street, 3rd Floor
San Francisco, CA 94103

3.28.1.2.5 Jim James agmt
Jim James
c/o Flatiron/Borman Management
15 West 26th Street 12th Floor
New York, NY 10010

Jochen Beuchel-Rdio MNDA FXK 3-7-12
Jochen Beuchel/Attn: Officer or Director
7 Davis Walk
Ruyteplaats Estate
Hout Bay
Cape Town,   South Africa

3.28.1.2.14 Seu Jorge Agmt
Jorge Mario Da Silva (aka Seu Jorge)
Attn: Officer or Director
Rua Bauru
71-Pacaembu
Sao Paulo, SP   Brazil

3.28.6.9 Joywave-Hollywood-Rdio LVS FXK 8-21-15
Joywave
c/o Hollywood Records, Inc.
500 South Buena Vista Street
Burbank, CA 91521

3.98.4 Paymentech-Rdio Termination Ltr 7-15-15
JPMorgan Chase Bank, N.A.
Att David Miller
c/o Paymentech, LLC
4 Northeastern Boulevard
Salem, NH 03079

Kagiso-Rdio MNDA FXK 6-26-14
Kagiso Media Ltd/Nick Grubb
First Floor, Kegiso Tiso House, 100
Welrda Road
Wierda Valley
Sandton,   South Africa

3.71.3 Kahuna Email-Mobile TOS Svc FXK 11-6-14
Kahuna, Inc.
Adam Marchick
444 Castro St. Suite 702
Mountain View, CA 94041

3.71.4 Kahuna Data Processing Agmt FXK 9-14-15
Kahuna, Inc.
Fayyaz Younas
444 Castro St. Suite 702
Mountain View, CA 94041

Kahuna-Rdio MNDA FXK 7-31-14
Kahuna, Inc.
Attn: Officer or Director
227 Forest Ave
Palo Alto, CA 94301

3.28.1.2.6 Kevin Barnes_agmt
Kevin Barnes
Attn: Officer or Director
370 Glenwood Dr.
Athens, GA 30606

Kobalt Music MNDA FXK 12-16-14
Kobalt Music
Christian Winchester, General Counsel
4 Valentine Pl
London, SE1 81H   United Kingdom

Kobo MNDA FXK 9-14-11
Kobo Inc
Nick Latros, General Counsel
135 Liberty St Ste 101
Toronto, ON M6K 1A7  Canada

3.23.1 Kobo-Rdio Co-Marketing Agrm 10-28-11
KOBO Inc.
Attn: Greg Twinney, C.F.O.
135 Liberty Street
Toronto, Ontario M6K 1A7  Canada

Kontagent-Rdio MNDA FXK 10-23-12
Kontagent
Attn: Officer or Director
201 Mission 25th Fl
San Francisco, CA 940105

Zikera-Rdio MNDA FXK 3-17-14
L. Nguyen
Attn: Officer or Director
436 av. Revere
Mont-Royal, QC H3P 1C4  Canada

3.28.1.2.7 Ladyhawke agmt
Ladyhawke
Dan Medland
2nd Floor 44-46 Whitfield St.
London,  W1T 2RJ  UK

3.48.1 LastFM Linking Ag...Oct-25) - Rdio Executed
Last.fm Limited
Attn: Officer or Director
Karen House 1-11 Baches Street
London,  N1 6DL  United Kingdom

LeanStream-Rdio MNDA FXK 1-7-15
LeanStream
Attn: Officer or Director
100 King St W Ste 5700
Toronto, ON M5X 1CY  Canada

Leapfrog MarkRes-Rdio MNDA FXK 10-30-12
Leapfrog Market Research
Attn: Officer or Director
157 30th Ave
San Mateo, CA 94403

Lee Equity Partners-Rdio NDA FXK 5-11-10
Lee Equity Partners, LLC
Attn: Officer or Director
650 Madison Ave 21st Fl
New York, NY 10022

Lee Equity-Pulser NDA FXK 6-5-15
Lee Equity Partners, LLC
Attn: Officer or Director
650 Madison Ave 21st Fl
New York, NY 10022

3.24.1 Lenbrook-Bluesoun...I License Agrm 11-30-12
Lenbrook Industries Limited
Attn: CEO
633 Granite Court
Pickering, Ontario L1W 3K1  Canada

Lenbrook Industries-Rdio MNDA FXK 4-5-11
Lenbrook Industries Limited
Toben Sonderskov, Manager
633 Granite Court
Pickering, ON L1W 3K1  Canada

Lenbrook Industries-Rdio MNDA FXK 9-13-12.pdf
Lenbrook Industries Limited
Toben Sonderskov, Manager
633 Granite Court
Pickering, ON L1W 3K1  Canada

LG Electronics MNDA FXK 11-11-11
LG Electronics Inc.
1ohn Kwon, Director
10 Yoido-dong
Youngdunfpo-gu
Seoul,  150-721 Korea

LGI Ventures MNDA FXK 9-26-13
LGI Ventures Management, Inc
Terrel Ellis Davis, VP
12300 Liberty Blvd
Englewood, CO 80112

Liberty Global-Rdio MNDA FXK 9-26-13
LGI Ventures Management, Inc
Terrel Ellis Davis, VP
12300 Liberty Blvd
Englewood, CO 80112

Liberty Global BV MNDA FXK 3-11-15
Liberty Global BV
Graham King & Paul van der Sanden
Boeing Ave 53
119 PE
Schiphol Rijk,    The Netherlands

Light Street Capital-Pulser NDA FXK 1-12-15
Light Street Capital Management, LLC
Stephen D. Lane, CFO
525 University Ave Ste 300
Palo Alto, CA 94301

3.28.1.2.8 Little Boots agmt
Little Boots/Victoria Hesketh
This Is Music
Studio 2, Excel London
6-16 Arbutus Street
London,  E8 4DT  UK

3.28.2.15 Rdio_Squamish ...Full_Executed_June_2012
Live at Squamish Limited Partnership
Jordan Melville
165-1020 Mainland Street
Vancouver, BC V6B 2T5  Canada

3.117.1 Live Nation Aus-Rdio AMD1 FXK thru 2-4-17
Live Nation Australasia Pty Ltd
Attn: Officer or Director
Level 2, 11 Newton Street
Cremorne, VIC 3212  Australia

3.117.2 Live Nation Aus-Rdio TRM Ltr FXK 5-28-15
Live Nation Australasia Pty Ltd
Attn: Roger Field, Vice President
Level 2, 11 Newton Street
Cremorne, VIC 3212  Australia

3.117.3 LiveNationAus Spnsr-Promo Agmt 12-1-14
Live Nation Australasia Pty Ltd
Attn: Roger Field, Vice President
Level 2, 11 Newton Street
Cremorne, VICTORIA 3212  Australia

Proj.Reflex-LiveNation-Rdio MNDA FXK 11-17-14
Live Nation Entertainment, Inc.
John Hopmans, EVA MA
9348 Civic Center Dr
Beverly Hills, CA 90210

3.61.2 LiveNation-Rdio MKTG FXK 2-1-13
Live Nation Marketing, Inc.
Attention Law Department - Sponsorship
2000 West Loop South, Suite 1300
Houston, TX 77027

3.61.2 LiveNation-Rdio MKTG FXK 2-1-13
Live Nation Marketing, Inc.
Attention Russell Wallach, President, Network
5335 Wisconsin Ave., 8th Floor
Washington, DC 20015

3.61.2 LiveNation-Rdio MKTG FXK 2-1-13
Live Nation Marketing, Inc.
Attn Gabriel Sassoon, SVP
9348 Civic Center Drive
Beverly Hills, CA 90210

3.26.1 Lode Audio-Rdio API License Agrm 11-20-14
Lode Audio Ltd
Ed Stark
Unit 6 Drakes Courtyard
291 Kilburn High Rd
London,  NW6 7JR  UK

Lode Audio (Sire)-Rdio MNDA FXK 12-8-14
Lode Audio Ltd.
Attn: Officer or Director
Unit 6 Drakes Courtyard
281 Kilburn High Rd
London,  NW6 7JR  United Kingdom

LOEN Ent-Rdio MNDA FXK 11-22-12
LOEN Entertainment, Inc.
Jeongseok B/D 168-23 Samsung-dong
Gangnam-gu
Seoul,  Korea

3.27.1 LVL Change Request 1 FXK 4-15-15
LVL
Attn: Officer or Director
4200 Boul St Laurent Ste 1102
Montreal, QC H2W 2R2  Canada

3.27.2 LVL Engineering-TV Agr 10-6-14
LVL Studio Inc
Attn: Officer or Director
4200 Boul St Laurent Ste 1102
Montreal, QC H2W 2R2  Canada

Lyft-Rdio MNDA FXK 1-24-14
Lyft, Inc.
Attn: Officer or Director
548 Market St #68514
San Francisco, CA 94104

Mach Content Svcs-Rdio MNDA PXK 7-8-12
Mach Content Services Aps
Attn: Officer or Director
15 Blokken 9
3460 Birkerod,  Denmark

3.28.1.2.16 ATrak agmt
Macklo Machine, Inc.
f/s/o Alain Macklovitch aka A-Trak
c/o Tribeca Business Management LLC
420 Lexington Ave. Suite 1756
New York, NY 10170

Mail.ru-Rdio MNDA FXK 11-17-14
Mail.Ru LLC
Attn: Officer or Director
Bldg 79, 39 Leningradsky Prospect
Moscow,  125167  Russia

MannGroup-Rdio MNDA FXK 3-26-14
MannGroup Radio Services, Inc.
Attn: Officer or Director
28955 Pacific Coast Highway
Malibu, CA 90265

Mara Online V MNDA PXK 4-8-14/Mara Online
Ventures Limited/Attn: Officer or Director
3202, Blvd Plaza Tower 1
Burj Khalifa Community
PO Box 27153
Dubai,  UAE

3.28.1.1.18 GirlTalk_Rdi...elease 2012-10-22 CLEAN
Matthew Smith
Illegal Art
P.O. Box 803
Bloomington, IL 61702

Maxis Berhad MNDA PXK 11-6-11
Maxis Berhad/Attn: Officer or Director
Level 18, Menara Maxis
Kuala Lumpur City Centre
Off Jalan Ampang
Kuala Lumpur,  50088  Malaysia

Maxis Mobile Services Sdn Bhd MNDA FXK 2010
Maxis Mobile Services Sdn Bhd/Abigail Wong &
Kugan Thirunavakarasu
Level 18, Menara Maxis
Kuala Lumpur City Centre
Off Jalan Ampang
Kuala Lumpur,  50088  Malaysia

McGladrey-Rdio NDA PXK 5-16-13
McGladrey LLP
Attn: Officer or Director
55 Hawthorne St Ste 500
San Francisco, CA 94105

Media Mark Pty Ltd-Rdio Sarl MNDA FXK 1-6-
15.pdf
Media Mark Pty Ltd
Elton Ollerhead, Managing Director
36 Homestead Road
Rivonia, Sandton  South Africa

MediaCorp-Rdio MNDA FXK 5-23-15
MediaCorp PTE LTD
Dan Chong, VP, Corporate Development
Andrew Road
Caldecott Broadcast Centre
, 299939  Singapore

3.28.1.1.29 Mello Music ...eement [fully executed]
Mello Music Group
Michael Tolle
5461 N Paseo Espejo
Tucson, AZ 85718

3.28.1.1.30 Merge Media ... Rdio Artwork Agreement
Merge Media Ltd.
d/b/a Merge Records
Laura J. Ballance
P.O. Box 3306
Durham, NC 27702

Meridian Audio Ltd MNDA FXK 5-11
Meridian Audio Limited
Director of Digital Media Products
Latham Road
Huntingdon,  PE29 6YE  United Kingdom

Meridian Audio Ltd-Rdio MNDA FXK 7-12
Meridian Audio Ltd.
Owen Parry, B.D.
Latham Rd
Huntington, Cambs PE29 6YE  United Kingdom

Method-Rdio MNDA FXK 5-19-14
Method, Inc.
Alicia Bergin, Managing Director
585 Howard Street
San Francisco, CA 94105

3.93.3 Microsoft-Rdio Me...roduct Agmt FXK 1-23-13
Microsoft Corporation
Attn WMLA Licensing
One Microsoft Way
Redmond, WA 98052

3.93.4 Microsoft Windows App Mktng Agrm 9-24-14
Microsoft Corporation
Raj Ramabadran
One Microsoft Way
Redmond, WA 98052-6399

Microsoft NDA FXK 3-19-12
Microsoft Corporation and Its Affiliates
Mary Snapp (LCA), Deputy General Counsel
One Microsoft Way
Redmond, WA 98052-6399

MSFT NDA FXK 3-19-12
Microsoft Corporation and Its Affiliates
Mary Snapp (LCA), Deputy General Counsel
One Microsoft Way
Redmond, WA 98052-6399

MSFT NDA FXK 7-26-11
Microsoft Corporation and Its Affiliates
Mary Snapp (LCA), Deputy General Counsel
One Microsoft Way
Redmond, WA 98052-6399

Nokia-MSFT-Rdio NDA FXK 8-31-11
Microsoft Corporation and its Affiliates
Greg Kirchoff
One Microsoft Way
Redmond, WA 98052-6299

Mulligan-Midia Research-Rdio MNDA FXK 6-5-15
Midia Research
Mark Mulligan, Director
Calding Bank Farm
Whalley Old Road
, BB79JE  United Kingdom

Ministry of Sound MNDA PXK 8-16-13
Ministry of Sound Group Limited
Attn: Officer or Director
103 Gaunt Street
London,  SE1 6DP  United Kingdom

3.117.3 LiveNationAus Spnsr-Promo Agmt 12-1-14
mixitup Australia Pty Ltd.
Attention: Greg Segal, Managing Director
Level 2, 1 Taylor Street
Darlington, NSW 2010  Australia

3.28.2.16 Free Press Hou... SPNS FXK thru 12-31-15
Mob Hill, LLC
c/o CFG-NY, Inc.
PO Box 25911
Brooklyn, NY 11202

3.28.2.16 Free Press Hou... SPNS FXK thru 12-31-15
Mob Hill, LLC
Omar Afra
3410 Garrott St.
Houston, TX 77006

Mobile Tele.Net (Propr) Ltd-Rdio Sarl MNDA FXK 5-13-15
Mobile Telephone Networks (Proprietary) Limited
Larry Annets, Chief Marketing Officer
216 14th Avenue
Fairland, Roodepoort   South Africa

MobileValueApS-Rdio Sarl MNDA FXK 12-1-14
MobileValue ApS
Jorgen Kristensen, CCO
Jomfrulokken 2
8930 Randers,    Denmark

3.28.1.1.34 Modern Art Records - Artwork Agmt
Modern Art Records
Ben Collins
1201 Broadway, Suite 300
New York, NY 10001

3.75.1 Morse Project, In... Agreement 11.19.12 (7)
Morse Project Inc
Attn Ken Jacobsen, CTO
101 Townsend St. Suite 207
San Francisco, CA 94107

Morse Project-Rdio MNDA FXK 2012
Morse Project, Inc.
Attn: Officer or Director
101 Townsend St.
Ste. 207
San Francisco, CA 94107

3.134.2 Mosaic NetworX Service Order FXK 6-8-11
Mosaic NetworX, LLC
Attn Contract Administrator
454 Las Gallinas Ave. Suite #145
San Rafael, CA 94903

3.50.1 Mozilla-Firefox P...ad Mktplc  Agr 10-13-14
Mozilla Corporation
Attn: Officer or Director
331 E Evelyn Ave
Mountain View, CA 94041

Mozilla-Rdio MNDA FXK 5-15-14
Mozilla Corporation
Attn: Officer or Director
Bertrand Neveux, Director of Marketplace
331 E. Evelyn Ave.
Mountain View, CA 94041

Multichoice-Rdio MNDA FXK 6-18-14
Multichoice SA
Chief Marketing and Sales Officer
251 Oak Ave.
Randburg,  2194  South Africa

3.29.1 Multilaser-Rdio Mktng Agmt 12-13-13
Multilaser Industrial S.A/Attn Francisco Guimaraes
Av. Br. Faria Lima, 1811
Edificio Palacio das Americas, 15 andar
Jardim pualistano
Sao Paulo, SP   Brasil

3.29.1 Multilaser-Rdio Mktng Agmt 12-13-13
Multilaser Industrial S.A/Attn Reinaldo Paleari
Av. Br. Faria Lima, 1811
Edificio Palacio das Americas, 15 andar
Jardim pualistano
Sao Paulo, SP   Brasil

3.85.2 18376132_v_1_MRI ...ent (12-17-11) (Signed)
Music Reports, Inc.
Attn: Officer or Director
21122 Erwin Street
Woodland Hills, CA 91367

3.85.3 MRI -w- Rdio Amen...100901 - Fully Executed
Music Reports, Inc.
Attn: Officer or Director
21122 Erwin Street
Woodland Hills, CA 91367

3.85.4 MRI Services AMD5 FXK 5-7-15
Music Reports, Inc.
Attn: Officer or Director
21122 Erwin Street
Woodland Hills, CA 91367

3.85.5 MRI Services AMD6 FXK 5-1-15
Music Reports, Inc.
Attn: Officer or Director
21122 Erwin Street
Woodland Hills, CA 91367

3.85.6 Music Reports, Inc
Music Reports, Inc.
Attn Les Watkins
21122 Erwin Street
Woodland Hills, CA 91367

MusicLab-Rdio MNDA FXK 4-26-13
MusicLab Ltd.
Ariel Shulman, COO
21 Bar Kochva St
Bnei Brak,    Israel

Musicuo-Rdio Sarl MNDA FXK 5-15-15
Musicuo
CEO
9 DeJulio 521
1st Floor
San Isidro,  B1642DLE  Buenos Aires

3.28.2.6 Rdio-MUTEK_Spon...lly_Executed_
June_2012
Mutek
Melanie Ellezam
1201 Blvd. Saint-Laurent
Montreal, QC H2X 2S6  Canada

3.30.1 Muzik-Rdio API License Agrm 11-3-14
Muzik LLC
Attn: Officer or Director
404 Washington Ave Ste 700
Miami Beach, FL 33139

Muzik-Rdio MNDA FXK 8-13-12
Muzik LLC
CEO
6000 Collins Avenue
Suite 323
Miami Beach, FL 33140

MWeb Connect-Rdio Sarl MNDA FXK 4-2-15
MWeb Connect (Pty) Ltd.
Carolyn Holgale, General Manager
100 Fairway Close
Parow, Cape Town 7500  South Africa

Groupon MNDA FXK 3-5-15
MyCityDeal Limited
Roy Blanga, MD
Seal House, 1 Swan Lane
London,  EC4R 3TN  United Kingdom

3.49.1 Rdio-Livio 2013 D...eement [fully executed]
Myine Electronics Inc dba Livio
Attn: Officer or Director
3136 Hilton
Ferndale, MI 48220

Myine Electronics-Rdio MNDA FXK 9-11
Myine Electronics, Inc. d/b/a Livio Radio
Massimo Baldini, President
3136 Hilton
Ferndale, MI 48220

MyMusic-Rdio MNDA FXK 6-12-12
MyMusic, Inc.
Robert Lane, CEO
43 Roydon Place
Suite 202
Ottowa, ON K2E 1A3  Canada

Myspace-Rdio MNDA FXK 9-3-14
Myspace LLC
Zachary St. Martin, VP, Assistant General Counsel
6100 Center Dr.
Suite 800
Los Angeles, CA 90045

Najafi Companies-Pulser NDA FXK 6-23-15
Najafi Companies, LLC
Vice President
2525 E. Camelback Road
Suite 850
Phoenix, AZ 85016

NDR Co-Rdio Sarl NDA FXK 8-24-15
NDR LLC
David Om, Director
92 Rukhak Vithel Daun Penh
Sangkat Wat Phnom
Phnom Penh,   Kingdom of Cambodia

3.52.2
120926_NeroINC_RdioINC_SLA_Amendment-1
Nero Inc
Attn: Officer or Director
330 N Brand Blvd Ste 800
Glendale, CA 91203

3.28.1.1.36 Nettwerk Rec...eement [fully executed]
Nettwerk Productions
Attn: Officer or Director
1650 W 2nd Ave
Vancouver, BC V6J 4R3  Canada

3.130.3 New Relic Inv-PO PXK 6-28-15
New Relic, Inc.
Attn: Officer or Director
188 Spear Street
San Francisco, CA 94105

Nextel MNDA FXK 6-1-15/Nextel Telecomunicacoes
Ltda/George Dolce and Nestor Bergero
Avenida das Nacoes Unidas, n 14.171, 32 Andar
Torre C - Crystal Tower/Condominio Rochavera
Corporate Towers, Villa Gertrudes
Sau Paulo,    Brazil

3.28.7.1 Rdio_NKPR_Full_Executed_June_2012
NKPR Inc.
Natasha Koifman, President
312 Adelaide Street West, Suite 100
Toronto, ON M5V 1R2  Canada

3.31.1 Nokia-Rdio - Product License Agreement
Nokia Corporation
Attn: Officer or Director
Keilalahdentie 4
Fl-02150
Espoo,    Finland

Nokia MNDA PXK 5-10
Nokia Inc.
Duncan Lamb
102 Corporate Park Drive
White Plains, NY 10604

3.32.1 Nuance-Rdio API License Agrm 9-30-14
Nuance Communications Inc
Attn: Officer or Director
One Wayside Rd
Burlington, MA 01803

3.64.1 Rdio-Grammys Prom... Agrm Fully x'd 2-13-10
National Academy of Recording Arts & Services, Inc.
Attn: Officer or Director
3030 W. Olympic Blvd.
Santa Monica, CA 90404

3.28.12.1 Neon Gold-Cath...ter Use Lic FXK 4-23-15
Neon Gold Records, LLP
Attn: Officer or Director
199 Lafayette St., #302
New York, NY 10012

3.28.6.2 Nettwerk Music Group re Passenger 102612
Nettwerk Music Group
Attn: Officer or Director
1650 W 2nd Ave.
Vancouver, BC V6J 4R3  Canada

3.130.1 New Relic ™ license AS Rdio PXK 3-18-14
New Relic, Inc.
Attn General Counsel
188 Spear Street
San Francisco, CA 94105

3.130.4 New Relic Terms of Service
New Relic, Inc.
Attn: Officer or Director
111 SW 5th Avenue
Suite 2800
Portland, OR 97204

Nine Ventures NDA FXK 3-17-15
Nine Ventures
Attn General Counsel
24 Alarmon Road
Willoughby, NSW 2068  Australia

Noble Financial-Rdio NDA FXK 10-27-14
Noble Financial Capital Markets
Robert W. Campbell
601 South Figueroa Street, Suite 2301
Los Angeles, CA 90017

Nokia-MSFT-Rdio NDA FXK 8-31-11
Nokia Corporation and its Affiliates
Troy Evans and Frank Fink
Keilalahdentie 4
Espoo,  FIN 02150  Finland

3.28.2.7 Rdio-NXNE Spons...eement [fully executed]
North by Northeast Conferences Inc.
Andy McLean
189 Church Street
Toronto, ON M5B 1Y7  Canada

Nuance MNDA FXK 9-30-13
Nuance Communications, Inc.
Scott Witonsky
One Wayside Road
Burlington, MA 01803

3.51.1 Rdio_National Stu...ouse_Executed_Agreement
National Student Clearinghouse
Attn General Counsel
2300 Dulles Station Blvd Ste 300
Herndon, VA 20171

3.52.1 120905_NeroINC_RdioINC_SLA_AAC-
encoder
Nero Inc
Attn: Officer or Director
330 N Brand Blvd Ste 800
Glendale, CA 91203

3.28.1.1.35 Nettwerk Productions Artwork Agmt
Nettwerk Productions
Ric Arboit
1650 W 2nd Ave
Vancouver, BC V6J 4R3  Canada

3.130.2 New Relic Inv-PO PXK 6-25-14
New Relic, Inc.
Attn: Officer or Director
188 Spear Street
San Francisco, CA 94105

3.130.4 New Relic Terms of Service
New Relic, Inc.
Attn: Officer or Director
188 Spear Street
San Francisco, CA 94105

Nintendo of Europe GmbH MNDA FXK 1-14-15
Nintendo of Europe GmbH
Satoru Shibata
Nintendo Center
Grossostheim,  63760  Germany

3.31.1 Nokia-Rdio - Product License Agreement
Nokia Corporation
Attn Michal Pilawski
200 S Mathilda Ave
Sunnyvale, CA

Nokia Inc MNDA FINAL w names PXK 2-8-12
Nokia Inc.
Attn: Officer or Director
200 South Mathilda Avenue
Sunnyvale, CA 94086

nTelos-Rdio MNDA FXK 4-23-12
NTELOS Communications Inc.
Rob W. Cale
1154 Shenandoah Village Drive
Waynesboro, VA 22980

Nucleo SA MNDA FXK 11-12
NUCLEO S.A.
Juan Carlos Pepe
Maximo Lira 522
c/Espana
Asuncion,    Paraguay

NUCLEO SA-Rdio MNDA FXK 11-26-12
NUCLEO S.A.
Juan Carlos Pepe
Maximo Lira 522
c/Espana
Asuncion,   Paraguay

3.13.1 CLOSING SET - RDI...NGANA MERGER
(COMPLETE)
O'Melveny & Myers LLP
Attention: David Makarechian
2765 Sand Hill Road
Menlo Park, CA 94025

One Brasil Midia-Rdio MNDA PXK [Rdio sig] 10-1-
13/One Brasil Midia Interativa S/A, CPNJ
08.948.537/0001-90/Massimo Tiso
Rua Comendador Adibo Ares, 129
Morumbi
Sao Paulo,  CEP 05614-000  Brazil

3.129.3 Opscode Chef Order Form TMP 2014
Opscode, Inc.
Attn: Officer or Director
1008 Western Avenue
Suite 600
Seattle, WA 98104

Pandora-Rdio NDA FXK 11-6-14
Pandora Media, Inc.
John P. Donaldson
2101 Webster Street, Suite 1650
Oakland, CA 94612

3.98.2 Chase Paymentech US Agmt FXK 11-19-13
Paymentech, LLC for itself and on behalf of JPMorgan
Chase Bank, N.A.
David Miller
4 Northeastern Boulevard
Salem, NH 03079

PaySpot-Rdio MNDA FXK 11-10-12
PaySpot dba ePay North America
Attn: Officer or Director
3500 College Blvd
Leawood, KS 66211

3.136.2 Pinnacle-Rdio MSA FXK 6-18-15
Pinnacle Solutions, Inc.
Attn Donald Penix, Jr., President
426 East New York Street
Indianapolis, IN 46202

Pioneer NDA PXK 2-25-11
Pioneer Corporation/Takashi Miyake
1-1 Shin-ogura
Saiwai-ku
Kawasaki-shi
Kanagawa,  212-0031  Japan

Playax Internet-Rdio MNDA FXK 1-30-15
Playax Internet Ltda
Attn: Officer or Director
Rue Cotoxo, 419/4
Perdizes, 05021-0000
Sao Paulo, SP  Brazil

3.131.1 NueMeta SFTW FXK 6-12-14
NueMeta LLC
Attn: Officer or Director
20 North Upper Wacker Dr
Suite #1200
Chicago, IL 60606

Omnifone-Rdio MNDA FXK 6-8-15
Omnifone Group Limited
Attn: Officer or Director
The Old School
50 Brook Green
London, W6 7BJ  United Kingdom

Onkyo USA-Rdio MNDA FXK 8-22-12
Onkyo USA Corporation
Attn: Officer or Director
18 Parkway
Upper Saddle River, NJ 07458

Outformations-Rdio NDA FXK 9-5-14
Outformations, Inc.
David Chilcott
939 61st Street, Suite 13
Oakland, CA 94608

3.33.1 Parrot-Porsche Li...ing & Distr Agrm 8-1-14
Parrot SA
Attn Legal Department
174 quai de Jemmapes
75010
Paris,   France

3.98.5 Chase Paymentech-...o Merchant PXK 111913-
2/Paymentech, LLC for itself and on behalf of
JPMorgan Chase Bank, N.A.
David Miller
4 Northeastern Boulevard
Salem, NH 03079

Peerless-Rdio MNDA FXK 10-31-14
Peerless Insights, Inc.
Young Ko
769 19th Avenue
San Francisco, CA 94121

3.34.1 Pioneer-Rdio API License Agrm 6-9-14
Pioneer Corporation
Attn: Officer or Director
1-1 Shin-ogura, Saiwai-ku, Kawasaki-shi
Kanagawa,  212-0031  Japan

3.28.1.1.37 Pirates Blen... Rdio Artwork Agreement
Pirates Blend Records Inc.
Heather Kelly
181 Carlaw St. Suite 251
Toronto, ON M4M 2S1  Canada

PlayNetwork-Rdio MNDA FXK 10-9-15
PlayNetwork, Inc.
Craig Hubbell
8727 148th Ave NE
Radmond, WA 98052

nventive-Rdio MNDA FXK 7-28-14
nventive
Tanya Callocchia
215 St. Jacques, Suite 500
Montreal, QC H2Y 1M6  Canada

One Brasil Midia-Rdio MNDA FXK 10-1-13
One Brasil Midia Interativa S/A, CPNJ
08.948.537/0001-90
Attn: Officer or Director
Rua Comendador Adibo Ares, 129
Morumbi
Sao Paulo,  CEP 05614-000  Brazil

Open Aura-Rdio MNDA FXK 11-5-13
Open Aura
Marisol Segal
19 Sherwood Ct
San Francisco, CA 94127

Pandora-Rdio NDA AMD FXK thru 11-6-16
Pandora Media, Inc.
Steve Bene
2101 Webster Street, Suite 1650
Oakland, CA 94612

Parrot MNDA FXK 2-22-12
Parrpt SA
Aurore Lesellier
174 Quai de Jemmapes
Paris,  75010  France

Paypal MNDA PXK 3-23-12
PayPal, Inc.
Attn General Counsel
eBay Park North
2211 North First Street
San Jose, CA 95131

Digicel-Reflex NDA FXK 2-4-15
Percy Grundy/Digicel Group
Percy Grundy
14 Ocean Boulevard
Kingston,   Jamaica, W.I.

3.34.2 Pioneer-Rdio Mktng Agrm 5-1-11
Pioneer Corporation
Attn: Officer or Director
25-1 Aza-Nishimachi, Yamada, Kawagoe-shi
Saitama,  350-8555  Japan

Plaisio-Rdio MNDA FXK 12-20-14
Plaisio Computers S.A.
Christos Lampropoulos
Thesi Skliri
Magoula
Athens,  19018 Greece

Plethra-Rdio MNDA FXK 11-18-14
Plethra, LLC
Jared Albers, Director of Product Development
12410 W Belmont Ave
Littleton, CO 80127

3.101.1 PMG-Supply_Lic…t & Press Review 051412
PMG Presse-Monitor GmbH
Attn: Officer or Director
MarkgrafenstraBe 62
Berlin, 10969 Germany


Preact-Rdio MNDA FXK 4-18-14
Preact
Matt Canzoneri, Head of BD
450 Townsend St Ste 107
San Francisco, CA 94107


PriceWaterhouseC-Rdio NDA FXK 4-5-11
PriceWaterhouseCoopers LLP
Mattias Gunnarsson, Partner
350 Grand Ave
Los Angeles, CA 90071


Aquarius Musikindo-Rdio NDA FXK 7-20-12
PT Aquarius Musikindo
Suwardi Widjaja, Director
JL. Batu Tulis XIII/17
Jakarta, Pusat, 10120 Indonesia


Kreatif Media-RdioMNDA FXK 4-25-13
PT Kreatif Media Karya/Manuel Irwanputera, COO
SCTV Tower-Senayan City 18th Fl
JL Asia Afrika Lot 19
Senatan
Jakarta, 10270 Indonesia


XL Axiata-Rdio MNDA FXK 7-8-13
PT. XL Axiata, Tbk/Teyar Rifki Gustama
The East Tower 8th Floor
Jl. DR. Ide Anak Agung Gde Agung Kav. E3.2
No. 1/ Kawasan Mega Kuningan
Jakarta, 12950 Indonesia


3.28.2.12 ID Tour 2012 [fully executed]
Pulse Festival, LLC
Berkeley Reinhold
150 El Camino Drive
Beverly Hills, CA 90212


Qualtrics-Rdio MNDA FXK 7-13-13
Qualtrics, LLC
Alan Mark
400 W Qualtrics Dr
Provo, UT 84604


Raine Capital-Rdio MNDA FXK 5-5-11
Raine Capital LLC
Atten General Counsel
1325 Avenue of the Americas 23rd Fl
New York, NY 10019


3.28.1.2.10 Questlove Agmt [fully x'd]
Randy Watson LLC
Ahmir Khalib Thompson p/k/a Questlove
c/o SEFG, LLC
One Presidential Boulevard Suite 320
Bala Cynwyd, PA 19004


3.28.1.1.38 Polyvinyl Re…rtwork Agreement 103112
Polyvinyl Record Co.
Matt Lunsford
206 N. Randolph St. Suite M100
Champaign, IL 61820


3.101.1 PMG-Supply_Lic…t & Press Review 051412
pressrelations GmbH
Attn: Officer or Director
Postfach 10 41 62
Dusseldorf, 40032 Germany


Project WBS MNDA FXK date unknown
Project WBS, Inc.
Attn: Officer or Director
2400 Broadway St Ste 530
Santa Monica, CA 90404


PT Bakrie Telecom-Rdio MNDA FXK 6-5-14
PT Bakrie Telecom Tbk
Imanuddin Kencana Purta
Wisma Bakrie 1, 3rd Fl
HR Rasuna Said Kav B-1
South Jakarta, 12920 Indonesia


PT Kreatif Media Karya(KMK)-Rdio MNDA FXK 5-22-15/PT Kreatif Media Karya
Patrick Williamson, VP of BD
SCTV Tower-Senayan City 14th Fl
Jalan Asia Afrika, Lot 19
Jakarta, 10270 Indonesia


PubMatic-Rdio Sarl MNDA FXK 5-18-15
PubMatic Inc.
Steve Pantelick, CFO
305 Main St First Fl
Redwood City, CA 94063


3.28.2.12 ID Tour 2012 [fully executed]
Pulse Festival, LLC d/b/a Identity Trust
Attn: Officer or Director
5777 W. Century Blvd. Suite 1600
Los Angeles, CA 90045


3.97.1 BAND-Rdio-JV Adv-Plat Int FXK 4-16-14
Radio e Televisao Bandeirantes Ltda.
Attn Antonino Ruggiero
Rua Radiantes, 13
Sao Paulo, SP, CEP 05.614-130 Brazil


New Reach-Cavallero-Rdio NDA FXK 10-12-14
Ralph Cavallaro
Attn: Officer or Director
4872 Topanga Canyon Blvd #408
Woodland Hills, CA 91364


3.28.1.1.41 Rdio - RCA R...eement [fully executed]
RCA Records, a division of Sony Music Entertainment
Attn: Officer or Director
550 Madison Ave. 10th Fl
New York, NY 10022


Positivo-Rdio MNDA FXK 5-28-15
Positivo Informatic
Flavio Elizade, Director of Digital Products
Rua Gomes de Carvalho 1327
1 Andar Villa Olimpia
Sao Paulo, Brazil


PriceWaterC NDA FXK 4-5-11
PriceWaterhouseCoopers LLP
Mattias Gunnarsson, Partner
350 Grand Ave
Los Angeles, CA 90071


Providence Equity-Rdio NDA FXK 5-30-11
Providence Equity Partners LLC
Attn: Officer or Director
50 Kennedy Plz 18th Fl
Providence, RI 02903


Kreatif Media MNDA FXK 4-25-13
PT Kreatif Media Karya/Manuel Irwanputera, COO
SCTV Tower-Senayan City 18th Fl
JL Asia Afrika Lot 19
Senatan
Jakarta, 10270 Indonesia


XL Axiata-Rdio MNDA FXK 7-8-13
PT. XL Axiata, Tbk/Revi Sylviana Andriani Dewi
grhaXL, Jl. DR. Ide Anak Agung Gde
Agung Lot E4-7 Nomor 1
Kawasan Mega Kuningan
Jakarta, 12950 Indonesia


3.28.2.12 ID Tour 2012 [fully executed]
Pulse Festival, LLC
Attn John Reese
c/o Synergy Global
26052 Merit Circle Suite 107
Laguna Hills, CA 92653


Qualcomm MNDA FXK 12-19-11
Qualcomm Inc.
Attn Legal Department
5775 Morehouse Dr
San Diego, CA 92121


3.97.2 BAND-Rdio Quotaholder FXK 4-16-14
Radio e Televisao Bandeirantes Ltda.
Attn: Officer or Director
Rua Radiantes, 13
Sao Paulo, SP, CEP 05.614-130 Brazil


RampRate-Rdio MNDA FXK 3-20-14
RampRate, Inc.
Alex Veytsel
227 Broadway No 302
Santa Monica, CA 90401


3.36.1 Red Bull Austria-Rdio Mktng Agrm 11-12-14
Red Bull Media House GmbH
Attn: Officer or Director
Oberst-Lepperdinger Str. 11-15
5071 Wals Near Salzburg
, Austria

Redpoint Mngmt-Pulser NDA FXK 8-29-13
Redpoint Management LLC
Attn: Officer or Director
3000 Sand Hill Road Bldg 2 Ste 290
Menlo Park, CA 94025

Merrells-Reflector-Rdio NDA PXK 7-30-14
Reflector Network LLC
John Merrells, CTO
418 Albion Ave
Woodside, CA 94062

3.28.1.1.52 Relapse Reco...e Agreement [fully x'd]
Relapse Records
Bob Lugowe
1720 South State Road
Upper Darby, PA 19082

3.28.6.4 Rdio-ATO-Jim Ja...K 2013 [fully executed]
Removador Tours, LLC
Piemonte & Liebhauser, LLC
325 Columbia Turnpike, Suite 108
Florham Park, NJ 07392

RIM MNDA FXK 1-10-13
Research in Motion Limited
Pete Watson, Sr BD Manager
295 Phillip St
Waterloo, ON N2L 3W8  Canada

Rixty MNDA FXK 9-6-11
Rixty Inc.
Theodore C. Sorom, CEO
101 The Embarcadero Ste 126
San Francisco, CA 94105

Bosch MNDA FXK-DocuS 3-27-14
Robert Bosch, LLC
Walter Wottreng and Sharjeel Noor
4005 Miranda Avenue, Suite 200
Palo Alto, CA 94304

Rock Mobile Corp-Rdio NDA FXK 12-7-12
Rock Mobile Corporation
Chih Chun Chiu
2F, NO.141, SEC.2, KEELUNG ROAD
SINYI DISTRICT, TAIPEI CITY 110
,  Taiwan

Rocki-Rdio MNDA FXK 10-20-14
Rocki Technology Inc.
Dennis List, Chief Product Officer
1209 Orange St
Wilmington, DE 19801

ROI DNA MNDA FXK 10-15-14
ROI DNA
Matthew Quirie
333 Bryant St LL 120
San Francisco, CA 94107

3.28.21.1 ROI-DNA MSA FXK 11-12-14
ROI-DNA, Inc.
Matthew Quirie
333 Bryant Street, Suite LL120
San Francisco, CA 94107

3.88.3 Roku Channel App ...e-Dist AMD1 FXK 3-26-15
Roku, Inc.
Attn Edward Lee, VP, Content Acquisition
12980 Saratoga Avenue, Suite D
Saratoga, CA 95070

3.88.4 Roku Channel Appl Upgrade-Distr FXK 7-30-14
Roku, Inc.
General Counsel
12980 Saratoga Avenue, Suite D
Saratoga, CA 95070

3.88.5 Roku Channel Developer Agreement
Roku, Inc.
Roku Channel Application Development
12980 Saratoga Avenue, Suite D
Saratoga, CA 95070

3.88.6 Roku-Rdio Channel...rade-Distr Agrm 7-31-14
Roku, Inc.
General Counsel
12980 Saratoga Avenue, Suite D
Saratoga, CA 95070

Roku MNDA PXK al 3-9-11
Roku, Inc.
Attn: Officer or Director
12980 Saratoga Ave, Ste D
Saratoga, CA 95070

Roku-Kean-Rdio Multi Party MNDA FXK 6-17-15
Roku, Inc.
Edward Lee, VP Content Acquistion
12980 Saratoga Ave, Ste D
Saratoga, CA 95070

Roku-Rdio MNDA FXK 4-18-14
Roku, Inc.
Edward Lee, VP Content Acquistion
12980 Saratoga Ave, Ste D
Saratoga, CA 95070

3.89.5 Rovi-Rdio API License Agrm 3-1-12
Rovi Corporation
Attn Legal Department
2830 De La Cruz Blvd
Santa Clara, CA 95050

3.89.3 Rovi Amended-Restated Agrm thru 8-31-14
Rovi Data Solutions, Inc.
Attn General Counsel
2830 De La Cruz Blvd
Santa Clara, CA 95050

3.89.3 Rovi Amended-Restated Agrm thru 8-31-14
Rovi Data Solutions, Inc.
Attn Legal
1168 Oak Valley Drive
Ann Arbor, MI 48108

3.28.2.3.1 Executed.Pitchfork.Rdio
RSCK LLC
Dave Gallagher
3317 W. Fullerton
Chicago, IL 60647

3.28.6.5 Ryn Weaver-UMG-Rdio LVS FXK 7-10-15
Ryn Weaver
c/o Interscope Records, a Division of UMG Records, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404

M&CSaatchi MNDA FXK 9-15-14
Saatchi Mobile
Attn: Officer or Director
3rd Fl, 35 Golden Square
London,  W1F 9EE  United Kingdom

3.28.12.4 Easy Leaves-Rd...Use license FXK 8-12-15
Sage W. Fifield
Attn: Officer or Director
1144 West Ave.
Santa Rosa, CA 95407

3.28.12.3 Easy Leaves-Rd...Use License FXK 8-12-15
Sage W. Fifield and the Easy Leaves
Attn: Officer or Director
1144 West Ave.
Santa Rosa, CA 95407

SamsungAS MNDA FXK 6-18-14
Samsung Asia PTE LTD
Nicholas Wodtke, VP
30 Pasir Panjang Road #17-31/32
Mapletree Business City
Singapore,  117440  Singapore

Samsung-SEUK MNDA FXK 10-30-14
Samsung Electronics (UK) Co., Ltd
Attn: Officer or Director
Samsung House
Chertsey
Surrey,  KT16 OPS

Samsung Electronics AM MNDA FXK 6-18-13
Samsung Electronics Americas, Inc.
Eric Anderson, VP Content
85 Challenger Rd
Ridgefield Park, NJ 07660

Samsung Electronics Am MNDA FXK 7-29-11
Samsung Electronics Americas, Inc.
Eric Anderson, VP Content
85 Challenger Rd
Ridgefield Park, NJ 07660

3.37.1.1 Samsung Shape-R...PI License Agrm 3-20-14
Samsung Electronics Co Ltd
Attn: Officer or Director
416 Maetan-3Dong
Yeongtong-Gu, Suwon-Si, Gyeonggi-Do
, 443-742 Korea

Samsung Electronics KO NDA FXK 3-7-12
Samsung Electronics Co., Ltd/JJ Kang
416 Maetan 3-dong
Youngtong-gu
Suwon-si, Gyounggi-do
Gyeonggi-do, 443-742 Korea

Samsung SISA-PX MNDA FXK 7-8-14
Samsung Information Systems America, Inc.
Elliot Peters, SVP
75 West Plumeria Drive
San Jose, CA 95134

Samsung-SISA MNDA PXK 4-14-14
Samsung Information Systems America, Inc.
Elliot Peters, SVP
75 West Plumeria Drive
San Jose, CA 95134

Samsung TA-TX MNDA FXK 9-11-14
Samsung Telecommunications Americas, LLC
Elliot Peters, SVP
1301 E Lookout Dr
Richardson, TX 75082

3.28.14.2 SFGiants Spons... Rdio Execution Version
San Francisco Baseball Associates LLC
Attn Laurence M. Baer, President and CEO
24 Willie Mays Plaza
San Francisco, CA 94107

3.28.14.2 SFGiants Spons... Rdio Execution Version
San Francisco Baseball Associates LLC
General Counsel
24 Willie Mays Plaza
San Francisco, CA 94107

3.28.14.2 SFGiants Spons... Rdio Execution Version
San Francisco Baseball Associates LLC
Jason Pearl, Sr. Vice President, Corporate Sponsorship
24 Willie Mays Plaza
San Francisco, CA 94107

3.28.14.1 SFGiants-Rdio ... Ltr of Agmt FXK 3-5-15
San Francisco Giants Baseball Club
Brian Hastings and Jason Pearl
AT&T Park
24 Willie Mays Plaza
San Francisco, CA 94107

3.28.1.2.11 Santigold_agmt
Santi White
p/k/a Santigold
c/o Paradigm Talent Agency
360 North Crescent Drive
Beverly Hills, CA 90210

Saunter-Adicere-Rdio MNDA FXK 3-26-14
Saunter (Adicere, Inc.)
Attn: Officer or Director
1007 Watkins St
Philadelphia, PA 19148

SBS Media MNDA PXK 4-1-13
SBS Media A/S
Attn: Officer or Director
HC Andersens Boulevard 1
1553 Copenhagen V, Denmark

3.28.1.2.12 Scissor Sist...eement [fully executed]
Scissor Sisters, Inc.
c/o PS Business Management
Ana Matronic
235 Park Avenue South, #9
New York, NY 10003

3.28.1.2.12 Scissor Sist...eement [fully executed]
Scissor Sisters, Inc.
c/o PS Business Management
Attn Amy Gittleman-Blom
235 Park Avenue South, #9
New York, NY 10003

3.28.1.2.12 Scissor Sist...eement [fully executed]
Scissor Sisters, Inc.
c/o PS Business Management
Jake Shears
235 Park Avenue South, #9
New York, NY 10003

3.28.1.2.12 Scissor Sist...eement [fully executed]
Scissor Sisters, Inc.
Jazz Summers
Big Life
67-69 Chalton St
London, NW1 1H4 UK

3.28.1.2.13 Scissor Sist...ydaddy and Del Marquis]
Scissor Sisters, Inc.
c/o PS Business Management
Attn Amy Gittleman-Blom
235 Park Avenue South, #9
New York, NY 10003

3.28.1.2.13 Scissor Sist...ydaddy and Del Marquis]
Scissor Sisters, Inc.
c/o PS Business Management
Babydaddy
235 Park Avenue South, #9
New York, NY 10003

3.28.1.2.13 Scissor Sist...ydaddy and Del Marquis]
Scissor Sisters, Inc.
c/o PS Business Management
Del Marquis
235 Park Avenue South, #9
New York, NY 10003

3.28.1.2.13 Scissor Sist...ydaddy and Del Marquis]
Scissor Sisters, Inc.
Jazz Summers
Big Life
67-69 Chalton St
London, NW1 1H4 UK

3.28.6.10 Scott Helman-W...da-Rdio LVS FXK 10-2-15
Scott Helman
c/o Warner Music Canada
3381 Steeles Ave. East, Suite 100
Toronto, ON M2H 3S7 Canada

SDL Int l America-Rdio MNDA PXK 4-22-13
SDL International America Inc
Attn: Officer or Director
1100 McCaslin Blvd Ste 250
Superior, CO 80027

SE38 IT-Rdio MNDA FXK 5-6-14
SE38 IT-Engineering, Inc. (Uwe Fetzer)
Attn: Officer or Director
August-Macke-Str 113
D-4147
Neuss, Germany

Second Stage-Rdio MNDA FXK 9-18-13
Second Stage Commercialization Company
Attn: Officer or Director
Apt 620-510 Prairie Ave
Saskatoon, SK 57N 2V4 Canada

Security Benefit Ins-Rdio NDA FXK 2-3-15
Security Benefit Life Insurance Company
Benjamin J Sclater, VP
One Security Benefit Place
Topeka, KS 66636

3.77.1 Segment.io Lic-MSA FXK 3-27-14
Segment.io Inc.
Attn Peter Reinhardt, CEO
461 2nd St #207
San Francisco, CA 94107

Segment.io NDA FXK 2-14
Segment.io, Inc.
Peter Reinhardt, CEO
461 2nd St No. 206
San Francisco, CA 94107

Segment.io-Rdio NDA FXK 2-11-14
Segment.io, Inc.
Peter Reinhardt, CEO
461 2nd St No. 206
San Francisco, CA 94107

Sercotel-America Movil MNDA FXK 1-29-15
Sercotel, S.A. de C.V./Attn: Direccion Juridica
Lago Zurich 245, Plaza Carso, Edificio Telcel,
piso 4/Colonia Ampliacion Granada
Delegacion Miguel Hidalgo
Mexico City, DF Mexico

Seven Ventures GmbH-Pulser MNDA FXK 4-5-15
Seven Ventures GmbH
Attn: Officer or Director
Medienallee 4
Unterfohring, 85/44 Germany

3.28.2.9 TIFF-Shaw-Rdio Sponsor PXK 9-5-14
Shaw Cablesystems G.P.
Attn: Officer or Director
Suite 900, 630 3rd Avenue SW
Calgary, AB T2P 4L4  Canada

Shaw Comm-Rdio MNDA FXK 3-1-13
Shaw Communications
Attn: Officer or Director
121 Bloor St East
Toronto, ON M4W 3M5  Canada

3.95.7 Shazam-Rdio IO Apr2014 thru 12-31-14
Shazam
Marybeth Guiney
11601 Wilshire Blvd., Suite 1685
Los Angeles, CA 90025

Shazam MNDA PXK [Rdio sig] 2-8-13
Shazam Entertainment Limited
Keith Lovell
26-28 Hammersmith Grove
London,  W6 7HA  England

Silver Lake Waterman-Pulser NDA FXK 11-12-14
Silver Lake Waterman Management Company, LLC
Karen M. King
2775 Sand Hill Road, Suite 100
Menlo Park, CA 94025

Sire Control Ltd-Rdio MNDA FXK 5-1-14
Sire Control Ltd
Ed Stark
Unit G Drakes Courtyard
291 Kilburn High Road
London,  NW6 7JR  England

Slate Path Capital-Pulser Media NDA FXK 2-19-15
Slate Path Capital LP
John Metzner
717 Fifth Avenue, 16th Floor
New York, NY 10022

3.102.1 Represent Media (Snakk) ADV MOU FXK 6-3-15/Snakk Media Pty Limited (d/b/a Represent Media)/Attn: Officer or Director
Level 2
91 Campbell Street
Surry Hills,  NSW 2010  Australia

Softbank Mobile MNDA FXK 4-24-15
SoftBank Mobile Corp./Hajime Baba
9-1 Higashi-shimbashi
1-chome
Minato-ku
Tokyo,  105-7317  Japan

3.80.1 Songkick-Rdio PRT-API Agmt FXK 2-24-15
Sonkick.com Limited
Attn Jamie Hughes
12-18 Hoxton Street, Third Floor
London,  N1 6NG  UK

Shaw Cablesystems-Rdio MNDA PXK 3-1-14
Shaw Cablesystems G.P.
Sean Fernie, Director
630  3rd Ave SW
Ste 900
Calgary, AB T2P 4L4  Canada

3.95.2 Shazam IO FXK thru 7-31-15
Shazam
Mary Guiney
11601 Wilshire Blvd., Suite 1685
Los Angeles, CA 90025

3.95.9 Shazam IO + Exhibit FXK thru 10-31-15
Shazam
Marybeth Guiney
11601 Wilshire Blvd., Suite 1685
Los Angeles, CA 90025

SheerID-Rdio MNDA FXK 4-19-13
SheerID, Inc.
Attn: Officer or Director
1175 Charnelton St.
Eugene, OR 97401

Silver Lake-Rdio NDA FXK 3-30-11
Silver Lake Waterman Management Company, LLC
Karen M. King
2775 Sand Hill Road, Suite 100
Menlo Park, CA 94025

Sirius-Pulser Media MNDA FXK 3-27-14
Sirius XM Radio Inc.
Attn General Counsel
1221 Avenue of the Americas, 36th Floor
New York, NY 10020

Smart Comm-Rdio MNDA FXK 6-7-11
Smart Communications, Inc.
Jerome Y. Almiratne
6799 Ayala Avenue
Makati City,  1226  Philippines

SOCAN-Rdio NDA FXK 9-26-12
SOCAN
Attn: Officer or Director
41 Valleybrook Drive
Toronto, ON M3B 2S6  Canada

3.28.6.6 SOHN LVS PXK 5-23-14
Sohn
c/o 4AD Ltd.
17-19 Alma Road
London,  SW18 1AA  England

Sonos MNDA FXK 6-19-15
Sonos, Inc.
Craig A. Shelburne, General Counsel
614 Chapala Street
Santa Barbara, CA 93103

Shaw Cablesystems G.P. MNDA FXK 3-1-13
Shaw Cablesystems G.P. & Shaw Media Inc.
Sean Fernie, Director
630  3rd Ave SW
Ste 900
Calgary, AB T2P 4L4  Canada

3.95.3 Shazam IO PXK thru 7-31-15
Shazam
Marybeth Guiney
11601 Wilshire Blvd., Suite 1685
Los Angeles, CA 90025

Shazam MNDA FXK 2-13-13
Shazam Entertainment Limited
Keith Lovell
26-28 Hammersmith Grove
London,  W6 7HA  England

TCL-Rdio MNDA FXK 9-16-15/Shenzhen TCL New Technology Co Ltd/Attn: Officer or Director
B Area 10 Floor TCL Multimedia Bldg
TCL International E City  #1001 Zhongshan
Park Rd/Nanshan District
Shenzhen, Guangdong   China

Sine Wave-Rdio MNDA FXK 7-6-12
Sine Wave Entertainment Ltd.
Rohan Freeman
77 Kings Road
London,  SW3 4NX  United Kingdom

Slacker-Pulser Media MNDA FXK 4-13-15
Slacker, Inc.
Duncan Orrell-Jones
16935 W. Bernardo Drive, Suite 270
San Diego, CA 92127

Smartling-Rdio MNDA FXK 3-26-14
Smartling, Inc.
Matt DeLoca
475 Park Avenue S.
New York, NY 10016

Softbank-Rdio NDA FXK 12-4-14
SoftBank Internet and Media, Inc.
Bruce Gottlieb
One Circle Star Way
San Carlos, CA 94070

3.135.1 Amplitude-Rdio MSA FXK 5-30-14
Sonalight, Inc.
Attn Spenser Skates, CEO
185 Berry St, STE 5425
San Francisco, CA 94107

Sony Electronics  MNDA FXK 1-20-15
Sony Electronics Inc.
Nick Colsey
16530 Via Esprillo
San Diego, CA 92127

3.28.1.1.42 Rdio - Sly a...arance [fully executed]
Sony Music Entertainment
Toby Silver
550 Madison Avenue
New York, NY 10022

3.28.1.1.54 Sly and the ...arance [fully executed]
Sony Music Entertainment
Toby Silver
550 Madison Avenue
New York, NY 10022

3.28.1.1.58 Sony Music J...eement [fully executed]
Sony Music Entertainment
Toby Silver
550 Madison Avenue
New York, NY 10022

3.28.1.1.55 Sony Brazil ...i Camargo, etc.) 020713
Sony Music Entertainment Brasil, Ltda.
Wilson Lannes/Rua Lauro Miller
116-sala 4001
Botafogo
Rio de Janeiro, RJ 22071-100  Brazil

3.28.1.1.56 Sony Brazil ...arance [fully executed]
Sony Music Entertainment Brasil, Ltda.
Wilson Lannes
Rua Lauro Miller
116-sala 4001, Botafogo
Rio de Janeiro, RJ 22071-100  Brazil

3.28.1.1.57 Sony Music E... Rdio Artwork Agreement
Sony Music Entertainment Germany GmbH
Attn: Officer or Director
Neumarkter Strasse 28
Munchen,  81673  Germany

3.28.1.1.60 SonyMusic_Germany_OOH_Agreement
Sony Music Entertainment Germany GmbH
Attn: Officer or Director
Neumarkter Strasse 28
Munchen,  81673  Germany

3.28.1.1.59 Sony UK Albu...Use
Agreement_FullyExec
Sony Music Entertainment UK Limited
D. Turnbull
9 Derry Street
London,  W8 5HY  UK

3.38.1 Soundhound-Rdio IO FXK thru 4-1-15
Soundhound Inc
Attn: Officer or Director
3979 Freedom Circle Ste 400
Santa Clara, CA 95053

3.28.1.2.1.1 Spanky's - ...inal Execution Version)
Spanky's Clothing, Inc.
Calvin Cordozar Broadus, Jr.
c/o Stampede Management
12530 Beatrice Street
Los Angeles, CA 90066

3.28.1.2.15 Spankys Clot...eement [fully executed]
Spanky's Clothing, Inc.
f/s/o Calvin Cordozar Broadus, Jr. aka Snoop Dogg or
Snoop Lion
12530 Beatrice Street
Los Angeles, CA 90066

3.79.1 Spankys Clothing ...eement [fully executed]
Spanky's Clothing, Inc.
Attn Calvin Cordozar Broadus, Jr.
c/o Stampede Management
12530 Beatrice Street
Los Angeles, CA 90066

3.28.10.4 SparkPR_Agreement_FullyExecuted
Spark Public Relations LLC
Alan Soucy, CEO
2 Bryant Street, Suite 100
San Francisco, CA 94105

Spectrum Equity-Rdio NDA FXK 10-24-13
Spectrum Equity Investors VI, LLP
Attn: Officer or Director
333 Middlefield Road, Suite 200
Menlo Park, CA 94025

Spectrum Equity-Rdio NDA FXK 5-25-11
Spectrum Equity Investors VI, LLP
Victor E. Parker
One International Place, 29th Floor
Boston, MA 02110

StarHub Ltd MNDA FXK 8-16-11
StarHub Ltd
Attn: Officer or Director
67 Ubi Avenue 1
StarHub Green #05-01
,  408942  Singapore

MVS Radio-Stereorey-Rdio MNDA FXK 6-28-12
Stereorey Mexico, S.A. (MVS Radio)
Horacio Alvarado Gonzalez, Chief Financial Officer
Mariano Escobedo No. 532
Col. Anzures CP
,  11590  Mexico DF

Roku-Kean-Rdio Multi Party MNDA FXK 6-17-15
Steve Kean
Attn: Officer or Director
131 Spillway Blvd
Lexington, SC 29072

Stripes Group LLC-Rdio NDA FXK 9-30-13
Stipes Group LLC
Attn: Officer or Director
402 W 13th St
New York, NY 10014

Stripe-Rdio MNDA FXK 3-11-13
Stripe
Attn: Officer or Director
140 2nd St #400
San Francisco, CA 94105

Stubhub-Rdio MNDA FXK 11-10-14
StubHub Inc
Attn: Officer or Director
199 Fremont St 4th Fl
San Francisco, CA 94105

Sunrise Comm-Rdio Sarl MNDA FXK 2-1-15
Sunrise Communication AG
Attn: Officer or Director
Binzmuhlenstrasse 130
,  8050  Zurich

SunTrust Bank NDA FXK 7-27-15
Suntrust Bank
Attn: Officer or Director
303 Peachtree St
Atlanta, GA 30308

Superfly-Rdio MNDA FXK 10-9-14
Superfly Marketing Group LLC
Attn: Officer or Director
25 E 21st St 10th Fl
New York, NY 10010

3.90.2 Switch CFA Agmt FXK 3-26-15
Switch
Leslie McVay
7135 S. Decatur Blvd
Las Vegas, NV 89118

3.28.11.1 2013 SXSW Marketing Contract [fully x'd]
SXSW, Inc.
Music Account Executive SXSW
PO Box 685289
Austin, TX 78768

3.81.1 Content Provider ...- Rdio - Fully Executed
Synacor, Inc.
Attention Legal Department
40 La Riviere Drive, Suite 300
Buffalo, NY 14202

Tableau MNDA FXK 11-25-14
Tableau
Kelly Blazy
837 N 34th St Ste 200
Seattle, WA 98103

Talentica-Rdio MNDA FXK 12-9-14
Talentica Software (India) Private Limited
Attn: Officer or Director
B-7/8, Anmol Pride
Survey No 270/1/16
Baner, Pune 411045  India

3.82.1 Target - Rdio Let...eement - Fully Executed
Target Enterprise, Inc.
Attn Dan Lehto
1000 Nicollet Mall
Minneapolis, MN 55403

3.124.1 TargetSpot-Rdio Adv Agmt FXK 8-1-15
TargetSpot, Inc.
Alexandre Saboudnjian
149 5th Ave., 10th Floor
New York, NY 10010

Alcatel-TCT MNDA FXK 7-22-14
TCT Mobile International Limited/Kenny Zhou,
Director/Rooms 1910-12A, 19th Floor, Tower 3
China Hong Kong City
33 Canton Road
Tsimshatsui, Kowloon   Hong Kong

Sendwithus-Rdio MNDA FXK 8-2-14
Techdrop Labs (dba Sendwithus)
Matthew Harris, CEO
404 Bryant St
San Francisco, CA 94107

Teleca NDA FXK 10-3-11
Teleca USA
Attn: Officer or Director
5360 Legacy Dr
Ste 120
Plano, TX 75024

Telefonica Digital Ltd-Rdio MNDA PXK [Rdio sig] 2-12-13
Telefonica Digital Limited
Attn: Officer or Director
260 Bath Rd
Slough, Berkshire SL1 4DX  England

3.55.1 Telemar Int. Co-MKTG FXK 3-13-13
Telemar Internet LTDA
Carlos Eduardo Rodrigues Santos and Carla Gomez
Avenida Afonso Pena 4.001-8 andar
Sala Al-Serra
Belo Horizonte, MG 30130-008  Brazil

Telenor Digital MNDA FXK 6-19-15
Telenor Digital AS
Attn: Officer or Director
Snaroyveien 30
Fornebu,  1331  Norway

Telestream-Rdio Sarl MNDA FXK 11-4-14
Telestream Communications (PTY) Ltd
Attn: Officer or Director
124 Akkerboom St
Centurion Gate Business Park
,  0157

Telstra Corp-Rdio MNDA FXK 11-14
Telstra Corporation Ltd
Attn: Officer or Director
41/242 Exhibition St
Melbourne, VIC 3000

3.56.2 Rdio-Telus Applic...ling Services Agreement
TELUS Communications Company
Attn: Officer or Director
200 Consilium Place, Suite 1600
Scarborough, ON M1H 3J3  Canada

3.56.2 Rdio-Telus Applic...ling Services Agreement
TELUS Communications Company
Attn: Officer or Director
25 York Street, 24th Floor
Toronto, ON M5J 2V5  Canada

3.56.3 Telus-Rdio Amendm...fforts [fully executed]
TELUS Communications Company
Attn: Officer or Director
200 Consilium Place, Suite 1600
Scarborough, ON M1H 3J3  Canada

3.56.3 Telus-Rdio Amendm...fforts [fully executed]
TELUS Communications Company
Attn: Officer or Director
25 York Street, 24th Floor
Toronto, ON M5J 2V5  Canada

Terra Networks Brasil MDNA FXK 10-29-12
Terra Networks Brasil SA/Attn: Officer or Director
Centro Empresarial Nacoes Unidas Torre Norte
Av. Das Nacoes Unidas, 12.901/cj 1.201
04578.000
Sao Paulo,    Brazil

Tesla CA MNDA FXK 6-20-13
Tesla Motors Inc
General Counsel/Legal
3500 Deek Creek Rd
Palo Alto, CA 94555

3.99.2 Tesla NL-Rdio API License Agrm 1-16-14
Tesla Motors Netherlands B.V.
Attn: Officer or Director
Atlasstraat 7 t/m 9
Tilburg,  5047RG  The Netherlands

3.99.2 Tesla NL-Rdio API License Agrm 1-16-14
Tesla Motors, Inc.
Attn Landon Mossberg
3500 Deer Creek Road
Palo Alto, CA 94304

BBC-NDA FXK 8-13-13
The British Broadcasting Corporation
Becky Crane, Senior Lawyer
Broadcasting House
Portland Place
London,  W1A 1AA  England

3.28.2.13 Juno-CARAS Sponsor Mktg PXK 2-11-15
The Canadian Academy of Recording Arts and
Sciences
Andres Mendoza
345 Adelaide St. West 2nd Floor
Toronto, ON M5V 1R5  Canada

3.15.1 Echo Nest 2012-03-02 [fully executed]
The Echo Nest Corporation
Attn: Officer or Director
48 Grove Street, Suite 206
Somerville, MA 02144

HFA-Rdio MNDA FXK 6-19-12
The Harry Fox Agency, Inc.
Attn: Officer or Director
40 Wall St
New York, NY 10005

3.28.1.1.47 Rdio OOH & D...ILLERS [fully executed]
The Killers LLC
Robert Reynolds
823 Las Vegas Blvd. South
Suite #280
Las Vegas, NV 89101

3.62.1 Nielsen Company d...fully executed 10-16-11
The Nielsen Company (US) LLC
Chris Muratore
770 Broadway, 8th Floor
New York, NY 10003

3.62.2 Nielsen Media Agreement
The Nielsen Company (US) LLC
Chris Muratore
770 Broadway, 8th Floor
New York, NY 10003

NPD Group-Rdio MNDA FXK 12-5-12
The NPD Group, Inc.
Mark Kirstein
900 West Shore Rd.
Port Washington, NY 11050

3.63.1 Official UK Charts-Rdio Agrm 7-11-14
The Official UK Charts Company Limited
Martin Talbot/Riverside Building
County Hall
Westminster Bridge Road
London,  SE1 7JA  England

The Overflow-Rdio MNDA FXK 6-17-15
The Overflow.com Inc
Attn: Officer or Director
675 Cochrane Dr 6th Fl
East Tower
Markham, ON L3R 0B8  Canada

3.28.6.3 Railers-WMG Nashville-Rdio LVS FXK 7-2-15
The Railers
c/o Warner Music Nashville, LLC
20 Music Square East
Nashville, TN 37203

3.35.1 Letter to Red 2010-1015
The Red Consultancy California LLC
Attn Alice Chan SVP/GM
101 Second St Ste 2250
San Francisco, CA 91405

3.35.2 Rdio-Red Agreement - Fully Executed
The Red Consultancy California LLC
Attn Alice Chan SVP/GM
101 Second St Ste 2250
San Francisco, CA 91405

3.40.1 The Talent Fund, ... _ Assumption Agreement
The Talent Fund Inc
Attn: Officer or Director
PO Box 188
Half Moon Bay, CA 94019

Thinktank-Rdio MNDA FXK 10-24-12
ThinkTank
Attn: Officer or Director
2625 Alcatraz Ave #289
Berkley, CA 94705

3.28.1.1.72 AvettBrothersAgreement
Thirty Tigers
John Turner
1604 8th Avenue South
Nashville, TN 37203

Ticket Servicos-Ednered MNDA FXK 2-5-14
Ticket Servicos S/A
Attn: Officer or Director
Alameda Tocantis, 125, 21st to 23rd Floors
Alphaville Industrial
Barueri, Sao Paulo   Brazil

3.54.1 T-Mobile Lic To Promote TMK FXK 8-2014
T-Mobile USA, Inc.
Michael Goo
12920 SE 38th Street
Bellevue, WA 98006

3.28.2.9 TIFF-Shaw-Rdio Sponsor PXK 9-5-14
Toronto International Film Festival Inc.
Howard Kerbel/ Michele Maheux
Reitman Square
350 King Street W
Toronto, ON M5V 3X5  Canada

3.41.1 Toshiba Software ...ev Share 2012 Agreement
Toshiba America Information Systems Inc
Attn: Officer or Director
9740 Irvine Blvd
Irvine, CA 92618-1697

Toshiba MNDA FXK 1-31-12
Toshiba America Information Systems Inc
Attn: Officer or Director
9740 Irvine Blvd
Irvine, CA 92618-1697

Tour Racing Ltd-Rdio MNDA FXK 1-8-15
Tour Racing Limited
Attn: Officer or Director
Grant Way
Isleworth, Middlesex TW7 5QD  United
Kingdom

Tourean-Rdio MNDA FXK 11-30-14
Tourean Limited
Attn: Officer or Director
13-14 Margaret St
London,  W1W 8RN  England

Tourean-Rdio MNDA FXK 11-30-14
Tourean Limited
Attn: Officer or Director
8549 Wilshire Blvd #1025
Beverly Hills, CA 90211

TracFone Wireless MNDA FXK 2-6-15
TracFone Wireless Inc
Attn: Officer or Director
9700 NW 112th Ave
Miami, FL 33178

Trans World-Rdio MNDA FXK 4-7-15
Trans World Entertainment Corp
Attn: Officer or Director
38 Corporate Circle
Albany, NY 12203

3.94.2 TRI Studios-Rdio Rights License Agrm 4-1-14
TRI Studios LLC
Attn Fred Ansis, Esq.
c/o Reed Smith LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067

3.94.2 TRI Studios-Rdio Rights License Agrm 4-1-14
TRI Studios LLC
Attn: Officer or Director
85 Mitchell Boulevard
San Rafael, CA 94903

Tribe (Virgin) Mobile Chile-Rdio MNDA FXK 8-27-12/Tribe Mobile Chile SPA
Attn: Officer or Director
Cerro El Plomo 5680
Torre 6 Piso 20
Santiago,  Chile

Tribe Mobile Chile-Rdio MNDA FXK 8-27-12
Tribe Mobile Chile SPA
Attn: Officer or Director
Cerro El Plomo 5680
Torre 6 Piso 20
Santiago,  Chile

3.83.4 Triton Digital Services Agrm 7-11-13
Triton Digital
Chris Bell
15303 Ventura Blvd. Suite 1500
Sherman Oaks, CA 91403

Triton Digital MNDA FXK 6-3-13
Triton Digital Inc
Attn: Officer or Director
15303 Ventura Blvd Ste 1500
Sherman Oaks, CA 91403

Triton Digital-Rdio MNDA FXK 6-3-13
Triton Digital Inc
Attn: Officer or Director
15303 Ventura Blvd Ste 1500
Sherman Oaks, CA 91403

Tune Inc-Rdio MNDA FXK 8-13-14
Tune Inc
Attn: Officer or Director
2220 Western Ave
Seattle, WA 98121

3.28.12.2 Tunecore-Cathe...ync Use Lic FXK 4-23-15
Tunecore, Inc.
Attn: Officer or Director
321 N Pass Ave #69
Burbank, CA 91505

Turn-Rdio MNDA FXK 10-13-14
Turn Inc
Attn: Officer or Director
835 Main St
Redwood City, CA 94063

3.28.22.1 Turn IO FXK 4-9-15
Turn Inc.
Attn: Officer or Director
835 Main Street
Redwood City, CA 94063

3.28.22.2 Turn IO FXK thru 7-31-15
Turn Inc.
Attn: Officer or Director
835 Main Street
Redwood City, CA 94063

Twitch MNDA FXK 9-11-15
Twitch Interative Inc
Attn: Officer or Director
225 Bush St 9th Fl
San Francisco, CA 94104

Uber Tech-Rdio MNDA FXK 9-4-13
Uber Technologies
Attn: Officer or Director
405 Howard St
San Francisco, CA 94105

Uber-Rdio MNDA FXK 9-4-13
Uber Technologies
Attn: Officer or Director
405 Howard St
San Francisco, CA 94105

3.119.1 Uber Unison-Rdio Svcs Promo Agrm 11-14-14
Uber Technologies, Inc.
Attn Business Development
1455 Market Street, Suite 400
San Francisco, CA 94103

3.119.1 Uber Unison-Rdio Svcs Promo Agrm 11-14-14
Uber Technologies, Inc.
Attn Legal
1455 Market Street, Suite 400
San Francisco, CA 94103

UIEvolution-Rdio MNDA FXK 7-25-14
UIEvolution Inc
Attn: Officer or Director
11332 NE 122nd Way Ste 300
Kirkland, WA 98034

3.28.6.5 Ryn Weaver-UMG-Rdio LVS FXK 7-10-15
UMG Records, Inc.
Attn: Officer or Director
2220 Colorado Avenue
Santa Monica, CA 90404

3.28.6.9 Joywave-Hollywood-Rdio LVS FXK 8-21-15
UMG Records, Inc.
Attn: Officer or Director
2220 Colorado Avenue
Santa Monica, CA 90404

UNE EPM Telecom-Rdio MNDA FXK 1-4-12
UNE EPM Telecomunicaciones
Attn: Officer or Director
Cra 43A 1A Sur 143

US Cellular-Rdio MNDA FXK 12-19-14
United States Cellular Corporation
Attn: Officer or Director
8410 West Bryn Mawr Ste 700
Chicago, IL 60632

3.28.1.1.49 Rdio-Island ...-12-06 [fully executed]
Universal Island Records, a division of Universal
Music Operations Limited
Attn: Officer or Director
364-366 Kensington High Street
London,  W14 8NS  UK

3.28.1.1.50 Rdio-Island ...-12-06 [fully executed]
Universal Island Records, a division of Universal
Music Operations Limited
Attn: Officer or Director
364-366 Kensington High Street
London,  W14 8NS  UK

3.28.1.1.51 Rdio-Island ...-12-06 [fully executed]
Universal Island Records, a division of Universal
Music Operations Limited
Attn: Officer or Director
364-366 Kensington High Street
London,  W14 8NS  UK

3.28.1.1.64 Universal Ge...eement [fully executed]
Universal Music GmbH
Attn: Officer or Director
Stralauer Allee 1
Berlin,  D-10245  Germany

3.28.1.1.63 Universal - ...but was never returned)
Universal Republic Records, a division of OMG
Recordings, Inc.
Attn Bus. Affairs
1755 Broadway 6th Fl
New York, NY 10019

Universo Online SA-Rdio MNDA FXK 11-1-12
Universo Online S/A
Attn: Officer or Director
Avenida Brigadeiro Faria Lima
1384 6th Floor
Sao Paulo, SP  Brazil

UPC Broadband MNDA FXK 2-15-12
UPC Broadband Holding BV
Attn: Officer or Director
Boeing Avenue 53
1119 PE
Schiphol Rijk,  Netherlands

3.28.1.1.32 Missy Higgins-3
Vagrant Records
Jamie Garabedian
5566 W Washington Blvd
Los Angeles, CA 90016

3.28.6.8 Vagrant Records re Missy Higgins
Vagrant Records
Attn: Officer or Director
5566 W. Washington Blvd.
Los Angeles, CA 90016

Valve Corp MNDA FXK 4-28-14
Valve Corporation
Attn: Officer or Director
10900 NE 4th St Ste 500
Bellevue, WA 98004

Velodyne-Rdio MNDA FXK 6-9-14
Velodyne Acoustics Inc
Attn: Officer or Director
345 Digital Dr
Morgan Hill, CA 95037

VerbalizeIt-Rdio MNDA FXK 8-4-14
VerbalizeIt
Attn: Officer or Director
141 W 28th 7th Fl
New York, NY 10001

3.28.1.1.65 Verge Record...rtwork Agreement 120712
Verge Records International, LLC dba ONErpm
Mr. Emmanuel Zunz
74 Scholes Street
Brooklyn, NY 11206

Verizon MNDA FXK 8-8-14
Verizon Communications Inc
Attn: Officer or Director
140 West St
New York, NY 10007

Vevo-Pulser MNDA FXK 8-1-15
Vevo LLC
Attn: Officer or Director
4 Times Sq 25th Fl
New York, NY 10038

VIDA Producciones SA-Rdio MNDA FXK 5-7-13
VIDA Producciones SA
Attn: Officer or Director
Costa Rica 5639
Buenos Aires,  C1414  Argentina

3.107.1 Videotron Unlimi...Program Ltr FXK 7-31-15
Videotron G.P.
Attn: Officer or Director
612 St-Jacques ST.
Montreal, QC H3C 4M8  Canada

Videotron-Rdio MNDA FXK 4-21-15
Videotron GP
Attn: Officer or Director
612 St Jacques Street
Montreal, QC H3C 4M8  Canada

Viewbiquity-Rdio MNDA FXK 2-6-15
Viewbiquity LLC
Attn: Officer or Director
409 Goolsby Blvd
Deerfield Beach, FL 33442

Vindicia-Rdio MNDA FXK 7-21-14
Vindicia Inc
Attn: Officer or Director
303 Twin Dolphin Dr Ste 200
Redwood City, CA 94065

Vizio MNDA FXK 12-1-14
VIZIO, Inc.
Stephen White
39 Tesla
Irvine, CA 92618

Vodafone-WBS-VDIO MNDA PXK 9-9-13
Vodafone Procurement Company S.a.r.l.
Attn: Officer or Director
15, Rue Edward Steichen
Luxembourg,  L-2540  Germany

3.115.1 Volvo-Rdio Infotainment Svcs Agrm 5-8-14
Volvo Car Corporation
Dept: Purchasing Infotainment 531 31
SE-405 31
Gothenburg,  Sweden

Vulcan Inc-Rdio NDA FXK 9-27-13
Vulcan Inc.
Attn: Officer or Director
505 Fifth Avenue South, Suite 900
Seattle, WA 98104

Walmart MNDA FXK 3-5-14
Wal-Mart Stores, Inc.
Andrew Sun
850 Cherry Avenue
San Bruno, CA 94066

Walmart MNDA FXK 4-8-10
Wal-Mart Stores, Inc.
Wendy Bergh
805 Moberly Lane
Bentonville, AR 72716

3.28.1.1.43 Rdio - WBR -...icense [fully executed]
Warner Bros. Record Inc.
Attn: Officer or Director
3300 Warner Boulevard
Burbank, CA 91505

3.28.1.1.67 WBR - artwork license [fully executed]
Warner Bros. Record Inc.
Attn: Officer or Director
3300 Warner Boulevard
Burbank, CA 91505

3.28.6.10 Scott Helman-W...da-Rdio LVS FXK 10-2-15
Warner Music Group
Attn: Officer or Director
1633 Broadway
New York, NY 10019

3.28.6.11 For King & Cou...rd-Rdio LVS FXK 9-18-15
Warner Music Group
Attn: Officer or Director
1633 Broadway
New York, NY 10019

3.28.6.3 Railers-WMG Nashville-Rdio LVS FXK 7-2-15
Warner Music Group
Attn: Officer or Director
1633 Broadway
New York, NY 10019

3.28.1.1.66 Warner UK Al...eement [fully executed]
Warner Music UK Limited
Simon Robson
28 Kensington Church Street
London,  W8 4EP  UK

Western Digital MNDA FXK 5-21-12
Western Digital Technologies, Inc.
Marilyn Pease
3355 Michelson Drive, Suite 100
Irvine, CA 92612

WhiteWeld-Rdio MNDA FXK 6-16-14
White, Weld & Co. Securities, LLC
Attn: Officer or Director
156 West 56th Street, 10th Floor
New York, NY 10019

Widespace AB-Rdio MNDA FXK 9-3-14
Widespace AB
Attn: Officer or Director
Regeringsgatan 30-32
Stockholm,  11 53  Sweden

3.28.13.1 PO - Australia Shoot, Jan 15, 2012
Wildcat
Attn: Officer or Director
96 So Elliott Place
Brooklyn, NY 11217

3.28.13.2 PO - New York Shoot, Dec 13, 2012
Wildcat
Attn: Officer or Director
96 So Elliott Place
Brooklyn, NY 11217

3.28.13.3 Wildcat PO UK
Wildcat
Attn: Officer or Director
96 So Elliott Place
Brooklyn, NY 11217

WiMP Music AS MNDA FXK 7-18-14
WiMP Music AS
Andy Chen
Grensen 5/7
Oslo,  N-0159  Germany

WindHellasTelco-Rdio MNDA FXK 11-12-14
WIND HellasTelecommunications SA
Attn: Officer or Director
66, Kifissias Ave.
Maroussi,  15122  Greece

WiserSpread-Rdio NDA FXK 3-26-15
WiserSpread
Noam Levi
571 Puccini Dr.
Sunnyvale, CA 94087

3.28.1.1.68 Wondersound ...eement [fully executed]
WonderSound Records
Peter Wade Keusch
9 West 16th St. Suite 5A
New York, NY 10011

Xamarin-Rdio MNDA FXK 10-25-14
Xamarin Inc.
Nat Friedman, CEO
394 Pacific Ave.
San Francisco, CA 94111

3.138.1 Xamarin Contractor Agr PXK 10-25-14
Xamarin, Inc.
Attn Nat Friedman, CEO
394 Pacific Avenue
San Francisco, CA 94111

XAPP Media MNDA FXK 6-11-14
XAPPmedia, Inc.
Patrick B. Higbie
15603 Jillians Forest Way
Centreville, VA 20120

Yahoo Japan MNDA FXK 8-16-10
Yahoo Japan Corporation
Yoshihiko Muto
Midtown Tower 9-7-1
Akasaka, Minato-ku
Tokyo,  107-6211  Japan

Yamaha MNDA FXK 1-7-15
Yamaha Corporation
Tadashi Sugiyama
10-1 Nakazawa-cho, naka-ku
Hamamatsu-shi
Shizuoka-ken,  430-8650  Japan

Yamaha MNDA FXK2 1-7-15
Yamaha Corporation
Tadashi Sugiyama
10-1 Nakazawa-cho, naka-ku
Hamamatsu-shi
Shizuoka-ken,  430-8650  Japan

Yamaha Aus-Rdio MNDA FXK 5-22-15
Yamaha Music Australia Pty Ltd
Simon Goldsworthy
Level 1 / 99 Queensbridge Street
Southbank, VIC 3006  Australia

Yext-Rdio MNDA FXK 4-24-15
Yext, Inc.
Attn: Officer or Director
1 Madison Ave., Fl. 5
New York, NY 10010

YotaDevices-Rdio MNDA FXK 8-8-14
Yota Devices Ltd.
Lau Geckler
Arch. Makariou & Kalogralon, 4
Nicolaides Sea View City, 9th Floor
Flat/Office 903-904, Block A-B
Larnaca,  6016  Cyprus

Youfone B.V.-Rdio Sarl MNDA FXK 5-26-15
Youfone Nederland B.V.
V.A. Rensing
Vasteland 78
Rotterdam,  3011BN  The Netherlands

Zhejiang Huamei-Rdio Sarl MNDA FXK 6-10-15
Zhejiang Huamei Holding Co., Ltd.
Attn: Officer or Director
218 Tiyuchang Rd.
Hangzhou
Zhejiang,   China

Accretive Solutions-Rdio MNDA FXK 7-1114
Accretive Solutions
Attn: Officer or Director
Three Embarcadero Center
Suite 1190 101 Clay Street
San Francisco, CA 94111

Alcion 1550 Bryant Lease NDA FXK 5-8-12
Alcion 1550 Bryant Venture LP
Attn: Officer or Director
1550 Bryant Street
San Francisco, CA 94103

AT&T U-verse MNDA FXK 2-27-15
AT&T Services, Inc.
John C. Ferris, Area Manager
175 East Houston Street
San Antonio, TX 78205

Bell Media MNDA FXK 2-25-15
Bell Media, Inc.
Attn: Officer or Director
299 Queen Street W
Toronto, ON M5V 2Z5
Canada

Bertelsmann NDA FXK 11-5-13
Bertelsmann SE & Co. KGaA
Attn: Officer or Director
Carl-Bertelsmann-Straße 270
Gütersloh, 33311
Germany

3.28.11.2 Rdio SXSW Signed Agreement
Cashmere Agency
Seung Chung, President
SXSW LLC
PO Box 685289
Austin, TX 78768

3.28.8.2.1 Chimney Group TVC Agmt PXK 3-31-15
Chimney Group Asia Pacific Pty, Ltd.
Attn: Officer or Director
Level 8, 10-14 Waterloo Street
Surry Hills, NSW 2010
Australia

Stitcher NDA FXK 6-9-14
Cowen & Company on behalf of Stitcher, Inc.
Attn: Officer or Director
599 Lexington Avenue
New York, NY 10022

3.72.3 Creative Commons-MongoDB License 11-10-15
Creative Commons Corporation/MongoDB
Attn: Officer or Director
PO Box 1866
Mountain View, CA 94042

PepsiCo-DMA-Rdio Tri-NDA AS TMP 11-19-13
DMA United
Attn: Officer or Director
700 Anderson Hill Rd
Purchase, NY 10577

GitHub Hosting Provider Audit Report NDA FXK 5-13-15
GitHub, Inc.
Attn: Officer or Director
88 Colin P Kelly Jr St
San Francisco, CA 94107

Google-Chrome OS NDA FXK 5-31-11
Google-Chrome OS/c/o Bartle Bogle Hegarty, LLC
Pembroke Building/Kensington Village
Avonmore Road
London,  W14 8DG
United Kingdom

3.28.4.1 Rdio-Hopeless I...eement [fully executed]
Hopeless Records
Alan G Person
16140 Leadwell St
Van Nuys, CA 94106

i-Heart Media MNDA FXK 4-30-15
i-Heart Communications, Inc.
Michele Lauen, President Buiness Development
200 East Basse Road
San Antonio, TX 78209

Liberty Media Corp.-Pulser MNDA FXK 3-24-14
Liberty Media Corporation
Pamela L. Coe,  VP
12300 Liberty Blvd
Englewood, CO 80112

Liberty Media NDA FXK SigPg undated
Liberty Media Corporation
Mark D. Carleton
12300 Liberty Blvd
Englewood, CO 80112

3.69.1 Lionbridge SOW-Est Summary 3-11-13
Lionbridge Technologies, Inc.
Attn: Officer or Director
1050 Winter Street
Suite 2300
Waltham, MA 02451

3.123.1 MediaWorks-Rdio ...istr-Integr FXK 9-21-15
MediaWorks Holdings Limited
Alexandra Nicholson/3 Flower Street
Eden Terrace
Auckland,  01021
New Zealand

American Public-MPR MNDA FXK 10-9-15
Minnesota Public Radio, d/b/a American Public Media
Attn: Officer or Director
480 Cedar St
St Paul, MN 55101

3.104.1 Dataroom TS Minutrade 7-24-15
Minutrade/Attn: Officer or Director
Rua Francisco Leitão, no. 469
16º andar – cj 1603
São Paulo,
Brazil

Moelis-Pulser NDA Ext Ltr FXK 8-25-14
Moelis & Company LLC
Carlos Jimenez, SVP
1999 Avenue of the Stars
Suite 1900
Los Angeles, CA 90067

3.72.2 MongoDB (10gen)-manual-v3.0 11-5-15
MongoDB (10gen)
Attn: Officer or Director
100 Forest Avenue
Palo Alto, CA 94301

MSFT NDA 2012-03-19 Confirmation
MSFT
Attn: Officer or Director
One Microsoft Way
Redmond, WA 98052

3.53.1 Operative Ad Mngd Srvcs FXK 5-2-14
Operative Media Inc
Attn: Officer or Director
6 East 32nd Street
3rd Floor
New York, NY 10016

3.132 PagerDuty
PagerDuty
Attn: Officer or Director
548 Market St., #26994
San Francisco, CA 94104

PepsiCo-DMA-Rdio Tri-NDA AS TMP 11-19-13
Pepsi-Cola Advertising and Marketing, Inc.
Attn: Officer or Director
700 Anderson Hill Rd
Purchase, NY 10577

3.133.1 Percona SOW 54607 6-1-15 thru 6-29-16
Percona LLC
Mark Sexton, Director of Contracts & Billing
PO Box 1126
Durham, NC 27702

3.118.1 Prisa Radio SL-Rdio Term Sheet FXK 7-15-15
PRISA Radio, S.L.
Attn: Officer or Director
Gran Vía 32, 6º
Madrid,  28013
Spain

3.28.16.1 Rdio_SOW_ 4.1.13 - 10.31.13
Rogers & Cowan
Melissa Shumer
8687 Melrose Ave.
7th Floor
Los Angeles, CA 90069

Rogers Comm MNDA FXK 5-22-14
Rogers Communications Partnership
Upindr Saini, VP New Products
333 Bloor Street East
10th Floor
Toronto, ON M4W 1G9
Canada

3.28.2.8 SF Film Fest SPNSR Agmt FXK thru 12-31-15
San Francisco Film Society
Noah Cowan
39 Mesa St #110
San Francisco, CA 94129

Sony Mobile MNDA FXK 6-2-15
Sony Mobile Communications (USA) Inc.
Rob Schoeppe
2207 Bridgepoint Pkwy
San Mateo, CA 94404

Sprint-Pulser Media MNDA FXK 12-12-13
Sprint/United Management Company
Jennifer Huhman
6200 Spring Parkway
Overland Park, KS 66251

Telkom Ltd-Rdio Sarl MNDA FXK sig pg
Telkom Ltd/Attn: Officer or Director
Private Bag X74
Pretoria, 0001
South Africa

Hoefler Type Foundry MNDA FXK 5-13
The Hoefler Type Foundry, Inc. D/B/A Hoefler &
Frere-Jones/Jonathan Hoefler, President
611 Broadway
Room 725
New York, NY 10012

TMSW-McDonalds-Rdio MNDA FXK 4-17-13
The Marketing Store Worldwide LP
Attn: Officer or Director
55 West Monroe St # 1400
Chicago, IL 60603

3.137.1 Twilio Terms of Service December 2014
Twilio
Attn: Officer or Director
645 Harrison Street
Third Floor
San Francisco, CA 94107

3.42.1 Rdio-Twitter 2013...eement [fully executed]
Twitter Inc
Attn: Officer or Director
1355 Market St Ste 900
San Francisco, CA 94103

United Talent Agency MNDA PXK 7-19-12
United Talent Agency
Attn: Officer or Director
9336 Civic Center Drive
Beverly Hills, CA 90210

16.36 Rdio Independent C... - Yuri Almeida 2014-06
Adailto Almeida E CIA LTDA
Attn: Officer or Director
Avenida Octavio Mangabeira No 929
na cidade de Salvador/na
Brazil

16.82 Amazon App Distribution Agreement
Amazon Digital Services, Inc.
Attn: Officer or Director
410 Terry Avenue North
Seattle, WA 98109-5210

16.41.2 2 - Rdio - Secur...ote - Rdio-AML Executed
Atomico Management Limited
Roger H. Hanson/One Capital Place
PO Box 847
George Town, Grand Cayman,  KY1-1103
Cayman Islands

16.41.5 4b - Rdio - AML Stock Cert - Back
Atomico Management Limited
Attn: Officer or Director
One Capital Place
PO Box 847
George Town, Grand Cayman,  KY1-1103
Cayman Islands

16.40.3 Rdio Inc_A&R Sto...ntures Affiliates II LP
Atomico Ventures Affiliates II, L.P.
c/o Trident Trust Co. (Cayman) Ltd.
One Capital Place
PO Box 847
George Town, Grand Cayman,  KY1-1103
Cayman Islands

16.40.4 Rdio Inc_A&R Sto..._Atomico Ventures II LP
Atomico Ventures II, L.P.
c/o Trident Trust Co. (Cayman) Ltd.
One Capital Place
PO Box 847
George Town, Grand Cayman,  KY1-1103
Cayman Islands

16.84 B&N Nook SDK-Apps Development Policy
Barnesandnobel.com LLC
Attn: Officer or Director
76 Ninth Avenue
New York, NY 10011

17.2 BBM CusEngage FXK 8-18-14
BlackBerry Corporation
c/o BlackBerry Limited
2200 University Avenue East
Waterloo, ON N2K 0A7
Canada

16.2 CA Media-Fluence-Rd...ongTerm INFL FXK 5-
1-15/CA Media Digital, India (Pvt. Ltd.
Puruskar Gupta
6th Floor, Kirabo, E-291, 13th Road
Off Link Road
Khar (West) Mumbai,  52
India

16.4 Chimney Snowboard TVC Addl grant FXK 4-29-
15/Chimney Group Asia Pacific Pty, Ltd.
Attn Maxine, Operations Director
Level 8, 10-14 Waterloo Street
Surry Hills, NSW 2010
Australia

16.49 Adyen-Rdio MSA PXK 7-17-15
Adyen B.V.
Attn: Officer or Director
Simon Carmiggelstraat 6-50
Amsterdam,  1000 DJ
The Netherlands

16.1 Ampush Annual Contract-iO FXK thru 12-31-15
Ampush Media, Inc.
Rick Cotton
450 9th Street
San Francisco, CA 94103

16.41.3 3 - Rdio - Amend...28 2010- Fully Executed
Atomico Management Limited
Roger H. Hanson
20 Genesis Close
Grand Cayman,
Cayman Islands

16.40.1 Rdio - Contribut...ies and RIHL - Executed
Atomico Ventures Affiliates II, L.P.
Ronan Guilfoyle, Director
One Capital Place
PO Box 847
George Town, Grand Cayman,  KY1-1103
Cayman Islands

16.40.1 Rdio - Contribut...ies and RIHL - Executed
Atomico Ventures II, L.P.
Ronan Guilfoyle, Director
One Capital Place
PO Box 847
George Town, Grand Cayman,  KY1-1103
Cayman Islands

16.76 Average Joes Ent-R...icense Agmt FXK 11-5-12
Average Joes Ent
Attn: Officer or Director
209 10th Ave S #332
Nashville, TN 37203

16.77 Because Music-Rdio...twork Agmt FXK 12-12-
12
Because Music
Attn: Officer or Director
8 Kensington Park Rd
London,  W11 3BU
England
Bloom
Bloom c/o Moorfields Corporate Recovery Ltd
Principal Contacts: Arron Kendall/ Robert McIlroy
88 Wood Street
London,  EC2V 7QF
United Kingdom

16.3 Cashmere-Rdio SXSW SPNS FXK 3-14-13
Cashmere Agency
Seung Chung
SXSW LLC
PO Box 685289
Austin, TX 78768

16.55 SFGiants-Rdio SPNS Agmt FXK eff 4-4-15
China Basin Ballpark Company LLC
Attn Laurence M. Baer, President & CEO
24 Willie Mays Plaza
San Francisco, CA 94107

16.49 Adyen-Rdio MSA PXK 7-17-15
Adyen Client Management Foundation
Attn: Officer or Director
Simon Carmiggelstraat 6-50
Amsterdam,  1000 DJ
The Netherlands

17.1 Andrew Combs-Coin-O...dio LVS Agmt FXK 9-
1-15
Andrew Combs c/o the Record Label
Andrew Combs t/a coin Records
408 Darrio Ave
Evanston, IL 60202

16.41.4 4a - Rdio - AML Stock Cert - Front
Atomico Management Limited
Attn: Officer or Director/One Capital Place
PO Box 847
George Town, Grand Cayman,  KY1-1103
Cayman Islands

16.40.2 Rdio - Transfer ...ico Entities - Executed
Atomico Ventures Affiliates II, L.P.
c/o Trident Trust Co. (Cayman) Ltd.
One Capital Place
PO Box 847
George Town, Grand Cayman,  KY1-1103
Cayman Islands

16.40.2 Rdio - Transfer ...ico Entities - Executed
Atomico Ventures II, L.P.
c/o Trident Trust Co. (Cayman) Ltd.
One Capital Place
PO Box 847
George Town, Grand Cayman,  KY1-1103
Cayman Islands

16.83 B&N Distribution Terms AMD1 FXK 5-3-12
Barnesandnobel.com LLC
Claudia Bomaninl, Director Developer Relations
76 Ninth Avenue
New York, NY 10011

17.2 BBM CusEngage FXK 8-18-14
BlackBerry Corporation
Jennifer Ramsey-Armorer, Treasurer
5000 Riverside Drive
Irving, TX 75039

16.41 3 3 - Rdio - Amend...28 2010- Fully Executed
Brilliant Digital Entertainment, Inc.
Kevin Bermeister
12711 Ventura Boulevard
Suite 210
Studio City, CA 91604

17.29 Verizon - VDC App License Agmt PXK 10-13-
10/Cellco Partnership d/b/a Verizon wireless
Attn: Officer or Director
One Verizon Way
Basking Ridge, NJ 07920

16.55 SFGiants-Rdio SPNS Agmt FXK eff 4-4-15
China Basin Ballpark Company LLC
Attn Jason Pearl, Senior Vice President, Corporate
Sponsorship
24 Willie Mays Plaza
San Francisco, CA 94107

16.55 SFGiants-Rdio SPNS Agmt FXK eff 4-4-15
China Basin Ballpark Company LLC
Attn General Counsel
24 Willie Mays Plaza
San Francisco, CA 94107

16.75 Cinepolis Carta Promoci÷|n V4 FXK 6-26-15
Cinepolis de Mexico, SA de CV/Ismael Villar Otero
Av Cumbre de Naciones Numbero 1200
Fraccionamiento Tres Marias
Morelia, Michoacan 58254
Mexico

16.20 Lease - 640 Davis #14-Agmt FXK Dec 2013
Claire Carlevaro, Dan Carlevaro
Attn: Officer or Director
2504 Leavenworth Street
San Francisco, CA 94133

17.3 COMPAS SFTW FXK (HR) 7-25-14
Compas Technology
Attn: Officer or Director
PO Box 717
Cadillac, MI 49601

16.79 Concept PR Agmt Brasil FXK 11-23-11
Concept PR/Attn: Officer or Director
Av. Paulista, 726
116 Andar Sala 23
Jardim Paulistano
Sao Paulo, SP 01310-000
Brazil

Stitcher NDA FXK 6-9-14
Cowen & Company on behalf of Stitcher, Inc.
Jignesh Vakharia
1 Maritime Plaza
9th Floor
San Francisco, CA 94111

16.87 Lease - 640 Davis ...t AMD FXK thru 12-31-15
Dan and Claire Carlevaro
640 Davis Street No.14
San Francisco, CA 94111

17.32 Dell RDIO - 001-6487212-010 EXHIBIT A
Dell Financial Services
Payment Processing Center
P.O. Box 6549
Carol Stream, IL 60197-6549

17.33 Dell-RDIO EXHIBIT A 001-6487212-011
Dell Financial Services
Payment Processing Center
P.O. Box 6549
Carol Stream, IL 60197-6549

17.34 Rdio Inc - Default Letter 11.10.2015[1]
Dell Financial Services
Payment Processing Center
P.O. Box 6549
Carol Stream, IL 60197-6549

17.35 Dell-RDIO - 001-6487212-010 SCHEDULE 1-20-13
Dell Financial Services
Payment Processing Center
P.O. Box 6549
Carol Stream, IL 60197-6549

16.56 Dell-RDIO - 001-6487212-004 - SCH-1
Dell Financial Services, L.L.C.
Attn: Officer or Director
2250 Walsh Avenue
Santa Clara, CA 95050-2514

16.93 RDIO, INC. (SD) 001-006487212-003
Dell Financial Services, LLC
Attn: Officer or Director
99355 Collections Center Drive
Chicago, IL 60693

16.93 RDIO, INC. (SD) 001-006487212-003
Dell Financial Services, LLC
Attn Liza Finnigan
One Dell Way
Mail Stop RR3-48
Round Rock, TX 78682

16.52 Certificate of Inc...a Entertainment Pvt Ltd
Dhingana Entertainment Private Limited
Attn: Officer or Director
107-1, Anand Ashram Society
Gokhale Rd, Pune
Maharashtra, 411016
India

16.42 Diageo Spnsr Agmt SXSW FXK 3-18-15
Diageo Americas, Inc
Attn Sari Brecher
530 Fifth Ave
New York, NY 10036

16.42 Diageo Spnsr Agmt SXSW FXK 3-18-15
Diageo Americas, Inc
Attn General Counsel
801 Main Avenue
Norwalk, CT 06851

16.6 Digital 720 Lease Agreement FXK 2-17-12
Digital 720 2nd, LLC
Shaun Reid and Ivan Bocanegra
c/o Digital Realty Trust, Inc.
720 2nd Street
Oakland, CA 94607

16.7 Digital 720 MSA RNW FXK thru 11-30-15
Digital 720 2nd, LLC
Shaun Reid and Ivan Bocanegra
c/o Digital Realty Trust, Inc.
720 2nd Street
Oakland, CA 94607

16.43 Edgecast Master Services Agr RNW FXK 5-1-12
EdgeCast Networks, Inc
Phil Goldsmith, Chief Operating Officer
2850 Ocean Park Blvd., Suite 110
Santa Monica, CA 90405

16.89 EdgeCast-VZW Master Service Agr PXK 7-1-10
EdgeCast Networks, Inc.
Attn: Officer or Director
2850 Ocean Park Blvd Ste 110
Santa Monica, CA 90405

16.18 Folder 1.1 - Rdio-... - 16 04 2014_3089794_1
Elias da Silveira Cerqueira
Attn: Officer or Director
Avenida Angelica, 412, Apto 61
Higienopolis, Sao Paulo CEP 01228-000
Brazil

16.41.3 3 - Rdio - Amend...28 2010- Fully Executed
Europlay Capital Advisors, LLC
Joseph Miller
15260 Ventura Boulevard, 20th Floor
Sherman Oaks, CA 91403

16.14 Flock MSA-SOW1&2 ALL FXK 1-15-15
Flock Advertising Mexico, S. de R.L. de C.V.
Sebastian Tonda Sanchez/Vicente Suarez 13
Colonia Condesa, Del. Cuauhtemoc
Ciudad de Mexico, Distrito Federal,  06140
Mexico

17.6 Google Play Developer Distr Agmt 9-2-15
Google Asia Pacific Pte. Limited
Attn: Officer or Director
8 Marina View, Asia Square 1 #30-01
Singapore,  018960
Singapore

17.6 Google Play Developer Distr Agmt 9-2-15
Google Commerce Limited
Attn: Officer or Director
Gordon House, Barrow Street
Dublin,  4
Ireland

17.5 Google Early Access...links)-Rdio PXK 9-10-15
Google Inc.
Attn: Officer or Director
1600 Ampitheatre Parkway
Mountain View, CA 94043

17.6 Google Play Developer Distr Agmt 9-2-15
Google Inc.
Attn: Officer or Director
1600 Ampitheatre Parkway
Mountain View, CA 94043

17.6 Google Play Developer Distr Agmt 9-2-15
Google Ireland Limited
Attn: Officer or Director
Gordon House, Barrow Street
Dublin,  4
Ireland

17.4 Google Chrome OS Rdio TMK Release
Google, Inc.
Attn: Officer or Director
1600 Ampitheatre Parkway
Mountain View, CA 94043

16.24 Rdio 6.9 Counsel Ltrs to IPA (3)
Greenberg Traurig, LLP
Bobby Rosenbloom
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305

16.80 Hi3G Denmark APS LOI FXK 5-11-12
Hi3G Denmark ApS
Morten Christiansen, CEO
Scandagade 8
2450 Kobenhaven, SV
Denmark

16.66 InComm-Rdio TRM Ltr FXK 4-1-15
InComm/Attn Julia Norris, Vice President & Deputy
General Counsel
250 Williams Street
5th Floor, Suite 5-2002
Atlanta, GA 30303

16.81 Intel-AppUp Developer Program FXK 1-8-13
Intel Corporation
Office of the General Counsel
2200 Mission College Blvd
Santa Clara, CA 95052

16.59 Dell-RDIO - 001-6487212-007 - SCH -2
InterVision Systems Technologies
Attn: Officer or Director
2250 Walsh Avenue
Santa Clara, CA 95050

16.62 Dell-RDIO - 001-6487212-011
Intervision Systems Technologies
Attn: Officer or Director
2250 Walsh Avenue
Santa Clara, CA 95050

16.93 RDIO, INC. (SD) 001-006487212-003
InterVision Systems Technologies, Inc.
Attn: Officer or Director
2250 Walsh Ave
Santa Clara, CA 95050-2514

16.44 Iusacell Reseller K-AMD FXK 4-1-14
Iusacell, S.A. de C.V./Attn Law Department
Montes Urales 460
Colonia Lomas de Chapultepec
Delegacion Miguel Hidalgo, 11000
Mexico

16.54 Dhingana Pvt Article of Association
Kiran Kumar D/s/o D. Sathyanasayana
No. 21216 2nd Main
Swamy Vivckananda Road, Nagar
Bangaloor, 560028
India

17.13 LG Web App Developer K
LG Silicon Valley Lab Division
c/o General Counsel
LG Electronics U.S.A., Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

16.51 Gskinner-Rdio INDCON SOW FXK 10-8-14
gskinner.com, Inc.
Michael Graves, Sr. Producer
10183 112st, Suite 101
Edmonton, AB T5k 1M1
Canada

17.11 Hotwire UK PR Agmt FXK 2-1-15
Hotire Public Relations Limited
Alex MacLaverty
69 Wilson Street
London, EC2A 2BB
England

16.81 Intel-AppUp Developer Program FXK 1-8-13
Intel Corporation
Raine Bergstrom
2200 Mission College Blvd
Santa Clara, CA 95052

16.57 Dell-RDIO - 001-6487212-005 -SCH -4
InterVision Systems Technologies
Attn: Officer or Director
2250 Walsh Avenue
Santa Clara, CA 95050

16.60 Dell-RDIO - 001-6487212-008 - SCH-2
Intervision Systems Technologies
Attn: Officer or Director
2250 Walsh Avenue
Santa Clara, CA 95050

16.63 Dell-RDIO, INC - 001-6487212-013
Intervision Systems Technologies
Attn: Officer or Director
2250 Walsh Avenue
Santa Clara, CA 95050

16.17 Folder 1.1 - IO La...ing Agreement 2015-0714
IO Labs, LLC
Attn: Officer or Director
199 Anthony Street
East Providence, RI 02914

17.21 Rdio - FB-Karma Supplier Agreement
Karma Science, Inc.
Lee Lirdeu
1601 Willow Rd
Menlo Park, CA 94025

17.12 LG TV app store click thru Agmt 7-23-15
LG Electronics, Inc. for Consideration for LG Samrt
World/Smart TV Team
20 Yoido-dong
Youngdungpo-gu, Seoul, 150-721
Republic of Korea

17.15 LinkShare MSA FXK 2-28-11
LinkShare Corporation
Attn President
215 Park Avenue South, 9th Floor
New York, NY 10003

16.80 Hi3G Denmark APS LOI FXK 5-11-12
Hi3B Access AB
Attn: Officer or Director
Org NR 556593-4899
Box 30213
10425 Stockholm,
Sweden

16.5 Dhingana I-Human Pa...lease FXK thru 11-15-14
I-Human Patients, Inc.
William N. Wu
100 Leverne Street
Mammoth Lakes, CA 93546

16.81 Intel-AppUp Developer Program FXK 1-8-13
Intel Corporation
Post Contract Management
2200 Mission College Blvd
Santa Clara, CA 95052

16.58 Dell-RDIO - 001-6487212-006 - SCH-3
InterVision Systems Technologies
Attn: Officer or Director
2250 Walsh Avenue
Santa Clara, CA 95050

16.61 Dell-RDIO - 001-6487212-009 - SCH-1
Intervision Systems Technologies
Attn: Officer or Director
2250 Walsh Avenue
Santa Clara, CA 95050

16.64 Dell-RDIO, INC._001-6487212-014
Intervision Systems Technologies
Attn: Officer or Director
2250 Walsh Avenue
Santa Clara, CA 95050

16.16 Folder 1.1 - io La...rmation - filed 6-19-13
io Labs, LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

16.53 Dhingana Memorandum of Association
Kiran Kumar D/s/o D. Sathyanasayana
No. 21216 2nd Main
Swamy Vivckananda Road, Nagar
Bangaloor, 560028
India

17.13 LG Web App Developer K
LG Silicon Valley Lab Division
c/o Zenith Electronics, LLC
5150 Great America Parkway
5150 Great America Parkway
Santa Clara, CA 95054

17.15 LinkShare MSA FXK 2-28-11
LinkShare Corporation
Attn Legal Department
215 Park Avenue South, 9th Floor
New York, NY 10003

17.14 LinkShare EOF FXK 2-28-11
LinkShare Corporation
Yasuhisa Iida
215 Park Avenue South, 9th Floor
New York, NY 10003

16.69 LionBridge TERMS AND CONDITIONS 10-30-15
Lionbridge/Attn: Officer or Director
1050 Winter Street
Suite 2300
Waltham, MA 02451

16.65 LiveNation-Rdio MKTG FXK 2-1-13
Live Nation Marketing, Inc.
Attn Russell Wallach
9348 Civic Center Drive
Beverly Hills, CA 90210

16.65 LiveNation-Rdio MKTG FXK 2-1-13
Live Nation Marketing, Inc.
Attention Law Department - Sponsorship
2000 West Loop South, Suite 1300
Houston, TX 77027

16.65 LiveNation-Rdio MKTG FXK 2-1-13
Live Nation Marketing, Inc.
Attention Russell Wallach, President, Network
5335 Wisconsin Ave., 8th floor
Washington, DC 20015

16.46 MediaWorks-Rdio TS...gr AMD PXK thru 1-31-16/MediaWorks Holdings Limited/Attn: Officer or Director
3 Flower Street
Eden Terrace, Auckland,  01021
New Zealand

16.8 Doc 1.5.13 related ...t (11-30-12) (unsigned)
Merlin
Attn Head of Business Affairs
29-33 Berners Street
London,  W1T 3AB
England

17.16 Michael Ray-WMG Na...le-Rdio LVS FXK 9-11-15
Michael Ray c/o Warner Music Nashville, LLC
Attn: Officer or Director
20 Music Square East
Nashville, TN 37203

17.17 Microsoft XBox SDK FXK 3-15-13
Microsoft Corporation
James H Miller, Sr. Director
One Microsoft Way
Redmond, WA 98052-6399

17.17 Microsoft XBox SDK FXK 3-15-13
Microsoft Corporation
Mary Snapp, Deputy General Counsel
One Microsoft Way
Redmond, WA 98052-6399

17.17 Microsoft XBox SDK FXK 3-15-13
Microsoft Corporation
NDA, CRM 124/Records
One Microsoft Way
Redmond, WA 98052-6399

16.70 Microsoft APA Agmt FXK 4-11-13
Microsoft Corporation
Attn Deputy General Counsel
One Microsoft Way
Redmond, WA 98052-6399

16.71 Microsoft-Rdio Med...roduct Agmt FXK 1-23-13
Microsoft Corporation
Attn WMLA Licensing
One Microsoft Way
Redmond, WA 98052

16.71 Microsoft-Rdio Med...roduct Agmt FXK 1-23-13
Microsoft Corporation
Legal and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

17.18 MillStirling-Rdio PR FXK 9-1-14
Mill Stirling PTE LTD
Daniel Wee
80 S Bridge Rd No. 05-01
Singapore,  058710
Singapore

17.19 Minutrade PRT Voucher FXK 8-10-12
Minutrade S/A/Jose Claudio Balducci
Rua Francisco Leitao, No. 469
16 Andar - CJ 1603
Sao Paulo,
Brazil

17.19 Minutrade PRT Voucher FXK 8-10-12
Minutrade S/A/Jose Claudio Balducci
Av. Professor Mario Werneck, No. 42, Sala 1301
District Estoril
Belo Horizonte, Minas Gerais
Brazil

MP4SLS-Rdio MNDA FXK SigPg undated
MP4 SLS Private Limited
TAN Siew Teck, Director
50 Tagore Lane
#05-06A Entreprenuer Centre
787494  Singapore

16.8 Doc 1.5.13 related ...t (11-30-12) (unsigned)
Music and Entertainment Rights Licensing
Independent Network BV
Attn Chief Executive Officer
Damrak 277, Kamer 38
Amsterdam,  1012 ZJ
The Netherlands

16.73 MRI Services AMD3 FXK 12-17-13
Music Reports, Inc
Attn: Officer or Director
21122 Erwin St
Woodland Hills, CA 91367

16.74 MRI Services AMD4 FXK 2-17-14
Music Reports, Inc
Attn: Officer or Director
21122 Erwin St
Woodland Hills, CA 91367

16.53 Dhingana Memorandum of Association
Narendra Haldanar
s/o Datatri Haldalail/C H Patal
Gotontiin
Kashipur, Shimoga
Karnataka,  577204
India

16.54 Dhingana Pvt Article of Association
Narendra Haldanar/s/o Datatri Haldalail
C H Patal, Gotontiin
Kashipur, Shimoga
Karnataka,  577204
India

16.25 Rdio Sarl Lease FXK (French) thru 3-1-15
NCI Luxembourg S.A.
Attn: Officer or Director
20, rue Eugene Ruppert
Luxembourg,  L-2453
Luxembourg

17.20 NetSource Recruiting K 3-6-12
NetSource, Inc.
Lana Bondar, VP Sales
PO Box 590665
San Francisco, CA 94159-0665

17.1 Andrew Combs-Coin-O...dio LVS Agmt FXK 9-1-15/Orchard Enterprises NY, Inc.
Attn: Officer or Director
23 East 4th St., 3rd Floor
New York, NY 10003

3.132 PagerDuty
PagerDuty
Charles Feror, CFO
548 Market St., #26994
San Francisco, CA 94104

PG Audience Dev-Rdio MNDA pg.2 FXK undated
Paul Goldstein dba PG Audience Development
Paul Goldstein, President
3739 Balboa Street
Suite 245
San Francisco, CA 94121

3.28.23.1 Pulp-Rdio PR Agmt FXK 8-15-15
Pulp-PR LLC
Jessica Hassen, CEO
PO Box 316
Lake Hughes, CA 93532

16.34 Rdio - Promissory Note (07.03.12) - Fully Ex
Rdio Investment Holdings Limited
Attn Director/c/o Guardian Trust Company Ltd
Geneva Branch
15 Boulevard Helvetique
Geneva
Switzerland

16.35 Rdio - Second Amen...501) (clean) - Fully Ex
Rdio Investment Holdings Limited
Attn Director/c/o Guardian Trust Company Ltd
Geneva Branch
15 Boulevard Helvetique
Geneva  Switzerland

16.30 3rd Amended  Resta...08.12) - Fully Executed
Rdio Investment Holdings Limited
Attn Director/c/o Guardian Trust Company ltd.
Geneva Branch
15 boulevard Helvetique
Geneva, Switzerland

16.31 Amended & Restated...e (07.03.12) - Fully Ex
Rdio Investment Holdings Limited
Attn Director/c/o Guardian Trust Company ltd.
Geneva Branch
15 boulevard Helvetique
Geneva, Switzerland

16.26 Regus Online Office TRM Ltr 4-27-15
Regus Management Group LLC
Attn: Officer or Director
2500 Broadway
Building F, Suite F-125
Santa Monica, CA 90404

16.38 Robin Chua - Independent Contractor
Robin Chua
Attn: Officer or Director
Blk 624B, Punggol Central
#04-318
822624 Singapore

16.55 SFGiants-Rdio SPNS Agmt FXK eff 4-4-15
San Francisco Baseball Associates LLC
Attn Laurence M. Baer, President & CEO
24 Willie Mays Plaza
San Francisco, CA 94107

16.55 SFGiants-Rdio SPNS Agmt FXK eff 4-4-15
San Francisco Baseball Associates LLC
Attn Jason Pearl, Senior Vice President, Corporate
Sponsorship
24 Willie Mays Plaza
San Francisco, CA 94107

16.55 SFGiants-Rdio SPNS Agmt FXK eff 4-4-15
San Francisco Baseball Associates LLC
Attn General Counsel
24 Willie Mays Plaza
San Francisco, CA 94107

17.22 SAS MLA PXK 12-23-14
SAS Institute Inc.
Attn: Officer or Director
SAS Campus Drive
Cary, NC 27513

16.78 Scissor Sisters Endorse 2 FXK 11-6-12
Scissor Sisters, Inc.
Attn Amy Gittleman-Blom
c/o PS Business Management
235 Park Avenue South #9
New York, NY 10003

16.78 Scissor Sisters Endorse 2 FXK 11-6-12
Scissor Sisters, Inc./Attn: Officer or Director
67-69 Chalton St
Big Life
London,  NW1 1H4
United Kingdom

16.47 Rdio Singapore Living Lab Grant 7-14-15
Singapore Economic Development Board
Kow Ree Na
250 North Bridge Road #28-00
Raffles City Tower
179101 Singapore

16.13 FirstActionPrediction 10-14-15.html
Siritzky Law, PLLC
Attn Brian Siritzky, Ph.D.
8300 Greensboro Drive, Suite 800
McLean, VA 22102-3661

17.23 Solium-Shareworks Agmt PXK 6-25-14
Solium Plan Managers LLC
Attn: Officer or Director
800-6 Avenue SW Calgary
Suite 1500
Calgary, AB T2P 3G3 Canada

16.41.3 3 - Rdio - Amend...28 2010- Fully Executed
Sony Music Entertainment
Attn Executive Vice President, General Counsel
550 Madison Avenue
New York, NY 10022

16.9 Doc 1.5.13 related ...nt Warrant (SME Signed)
Sony Music Entertainment
Attn Executive Vice President, General Counsel
550 Madison Avenue
New York, NY 10022

16.9 Doc 1.5.13 related ...nt Warrant (SME Signed)
Sony Music Entertainment
Attn Executive Vice President, Global Digital Business
550 Madison Avenue
New York, NY 10022

16.67 Stessco-Rdio CNSL Agmt AMD FXK eff 4-1-
15
StressCo Consulting Group LLC
Attn Andrew Stess
600 5th St.
Petaluma, CA 94952

16.68 Stessco-Rdio CNSL Agmt FXK eff 2-22-11
StressCo Consulting Group LLC
Attn Andrew Stess
600 5th St.
Petaluma, CA 94952

16.24 Rdio 6.9 Counsel Ltrs to IPA (3)
Stubbs Alderton & Markiles, LLP
Greg Akselrud
15260 Ventura Boulevard, 20th Floor
Sherman Oaks, CA 91403

16.24 Rdio 6.9 Counsel Ltrs to IPA (3)
Stubbs Alderton & Markiles, LLP
Greg Akselrud
1453 3rd Street Promenade, Suite 300
Santa Monica, CA 90401

16.50 Telus-Rdio Notice of Excl TRM 4-16-14
TELUS Communications Company
Attn: Officer or Director
25 York Street, 24th Floor
Toronto,  M5J 2V5
Canada

16.45 Juno-CARAS Sponsor Mktg FXK 2-11-15
The Canadian Academy of Recording Arts and
Sciences/Attn Andres Mendoza
345 Adelaide St. West, 2nd Floor
Toronto, ON M5V 1R5
Canada

16.7 H&FJ Rdio Mobile App FXK 7-25-12
The Hoefler Type Foundry, Inc. d/b/a Hoefler & Frere-
Jones/Jonathan Hoefler, President
611 Broadway, Room 725
New York, NY 10012-2608

16.8 H&FJ Self-hosted Cloud-Typ PXK 5-8-13
The Hoefler Type Foundry, Inc. d/b/a Hoefler & Frere-
Jones/Jonathan Hoefler, President
611 Broadway, Room 725
New York, NY 10012-2608

16.9 H&FJ Webfont Beta TOS FXK 9-6-12
The Hoefler Type Foundry, Inc. d/b/a Hoefler & Frere-
Jones/Jonathan Hoefler, President
611 Broadway, Room 725
New York, NY 10012-2608

16.10 H&FJ-Rdio Software Lic renewal FXK 9-5-13
The Hoefler Type Foundry, Inc. d/b/a Hoefler & Frere-
Jones/Jonathan Hoefler, President
611 Broadway, Room 725
New York, NY 10012-2608

16.21 Marbay-Rdio Austra...Lease FXK thru 12-10-15
The Marbay Media Group Pty Ltd CAN 158 560 448
Attn Lee Alexander Ritson, Johan Polhem
901/83 Mount Street
North Sydney, New South Wales 2060
Australia

17.24 ThinkTank-Rdio Letter of Conf. FXK 5-30-13
ThinkTank
Robin Boyar
2625 Alcatraz Ave No. 289
Berkeley, CA 94705

17.25 Tune-Mat MSA AMD FXK 2-1-15
Tune, Inc.
Peter Hamilton, CEO
2200 Western Avenue, Suite 200
Seattle, WA 98121

17.25 Tune-Mat MSA AMD FXK 2-1-15
Tune, Inc.
c/o Legal Department
2200 Western Avenue, Suite 200
Seattle, WA 98121

17.26 TUNE-MAT MSA version 9-15-14
Tune, Inc.
c/o Legal Department
2200 Western Avenue, Suite 200
Seattle, WA 98121

17.27 TuneMAT Pricing FXK 2-1-15
Tune, Inc.
Peter Hamilton, CEO
2200 Western Avenue, Suite 200
Seattle, WA 98121

16.28 TuneCore-Rdio Promo EXT FXK thru 12-31-15
TuneCore, Inc.
Attn: Officer or Director
63 Pearl Street
Box #256
Brooklyn, NY 11201

17.28 Turn-Rdio IO FXK August 2015
Turn, Inc.
Paul Tomisser
835 Main Street
Redwood City, CA 94063

16.13 FirstActionPrediction 10-14-15.html
United States Department of Commerce
United States Patent and Trademark Office
Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

16.11 Doc 1.5.13 related...t (11-30-12) (unsigned)
Universal International Music B.V.
Attn: Officer or Director
Gerrit van der Veenlaan 4
Baarn,  3743
The Netherlands

16.11 Doc 1.5.13 related...t (11-30-12) (unsigned)
Universal International Music B.V.
Attn VP Busness Affairs Universal Music Group
International, Digital
Beaumont House Avonmore Road
Kensington Village
London,  W14 8TS England

16.10 Doc 1.5.13 related...t (11-30-12) (unsigned)
Universal Music Investments, Inc.
Attn Senior Vice President, Business & Legal Affairs,
eLabs
2220 Colorado Avenue
Santa Monica, CA 90404

16.88 EdgeCast-VZW INV EC088392 10-1-15
Verizon Digital Media Services
Part of Verizon Digital Media Services
Attn Esteban D Torrez
13031 West Jefferson Blvd Building 900
Los Angeles, CA 90094

17.30 Vindicia Trial FXK 9-11-15
Vindicia, Inc.
Mark H. Resnick
303 Twin Dolphin Dr Ste 200
Redwood City, CA 94065

17.16 Michael Ray-WMG Na...le-Rdio LVS FXK 9-
11-15
Warner Music Group
Attn: Officer or Director
1633 Broadway
New York, NY 10019

16.41.3 3 - Rdio - Amend...28 2010- Fully Executed
Warner Music Inc.
Attn General Counsel
75 Rockefeller Plaza
New York, NY 10019

16.12 Doc 1.5.13 related...tion Warrant (Fully Ex)
Warner Music Inc.
Attn General Counsel
75 Rockefeller Plaza
New York, NY 10019

17.31 Complaint - Yesh v. Rdio
Yesh Music, LLC
Attn: Officer or Director
75-10 197th Street
Flushing, NY 11366

17.31 Complaint - Yesh v. Rdio
Yesh Music, LLC and John K. Emanuelle
Garbarini FitzGerald PC
Richard M. Garbarini
250 Park Avenue 7th Fl
New York, NY 10177