DONNA S. TAMANAHA (SBN WI#101319)
Assistant U.S. Trustee
JULIE M. GLOSSON (SBN 230709)
Trial Attorney
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
E-mail: Julie.m.glosson@usdoj.gov
E-mail: lynette.c.kelly@usdoj.gov
Telephone: (415) 705-3349
Fax: (415) 705-3379

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | ) Case No. 15-31430 DM |
| | ) |
| RDIO, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine St, Suite 700, San Francisco, California, that on the date set out below, I served a copy of the attached

**UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY MOELIS & COMPANY AS FINANCIAL ADVISOR**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

Debtor
Rdio, Inc.
1550 Bryant St., Ste. 200
San Francisco, CA 94103

CERTIFICATE OF SERVICE 1

Responsible Individual
Elliott Peters
1550 Bryant St.
San Francisco, CA 94103

Debtor Attorney
Ron Bender
Philip A. Gasteier
Monica Y. Kim
Krikor J. Meshefejian
Levene, Neal, Bender, Yoo & Brill L.L.P
10250 Constellation Blvd. #1700
Los Angeles, CA 90067

Creditor Committee Attorney
John D. Fiero
Debra I. Grassgreen
John William Lucas
Jason Rosell
Pachuiski Stang Ziehl & Jones LLP
150 California St., 15th Fl.
San Francisco, CA 94111

Request for Special Notice
Van C. Durrer, II
Ramon M. Naguiat
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071-3144

Ron E. Meisler
Christopher M. Dressel
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Dr.
Chicago, IL 60606

ARENT FOX LLP
Richard D. Buckley Jr., Esq.
Andy Kong, Esq.
555 West Fifth Street, 48th Fl.
Los Angeles, CA 90013

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Stephen T. O'Neill |
| 2 | Robert A. Franklin |
| | Thomas T. Hwang |
| 3 | DORSEY & WHITNEY LLP |
| | 305 Lytton Ave. |
| 4 | Pala Alto, CA 94301 |
| 5 | |
| | Paul Laurin, Esq. |
| 6 | Barnes & Thornburg LLP |
| | 2029 Century Park East, Ste 300 |
| 7 | Los Angeles, CA 90067 |
| 8 | |
| | Richard Stern |
| 9 | Stephan Hornung |
| | LUSKIN, STER & EISLER LLP |
| 10 | Eleven Times Square |
| | 8th Ave. & 41st Street |
| 11 | New York, NY 10036 |
| 12 | |
| | Harvey Schochet |
| 13 | Andrew Patterson |
| | DAVIS WRIGHT TREMAINE LLP |
| 14 | 505 Montgomery St, Ste 800 |
| | San Francisco, CA 94111 |
| 15 | |
| | Jane K. Springwater, Esq. |
| 16 | Friedman & Springwater LLP |
| | 350 Sansome, Ste 210 |
| 17 | San Francisco, CA 94104 |
| 18 | |
| | <u>Members of Unsecured Creditors Committee</u> |
| 19 | Joseph Hollinger |
| | Roku, Inc. |
| 20 | 12980 Saratoga Avenue |
| | Saratoga, CA 95070 |
| 21 | |
| 22 | Susan Meisel |
| | Sony Music Entertainment |
| 23 | 550 Madison Avenue, 30th fl. |
| | New York, NY 10022 |
| 24 | |
| 25 | Ryan E. Davis |
| | AXS Digital LLC |
| 26 | 800 W. Olympic Blvd., Ste. 305 |
| | Los Angeles, CA 90015 |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE 3

| | |
|---|---|
| 1 | Antonious Porch<br>Shazam Media Services |
| 2 | 52 Vanderbilt Avenue, 19th fl.<br>New York, NY 10017 |
| 3 | |
| 4 | Ellen Hochberg<br>Warner Music Group |
| 5 | 1633 Broadway<br>New York, NY 10019 |
| 6 | |
| 7 | Joe Flores<br>Universal Music Group Recording |
| 8 | 21301 Burbank Blvd.<br>Woodland Hills, CA 91367 |
| 9 | |
| 10 | Denis McCarthy<br>Mosaic Networx LLC |
| 11 | 700 Larkspur Landing Circle, Ste. 214<br>Larkspur, CA 94939 |

Antonious Porch
Shazam Media Services
52 Vanderbilt Avenue, 19th fl.
New York, NY 10017

Ellen Hochberg
Warner Music Group
1633 Broadway
New York, NY 10019

Joe Flores
Universal Music Group Recording
21301 Burbank Blvd.
Woodland Hills, CA 91367

Denis McCarthy
Mosaic Networx LLC
700 Larkspur Landing Circle, Ste. 214
Larkspur, CA 94939

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at San Francisco, California on December 4, 2015.

By: /s/
    Donna Jensen

CERTIFICATE OF SERVICE      4