Debtor name **Rdio, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **15-31430**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................     $                   0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................     $         3,957,154.97

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................     $         3,957,154.97

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................     $       189,214,140.40

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................     $           678,264.00*

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................     +$      25,771,863.59**

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b                                                                                   $       215,664,267.99

\* The Debtor does not concede that all such claims listed on Schedule E, and calculated in this summary are entitled to priority treatment.
\*\* This amount is subject to adjustment, including due to determination that claims scheduled in Schedule E as priority unsecured claims are not entitled
to priority treatment.
 Note:  The Debtor reserves the right to object to any and all claims.

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 1 of
209

**Fill in this information to identify the case:**

Debtor name    **Rdio, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **15-31430**

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| | **General Account**<br>**Last 4 digits of Acc# : 3784**<br>**Bank of the West** | | | |
| 3.1.. | **(Value indicated is as of the Petition Date)** | **General Account** | 3784 | $20,911.70 |
| | **CAD Account**<br>**Last 4 digits of Acc# : 4793**<br>**Bank of the West** | | | |
| 3.2.. | **(Value indicated is as of the Petition Date)** | **CAD Account** | 4793 | $70,036.39 |
| | **AUD Account**<br>**Last 4 digits of Acc# : 5034**<br>**Bank of the West** | | | |
| 3.3.. | **(Value indicated is as of the Petition Date)** | **AUD Account** | 5034 | $70,227.75 |
| | **Amazon account**<br>**Last 4 digits of Acc# : N/A**<br>**Amazon** | | | |
| 3.4.. | **(Value indicated is as of the Petition Date)** | **Amazon account** | N/A | $18,069.29 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**GBP Account**
**Last 4 digits of Acc# : 4902**
**Bank of the West**

| | (Value indicated is as of the Petition Date) | | | |
|---|---|---|---|---|
| 3.5.. | | GBP Account | 4902 | $0.00 |

**Paypal**
**Last 4 digits of Acc# : N/A**
**Paypall**

| | (Value indicated is as of the Petition Date) | | | |
|---|---|---|---|---|
| 3.6.. | | Paypal | N/A | $52,614.58 |

**Payroll Account**
**Last 4 digits of Acc# : 9364**
**HSBC Bank**

| | (Value indicated is as of the Petition Date) | | | |
|---|---|---|---|---|
| 3.7.. | | Payroll Account | 9364 | $6,560.19 |

**Receivable Account**
**Last 4 digits of Acc# : 7978**
**HSBC Bank**

| | (Value indicated is as of the Petition Date) | | | |
|---|---|---|---|---|
| 3.8.. | | Receivable Account | 7978 | $89,294.00 |

**Money Market Account**
**Last 4 digits of Acc# : 9834**
**HSBC Bank**

| | (Value indicated is as of the Petition Date) | | | |
|---|---|---|---|---|
| 3.9.. | | Money Market Account | 9834 | $1,331.02 |

**Payable Account**
**Last 4 digits of Acc# : 7943**
**HSBC Bank**

| | (Value indicated is as of the Petition Date) | | | |
|---|---|---|---|---|
| 3.10 .. | | Payable Account | 7943 | $687.00 |

**EUR Account**
**Bank of the West**

| | (Value indicated is as of the Petition Date) | | | |
|---|---|---|---|---|
| 3.11 .. | | EUR Account | | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $329,731.92 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 3 of
209

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit<br>**Various deposits and retainers.  See Attachment 2 to Schedule B.** | |
| --- | --- | --- |
| | 7.1.. **(Value indicated herein is Book Value)** | **$2,077,053.40** |

| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment<br>**Music Advance Payments to Peermusic (S.E. Asia) Ltd** | |
| --- | --- | --- |
| | 8.1.. **(Value indicated herein is Book Value)** | **$9,000.00** |
| | **Music Advance Payments to Shock Entertainment** | |
| | 8.2.. **(Value indicated herein is Book Value)** | **$7.79** |
| | **Music Advance Payments to APRA/AMCOS** | |
| | 8.3.. **(Value indicated herein is Book Value)** | **$35,499.86** |
| | **Other miscellaneous prepaid expenses** | |
| | 8.4.. **(Value indicated herein is Book Value)** | **$574,015.51** |
| | **Employee advance** | |
| | 8.5.. **(Value indicated herein is Book Value)** | **$20,000.00** |

| 9. | **Total of Part 2.**<br>Add lines 7 through 8. Copy the total to line 81. | **$2,715,576.56** |
| --- | --- | --- |

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 96,300.29 | - | 0.00 | = .... | **$96,300.29** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 815,546.20 | - | 0.00 | = .... | **$815,546.20** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Case: 15-31430     Doc# 123     Filed: 12/11/15     Entered: 12/11/15 18:00:14     Page 4 of
209

| 12. | **Total of Part 3.** | | **$911,846.49** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| 14. | **Mutual funds or publicly traded stocks not included in Part 1** |
|---|---|
| | Name of fund or stock: |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| | | % of ownership | | |
|---|---|---|---|---|
| 15.1.. | **% Ownership : 100**<br>**Rdio Music Canada ULC** | **100.00** | % | **$0.00** |
| 15.2.. | **% Ownership : 100**<br>**Rdio, Sarl**<br>**(Investment of $16,651.99)** | **100.00** | % | **$0.00** |
| 15.3.. | **% Ownership : 100**<br>**Rdio Japan KK**<br>**(Investment of $38,500)** | **100.00** | % | **$0.00** |
| 15.4.. | **% Ownership : 100**<br>**IO Labs, LLC** | **100.00** | % | **$0.00** |
| 15.5.. | **% Ownership : 94.5**<br>**Rdio Music (Brazil) Ltda.**<br>**(Investment of $1,083,552)** | **94.50** | % | **$0.00** |
| 15.6.. | **% Ownership : 0**<br>**Debtor has an interest in various**<br>**subsidiaries of subsidiaries.  Such entities**<br>**are described in response to Question 25 of**<br>**the Statement of Financial Affairs** | **0.00** | % | **$0.00** |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |
|---|---|
| | Describe: |

| 17. | **Total of Part 4.** | **$0.00** |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office Furniture and Fixtures** | **$600,687.74** | **N/A** | **Unknown** |
| 40. | **Office fixtures** **See response to Question 39.** | **$0.00** | | **Unknown** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computer and Office Equipment** | **$492,939.89** | **N/A** | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.. | **Assorted hanging artwork and music memorabilia** | **$0.00** | **N/A** | **Unknown** |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |
|---|---|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 6 of 209

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Company trademark** | **$84,058.74** | **N/A** | **Unknown** |
| | **Patent U.S. #5,636,276** | **$0.00** | **N/A** | **Unknown** |
| | **Company copyright** | **$0.00** | **N/A** | **Unknown** |
| 61. | **Internet domain names and websites** **Debtor owns numerous domain names and websites, incuding as set forth in Schedule 2.1(a)(iii) to the Asset Purchase Agreement with Pandora Media, Inc.** | **$0.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** **Certain technology incorporated into Debtor's products is used pursuant to license** | **$0.00** | **N/A** | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** **Debtor possesses various customer information for all subscribers and free users of Debtor's music service** | **$0.00** | **N/A** | **Unknown** |
| 64. | **Other intangibles, or intellectual property** **Internally developed software** | **$2,672,996.27** | **N/A** | **Unknown** |
| | **Software** | **$761,672.16** | **N/A** | **Unknown** |
| 65. | **Goodwill** **Company goodwill and employee talent** | **$0.00** | | **Unknown** |

| 66. | **Total of Part 10.** | | | **$0.00** |
|---|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | | |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No

■ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
□ No
■ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
□ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

□ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|--|------------------------------------|
| 71.     **Notes receivable**<br>Description (include name of obligor) | |
| 72.     **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Debtor may have carry-forward net operating losses.**<br><br>Tax year | **Unknown** |
| 73.     **Interests in insurance policies or annuities** | |
| 74.     **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.     **Trusts, equitable or future interests in property** | |
| 77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Intercompany transfers: Rdio Brazil Ltda (Book Value of $3,727,469.48), Rdio Sarl (Book Value of $11,311,470.88), Rdio UK Ltd (Book Value of $228,751.59), Pulser Media, Inc. (Book Value of $192,243.25), Dhingana (Book Value of $70,603.65), Rdio Music Austr** | **Unknown** |
| **Loan to Rdio, Sarl with book value of $14,257,247.13**<br>**Loan to Rdio AUS with book value of $1,364,822.20** | **Unknown** |
| **See Schedule G and attachment to Schedule G for list of executory contracts and unexpired leases to which the Debtor is a party**<br><br>**Debtor's balance sheet provides for a book value of $362,721.96 (net of depreciation) for capital lease assets** | **Unknown** |

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 8 of
209

78.   **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

       | $0.00 |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $329,731.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,715,576.56 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $911,846.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,957,154.97 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,957,154.97 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Rdio, Inc: Case Number 15-31430

**Attachment 1 to Schedule B: Note regarding Schedule B**

Regardless of the itemized value of assets (including if it says "unknown"), the Debtor believes that its assets being purchased by Pandora Media, Inc. have a fair market value of $75 million unless a bidder agrees to pay more at the auction on the sale of the Debtor's assets.

Rdio, Inc.: Case Number 15-31430

**Attachment 2 to Schedule B:  Detail to Question No. 7**

| | |
|---|---:|
| DELL CD 1 - 004-406918 | $164,269.02 |
| DELL CD 2 - 015-328617 | $125,275.84 |
| BOW CC CD 3 - 015-423699 | $5,011.98 |
| UMG CD 4 - 015-384925 | $90,186.13 |
| DELL CD 5 - 015-467985 | $200,378.34 |
| Deposit - Sprint | $433.91 |
| Deposit - Mosaic NetworX | $1,600.00 |
| Retainer - Greenberg Traurig | $20,000.00 |
| DELL CD 6 - 016-260653 | $58,842.13 |
| Deposit - Rent | $433,000.00 |
| Tax Guarantee - Canada | $169,861.93 |
| Digital Realty Trust | $62,286.00 |
| DELL CD 9 - 018-391334 | $300,361.71 |
| Paymentech Deposit | $204,993.64 |
| American Express | $75,357.72 |
| Dell LOC | $150,677.05 |
| Deposit- 640 Davis | $10,600.00 |
| Deposit Regus | $3,918.00 |
| **Total Deposits/Retainers** | **$2,077,053.40** |

Debtor name          **Rdio, Inc.**

                  First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **15-31430**

☐ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim *Do not deduct the value of collateral.* | **Column B** Value of collateral that supports this claim |
|---|---|---|
| **2.1** **Dell Financial Services L.L.C.** <br> *Creditor's Name* <br> **Mail Stop-PS2DF-23 One Dell Way** <br> **Round Rock, TX 78682** <br> *Creditor's mailing address* <br><br> *Creditor's email address, if known* <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **Server lease fees from July 2015 to November 2015** <br><br><br> **Describe the lien** <br> **UCC Financing Statement securing certain Dell Equipment leased by the Debtor** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $599,647.84 | $0.00 |
| **2.2** **Iconical Investments II, LP** <br> *Creditor's Name* <br> **15260 Ventura Blvd., Suite 2000** <br> **Sherman Oaks, CA 91403** <br> *Creditor's mailing address* <br><br> *Creditor's email address, if known* <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien** <br> **Loans + interests from 10/20/2015 - 11/13/2015** <br><br><br> **Describe the lien** <br> **UCC Financing Statement** <br> **Is the creditor an insider or related party?** <br> ☐ No <br> ☑ Yes <br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply | $4,220,833.33 | $75,000,000 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Rdio, Inc.**

| First Name | Middle Name | Last Name |
|---|---|---|

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Pulser Media, Inc.** |
|---|---|

Creditor's Name

**1550 Bryant Street, Suite 200**
**San Francisco, CA 94103**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      $184,393,659.23      $75,000,000
**Loans + interests from 9/21/2012 - 9/3/2015**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $189,214,140.40 |
|---|---|---|

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **-NONE-** | Line | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name    **Rdio, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **15-31430**

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **461.00** | $ **461.00** |
|---|---|---|---|
| **Agrait, Raul** | *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| | ■ No | | |
| | ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: | | | |
| 11 U.S.C. § 507(a) (4) | | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **7,571.00** | $ **7,571.00** |
|---|---|---|---|
| **Armenia, Joseph** | *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| | ■ No | | |
| | ☐ Yes | | |

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.3**

**Priority creditor's name and mailing
address**
**Auffenberg, Ryan**

As of the petition filing date, the claim is:    $   **8,203.00**   $   **8,203.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Basis for the claim:

**Last 4 digits of account
number**     Is the claim subject to offset?

■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.4**

**Priority creditor's name and mailing
address**
**Bates, Matthew**

As of the petition filing date, the claim is:    $   **4,104.00**   $   **4,104.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Basis for the claim:

**Last 4 digits of account
number**     Is the claim subject to offset?

■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.5**

**Priority creditor's name and mailing
address**
**Bedekar, Rachana**

As of the petition filing date, the claim is:    $   **1,851.00**   $   **1,851.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Basis for the claim:

**Last 4 digits of account
number**     Is the claim subject to offset?

■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 17 of
209

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| **Bryan, Alexander** | Check all that apply. | $ **1,145.00** | $ **1,145.00** |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| **Burton, Christopher** | Check all that apply. | $ **10,090.00** | $ **10,090.00** |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| **Canada Revenue Agency** | Check all that apply. | $ **22,710.78** | $ **0.00** |
| **275 Pope Road Suite 103** | ☐ Contingent | | |
| **Summerside, PE C1N 6A2** | ☐ Unliquidated | | |
| **Canada** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **9/30/2012** | **Sales Tax** |

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 18 of 209

| 2.9 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Carroll, Matthew**

As of the petition filing date, the claim is:    $ **9,597.00**    $ **9,597.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

**Last 4 digits of account number**    **Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

| 2.1 0 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Chen, John**

As of the petition filing date, the claim is:    $ **715.00**    $ **715.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

**Last 4 digits of account number**    **Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

| 2.1 1 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Chweh, Connie**

As of the petition filing date, the claim is:    $ **446.00**    $ **446.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

**Last 4 digits of account number**    **Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

| 2.1 2 | | | | | |
|---|---|---|---|---|---|
| | **Priority creditor's name and mailing address** **Claghorn, Allan** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **8,057.00** | $ **8,057.00** | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | | |

| 2.1 3 | | | | | |
|---|---|---|---|---|---|
| | **Priority creditor's name and mailing address** **Cohen, Emily** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **4,183.00** | $ **4,183.00** | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | | |

| 2.1 4 | | | | | |
|---|---|---|---|---|---|
| | **Priority creditor's name and mailing address** **Delaware Secretary of State Division of Corporations PO Box 5509 Binghamton, NY 13902** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **15,623.78** | $ **15,623.78** | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**2.15**

Priority creditor's name and mailing address

**Delaware Secretary of State Division of Corporations PO Box 5509 Binghamton, NY 13902**

As of the petition filing date, the claim is: $ **7,811.89** $ **7,811.89**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

**2.16**

Priority creditor's name and mailing address
**Dumont, John**

As of the petition filing date, the claim is: $ **5,220.00** $ **5,220.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

**2.17**

Priority creditor's name and mailing address
**Echeverri, Pablo**

As of the petition filing date, the claim is: $ **275.00** $ **275.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

| 2.1 8 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**Ehrhardt, Kenneth**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,075.00**    $ **2,075.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.1 9 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**French, Holly**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **113.00**    $ **113.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.2 0 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**Gaunt, John**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,875.00**    $ **1,875.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 22 of 209

| 2.2 1 | | | | |
|---|---|---|---|---|
| | **Priority creditor's name and mailing address** **Gilgan, Michelle** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **1,708.00** | $ **1,708.00** |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.2 2 | | | | |
|---|---|---|---|---|
| | **Priority creditor's name and mailing address** **Harris, Rex** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **8,460.00** | $ **8,460.00** |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.2 3 | | | | |
|---|---|---|---|---|
| | **Priority creditor's name and mailing address** **Harris-Cooper, Jennifer** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **404.00** | $ **404.00** |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 23 of 209

| 2.2 4 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Heiman, Jared**

As of the petition filing date, the claim is:          $ **9,805.00**     $ **9,805.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

**Last 4 digits of account number**          **Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.2 5 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Hughes, Tiffany**

As of the petition filing date, the claim is:          $ **1,050.00**     $ **1,050.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

**Last 4 digits of account number**          **Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.2 6 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Joshi, Siddharth**

As of the petition filing date, the claim is:          $ **240.00**     $ **240.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

**Last 4 digits of account number**          **Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 24 of 209

| 2.2 7 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**Kangas, Gabriel**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,435.00**   $ **3,435.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.2 8 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**Kapolka, Marek**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,127.00**   $ **4,127.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.2 9 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**Koops, Geoffrey**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,944.00**   $ **3,944.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

---

**2.3 0**

Priority creditor's name and mailing address
**Libano Monteiro Antas, Maria**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,159.00**   $ **1,159.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.3 1**

Priority creditor's name and mailing address
**Long, Nicholas**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **11,343.00**   $ **11,343.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.3 2**

Priority creditor's name and mailing address
**Mao, Elaine**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,553.00**   $ **1,553.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 26 of 209

| 2.3 3 | | | | |
|---|---|---|---|---|
| | **Priority creditor's name and mailing address**<br>**Marc Ruxin**<br>201 Montclair street,<br>San Francisco, CA 94110 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **217,829.44** | $ **12,475.00** |
| | **Date or dates debt was incurred**<br>**5/31/2015** | Basis for the claim: | | |
| | **Last 4 digits of account number** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (4) | | | |

| 2.3 4 | | | | |
|---|---|---|---|---|
| | **Priority creditor's name and mailing address**<br>**Masio, Richard** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **7,484.00** | $ **7,484.00** |
| | **Date or dates debt was incurred** | Basis for the claim: | | |
| | **Last 4 digits of account number** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (4) | | | |

| 2.3 5 | | | | |
|---|---|---|---|---|
| | **Priority creditor's name and mailing address**<br>**Matsuo, Tetsu** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **10,906.00** | $ **10,906.00** |
| | **Date or dates debt was incurred** | Basis for the claim: | | |
| | **Last 4 digits of account number** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (4) | | | |

**2.3 6**

Priority creditor's name and mailing address
**Millet, Jennifer**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,627.00**    $ **2,627.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.3 7**

Priority creditor's name and mailing address
**Murphy, Francis**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,245.00**    $ **6,245.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.3 8**

Priority creditor's name and mailing address
**Naber, Rod**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **7,300.00**    $ **7,300.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| 2.3 9 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Nordman, Ryan**

As of the petition filing date, the claim is:          $ **2,055.00**     $ **2,055.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          Basis for the claim:

**Last 4 digits of account number**          Is the claim subject to offset?
                                             ■ No
                                             ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.4 0 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Norton, Joseph**

As of the petition filing date, the claim is:          $ **2,446.00**     $ **2,446.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          Basis for the claim:

**Last 4 digits of account number**          Is the claim subject to offset?
                                             ■ No
                                             ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.4 1 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Please see Attachment to Schedule E**
**which provides contact information for**
**online users who have purchased**
**gift cards.**

As of the petition filing date, the claim is:          $ **0.00**     $ **0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          Basis for the claim:

**Last 4 digits of account number**          Is the claim subject to offset?
                                             ■ No
                                             ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (7)

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 29 of 209

| 2.4 2 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Powers, Dana**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **12,038.00**    $ **12,038.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.4 3 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Rahbar, Yunus**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **625.00**    $ **625.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.4 4 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Rosario, Melissa**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,389.00**    $ **2,389.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.45 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**Russell, Jason**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,227.00     $ 6,227.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.46 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**San Francisco Tax Collector**
**P.O. Box 7425**
**San Francisco, CA 94120**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22,743.44     $ 22,743.44

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.47 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**San Francisco Tax Collector**
**SF Payroll Tax**
**P.O. Box 7425**
**94120**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84,147.00     $ 84,147.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.48 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Sarao, Siddhartha**

As of the petition filing date, the claim is:    $ **2,224.00**    $ **2,224.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.49 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Schleef, David**

As of the petition filing date, the claim is:    $ **8,777.00**    $ **8,777.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.50 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Schory, Matthew**

As of the petition filing date, the claim is:    $ **2,207.00**    $ **2,207.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 32 of 209

| 2.5 1 | | | | | |
|---|---|---|---|---|---|
| | **Priority creditor's name and mailing address**<br>**Sevilla, Devin** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **3,066.00** | $ **3,066.00** | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (4) | | | | |

| 2.5 2 | | | | | |
|---|---|---|---|---|---|
| | **Priority creditor's name and mailing address**<br>**Shen, Stephanie** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **5,427.00** | $ **5,427.00** | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (4) | | | | |

| 2.5 3 | | | | | |
|---|---|---|---|---|---|
| | **Priority creditor's name and mailing address**<br>**Sher, Jeremy** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **3,363.00** | $ **3,363.00** | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (4) | | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**2.54**

Priority creditor's name and mailing address

**Sinclair, Sydney**

As of the petition filing date, the claim is:    $ **450.00**    $ **450.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.55**

Priority creditor's name and mailing address

**Singh, Mohitdeep**

As of the petition filing date, the claim is:    $ **6,525.00**    $ **6,525.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.56**

Priority creditor's name and mailing address

**Smith, Michael**

As of the petition filing date, the claim is:    $ **2,247.00**    $ **2,247.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.5 7 | | | | |
|---|---|---|---|---|
| | **Priority creditor's name and mailing address**<br>**Smith, Sean** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **15,288.00** | $ **12,475.00** |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (4) | | | |

| 2.5 8 | | | | |
|---|---|---|---|---|
| | **Priority creditor's name and mailing address**<br>**Strack, Elizabeth** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **1,280.00** | $ **1,280.00** |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (4) | | | |

| 2.5 9 | | | | |
|---|---|---|---|---|
| | **Priority creditor's name and mailing address**<br>**Stumpf, Emily** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **7,763.00** | $ **7,763.00** |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (4) | | | |

**2.6 0**

Priority creditor's name and mailing address
**Tan, Hubert**

As of the petition filing date, the claim is: $ **2,712.00** $ **2,712.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.6 1**

Priority creditor's name and mailing address
**Thomas, Yale**

As of the petition filing date, the claim is: $ **2,107.00** $ **2,107.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.6 2**

Priority creditor's name and mailing address
**Towber, Michael**

As of the petition filing date, the claim is: $ **680.00** $ **680.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 36 of 209

| 2.6 3 | | | | |
| --- | --- | --- | --- | --- |
| | **Priority creditor's name and mailing address** <br> **Wilson, Brandon** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ **9,043.00** | $ **9,043.00** |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a) (4) | | | |

| 2.6 4 | | | | |
| --- | --- | --- | --- | --- |
| | **Priority creditor's name and mailing address** <br> **Wong, Alison** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ **4,125.00** | $ **4,125.00** |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a) (4) | | | |

| 2.6 5 | | | | |
| --- | --- | --- | --- | --- |
| | **Priority creditor's name and mailing address** <br> **Wu, Ho-Hsiang** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ **10,401.00** | $ **10,401.00** |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a) (4) | | | |

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 37 of 209

| 2.6 6 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

**Yuan, Seward**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **340.00**    $ **340.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.6 7 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

**Zannantoni, Verena**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **168.00**    $ **168.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.6 8 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

**Zhang, Serena**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **180.00**    $ **180.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 38 of 209

**2.69**

Priority creditor's name and mailing address
**Zhu, Lu**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,323.00**     $ **2,323.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |
|---|
| Amount of claim |

**3.1**

Nonpriority creditor's name and mailing address
**(Criteo LTD) AD-X Limited**
**Seal House, 1 Swan Lane**
**EC4R 3TR London**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

Basis for the claim:   **Noticing Purposes Only**

Date or dates debt was incurred   **6/27/2013**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
**12FPS Inc.**
**520 Hampshire St. #206**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **9,000.00**

Basis for the claim:   **Media production**

Date or dates debt was incurred   **9/1/2014**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$ **60.00**

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 39 of 209

**360**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **3/31/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.4 | Nonpriority creditor's name and mailing address | $ **0.00** |

**807 Broadway Revival**
**2424 Kennedy Street NE**
**Minneapolis, MN 55413**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Noticing Purposes Only**

Date or dates debt was incurred **6/2/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.5 | Nonpriority creditor's name and mailing address | $ **4,836.79** |

**A-Train Entertainment**
**PO Box 29242**
**Oakland, CA 94604**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Content delivery fees**

Date or dates debt was incurred **1/31/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address | $ **20.00** |

**Aaron Gillespie**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **12/31/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 40 of 209

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **46,962.50** |

**Accretive Solutions**
**800 W El. Camino Real, Ste 320**
**Mountain View, CA 94040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Accounting and Tax Services**

Date or dates debt was incurred    **7/17/2014**

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **2,081.50** |

**AEG Live SF, LLC**
**1290 Sutter St.,**
**2nd Floor, Suite 203**
**SAN FRANCISCO, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Event fees**

Date or dates debt was incurred    **7/22/2015**

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,500,000.00** |

**AEG/AXS**
**800 W Olympic Blvd Ste 305**
**Los Angeles, CA 90015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Event fees**

Date or dates debt was incurred    **6/1/2015**

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **10.00** |

**Agridoce**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Contact information not known**

| Date or dates debt was incurred | **1/31/2015** | Is the claim subject to offset? |
|---|---|---|

■ No

☐ Yes

Last 4 digits of account number

---

**3.1 1**

Nonpriority creditor's name and mailing address

**Akamai Technologies, Inc.**
**General Post Office**
**PO Box 26590**
**New York, NY 10087-6590**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Internet Content Delivery Service**

$    **38,456.88**

| Date or dates debt was incurred | **9/30/2012** | Is the claim subject to offset? |
|---|---|---|

■ No

☐ Yes

Last 4 digits of account number

---

**3.1 2**

Nonpriority creditor's name and mailing address

**Alhambra**
**PO Box 660579**
**Dallas, TX 75266-0579**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Noticing Purposes Only**

$    **0.00**

| Date or dates debt was incurred | **10/27/2013** | Is the claim subject to offset? |
|---|---|---|

■ No

☐ Yes

Last 4 digits of account number

---

**3.1 3**

Nonpriority creditor's name and mailing address

**Almah**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

$    **30.00**

| Date or dates debt was incurred | **8/1/2014** | Is the claim subject to offset? |
|---|---|---|

■ No

☐ Yes

Last 4 digits of account number

---

**3.1 4**

Nonpriority creditor's name and mailing address

**Amazon Web Services**
**PO BOX 84023**
**Seattle, WA 98124-8423**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$    **17,043.00**

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 42 of 209

Basis for the claim:    **Web Services**

| | |
|---|---|
| Date or dates debt was incurred    **12/3/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **91,511.38** |
|---|---|---|---|

**Amazon Web Services LLC**
**PO Box 84023**
**Seattle, WA 98124-8423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Web Services**

| | |
|---|---|
| Date or dates debt was incurred    **8/31/2012** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **8,693.46** |
|---|---|---|---|

**Amcos**
**16 Mountain St., Ultimo NSW 2007**
**Locked Bag 5000**
**Strawberry Hills NSW2012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Digital Downloading Fees**

| | |
|---|---|
| Date or dates debt was incurred    **6/1/2013** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **247.41** |
|---|---|---|---|

**Amplifier**
**PO Box 56-545, Dominion Rd**
**Auckland 1446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred    **5/31/2013** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **30,000.00** |
|---|---|---|---|

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 43 of 209

**Amplitude**
**185 Berry St, Suite 4807**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **6/2/2014**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.19**  Nonpriority creditor's name and mailing address
**Ampush LLC**
**Dept, LA 23909**
**Pasadena, CA 91185**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$    **701.02**

Date or dates debt was incurred    **11/30/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.20**  Nonpriority creditor's name and mailing address
**Ampush Media**
**Dept. LA 23909**
**Pasadena, CA 91185-3909**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$    **80,692.10**

Date or dates debt was incurred    **9/30/2012**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.21**  Nonpriority creditor's name and mailing address
**Anderson Tax LLC**
**PO Box 200988**
**Pittsburg, CA 15251-0988**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Tax Services**

$    **6,250.00**

Date or dates debt was incurred    **2/13/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No
☐ Yes

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 44 of
209

| 3.2 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **124,433.74** |
|---|---|---|---|

**Ando Media LLC**
**PO Box 31001-2289**
**Pasadena, CA 91110-2289**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Webcast Metric and Campaign Management Fees**

Date or dates debt was incurred **9/13/2013**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.2 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **22,192.34** |
|---|---|---|---|

**Apple Inc.**
**PO Box 846095**
**Dallas, TX 75284-6095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Computer Equipment**

Date or dates debt was incurred **9/27/2012**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.2 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **51.13** |
|---|---|---|---|

**Apptree OU**
**Hoburaua tee 1, Metsakasti**
**Viimsi parish, Harjumaa**
**74001, Estonia**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred **1/31/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.2 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **9,662.39** |
|---|---|---|---|

**Apra**
**Australasian Performing Right Associatio**
**16 Mountain St.**
**Ultimo NSW 2007   02007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Digital Downloads**

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 45 of 209

Date or dates debt was incurred **1/31/2013**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address **ArcadeFire** **Business Management** **235 Park Avenue South- 9th floor** **New York, NY 10003** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **1,247.52** |

Date or dates debt was incurred **7/31/2012**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address **ARIN American Registry for Internet Num.** **PO Box 79010** **Baltimore, MD 21279-0010** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **200.00** |

Date or dates debt was incurred **1/6/2013**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address **Arnaldo Baptista** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Contact information not known** | $ **10.00** |

Date or dates debt was incurred **4/24/2014**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address **Artist First Srl** **Largo Donatori del Sangue 7, 26851** **Borgo San Giovani, Italy** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **367.54** |

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 46 of 209

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred **5/31/2013** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.3 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,200,000.00** |
|---|---|---|---|
| | **ASCAP (Publishing)** | *Check all that apply.* | |
| | **1 Lincoln Plaza** | ☐ Contingent | |
| | **6th Floor** | ☐ Unliquidated | |
| | **New York, NY 10023** | ☐ Disputed | |

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred **10/1/2012** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.3 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|
| | **AT&T** | *Check all that apply.* | |
| | **PO Box 6463** | ☐ Contingent | |
| | **Carol Streams, IL 60197** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim: **Noticing Purposes Only**

| | |
|---|---|
| Date or dates debt was incurred **9/8/2012** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.3 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2.56** |
|---|---|---|---|
| | **Awal** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim: **Contact information not known**

| | |
|---|---|
| Date or dates debt was incurred **9/30/2012** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.3 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,250,410.00** |
|---|---|---|---|

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 47 of
209

**AXS Digital, LLC**
**800 W Olympic Blvd Ste 305**
**Los Angeles, CA 90015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Event services/fees**

Date or dates debt was incurred **8/28/2014**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.3 4 | Nonpriority creditor's name and mailing address **Bad Religion** | | $ **30.00** |
|---|---|---|---|

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contact information not known**

Date or dates debt was incurred **12/31/2012**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.3 5 | Nonpriority creditor's name and mailing address **Baker & McKenzie LLP** **Two Embarcadeo Center, 11th Floor** **San Francisco, CA 94111** | | $ **32,973.14** |
|---|---|---|---|

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Date or dates debt was incurred **2/19/2014**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.3 6 | Nonpriority creditor's name and mailing address **Baker Tilly Virchow Krause, LLP** **P.O. Box 7398** **Madison, WI 53707-7398** | | $ **10,515.00** |
|---|---|---|---|

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Fees**

Date or dates debt was incurred **6/1/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.3 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Barbara  Eugenia**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **10.00**

**Basis for the claim:**   **Contact information not known**

Date or dates debt was incurred   **6/30/2013**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.3 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Basic Corporate**
**9246 Portage Industrial Drive**
**Portage, MI 49024**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

**Basis for the claim:**   **Noticing Purposes Only**

Date or dates debt was incurred   **3/1/2014**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.3 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Believe**
**2, place du Colonel Fabien**
**75019 Paris**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **141,530.08**

**Basis for the claim:**

Date or dates debt was incurred   **9/30/2012**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.4 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ben  Caplan**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **20.00**

**Basis for the claim:**   **Contact information not known**

---

Date or dates debt was incurred **6/30/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.4 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,887.48** |

**Bentata Abogados**
**Av. Orinoco con Calle Mucuch es**
**Torre N rdica, PH, Las Mercedes**
**Caracas - Venezuela**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred **12/19/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.4 2 | **Nonpriority creditor's name and mailing address** | | $ **55,642.84** |

**Benztown**
**4425 W Riverside Dr**
**Suite 101**
**Burbank, CA 91505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Audio Production**

Date or dates debt was incurred **4/30/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.4 3 | **Nonpriority creditor's name and mailing address** | | $ **64,000.00** |

**Benztown Branding USA, LLC**
**4425 W Riverside Dr**
**Suite 101**
**Burbank, CA 91505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Audio Production**

Date or dates debt was incurred **10/20/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.4 4 | **Nonpriority creditor's name and mailing address** | | $ **5,970.00** |

**bit.ly**
**139 Fifth Ave 5th Floor**
**New York, NY 10010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 50 of 209

Basis for the claim:   **Domian and Branding Services**

Date or dates debt was incurred   **10/1/2012**

Is the claim subject to offset?

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Black Hole**
**P.O. Box 7042**
**4800 GA Breda**
**The Netherlands**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ **591.74**

Date or dates debt was incurred   **8/31/2012**

Is the claim subject to offset?

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Black River at Sound Stage, LLC**
**12 Music Circle South**
**Nashville, TN 37203**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Studio Session Fees**

$ **1,500.00**

Date or dates debt was incurred   **2/26/2013**

Is the claim subject to offset?

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Blood on the Dance Floor**

**Phoenix, AZ**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

$ **10.00**

Date or dates debt was incurred   **9/30/2013**

Is the claim subject to offset?

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$ **0.00**

---

**Blueback Global**
**21710 Stevens Creek Blvd., Suite 225,**
**Cupertino, CA 95014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     **Noticing Purposes Only**

Date or dates debt was incurred     **3/2/2015**          Is the claim subject to offset?

Last 4 digits of account number                           ■ No
                                                          ☐ Yes

---

| 3.4 9 | Nonpriority creditor's name and mailing address | | $ | **1,000,000.00** |

**BMI (Publishing)**
**10 Music Square East**
**Nashville, TN 37203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred     **10/1/2012**         Is the claim subject to offset?

Last 4 digits of account number                           ■ No
                                                          ☐ Yes

---

| 3.5 0 | Nonpriority creditor's name and mailing address | | $ | **140.00** |

**Bob Weir**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     **Contact information not known**

Date or dates debt was incurred     **1/31/2015**         Is the claim subject to offset?

Last 4 digits of account number                           ■ No
                                                          ☐ Yes

---

| 3.5 1 | Nonpriority creditor's name and mailing address | | $ | **20.00** |

**Boss in Drama**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     **Contact information not known**

Date or dates debt was incurred     **3/31/2013**         Is the claim subject to offset?

Last 4 digits of account number                           ■ No
                                                          ☐ Yes

---

| 3.5 2 | Nonpriority creditor's name and mailing address | | $ **20.00** |
|---|---|---|---|

**Brandon Christison**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred   **4/1/2014**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.5 3 | Nonpriority creditor's name and mailing address | | $ **30.00** |
|---|---|---|---|

**Brendan Benson**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred   **12/31/2012**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.5 4 | Nonpriority creditor's name and mailing address | | $ **5,000.00** |
|---|---|---|---|

**CA Dragon Boat**
**268 Bush Street #888**
**San Francisco, CA 94103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **8/17/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.5 5 | Nonpriority creditor's name and mailing address | | $ **139.42** |
|---|---|---|---|

**cadiz**
**2 Greenwich Quay**
**London SE8 3EY**
**United Kingdom**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 53 of 209

Date or dates debt was incurred __7/1/2014__

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.5 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ __20.00__ |

**Camryn**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    __Contact information not known__

Date or dates debt was incurred __3/31/2013__

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.5 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ __5,498.78__ |

**Canteen Refreshment**
**File # 50196**
**Los Angeles, CA 90074-0196**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    __Office Snacks and Refreshments__

Date or dates debt was incurred __8/1/2014__

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.5 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ __2,000.00__ |

**Canteen Refreshment**
**File # 50196**
**Los Angeles, CA 90074-0196**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    __Office Snacks and Refreshments__

Date or dates debt was incurred __8/1/2014__

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.5 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ __10.00__ |

**Carlos Careqa**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

Date or dates debt was incurred   **9/30/2013**        Is the claim subject to offset?

                                                      ■ No
Last 4 digits of account number                       ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **3,000.00** |
|---|---|---|---|

**Carrillo & Asociados**
**Diagonal 6, 10-01 zona 10 Centro Gerenci**
**Las Margaritas Torre II Nivel 7**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **10/15/2013**      Is the claim subject to offset?

                                                      ■ No
Last 4 digits of account number                       ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **293.19** |
|---|---|---|---|

**Casete Upload SA de CV**
**Celaya 20 C. Col. Hipodromo CP. 06100**
**Del Cuahutemoc 6100**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **6/21/2013**       Is the claim subject to offset?

                                                      ■ No
Last 4 digits of account number                       ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **3,269.64** |
|---|---|---|---|

**Catapult**
**PO Box 2089**
**Frisco, TX 75034**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **5/31/2013**       Is the claim subject to offset?

                                                      ■ No
Last 4 digits of account number                       ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **70,490.78** |
|---|---|---|---|

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 55 of
                                    209

**CD Baby**
**13909 NE Airport Way**
**Portland, OR 97230**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred **9/30/2012**

Is the claim subject to offset?

Last 4 digits of account number _____

- [x] No
- [ ] Yes

---

| 3.6 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,107.79** |

**CDW**
**PO Box 75723**
**Chicago, IL 60675**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Computer/Equipment Purchase**

Date or dates debt was incurred **9/10/2012**

Is the claim subject to offset?

Last 4 digits of account number _____

- [x] No
- [ ] Yes

---

| 3.6 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **10.00** |

**Cecilia Bernardes**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **4/1/2014**

Is the claim subject to offset?

Last 4 digits of account number _____

- [x] No
- [ ] Yes

---

| 3.6 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **80.00** |

**Cee Lo**
**3645 Marketplace Blvd Suite 130-318**
**East Point, GA 30344**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred **6/30/2013**

Is the claim subject to offset?

Last 4 digits of account number _____

- [x] No
- [ ] Yes

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 56 of 209

| 3.6 7 | **Nonpriority creditor's name and mailing address**<br>**Chambers Art & Desi**<br>**1960 Mandela Parkway Unit 3**<br>**Oakland, CA 94607** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |

**Basis for the claim:**    **Noticing Purposes Only**

Date or dates debt was incurred    **9/22/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No<br>☐ Yes

---

| 3.6 8 | **Nonpriority creditor's name and mailing address**<br>**Chef Software Inc.**<br>**619 Western Ave**<br>**Suite 400**<br>**Seattle, CA 98104** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **9,600.00** |

**Basis for the claim:**    **Software**

Date or dates debt was incurred    **5/19/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No<br>☐ Yes

---

| 3.6 9 | **Nonpriority creditor's name and mailing address**<br>**China Basin Ballpark Company LLC**<br>**24 Willie Mays Plaza**<br>**San Francisco, CA 94107** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **125,000.00** |

**Basis for the claim:**

Date or dates debt was incurred    **4/14/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No<br>☐ Yes

---

| 3.7 0 | **Nonpriority creditor's name and mailing address**<br>**Chriscom**<br>**PO Box 61627**<br>**Sunnyvale, CA 94088-1627** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **1,640.89** |

**Basis for the claim:**    **Cable/Wire Installation Services**

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 57 of 209

Date or dates debt was incurred  **10/11/2012**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.7 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Norman**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contact information not known**

$  **10.00**

Date or dates debt was incurred  **8/1/2014**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.7 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chromeo**
**Tribeca Business Mgmt LLC Chromeo**
**Record**
**New York, NY 10170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contact information not known**

$  **10.00**

Date or dates debt was incurred  **12/31/2012**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.7 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cimoroni & Company**
**124 Merton Street Suite 404**
**Toronto, Ontario M4S 2Z2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$  **10,791.22**

Date or dates debt was incurred  **8/1/2015**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.7 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cine**

**Sao Paulo**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **30.00**

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 58 of
209

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **7/15/2013**      Is the claim subject to offset?

☑ No

Last 4 digits of account number      ☐ Yes

---

| 3.7 5 | Nonpriority creditor's name and mailing address | | $ | 272.21 |

**Cinq Music Group**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **10/31/2014**      Is the claim subject to offset?

☑ No

Last 4 digits of account number      ☐ Yes

---

| 3.7 6 | Nonpriority creditor's name and mailing address | | $ | 268.08 |

**cobalt**
**296 Messoghion Ave**
**15562 Cholargos**
**Athens, Greece**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **7/31/2014**      Is the claim subject to offset?

☑ No

Last 4 digits of account number      ☐ Yes

---

| 3.7 7 | Nonpriority creditor's name and mailing address | | $ | 50,000.00 |

**CodePath**
**353 King St.**
**#733**
**San Francisco, CA 94158**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **9/2/2015**      Is the claim subject to offset?

☑ No

Last 4 digits of account number      ☐ Yes

---

| 3.7 8 | Nonpriority creditor's name and mailing address | | $ | 29.83 |

As of the petition filing date, the claim is:

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 59 of 209

**Cold Busted Record Company**
**325 W 8th Ste 301**
**Los Angeles, CA 90014**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:      **Contact information not known**

Date or dates debt was incurred      **8/31/2014**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7 9 | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**
**Comcast**
**PO Box 34744**
**Seattle, WA 98124-1744**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:      **Noticing Purposes Only**

Date or dates debt was incurred      **9/24/2012**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.8 0 | | | $ | **5,400.00** |

**Nonpriority creditor's name and mailing address**
**COMPAS Technology**
**DEPT 35120**
**P.O. BOX 39000**
**San Francisco, CA 94139**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred      **11/1/2014**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.8 1 | | | $ | **1,697.63** |

**Nonpriority creditor's name and mailing address**
**Concur**
**888 Brannan St #100**
**San Francisco, CA 94103**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred      **10/30/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 60 of
209

| 3.8 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **60,000.00** |

**Nonpriority creditor's name and mailing address**
**Consolidated Independent Ltd.**
**Russell Bedford House**
**City Forum**
**London EC1V 2QQ**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **9/1/2014**

Last 4 digits of account number    _____

Is the claim subject to offset?
■ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Corporate Tax Incentives**
**10860 Gold Center Drive, Suite 225**
**Rancho Cordova, CA 95670**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Payroll tax credit**

Date or dates debt was incurred    **5/31/2014**

Last 4 digits of account number    _____

Is the claim subject to offset?
■ No
☐ Yes

$ **24,367.14**

(3.8 3)

---

**Nonpriority creditor's name and mailing address**
**Corporation Services Company**
**PO Box 13397**
**Philadelphia, PA 19101-3397**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Corporate Services**

Date or dates debt was incurred    **11/1/2014**

Last 4 digits of account number    _____

Is the claim subject to offset?
■ No
☐ Yes

$ **150.30**

(3.8 4)

---

**Nonpriority creditor's name and mailing address**
**Cravath, Swaine & Moore LLP**
**Worldwide Plaza**
**825 Eighth Avenue**
**New York, NY 10019**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Legal Services**

$ **143,235.99**

(3.8 5)

Date or dates debt was incurred    **7/6/2015 -10/30/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8 6 | Nonpriority creditor's name and mailing address | | $ **30.00** |

**Creation Road Radio Show**
**106 Jackie Howe Cr**
**Macarthur**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **9/30/2013**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8 7 | Nonpriority creditor's name and mailing address | | $ **97.83** |

**CroCo-Deal**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **10/31/2014**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8 8 | Nonpriority creditor's name and mailing address | | $ **1,341.52** |

**CSC**
**PO Box 13397**
**Philadelphia, PA 19101-3397**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **3/26/2013**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8 9 | Nonpriority creditor's name and mailing address | | $ **1,434,942.23** |

As of the petition filing date, the claim is:

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 62 of 209

**CSI (Publishing)**
**56 Wellesley Street West**
**Suite 320**
**Toronto, Ontario, Canada M5S 2S3**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **10/1/2012**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.90 | | | | $ **77,014.25** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CTI**
**10860 Gold Center Drive, Suite 225**
**Rancho Cordova, CA 95670**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **7/31/2014**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.91 | | | | $ **42,753.30** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cybersource**
**PO Box 742842**
**Los Angeles, CA 90074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card Authorization Fees**

Date or dates debt was incurred **8/31/2014**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.92 | | | | $ **14,641.68** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CyberSource Corporation**
**PO Box 742842**
**Los Angeles, CA 90074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card Authorization Services**

Date or dates debt was incurred **5/13/2013**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 63 of 209

| | | | |
|---|---|---|---|

**3.9 3**

**Nonpriority creditor's name and mailing address**
**Dan Carlevaro**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:** **Noticing Purposes Only**

Date or dates debt was incurred **1/27/2014**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.9 4**

**Nonpriority creditor's name and mailing address**
**Dan Mangan**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **50.00**

**Basis for the claim:** **Contact information not known**

Date or dates debt was incurred **3/31/2013**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.9 5**

**Nonpriority creditor's name and mailing address**
**Dani Gurgel**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **10.00**

**Basis for the claim:** **Contact information not known**

Date or dates debt was incurred **4/24/2014**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.9 6**

**Nonpriority creditor's name and mailing address**
**Daniella Alcarpe**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **10.00**

**Basis for the claim:** **Contact information not known**

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 64 of 209

| | |
|---|---|
| Date or dates debt was incurred **4/1/2014** | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.97** | Nonpriority creditor's name and mailing address
**Dannemann Siemsen Bigler & IpanemaMoreir**
Danemann Siemsen Bigler & Ipanema Moreir

As of the petition filing date, the claim is: $ **2,685.74**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred **12/31/2012** | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.98** | Nonpriority creditor's name and mailing address
**Daredo (Rdio Inc.)**
**Augustaanlage 37**
**68165 Mannheim, Germany**

As of the petition filing date, the claim is: $ **550.89**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred **5/31/2012** | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.99** | Nonpriority creditor's name and mailing address
**DashGo (Rdio Inc.)**
**1620 Broadway, Suite C**
**Santa Monica, CA 90404**

As of the petition filing date, the claim is: $ **5,050.38**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred **9/30/2012** | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.100** | Nonpriority creditor's name and mailing address
**Dave Godowsky**

As of the petition filing date, the claim is: $ **10.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 65 of 209

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **12/31/2012**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.1 01 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Deacons**
**5th floor**
**Alexandra House**
**Central**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **12,370.31**

Date or dates debt was incurred **5/23/2012**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.1 02 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Deaf Services of Palo Alto, Inc**
**PO Box 60651**
**Palo Alto, CA 94306**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **328.88**

Date or dates debt was incurred **3/11/2014**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.1 03 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Deckdisc (Rdio Inc)**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

$ **47.31**

Date or dates debt was incurred **1/1/2012**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.1 04 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$ **15,623.78**

---

**Delaware Secretary of State**
**Division of Corporations**
**PO Box 5509**
**Binghamton, NY 13902-5509**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred **10/1/2012**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **599,647.84** |

**Dell Financial Services**
**Payment Processing Center**
**PO Box 6549**
**Carol Stream, IL 60197-6549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Computer Equipment/Servers Lease**

Date or dates debt was incurred **9/8/2012**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **47.74** |

**digiplug**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

Date or dates debt was incurred **7/1/2014**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **190,889.63** |

**Digital Realty Trust LP**
**Digital 720 2nd LLC**
**P.O. Box 742203**
**Los Angeles, CA 90074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Colocation Services rent**

Date or dates debt was incurred **9/24/2012**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **155.32** |

**Digitalpressure**
901 W. Alameda Ave. Stuie 108
Burbank, CA 91506

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **10/31/2013**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.1 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **20.00** |

**Dirty Ghosts**
33 Harriet St, Apt 6
San Francisco, CA 94103

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

Date or dates debt was incurred **3/31/2013**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.1 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **284.60** |

**Disquepasseport**
2134, Rachel est
Montr al, Qu bec
CANADA, H2H 1P9

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **1/31/2013**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.1 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **19,353.44** |

**DistroKid**
3930 24th St, Room 16
San Francisco, CA 94114

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 68 of 209

Date or dates debt was incurred **3/31/2014**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 12 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Divergent Language Solutions, LLC**
**1300 Page Street**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **939.54**

Date or dates debt was incurred **6/5/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 13 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**DLA Piper LLP**
**Suite 6000, 1 First Canadian Place**
**PO Box 367, 100 King St W**
**Toronto ON M5X 1E2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

$ **3,453.24**

Date or dates debt was incurred **12/31/2014**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 14 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Do512, LLC**
**2208 S. Lamar**
**Suite C-1**
**Austin, TX 78704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **3,500.00**

Date or dates debt was incurred **3/9/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 15 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**DP 1550 Bryant LLC**
**PO Box 31001-2139**
**Pasadena, CA 91110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **111,549.15**

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 69 of
209

Basis for the claim:    **Rent**

Date or dates debt was incurred    **3/27/2014**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.1 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,347.00** |
|---|---|---|---|

**Dr.Shlomo Cohen & Co**
**B.S.R Tower 3**
**5 Kineret Street**
**Bnel Brak    00512-6237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **5/20/2015**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.1 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **10.00** |
|---|---|---|---|

**Dreddro**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **1/31/2015**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.1 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **74,328.90** |
|---|---|---|---|

**Duncan/Channon, Inc.**
**114 Sansome St.**
**14th Floor**
**San Francisco, CA 94104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **6/3/2015**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.1 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 70 of 209

**Dynamic Network Services**
**Dept CH 19875**
**Palatine, IL 60055-9875**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Noticing Purposes Only**

Date or dates debt was incurred    **6/25/2014**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 20 | Nonpriority creditor's name and mailing address | | $ **0.38** |
|---|---|---|---|

**E3 Media**
**Penthouse, Samanyu Residency,**
**Plot No. 8-3-988/34 & 35, Sbh Colony**
**Nr. Satyasai Nigam, Srinagar Colony,**
**Hyd**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **8/31/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 21 | Nonpriority creditor's name and mailing address | | $ **79,777.18** |
|---|---|---|---|

**EdgeCast Networks Inc.**
**2850 Ocean Park Blvd Suite 110**
**Santa Monica, CA 90405**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Streaming services**

Date or dates debt was incurred    **10/1/2012**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 22 | Nonpriority creditor's name and mailing address | | $ **30.00** |
|---|---|---|---|

**Edmonton Block Heater**
**4168 John St.**
**Vancouver**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

---

Date or dates debt was incurred **9/30/2013**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 23 | Nonpriority creditor's name and mailing address **EMI Music Distribution** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **87.94** |

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **9/30/2012**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 24 | Nonpriority creditor's name and mailing address **Emma-Lee** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **10.00** |

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **6/30/2013**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 25 | Nonpriority creditor's name and mailing address **Empire** **375 Potrero Ave. Suite 5** **San Francisco, CA 94103** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **14,964.94** |

Basis for the claim:

Date or dates debt was incurred **9/30/2012**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 26 | Nonpriority creditor's name and mailing address **emuzyka** **UL. ZWYCI?ZC W 18** **03-941 WARSZAWA** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **791.16** |

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 72 of 209

Basis for the claim:

Date or dates debt was incurred **7/1/2014**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 27 | Nonpriority creditor's name and mailing address | | $ **36,422.69** |

**Environics**
33 Bloor Street East, Suite 900
Toronto, Canada M4W 3H1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Communication Services**

Date or dates debt was incurred **12/1/2013**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 28 | Nonpriority creditor's name and mailing address | | $ **3,783.03** |

**EPM (Rdio)**
Wilhelminasingel 127
6221 BJ Maastricht
The Netherlands

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **8/31/2013**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 29 | Nonpriority creditor's name and mailing address | | $ **1,900.00** |

**Estudio Carey Ltda**
Isidora Goyenechea 2800
Piso 43 Las Condes
Santiago, Chile

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Publication**

Date or dates debt was incurred **1/14/2013**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 30 | Nonpriority creditor's name and mailing address | | $ **52,831.88** |

As of the petition filing date, the claim is:

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 73 of 209

**Europlay Capital Advisors, LLC**
**15260 Ventura Blvd. 20th Fl**
**Sherman Oaks, CA 91403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **10/19/2012**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.1 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **960.00** |

**Evernote Corporation**
**305 Walnut St.**
**Redwood City, CA 94063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **8/28/2013**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.1 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **2,228.07** |

**Facebook, Inc**
**1601 Willow Road**
**Menlo Park, CA 98124-8423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **12/3/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.1 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **495,548.90** |

**Facebook.com Ads**
**Facebook Inc.**
**15161 Collections Center Drive**
**Chicago, IL 60693**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **8/31/2012**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 74 of 209

| | | |
|---|---|---|
| **3.1 34** | **Nonpriority creditor's name and mailing address** <br> **Faro Latino** <br> **Cabrera 5321 - Buenos Aires - Argentina** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** |

$ **313.47**

Date or dates debt was incurred   **10/31/2014**    Is the claim subject to offset?

Last 4 digits of account number    ■ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.1 35** | **Nonpriority creditor's name and mailing address** <br> **FDMS** <br> **P.O. BOX 17548** <br> **Denver, CO 80217-7548** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**   **Merchant Services** |

$ **194.75**

Date or dates debt was incurred   **7/14/2015**    Is the claim subject to offset?

Last 4 digits of account number    ■ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.1 36** | **Nonpriority creditor's name and mailing address** <br> **FineTunes (Rdio Inc.)** <br> **Stresemannstra?e 375** <br> **Unit 11** <br> **22761 Hamburg, Germany** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** |

$ **6,680.56**

Date or dates debt was incurred   **3/28/2012**    Is the claim subject to offset?

Last 4 digits of account number    ■ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.1 37** | **Nonpriority creditor's name and mailing address** <br> **Firestarter** <br> **7 Colin Place** <br> **Cashmere** <br> **Brisbane, QLD, 4500** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** |

$ **47.58**

Date or dates debt was incurred **11/30/2013**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 38 |
|---|

**Nonpriority creditor's name and mailing address**

**Flatiron Capital**
PO Box 712195
Denver, CO 80271

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

$ **1,940.05**

Date or dates debt was incurred **10/1/2012**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 39 |
|---|

**Nonpriority creditor's name and mailing address**

**Forcedexposure**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

$ **54.73**

Date or dates debt was incurred **10/31/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 40 |
|---|

**Nonpriority creditor's name and mailing address**

**Fortis Partners**
11999 San Vincente Blvd.
Suite 240
Los Angeles, CA 90049

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **38,000.00**

Date or dates debt was incurred **5/14/2014**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 41 |
|---|

**Nonpriority creditor's name and mailing address**

**Foundation**
140 Bay St
Suite 7S
Jersey City, NJ 07302

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,396.62**

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 76 of 209

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | **8/31/2012** |
| | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **10.00** |
|---|---|---|---|

**Frank Hannon**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Contact information not known**

| | |
|---|---|
| Date or dates debt was incurred | **9/30/2013** |
| | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,438.07** |
|---|---|---|---|

**FreddieRecords**
**5979 South Staples Street**
**Corpus Christi, TX 78413**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | **7/31/2013** |
| | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.78** |
|---|---|---|---|

**Gema Nada Pertiwi (GNP)**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Contact information not known**

| | |
|---|---|
| Date or dates debt was incurred | **1/31/2015** |
| | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **9,094.00** |
|---|---|---|---|

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 77 of 209

**Genga & Associates, PC**
**15260 Ventura Blvd., Ste 1810**
**Sherman Oaks, CA 91403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Date or dates debt was incurred **9/30/2012**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 46 | | | | $ **4,950.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Global App Testing**
**37 Camden High Street**
**London**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **2/1/2015**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 47 | | | | $ **124.27** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Golden Dynamic**
**Units 1809-1815, 18/F,**
**Millennium City 2, 378 Kwun Tong Road**
**Kwun Tong, Kowloon, Hong Kong**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **12/31/2014**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 48 | | | | $ **5,183.30** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**good to go**
**good to go GmbH**
**Mathias-Br%u00FCggen-Str. 85**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **9/30/2012**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 78 of
209

| | | |
|---|---|---|
| **3.1 49** | | $ **5,952.52** |

**Nonpriority creditor's name and mailing address**
**Gourmet Catering Bay Area**
**2200 Jerrold Street, Unit Z**
**San Francisco, CA 94124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **2/19/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1 50** | | $ **2.63** |

**Nonpriority creditor's name and mailing address**
**Goyal Music (Rdio, Inc.)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **4/30/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1 51** | | $ **41,871.74** |

**Nonpriority creditor's name and mailing address**
**Greenberg Traurig**
**3290 Northside Parkway, Suite 400**
**Atlanta, GA 30327**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Legal Fees**

Date or dates debt was incurred    **9/30/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1 52** | | $ **9,331.79** |

**Nonpriority creditor's name and mailing address**
**GreenbergTraurig**
**3333 Piedmont Road, NE, Suite 2500**
**Atlanta, GA 30305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Legal Fees**

Date or dates debt was incurred   **12/4/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 53 | Nonpriority creditor's name and mailing address | | $ | 30,950.00 |

**3.1 53**

Nonpriority creditor's name and mailing address

**Greencopper Publishing, Inc**
**1001 rue Lenoir, suite B252**
**Montreal H4C 2Z6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$   **30,950.00**

Date or dates debt was incurred   **3/9/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

**3.1 54**

Nonpriority creditor's name and mailing address

**Greg  Thomas**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

$   **10.00**

Date or dates debt was incurred   **9/30/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

**3.1 55**

Nonpriority creditor's name and mailing address

**Hackbright Academy**
**PO Box 7775 #97529**
**San Francisco, CA 94120-7775**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$   **21,000.00**

Date or dates debt was incurred   **11/11/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

**3.1 56**

Nonpriority creditor's name and mailing address

**Harmada**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **20.00**

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 80 of
209

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **3/31/2013**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 57 | Nonpriority creditor's name and mailing address | | $ **40.00** |

**Hedley**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **9/30/2013**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 58 | Nonpriority creditor's name and mailing address | | $ **426.85** |

**Hillsong Music Australia**
**1-5 Solent Circuit**
**Baulkham Hills**
**NSW 2153, Australia**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **10/31/2014**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 59 | Nonpriority creditor's name and mailing address | | $ **7,500.00** |

**Hits Magazine, Inc.**
**4220 Lankershim Blvd**
**3rd Floor**
**North Hollywood, CA 91602**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **8/1/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 60 | Nonpriority creditor's name and mailing address | | $ **5,499.00** |

As of the petition filing date, the claim is:

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 81 of 209

**Hoefler & Frere-Jones**
**611 Broadway, Room 725**
**New York, NY 10012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product Web Fund Usage**

Date or dates debt was incurred  **5/16/2013**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 61 | Nonpriority creditor's name and mailing address **Horrorshow** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **10.00** |

Basis for the claim:  **Contact information not known**

Date or dates debt was incurred  **9/30/2013**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 62 | Nonpriority creditor's name and mailing address **House of Scandanavia** **Jagtgaardsvej 4, DK-3660** **Stenoise, Denmark** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **74.71** |

Basis for the claim:

Date or dates debt was incurred  **6/30/2013**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 63 | Nonpriority creditor's name and mailing address **imusica (inc)** **Av Almirante Barroso, 72** **13o Andar, Rio** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **133.32** |

Basis for the claim:

Date or dates debt was incurred  **10/31/2012**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 82 of 209

**3.1 64**

**Nonpriority creditor's name and mailing address**
**Independent Digital**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.02**

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred   **3/31/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.1 65**

**Nonpriority creditor's name and mailing address**
**Independent Online Distribution Alliance**
**539 Bryant St. #303**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **4.20**

Basis for the claim:

Date or dates debt was incurred   **9/30/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.1 66**

**Nonpriority creditor's name and mailing address**
**independentdigital**
**Dobra 28 street, 00-344 Warsaw, Poland**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **380.97**

Basis for the claim:

Date or dates debt was incurred   **7/1/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.1 67**

**Nonpriority creditor's name and mailing address**
**Intervision Systems Technologies, Inc.**
**2250 Walsh Avenue**
**Santa Clara, CA 95050-2514**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **130,908.27**

Basis for the claim:

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 83 of 209

Date or dates debt was incurred     **9/7/2012**

Last 4 digits of account number     _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1<br>68 | **Nonpriority creditor's name and mailing address**<br>**Isolation network, Inc**<br>**55 Francisco Street Suite 710**<br>**San Francisco, CA 94133** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **130,087.46** |

Date or dates debt was incurred     **9/30/2012**

Last 4 digits of account number     _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1<br>69 | **Nonpriority creditor's name and mailing address**<br>**Jars of Clay** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Contact information not known** | $ **30.00** |

Date or dates debt was incurred     **3/31/2013**

Last 4 digits of account number     _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1<br>70 | **Nonpriority creditor's name and mailing address**<br>**Jim James** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Contact information not known** | $ **10.00** |

Date or dates debt was incurred     **3/31/2013**

Last 4 digits of account number     _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1<br>71 | **Nonpriority creditor's name and mailing address**<br>**Jumbo**<br><br>**Monterrey** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **50.00** |

Case: 15-31430     Doc# 123     Filed: 12/11/15     Entered: 12/11/15 18:00:14     Page 84 of
209

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **9/30/2013**      Is the claim subject to offset?

     ■ No

Last 4 digits of account number      ☐ Yes

---

**3.1 72**

Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ **47.81**

**JYP Entertainment**      *Check all that apply.*
**JYP Center 3F, 125-14, Cheongdam-dong**      ☐ Contingent
**Gangnam-Gu, Seoul, Korea**      ☐ Unliquidated

     ☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **7/1/2015**      Is the claim subject to offset?

     ■ No

Last 4 digits of account number      ☐ Yes

---

**3.1 73**

Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ **240,000.00**

**Kahuna, Inc.**      *Check all that apply.*
**555 Bryant Street,**      ☐ Contingent
**Suite 322**      ☐ Unliquidated
**Palo Alto, CA 94301-1704**      ☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **1/1/2015**      Is the claim subject to offset?

     ■ No

Last 4 digits of account number      ☐ Yes

---

**3.1 74**

Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ **0.00**

**Kaiser Health Insurance**      *Check all that apply.*
**Kaiser Foundation Health Plan**      ☐ Contingent
**File 5915**      ☐ Unliquidated
**Los Angeles, CA, CA 90074-5915**      ☐ Disputed

Basis for the claim:    **Noticing Purposes Only**

Date or dates debt was incurred    **9/24/2012**      Is the claim subject to offset?

     ■ No

Last 4 digits of account number      ☐ Yes

---

**3.1 75**

Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ **28.61**

**kdigitalmedia**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **7/31/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **3,756.00** |

**Kellman & Kleiman**
**12100 Wilshire Blvd., Suite 1100**
**Los Angeles, CA 90025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **9/30/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **230.70** |

**Kompakt**
**Werderstrasse 15-19**
**D-50672**
**Cologne, Germany**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **8/1/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **10.00** |

**Krissy Krissy**

**Brooklyn, NY**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **9/30/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 86 of
209

| 3.1 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,003.04** |
|---|---|---|---|

**La Cupula (Inc)**
**UDG Science Park, Narcis Monturiol**
**Bldg**
**Block P1-B, emili Grahit 91**
**17003 Girona Spain**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred **6/30/2013**

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **536.16** |
|---|---|---|---|

**Les Disques Passeport**
**2134 rue Rachel est**
**Montreal H2H1P9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred **11/1/2015**

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **12,262.44** |
|---|---|---|---|

**Lewitt, Hackman, Shapiro Marshall...(Rdi**
**Eleventh Floor**
**16633 Ventura Blvd.**
**Encino, CA 91436-1865**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred **9/30/2012**

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **76,314.62** |
|---|---|---|---|

**Libertad**
**1-23-8 #801 Minami-Aoyama, Minato-ku**
**Tok**
**Japan**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred **5/28/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 83 | Nonpriority creditor's name and mailing address **Libertad** 1-23-8 #801 Minami-Aoyama, Minato-ku Tok Japan | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: | $ **40,000.00** |

Date or dates debt was incurred **5/28/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 84 | Nonpriority creditor's name and mailing address **Linkshare Corp. (Rakuten Marketing LLC)** **215 Park Ave South, 8th Floor** **New York, NY 10003** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Commissions** | $ **4,303.95** |

Date or dates debt was incurred **9/30/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 85 | Nonpriority creditor's name and mailing address **Lionbridge Technologies** **PO Box 347579** **Pittsburgh, PA 15251-4579** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Localization of maintenance** | $ **18,672.75** |

Date or dates debt was incurred **9/12/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 86 | Nonpriority creditor's name and mailing address **Los Bunkers** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **50.00** |

Basis for the claim:   **Contact information not known**

Date or dates debt was incurred   **7/15/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 87 | Nonpriority creditor's name and mailing address | | $ | **11,502.34** |

**Loudr - re:discover, Inc.**
**4002 26th St**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **10/31/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 88 | Nonpriority creditor's name and mailing address | | $ | **10.00** |

**Louis Hoxter**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

Date or dates debt was incurred   **4/24/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 89 | Nonpriority creditor's name and mailing address | | $ | **33.18** |

**Love Da Group CompanyLtd**
**Flat A, 14/F, chiap King Industrial Bldg**
**714 Prince Edward Road East**
**San Po Kong, Kowloon, Hong Kong**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **9/30/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 90 | Nonpriority creditor's name and mailing address | | $ | **10.00** |

As of the petition filing date, the claim is:

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 89 of
209

**Luciana**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **8/1/2014**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 91 | Nonpriority creditor's name and mailing address **Lulina** | | As of the petition filing date, the claim is: | $ **20.00** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **9/30/2013**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 92 | Nonpriority creditor's name and mailing address **Luma Optics** **125 S. Main Street** **Suite 108** **Sebastopol, CA 95472** | | As of the petition filing date, the claim is: | $ **3,283.16** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **8/6/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 93 | Nonpriority creditor's name and mailing address **Lvlstudio** **1102-4200 St-Laurent Blvd** **Montreal H2W 2R2** | | As of the petition filing date, the claim is: | $ **84,587.53** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **11/19/2014**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 90 of 209

| | | |
|---|---|---|
| **3.1 94** | **Nonpriority creditor's name and mailing address**<br>**Lykke Li** | $ **10.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

Date or dates debt was incurred   **8/1/2014**

Is the claim subject to offset?

Last 4 digits of account number   _____

■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1 95** | **Nonpriority creditor's name and mailing address**<br>**Magnum PR (Aus)**<br>**Level 2, 72 Campbell Street**<br>**Surry Hills NSW 2010** | $ **8,850.39** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **9/25/2014**

Is the claim subject to offset?

Last 4 digits of account number   _____

■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1 96** | **Nonpriority creditor's name and mailing address**<br>**ManualMusic**<br>**Lauriedonk 80, 3206 BZ**<br>**Spijkenisse**<br>**The Netherlands** | $ **103.59** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **7/31/2013**

Is the claim subject to offset?

Last 4 digits of account number   _____

■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1 97** | **Nonpriority creditor's name and mailing address**<br>**Mapa Records** | $ **17.95** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 91 of 209

| | |
|---|---|
| Date or dates debt was incurred | **1/31/2015** |
| Last 4 digits of account number | |

Is the claim subject to offset?

■ No
☐ Yes

---

**3.198** Nonpriority creditor's name and mailing address
**Marchais**
**4 avenue Hoche**
**Paris 75008**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **1,078.36**

| | |
|---|---|
| Date or dates debt was incurred | **5/1/2015** |
| Last 4 digits of account number | |

Is the claim subject to offset?

■ No
☐ Yes

---

**3.199** Nonpriority creditor's name and mailing address
**Mark Rae**
**72c wrentham ave**
**London**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contact information not known**

$ **10.00**

| | |
|---|---|
| Date or dates debt was incurred | **9/30/2013** |
| Last 4 digits of account number | |

Is the claim subject to offset?

■ No
☐ Yes

---

**3.200** Nonpriority creditor's name and mailing address
**Matt York**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contact information not known**

$ **10.00**

| | |
|---|---|
| Date or dates debt was incurred | **1/31/2015** |
| Last 4 digits of account number | |

Is the claim subject to offset?

■ No
☐ Yes

---

**3.201** Nonpriority creditor's name and mailing address
**Mazzika**
**44 Shooting Club St.**
**Dokki**
**Giza, Egypt**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3.46**

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 92 of 209

Basis for the claim:

Date or dates debt was incurred  **7/1/2015**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.2 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **684.90** |
|---|---|---|---|

**Mbox**
**BSR Tower, 1 2 Ben Gurion Rd**
**Ramat Gan, Israel**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  **10/31/2014**

Is the claim subject to offset?

☐True No

☐ Yes

Last 4 digits of account number

---

| 3.2 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **7,175.94** |
|---|---|---|---|

**Media Arts Lawyers Pty Ltd**
**633 Queensberry St**
**North Melbourne Vic 3051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Date or dates debt was incurred  **9/10/2012**

Is the claim subject to offset?

☐True No

☐ Yes

Last 4 digits of account number

---

| 3.2 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **8,048.16** |
|---|---|---|---|

**Memory America**
**30025 Alicia Parkway**
**#G 180**
**Laguna Niguel, CA 92677-2090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  **7/2/2015**

Is the claim subject to offset?

☐True No

☐ Yes

Last 4 digits of account number

---

| 3.2 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **271,219.33** |
|---|---|---|---|

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 93 of
209

**Merlin BV**
**Music and Entert Rights Licensing Ind**
**Ne**
**Damrak 277 Kamer 38**
**Amsterdam 1012 ZJ**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **8/31/2012**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.2 06 | Nonpriority creditor's name and mailing address | | | $ 6,852.60 |
|---|---|---|---|---|

**Merrill Communications LLC**
**601 Second Avenue South**
**Minneapolis, MN 55402**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **7/22/2015**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.2 07 | Nonpriority creditor's name and mailing address | | | $ 10.00 |
|---|---|---|---|---|

**Meshell Ndegeocello**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

Date or dates debt was incurred   **10/31/2014**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.2 08 | Nonpriority creditor's name and mailing address | | | $ 1,893.27 |
|---|---|---|---|---|

**MGM Distribution Pty Ltd**
**Suite 18 Level 15,**
**327 Pitt Street**
**Sydney NSW 2000**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 94 of
209

Date or dates debt was incurred **9/30/2012**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 09 | Nonpriority creditor's name and mailing address | | $ **4,106.32** |

**Minister of Revenue of Quebec**
**150 Rue St Catherine West**
**Quebec H5B1E4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Sales Tax**

Date or dates debt was incurred **9/30/2012**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 10 | Nonpriority creditor's name and mailing address | | $ **104.45** |

**Mkmusic**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **10/1/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 11 | Nonpriority creditor's name and mailing address | | $ **72.80** |

**MN2S**
**4-7 Vineyard**
**Bourough**
**London, SE1 1QL**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **7/31/2013**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 12 | Nonpriority creditor's name and mailing address | | $ **10.00** |

**MNDR**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 95 of
209

Basis for the claim: **Contact information not known**

Date or dates debt was incurred   **4/1/2014**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

| 3.2 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1.98** |
|---|---|---|---|

**Mobile 1 Music**
**BSR 1 Tower Ramat Gan 52573**
**Israel**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

Date or dates debt was incurred   **2/28/2015**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

| 3.2 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,168.65** |
|---|---|---|---|

**Modulor Sarl**
**128 rue des Couronnes**
**75020, Paris, France**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **11/30/2014**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

| 3.2 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **27.51** |
|---|---|---|---|

**monkeywrench**
**c/o Flood, Bumstead, McCready and**
**McCart**
**PO Box 340020**
**Nashville, TN 37203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **7/1/2014**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

| 3.2 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **40,106.69** |
|---|---|---|---|

**Morrison & Foerster LLP**
**250 W 55th St**
**New York, NY 10019-9601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Date or dates debt was incurred **11/11/2014**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.2 17 | Nonpriority creditor's name and mailing address **Mosaic NetworX LLC** **Dept LA 24111** **Pasadena, CA 91185** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **229,578.90** |
|---|---|---|---|

Basis for the claim: **Data Mining Services**

Date or dates debt was incurred **9/24/2012**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.2 18 | Nonpriority creditor's name and mailing address **Mother Mother Music, Inc** **1250 Homer St. Suite 505** **Vancouver V6B1C6** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **10.00** |
|---|---|---|---|

Basis for the claim:

Date or dates debt was incurred **6/30/2013**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.2 19 | Nonpriority creditor's name and mailing address **MRI (Publishing)** **21122 Erwin Street** **Woodland Hills, CA 91367** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **66,731.15** |
|---|---|---|---|

Basis for the claim:

Date or dates debt was incurred **10/1/2012**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 97 of
209

| 3.2 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Music KickUp**
**Pohjolankatu 2**
**00610 Helsinki Finland**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **356.95**

Date or dates debt was incurred **12/31/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Music Reports, Inc.**
**21122 Erwin Street**
**Woodland Hills, CA 91367**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **339,235.63**

Date or dates debt was incurred **9/15/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Musikator**
**Jln. Cipete Raya No. 2D**
**Jakarta 12410 Indonesia**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **5.38**

Date or dates debt was incurred **10/1/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Muzak LLC**
**1703 West 5th Street**
**Suite 600**
**Austin, TX 78703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **85.09**

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 98 of 209

| Date or dates debt was incurred | **9/24/2012** | Is the claim subject to offset? |
|---|---|---|

☐ No

☐ Yes

Last 4 digits of account number

---

| 3.2 24 | | | | $ | **11,181.60** |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nagadatta and Doyle Ltd.**
**18/4 Soi Amnuay Wat, Suthisarn Road,**
**Kwang Samsen-nok,Khet Huay Kwang**
**Bangkok 10310**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | **4/1/2015** | Is the claim subject to offset? |
|---|---|---|

☐ No

☐ Yes

Last 4 digits of account number

---

| 3.2 25 | | | | $ | **100,000.02** |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**National Public Media**
**PO Box 414406**
**Boston, MA 02241-4406**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | **7/1/2013** | Is the claim subject to offset? |
|---|---|---|

☐ No

☐ Yes

Last 4 digits of account number

---

| 3.2 26 | | | | $ | **50,575.00** |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**National Public Radio**
**P.O Box 79540**
**Baltimore, MD 21279-0540**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | **6/1/2015** | Is the claim subject to offset? |
|---|---|---|

☐ No

☐ Yes

Last 4 digits of account number

---

| 3.2 27 | | | | $ | **19,800.00** |
|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**New Relic, Inc**
**New Relic, Inc.**
**188 Spear Street**
**San Francisco, CA 94105**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fees for Mobile Enterprise**

| | |
|---|---|
| Date or dates debt was incurred   **3/31/2013** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.2 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **20.00** |
|---|---|---|---|

**Nichol Robertson**

**Toronto**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

| | |
|---|---|
| Date or dates debt was incurred   **9/30/2013** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.2 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,127.50** |
|---|---|---|---|

**Nigro Karlin Segal Feldstein & Bolno**
**10960 Wilshire Blvd.,**
**5th Floor**
**Los Angeles, CA 90024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred   **1/1/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.2 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**NSP LLC**
**3415 Strongs Drive**
**Los Angeles, CA 90292**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Noticing Purposes Only**

| | |
|---|---|
| Date or dates debt was incurred   **7/14/2014** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.2 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **404,918.25** |
|---|---|---|---|

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 100
of 209

**nventive inc.**
**215 St-Jacques**
**Suite 500**
**Montreal H2Y 1M6**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Technology**

Date or dates debt was incurred    **9/24/2014**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.2 32 | | | $ | **10.00** |

**Nonpriority creditor's name and mailing address**
**Of Montreal**
**3600 Saint Marys Rd**
**Hillsborough, NC 27278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **9/30/2013**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.2 33 | | | $ | **123.91** |

**Nonpriority creditor's name and mailing address**
**OI Musica**
**Av Almirante Barroso, 72**
**13o Andar, Rio**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **1/1/2012**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.2 34 | | | $ | **29.74** |

**Nonpriority creditor's name and mailing address**
**One Stop Music**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **2/28/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 101
of 209

| 3.2 35 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**OneZeroOne (Rdio Inc.)**
**2375 East Camelback Rd, 6th floor**
**Phoenix, AZ 85016**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$   **3,697.69**

Date or dates debt was incurred   **8/31/2012**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.2 36 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Operative Media Inc**
**6 East 32nd St Flr 2**
**New York, NY 10016**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Ad trafficking**

$   **14,220.00**

Date or dates debt was incurred   **5/15/2014**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.2 37 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Orchard**
**23 E. 4th Street**
**3rd Floor**
**New York, NY 10003**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$   **33,750.00**

Date or dates debt was incurred   **7/31/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.2 38 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Orchard Enterprises, Inc.**
**PO Box 10251**
**Uniondale, NY 11555-0251**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$   **493,945.89**

| | |
|---|---|
| Date or dates debt was incurred **9/30/2012** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.2 39 | | | $ **137.23** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Oseao**
**Oseao Media Group, LLC**
**1402 E Pike St**
**Seattle, WA 98122**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

| | |
|---|---|
| Date or dates debt was incurred **5/31/2011** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.2 40 | | | $ **160.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paty Cantu**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

| | |
|---|---|
| Date or dates debt was incurred **7/15/2013** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.2 41 | | | $ **0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**PG&E**
**Box 997300**
**Sacramento, CA 95899**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Noticing Purposes Only**

| | |
|---|---|
| Date or dates debt was incurred **5/13/2014** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.2 42 | | | $ **2,300.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pineda Bocanegra**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 103 of 209

Basis for the claim:

Date or dates debt was incurred    **11/1/2013**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.2 43 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pink Martini**
**PO Box 4628**
**Portland, OR 97208**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    **40.00**

Date or dates debt was incurred    **6/30/2013**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.2 44 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pinnacle Solutions**
**426 East New York Street**
**Indianapolis, IN 46202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Services**

$    **5,696.50**

Date or dates debt was incurred    **8/18/2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.2 45 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pitty**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

$    **90.00**

Date or dates debt was incurred    **3/31/2013**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.2 46 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$    **91.75**

---

**Plasmapool**
**Milanweg 10, 72119**
**Ammerbuch, Germany**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  **1/31/2015**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **915.55** |

**PN Agency**
**2 Toronto Street, Suite 202**
**Toronto, Ontario M5C 2B5**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  **6/16/2015**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **168.23** |

**Pollstar**
**4697 W. Jacquelyn Ave**
**Fresno, CA 93722-6413**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  **10/2/2013**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **10.00** |

**Psilicyber**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contact information not known**

Date or dates debt was incurred  **8/1/2014**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| | |
|---|---|
| **3.2 50** | |

**Nonpriority creditor's name and mailing address**

**Pulp-PR LLC**
**P.O. Box 316**
**Lake Hughes, CA 93532**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Public Relations**

$ **41,000.00**

Date or dates debt was incurred    **3/20/2014**

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.2 51** | |

**Nonpriority creditor's name and mailing address**

**QBI LLC**
**21031 Ventura Blvd. 12th floor**
**Woodland Hills, CA 91364**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **3,356.25**

Date or dates debt was incurred    **8/1/2014**

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.2 52** | |

**Nonpriority creditor's name and mailing address**

**Quality/Junk**
**PO Box 965**
**El Cajon, CA 92022**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **2,224.36**

Date or dates debt was incurred    **9/30/2012**

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.2 53** | |

**Nonpriority creditor's name and mailing address**

**Qualtrics, LLC**
**2250 N. University Pkwy**
**48-C**
**Provo, UT 84604**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **10,000.00**

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 106 of 209

| Date or dates debt was incurred | **11/29/2012** | Is the claim subject to offset? | |
| --- | --- | --- | --- |
| | | ■ No | |
| Last 4 digits of account number | | ☐ Yes | |

---

| 3.2 54 | **Nonpriority creditor's name and mailing address** <br> **Questlove** <br> **1 Presidential Blvd, Suite 320** <br> **Bala Cynwyd, PA 19004** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** | $ **40.00** |
| --- | --- | --- | --- |

| Date or dates debt was incurred | **12/31/2012** | Is the claim subject to offset? | |
| --- | --- | --- | --- |
| | | ■ No | |
| Last 4 digits of account number | | ☐ Yes | |

---

| 3.2 55 | **Nonpriority creditor's name and mailing address** <br> **Ra Ra Riot** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Contact information not known** | $ **10.00** |
| --- | --- | --- | --- |

| Date or dates debt was incurred | **3/31/2013** | Is the claim subject to offset? | |
| --- | --- | --- | --- |
| | | ■ No | |
| Last 4 digits of account number | | ☐ Yes | |

---

| 3.2 56 | **Nonpriority creditor's name and mailing address** <br> **Radio Silence** <br> **465 49th Street** <br> **Oakland, CA 94609** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** | $ **23,500.00** |
| --- | --- | --- | --- |

| Date or dates debt was incurred | **4/24/2015** | Is the claim subject to offset? | |
| --- | --- | --- | --- |
| | | ■ No | |
| Last 4 digits of account number | | ☐ Yes | |

---

| 3.2 57 | **Nonpriority creditor's name and mailing address** <br> **Rakuten Marketing** <br> **215 Park Avenue South, 8th Floor** <br> **New York, NY 10003** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ **250.00** |
| --- | --- | --- | --- |

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 107 of 209

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred | **11/30/2015** |

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.2 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **3,783.48** |

**rebeat (Rdio Inc.)**
**Gutenbergstrasse 23**
**3430 Tulln, Austria**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **8/31/2012**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.2 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,282.30** |

**RecordUnion (Rdio Inc.)**
**Hudiksvallsgatan 8**
**113 30 Stockholm, Sweden**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **8/31/2012**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.2 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **10.00** |

**Reg Schwager**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     **Contact information not known**

Date or dates debt was incurred **8/1/2014**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.2 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **10.00** |

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 108
of 209

**Rehan Dalal**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **4/24/2014**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 62 | Nonpriority creditor's name and mailing address **Republic of Music** **73a Middle st. Brighton East Sussex** **BN1 1AL United Kingdom** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **579.52** |

Basis for the claim: _____

Date or dates debt was incurred **5/31/2013**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 63 | Nonpriority creditor's name and mailing address **Revelator, Inc.** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **5.02** |

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **6/1/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 64 | Nonpriority creditor's name and mailing address **Riddell Williams** **1001 4th Ave Suite 4500** **Seattle, WA 98154-1192** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **8,785.00** |

Basis for the claim: _____

Date or dates debt was incurred **10/23/2013**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 65 | Nonpriority creditor's name and mailing address **Ring 2 Communications LLC** **282 2nd street, Suite 200** **San Francisco, CA 94107** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: | $ **513.75** |
|---|---|---|---|

Date or dates debt was incurred **11/30/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 66 | Nonpriority creditor's name and mailing address **Ring2 Communications LLC** **DBA: LoopUp** **282 2nd Street, Suite 200** **San Francisco, CA 94107** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: | $ **2,470.35** |
|---|---|---|---|

Date or dates debt was incurred **9/30/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 67 | Nonpriority creditor's name and mailing address **Roba Music Publishing** **Neue Rabenstrasse 320354** **Hamburg, Germany** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: | $ **887.03** |
|---|---|---|---|

Date or dates debt was incurred **7/31/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 68 | Nonpriority creditor's name and mailing address **Rocket Group** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Contact information not known** | $ **19.60** |
|---|---|---|---|

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 110
of 209

Date or dates debt was incurred **1/31/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.2 69 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rogers & Cowan**
**CMGRP, Inc.**
**PO Box 7247-6593**
**Philadelphia, PA 19170-6593**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **82,314.39**

Date or dates debt was incurred **9/5/2012**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.2 70 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**ROI DNA, Inc.**
**480 2nd St. Ste 302**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **114,000.00**

Date or dates debt was incurred **12/1/2014**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.2 71 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roku, Inc**
**Dept 3118**
**PO Box 123118**
**Dallas, TX 75312-3118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **1,000,000.00**

Date or dates debt was incurred **1/23/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.2 72 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roku, Inc**
**Dept 3118**
**PO Box 123118**
**Dallas, TX 75312-3118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,759,423.00**

---

Case: 15-31430 Doc# 123 Filed: 12/11/15 Entered: 12/11/15 18:00:14 Page 111
of 209

Basis for the claim:

Date or dates debt was incurred **1/23/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **61,281.69** |
|---|---|---|---|

**RouteNote**
**3 W End**
**Redruth TR15 2RZ**
**United Kingdom**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **6/30/2013**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **93,200.00** |
|---|---|---|---|

**Rovi Data Solutions, Inc.**
**PO Box 202624**
**Dallas, TX 75320-2624**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **9/13/2012**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **242,731.00** |
|---|---|---|---|

**RSM US LLP(formerly McGladrey LLP)**
**5155 Paysphere Circle**
**Chicago, IL 60674**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **11/1/2013**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,477.20** |
|---|---|---|---|

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 112 of 209

**Salesforce.com, Inc.**
**PO Box 203141**
**Dallas, TX 75320-3141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **9/2/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.2 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **10.00** |
|---|---|---|---|

**Sampology**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **3/31/2013**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.2 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **22,743.44** |
|---|---|---|---|

**San Francisco Tax Collector**
**P.O Box 7425**
**San Francisco, CA 94120-7425**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **9/27/2012**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.2 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **112,196.00** |
|---|---|---|---|

**San Francisco Tax Collector**
**P.O Box 7425**
**San Francisco, CA 94120-7425**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **9/30/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.2 80 | | | $ | **187,500.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sandro Pugliese**
**84 Front Street**
**#6e**
**New York, NY 11201**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred **6/30/2014**

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.2 81 | | | $ | **15,750.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SAS Institute Inc.**
**PO Box 406922**
**Atlanta, GA 30384-6922**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred **1/1/2015**

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.2 82 | | | $ | **10.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Scissor Sisters, Inc**
**235 Park Ave South, 9th floor**
**New York, NY 10003**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

Date or dates debt was incurred **11/9/2012**

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.2 83 | | | $ | **10.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Scrimshire**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 114
of 209

| | |
|---|---|
| Date or dates debt was incurred   **8/1/2014** | Is the claim subject to offset? |
| Last 4 digits of account number _____ | ■ No<br>☐ Yes |

---

**3.2<br>84**

Nonpriority creditor's name and mailing address
**Sean Hayes**
**519 D St.**
**Petaluma, CA 94952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **20.00**

Basis for the claim:   **Contact information not known**

| | |
|---|---|
| Date or dates debt was incurred   **12/31/2012** | Is the claim subject to offset? |
| Last 4 digits of account number _____ | ■ No<br>☐ Yes |

---

**3.2<br>85**

Nonpriority creditor's name and mailing address
**Seed (Rdio Inc.)**
**109 South 5th Street, #508**
**Brooklyn, NY 11249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **7,925.31**

Basis for the claim:   _____

| | |
|---|---|
| Date or dates debt was incurred   **9/30/2012** | Is the claim subject to offset? |
| Last 4 digits of account number _____ | ■ No<br>☐ Yes |

---

**3.2<br>86**

Nonpriority creditor's name and mailing address
**Select**
**500 Ste-Catherine Street East, 5th Fl.**
**Montreal, Quebec**
**Canada, H2L 2C6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **3,095.37**

Basis for the claim:   _____

| | |
|---|---|
| Date or dates debt was incurred   **4/30/2014** | Is the claim subject to offset? |
| Last 4 digits of account number _____ | ■ No<br>☐ Yes |

---

**3.2<br>87**

Nonpriority creditor's name and mailing address
**SESAC**
**55 Music Square East**
**Nashville, TN 37203-4362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **12,846.78**

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 115 of 209

Basis for the claim:  _____

Date or dates debt was incurred  **3/30/2015**

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.2 88 | | | | $ | **13,412.00** |

**Nonpriority creditor's name and mailing address**
**SESAC**
**PO Box 900013**
**Raleigh, NC 27675-9013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred  **3/30/2015**

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.2 89 | | | | $ | **30.00** |

**Nonpriority creditor's name and mailing address**
**Seu Jorge**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contact information not known**

Date or dates debt was incurred  **3/31/2013**

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.2 90 | | | | $ | **1,463,990.15** |

**Nonpriority creditor's name and mailing address**
**Shazam**
**52 Vanderbilt Ave, 19th Floor**
**New York, NY 10017**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred  **9/30/2015**

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.2 91 | | | | $ | **1,171,118.76** |

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

---

**Shazam Media Services**
**52 Vanderbilt Ave, 19th Floor**
**New York, NY 10017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Advertising**

Date or dates debt was incurred    **4/30/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **172.63** |
|---|---|---|---|

**Shock (Rdio Inc)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **10/31/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Shorty Goldstein's**
**126 Sutter St**
**San Francisco, CA 94104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Noticing Purposes Only**

Date or dates debt was incurred    **11/24/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **805.00** |
|---|---|---|---|

**Siritzky Law, PLLC**
**8300 Greensboro Dr**
**Suite 800**
**McLean, VA 22102-3661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Legal Fees**

Date or dates debt was incurred    **10/30/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 117 of 209

---

| 3.2 95 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SixZeroFour (Rdio Inc.)**
**Unit 362,**
**#101-1001 West Broadway**
**Vancouver, BC V6H 4E4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **2,989.78**

Date or dates debt was incurred   **9/30/2012**

**Is the claim subject to offset?**

Last 4 digits of account number

�False No
☐ Yes

---

| 3.2 96 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Snoop Dogg**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Contact information not known**

$ **70.00**

Date or dates debt was incurred   **12/31/2012**

**Is the claim subject to offset?**

Last 4 digits of account number

☒ No
☐ Yes

---

| 3.2 97 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SOCAN**
**41 Valleybrook Drive**
**Toronto ON M3B 2S6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **92,832.47**

Date or dates debt was incurred   **3/1/2014**

**Is the claim subject to offset?**

Last 4 digits of account number

☒ No
☐ Yes

---

| 3.2 98 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SOCAN (Publishing)**
**41 Valleybrook Drive**
**Toronto ON M3B 2S6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **46,416.24**

Date or dates debt was incurred    **10/1/2012**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.2 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **5.86** |
|---|---|---|---|

**Solution One Holding**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **12/31/2014**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.3 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.16** |
|---|---|---|---|

**SomLivre (Rdio Inc.)**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred    **4/30/2012**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.3 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **147,403.76** |
|---|---|---|---|

**Sony (Royalties)**
**550 Madison Avenue**
**New York, NY 10022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **10/1/2012**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.3 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,599,232.82** |
|---|---|---|---|

**Sony Music Entertainment**
**550 Madison Avenue**
**New York, NY 10022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 119 of 209

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred   **9/30/2012** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.3 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **585.86** |
|---|---|---|---|
| | **soulspazm (Rdio Inc.)** | Check all that apply. | |
| | **Soulspazm, Inc** | ☐ Contingent | |
| | **650 Broadway- 4th Floor** | ☐ Unliquidated | |
| | **New York, NY 10012** | ☐ Disputed | |

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred   **1/1/2012** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.3 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|
| | **SoundExchange** | Check all that apply. | |
| | **733 10th Street, NW 10th Floor** | ☐ Contingent | |
| | **Washington, DC 20001** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim:   **Noticing Purposes Only**

| | |
|---|---|
| Date or dates debt was incurred   **6/30/2014** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.3 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **103,843.00** |
|---|---|---|---|
| | **Soundhound Inc.** | Check all that apply. | |
| | **3979 Freedom Circle** | ☐ Contingent | |
| | **Suite 400** | ☐ Unliquidated | |
| | **Santa Clara, CA 95054** | ☐ Disputed | |

Basis for the claim:   **Campaign Services**

| | |
|---|---|
| Date or dates debt was incurred   **7/31/2013** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.3 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **281.32** |
|---|---|---|---|

**Sprint**
**PO Box 4181**
**Carol Stream, IL 60197-4181**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Phone Services**

Date or dates debt was incurred **10/9/2012**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.3 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1.75** |
|---|---|---|---|

**srlnetworks**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **7/31/2014**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.3 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **124,306.37** |
|---|---|---|---|

**Stubbs Alderden & Markiles**
**15260 Ventura Blvd. 20th Fl**
**Sherman Oaks, CA 91403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Date or dates debt was incurred **9/30/2012**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.3 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **25,270.00** |
|---|---|---|---|

**Stump Fluff, LLC**
**212 Lavaca Street**
**Suite 300**
**Austin, TX 78701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **3/13/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 121
of 209

---

| 3.3 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **519.41** |

**Sun Entertainment**
**3106 Belmont Blvd.**
**Nashville, TN 37212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **6/30/2013**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.3 11 | Nonpriority creditor's name and mailing address | | $ **10.00** |

**Swale**
**11 Sheridan Court**
**Shlburne, VT 05482**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

Date or dates debt was incurred **9/30/2013**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.3 12 | Nonpriority creditor's name and mailing address | | $ **72.19** |

**SweetNLow**
**Erkesstr. 63 50737**
**Cologne, Germany**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **7/31/2013**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.3 13 | Nonpriority creditor's name and mailing address | | $ **13,079.73** |

**Switch**
**PO Box 400850**
**Las Vegas, NV 89140**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 122
of 209

Date or dates debt was incurred **6/15/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.3 14 | Nonpriority creditor's name and mailing address **Symphonic (Rdio Inc.) Symphonic Distribution, LLC 2318 Cypress Cove, Unit 102 Wesley Chapel, FL 33544** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed  Basis for the claim: | $ **3,137.56** |

Date or dates debt was incurred **5/31/2012**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.3 15 | Nonpriority creditor's name and mailing address **T-series E 2/16 White House, Ansari Road, Darya Ganj** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed  Basis for the claim: | $ **311,000.00** |

Date or dates debt was incurred **12/16/2014**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.3 16 | Nonpriority creditor's name and mailing address **T-Series (Rdio, Inc) E 2/16 White House, Ansari Road Darya Ganj, New Delhi, India** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed  Basis for the claim: | $ **3,000.93** |

Date or dates debt was incurred **6/1/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.3 17 | Nonpriority creditor's name and mailing address **The Balconies** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **10.00** |

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 123 of 209

Basis for the claim:    **Contact information not known**

| | |
|---|---|
| Date or dates debt was incurred    **8/1/2014** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.3 18**

Nonpriority creditor's name and mailing address

**The Darcys**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **40.00**

Basis for the claim:    **Contact information not known**

| | |
|---|---|
| Date or dates debt was incurred    **4/1/2014** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.3 19**

Nonpriority creditor's name and mailing address

**The Marc Joseph Band**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **10.00**

Basis for the claim:    **Contact information not known**

| | |
|---|---|
| Date or dates debt was incurred    **4/24/2014** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.3 20**

Nonpriority creditor's name and mailing address

**The Presets**
**PO Box 685**
**Sydney 1335**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **30.00**

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred    **7/8/2013** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.3 21**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$    **2,081.83**

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 124
of 209

**The Source**
**Wagenmakerstraat 5**
**2984 BD Riderkerk**
**The Netherlands**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  **3/31/2014**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 22 | Nonpriority creditor's name and mailing address **The Zolas** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **10.00** |
|---|---|---|---|

Basis for the claim:  **Contact information not known**

Date or dates debt was incurred  **8/1/2014**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 23 | Nonpriority creditor's name and mailing address **Thievery Corporation** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **10.00** |
|---|---|---|---|

Basis for the claim:  **Contact information not known**

Date or dates debt was incurred  **3/31/2013**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 24 | Nonpriority creditor's name and mailing address **Third Eye Blind** **San Francisco, CA** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **10.00** |
|---|---|---|---|

Basis for the claim:  **Contact information not known**

Date or dates debt was incurred  **9/30/2013**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

Case: 15-31430     Doc# 123     Filed: 12/11/15     Entered: 12/11/15 18:00:14     Page 125 of 209

| 3.3 25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tim White**
**7 Shady Lane**
**Kendall Park, NJ 08824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Contact information not known**

$    **10.00**

Date or dates debt was incurred    **9/30/2013**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.3 26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tips Industries (Rdio, Inc.)**
**60 I, Durga Chambers, 6th Floor**
**Linking Road, Khar (West)**
**Mumbai 400 052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$    **237.77**

Date or dates debt was incurred    **4/30/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.3 27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TMI Associates**
**International Legal Services**
**23rd Floor, Roppongi Hills Mori Tower**
**6-10-1 Roppongi, Minato-ki**
**Tokyo 106-6123, Japan**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Professional Services**

**(Claim amount of 300,000**
**Japanese Yen)**

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.3 28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Townsquare Media**
**240 Greenwich Ave.**
**Greenwich, CT 06830**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$    **50,000.00**

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 126
of 209

Date or dates debt was incurred **11/1/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

3.3 29

**Nonpriority creditor's name and mailing address**
**Triple Vision Record Distribution**
**Nieuwe Binnenweg 131C**
**3014 GJ Rotterdam**
**The Netherlands**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **160.54**

Date or dates debt was incurred **1/31/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

3.3 30

**Nonpriority creditor's name and mailing address**
**Tuff Gong**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contact information not known**

$ **1.14**

Date or dates debt was incurred **6/1/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

3.3 31

**Nonpriority creditor's name and mailing address**
**Tune, Inc**
**2200 Western Ave. Suite 200**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **1,000.00**

Date or dates debt was incurred **11/30/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

3.3 32

**Nonpriority creditor's name and mailing address**
**TUNE, Inc.**
**2200 Western Ave.**
**Suite 200**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,579.79**

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 127 of 209

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred **2/28/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.3 33**

Nonpriority creditor's name and mailing address
**Tunecore**
**45 Main St, Suite 705**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **272,153.03**

Basis for the claim:

Date or dates debt was incurred **10/31/2012**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

**3.3 34**

Nonpriority creditor's name and mailing address
**Tunecore Japan**
**45 Main St.**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **287.68**

Basis for the claim:

Date or dates debt was incurred **1/31/2014**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

**3.3 35**

Nonpriority creditor's name and mailing address
**Turn**
**BOX 347112**
**Pittsburgh, PA 15251-4112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **75,000.00**

Basis for the claim:

Date or dates debt was incurred **9/30/2015**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

**3.3 36**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$ **92,757.82**

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 128
of 209

**Turn Inc.**
**BOX 347112**
**Pittsburgh, PA 15251-4112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  **6/1/2015**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 37 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Twilio**
**Dept LA 23938 Pasadena, CA 91185-3938**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **40.29**

Basis for the claim: _____

Date or dates debt was incurred  **11/30/2015**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 38 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Two Dudes in Love**
**74 Winfield St.**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **20.00**

Basis for the claim:  **Contact information not known**

Date or dates debt was incurred  **9/30/2013**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 39 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**UMGI (Rdio Inc.)**
**3905 W. Vincennes Road, Suite 400**
**Indianapolis, IN 46268**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **243.13**

Basis for the claim: _____

Date or dates debt was incurred  **4/30/2012**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.3 40 | **Nonpriority creditor's name and mailing address** **UNISYS Infosolutions Pvt. Ltd** #1089, N.H.B Colony, Sector-13, Urban Estate, -132001 | $ **567.73** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred **12/12/2014**

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.3 41 | **Nonpriority creditor's name and mailing address** **United Healthcare** Dept 6940, Los Angeles, CA 90084-6940 | $ **0.00** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Noticing Purposes Only**

Date or dates debt was incurred **9/1/2015**

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.3 42 | **Nonpriority creditor's name and mailing address** **United Healthcare Insurance Company** Dept 6940 Los Angeles,, CA 90084-6940 | $ **0.00** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Noticing Purposes Only**

Date or dates debt was incurred **12/1/2014**

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.3 43 | **Nonpriority creditor's name and mailing address** **Universal (Royalties)** 3905 W. Vincennes Road, Suite 400 Indianapolis, IN 46268 | $ **219,267.65** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred **10/1/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 44 | Nonpriority creditor's name and mailing address **Universal McCann (Aus)** **100 Chalmers Street** **Surry Hills NSW 2010** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **17,456.50** |

Date or dates debt was incurred **9/25/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 45 | Nonpriority creditor's name and mailing address **Universal Music Canada** **2450 Victoria Park Avenue** **Suite 1** **Toronto ON M3J 5H3** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **1,240.28** |

Date or dates debt was incurred **10/1/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 46 | Nonpriority creditor's name and mailing address **Universal Music Group Distribution** **3905 W. Vincennes Road, Suite 400** **Indianapolis, IN 46268** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **590,724.06** |

Date or dates debt was incurred **9/30/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 47 | Nonpriority creditor's name and mailing address **Valerie Frederickson & Company** **618 Santa Cruz Ave.** **Menlo Park, CA 94025** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **9,600.00** |

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 131
of 209

Basis for the claim:

Date or dates debt was incurred **2/4/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 48 | Nonpriority creditor's name and mailing address **Valleyarm** Suite 2, Level 1, 71 Queens Road Melbourne 3004, Victoria | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **339.38** |
|---|---|---|---|

Basis for the claim:

Date or dates debt was incurred **7/1/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 49 | Nonpriority creditor's name and mailing address **Verbalizeit, Inc.** 141 W 28th St, 7th Floor New York, NY 10001 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **46,646.99** |
|---|---|---|---|

Basis for the claim:

Date or dates debt was incurred **9/12/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 50 | Nonpriority creditor's name and mailing address **Verizon Wireless** PO Box 660108 Dallas, TX 75266-0108 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **476.16** |
|---|---|---|---|

Basis for the claim: **Phone Services**

Date or dates debt was incurred **9/26/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **464.29** |
|---|---|---|---|

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 132
of 209

**Vidzone Digital Media**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred   **7/31/2013**     Is the claim subject to offset?

Last 4 digits of account number       ■ No
      ☐ Yes

---

| 3.3 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**VM Ware**
**3401 Hillview Avenue**
**Palo Alto, CA 94304**

As of the petition filing date, the claim is:     $ **6,000.00**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **9/8/2015**     Is the claim subject to offset?

Last 4 digits of account number       ■ No
      ☐ Yes

---

| 3.3 53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Walter Dandy**

As of the petition filing date, the claim is:     $ **10.00**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Contact information not known**

Date or dates debt was incurred   **4/24/2014**     Is the claim subject to offset?

Last 4 digits of account number       ■ No
      ☐ Yes

---

| 3.3 54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Warner (Royalties)**
**3400 W. Olive Ave**
**Mail Stop P-4-14**
**Burbank, CA 91505**

As of the petition filing date, the claim is:     $ **137,500.00**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **10/1/2012**     Is the claim subject to offset?

Last 4 digits of account number       ■ No
      ☐ Yes

---

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 133 of 209

| | |
|---|---|
| **3.3 55** | |

**Nonpriority creditor's name and mailing address**
**Warner Music Group**
**3400 W. Olive Ave**
**Mail Stop P-4-14**
**Burbank, CA 91505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **432,909.22**

Date or dates debt was incurred   **9/30/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| | |
|---|---|
| **3.3 56** | |

**Nonpriority creditor's name and mailing address**
**Wenner Media LLC**
**PO Box 30895**
**New York, NY 10087-0895**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **100,000.00**

Date or dates debt was incurred   **10/9/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| | |
|---|---|
| **3.3 57** | |

**Nonpriority creditor's name and mailing address**
**WjoDistribution**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

$ **2.79**

Date or dates debt was incurred   **3/31/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| | |
|---|---|
| **3.3 58** | |

**Nonpriority creditor's name and mailing address**
**Worx (Rdio Inc.)**
**C4DI Beta , 47 Queen Street**
**Kingston Upon Hull**
**HU1 1UU. United Kingdom**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **51,662.18**

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 134 of 209

Date or dates debt was incurred **9/30/2012**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 40,000.00 |

**Xamarin Inc.**
**394 Pacific Ave**
**4th Floor**
**San Francisco, CA 94111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **7/9/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 376.22 |

**Xelon Entertainment Pty Ltd**
**294A Bridge Road**
**Richmond**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred **9/30/2013**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 20.00 |

**Youngblood Hawke**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contact information not known**

Date or dates debt was incurred **4/1/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.3 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |

**Zee Cook's, LLC**
**1760 Cesar Chavez**
**Unit L**
**San Francisco, CA 94124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 135
of 209

Basis for the claim:    **Noticing Purposes Only**
_____

| | |
|---|---|
| Date or dates debt was incurred    **8/1/2014** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| | | | |
|---|---|---|---|
| 3.3<br>63 | **Nonpriority creditor's name and mailing address**<br>**zojak (Rdio Inc.)**<br>**398 E. Dania Beach Blvd., Suite 185**<br>**Dania Beach, FL 33004** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **3,189.17** |

Basis for the claim: _____

| | |
|---|---|
| Date or dates debt was incurred    **2/29/2012** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    **635,113.33** |
| **5b. Total claims from Part 2** | 5b.  +  $ | **25,771,863.59** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    **26,406,976.92** |

**ATTACHMENT TO SCHEDULE E**

| Recipient Email | Currency | Amount |
|---|---|---|
| cookie.casper@gmx.ch | USD | 1,000.00 |
| Gruzinasmulkis1@gmail.com | USD | 1,000.00 |
| marabino.2014@gmail.com | USD | 500.00 |
| tifani_daniela96@hotmail.com | USD | 500.00 |
| jeann@jeann.me | USD | 199.00 |
| jeann@jeann.me | USD | 150.00 |
| ghitafiorelli@gmail.com | AUD | 200.00 |
| brycemalenstyn@gmail.com | USD | 125.00 |
| ctdeacon@gmail.com | USD | 120.00 |
| jjjbn@me.com | USD | 120.00 |
| kendallbagby@earthlink.net | USD | 120.00 |
| joshuasto73@gmail.com | USD | 120.00 |
| David.Stevenson@nike.com | USD | 120.00 |
| rabz122194@yahoo.com | USD | 120.00 |
| blakesilber@bridgepub.com | USD | 120.00 |
| daniel@theyoungamerica.com | USD | 120.00 |
| axel.eriksson@berkeley.edu | USD | 120.00 |
| whitespacereduction1@yahoo.com | USD | 120.00 |
| cosmonims@gmail.com | USD | 120.00 |
| sadjadsadeh@gmail.com | USD | 120.00 |
| Jpaull742@gmail.com | USD | 120.00 |
| gbennettbooks@gmail.com | USD | 120.00 |
| marymanueltobin@gmail.com | USD | 120.00 |
| zachferland@gmail.com | USD | 120.00 |
| bill@fppad.com | USD | 120.00 |
| billschultz58@hotmail.com | USD | 120.00 |
| annedwyer1@gmail.com | USD | 120.00 |
| strngrs_hre@comcast.net | USD | 120.00 |
| cindywhalley@hotmail.com | AUD | 154.80 |
| nkhan@mccarthy.ca | CAD | 135.60 |
| glenmazzara@yahoo.com | USD | 100.00 |
| melanieabuck@gmail.com | USD | 100.00 |
| rebeccaja10@yahoo.com | USD | 100.00 |
| abigaillnolen@gmail.com | USD | 100.00 |
| giffy32@verizon.net | USD | 100.00 |
| jjlwahoo@att.net | USD | 100.00 |
| tedjalbert@gmail.com | USD | 100.00 |
| rodabney2815@yahoo.com | USD | 100.00 |
| victoria@granberry.com | USD | 100.00 |

| | | |
|---|---|---|
| melissanau@yahoo.com | USD | 100.00 |
| daniellel@west-sf.com | USD | 100.00 |
| daniellel@west-sf.com | USD | 100.00 |
| grebbie1@comcast.net | USD | 100.00 |
| jburton68@verizon.net | USD | 100.00 |
| nicholas.lorenzo.gallo@gmail.com | USD | 100.00 |
| georgewhite@me.com | USD | 100.00 |
| Eric@pgamalibu.com | USD | 100.00 |
| julie.ho5@gmail.com | USD | 100.00 |
| jamie.l.boehm@gmail.com | USD | 100.00 |
| mynameis@trash-mail.com | USD | 100.00 |
| arfab719@yeah.net | USD | 100.00 |
| arfab719@yeah.net | USD | 100.00 |
| fjej5677@yeah.net | USD | 100.00 |
| fjej5677@yeah.net | USD | 100.00 |
| invn2453@yeah.net | USD | 100.00 |
| invn2453@yeah.net | USD | 100.00 |
| loek2584@yeah.net | USD | 100.00 |
| loek2584@yeah.net | USD | 100.00 |
| jeann@treadlightly.us | USD | 100.00 |
| yudi.ahmadf@yahoo.com | USD | 100.00 |
| yudi.ahmadf@yahoo.com | USD | 100.00 |
| yudi.ahmadf@yahoo.com | USD | 100.00 |
| alan.wiseman@vanderbilt.edu | USD | 100.00 |
| yudi.ahmadf@yahoo.com | USD | 100.00 |
| rjjohnson82@gmail.com | USD | 100.00 |
| christophera.cameron@gmail.com | USD | 100.00 |
| emilyoess@gmail.com | USD | 100.00 |
| goods673@yeah.net | USD | 100.00 |
| goods673@yeah.net | USD | 100.00 |
| goods673@yeah.net | USD | 100.00 |
| goods673@yeah.net | USD | 100.00 |
| goods673@yeah.net | USD | 100.00 |
| goods673@yeah.net | USD | 100.00 |
| apzilch@gmail.com | USD | 100.00 |
| moira.tierney@gmail.com | USD | 100.00 |
| kk@yellowcore.33mail.com | USD | 100.00 |
| j.denver.125@gmail.com | USD | 100.00 |
| roberto.bw01@gmail.com | USD | 100.00 |
| sergio.bw01@gmail.com | USD | 100.00 |
| sergio.bw01@gmail.com | USD | 100.00 |

| | | |
|---|---|---|
| sergio.bw01@gmail.com | USD | 100.00 |
| sergio.bw01@gmail.com | USD | 100.00 |
| sergio.bw01@gmail.com | USD | 100.00 |
| sergio.bw01@gmail.com | USD | 100.00 |
| sergio.bw01@gmail.com | USD | 100.00 |
| sergio.bw01@gmail.com | USD | 100.00 |
| sloanpo@gmail.com | USD | 100.00 |
| dokeal@gmail.com | CAD | 120.00 |
| michaelwcao@gmail.com | CAD | 120.00 |
| richardwchee@gmail.com | CAD | 115.00 |
| mannem456@yahoo.com | USD | 75.00 |
| johnnigro384@hotmail.com | USD | 75.00 |
| Jamesallen932@hotmail.com | USD | 75.00 |
| Grngodus@aol.com | CAD | 100.00 |
| salah.yahya@hotmail.com | CAD | 100.00 |
| salah.yahya@hotmail.com | CAD | 100.00 |
| salah.yahya@hotmail.com | CAD | 100.00 |
| sam@openp.it | CAD | 100.00 |
| jennifer.fix@gmail.com | CAD | 100.00 |
| patrickbrealey@gmail.com | CAD | 100.00 |
| rdior@hotmail.com | CAD | 100.00 |
| nicolasbilbey@gmail.com | CAD | 100.00 |
| liavaneyk@gmail.com | CAD | 100.00 |
| kmcguey@golin.com | CAD | 100.00 |
| dgaylord1@gmail.com | CAD | 100.00 |
| kramsc@gmail.com | CAD | 100.00 |
| kirbysb@gmail.com | CAD | 100.00 |
| vallee.marc@gmail.com | CAD | 100.00 |
| aasd@yellowcore.33mail.com | CAD | 100.00 |
| kk13123j@yellowcore.33mail.com | CAD | 100.00 |
| chevalenvoyage@gmail.com | CAD | 100.00 |
| steve@zarvon.com | AUD | 100.00 |
| steve@zarvon.com | AUD | 100.00 |
| jslray@hotmail.com | AUD | 100.00 |
| amy@ticketfly.com | USD | 60.00 |
| tom29lk@gmail.com | USD | 60.00 |
| jeoff.johnson@alumni.tcu.edu | USD | 60.00 |
| newmanlawn98@hotmail.com | USD | 60.00 |
| jlc2259@comcast.net | USD | 60.00 |
| timeisinger@ymail.com | USD | 60.00 |
| kmcguffin02@comcast.net | USD | 60.00 |

| | | |
|---|---|---|
| derekehubbard@gmail.com | USD | 60.00 |
| bmcg_2001@yahoo.com | USD | 60.00 |
| jamiegarris@gmail.com | USD | 60.00 |
| akayrobinson@gmail.com | USD | 60.00 |
| emittan@gmail.com | USD | 60.00 |
| karlb@me.com | USD | 60.00 |
| caluya@mac.com | USD | 60.00 |
| adrian.walker33@gmail.com | USD | 60.00 |
| yz4now@gmail.com | USD | 60.00 |
| kjmahem@gmail.com | USD | 60.00 |
| david@slantback.net | USD | 60.00 |
| wjcoats@gmail.com | USD | 60.00 |
| wtysse@gmail.com | USD | 60.00 |
| mwilliams91@gmail.com | USD | 60.00 |
| mmgrady1@att.net | USD | 60.00 |
| mhellman@gmail.com | USD | 60.00 |
| noambiale@gmail.com | USD | 60.00 |
| michael@hollywoodcopy.com | USD | 60.00 |
| coop62293@yahoo.com | USD | 60.00 |
| tahitimoon@mac.com | USD | 60.00 |
| salvo6th@gmail.com | USD | 60.00 |
| salvo6th@gmail.com | USD | 60.00 |
| staskel2@aol.com | USD | 60.00 |
| alanjdesmarais@gmail.com | USD | 60.00 |
| strategicblunders@yahoo.com | USD | 60.00 |
| rober.colliard@gmail.com | USD | 60.00 |
| alshen@ucdavis.edu | USD | 60.00 |
| charlesdolan805@yahoo.com | USD | 60.00 |
| chrisdumsick@gmail.com | USD | 60.00 |
| johncooper247@gmail.com | USD | 60.00 |
| kathiwhit21@gmail.com | USD | 60.00 |
| seansmclaughlin@gmail.com | USD | 60.00 |
| tlenihan@gmail.com | USD | 60.00 |
| Erikteejohnson@gmail.com | USD | 60.00 |
| sam@dirkback.com | USD | 60.00 |
| jlf920@gmail.com | USD | 60.00 |
| stealthpigeon@hotmail.com | USD | 59.94 |
| eunicecano7@yahoo.com | USD | 59.94 |
| Gunnslinger_1988@yahoo.com | USD | 59.94 |
| ray32richardson@cox.net | USD | 59.94 |
| dhess@towson.edu | USD | 59.94 |

| | | |
|---|---|---|
| dfrank72@gmail.com | USD | 59.94 |
| poppell.k@gmail.com | USD | 59.88 |
| christine.greenlaw@gmail.com | CAD | 80.00 |
| subscriptions@mocek.net | AUD | 80.00 |
| jacquimonie@gmail.com | AUD | 80.00 |
| jmclee@hotmail.com | CAD | 75.00 |
| shirinism@hotmail.com | AUD | 77.40 |
| rtuffin@novaentertainment.com.au | AUD | 77.40 |
| gregkumparak@gmail.com | USD | 54.00 |
| veronique.hudon@gmail.com | CAD | 70.00 |
| stellspio@aol.com | USD | 50.00 |
| pavianyc@gmail.com | USD | 50.00 |
| sophie@dessousnyc.com | USD | 50.00 |
| johnt@healthcasts.com | USD | 50.00 |
| steve@amssoftware.com | USD | 50.00 |
| dwyma@me.com | USD | 50.00 |
| supriya.k.jain@gmail.com | USD | 50.00 |
| vireliz@gmail.com | USD | 50.00 |
| brulan@rigidhitch.com | USD | 50.00 |
| natasha.rayeb@gmail.com | USD | 50.00 |
| wedontrentpigs@bellsouth.net | USD | 50.00 |
| sarahsmail2@aol.com | USD | 50.00 |
| rayeequine@aol.com | USD | 50.00 |
| allison.m.fender@gmail.com | USD | 50.00 |
| dptulloss@embarqmail.com | USD | 50.00 |
| tbelden@lee-re.com | USD | 50.00 |
| wcscenario@aol.com | USD | 50.00 |
| kenj9@yahoo.com | USD | 50.00 |
| kynan@rno1.com | USD | 50.00 |
| mzarin@gmail.com | USD | 50.00 |
| sandygranicher@yahoo.com | USD | 50.00 |
| adamaddelston@gmail.com | USD | 50.00 |
| nelsl@interline.com | USD | 50.00 |
| lance.sesi@gmail.com | USD | 50.00 |
| andrewjwoodhull@gmail.com | USD | 50.00 |
| theoneandonlybela@gmail.com | USD | 50.00 |
| kristen.cochrane@gmail.com | USD | 50.00 |
| daniel@pacificu.edu | USD | 50.00 |
| turtldona@aol.com | USD | 50.00 |
| nicholasamonsour@gmail.com | USD | 50.00 |
| tagnkelly@gmail.com | USD | 50.00 |

| | | |
|---|---|---|
| jdavis@ipcm.com | USD | 50.00 |
| mindymarkowitz@gmail.com | USD | 50.00 |
| salah.yahya@hotmail.com | USD | 50.00 |
| ecrain126@gmail.com | USD | 50.00 |
| peter.r.daniel@gmail.com | USD | 50.00 |
| jonathanolsson@yahoo.com | USD | 50.00 |
| kevboern@aol.com | USD | 50.00 |
| abbott.jj@gmail.com | USD | 50.00 |
| hcruzny@aol.com | USD | 50.00 |
| cleomcmichael@yahoo.com | USD | 50.00 |
| drosenbaum@dsrlawoffice.com | USD | 50.00 |
| rmauer11@gmail.com | USD | 50.00 |
| PJCAH@aol.com | USD | 50.00 |
| rotolodesign@mac.com | USD | 50.00 |
| cm.martines@gmail.com | USD | 50.00 |
| miles.lewis85@gmail.com | USD | 50.00 |
| mike.long@deloitte.com | USD | 50.00 |
| elkekoosmann@gmail.com | USD | 50.00 |
| alockridge@gmail.com | USD | 50.00 |
| margetts@mcmaster.ca | USD | 50.00 |
| nguyenam21@yahoo.com | USD | 50.00 |
| jaclynm@gmail.com | USD | 50.00 |
| herlitzer@gmail.com | USD | 50.00 |
| mkoory@gmail.com | USD | 50.00 |
| dansmags@yahoo.com | USD | 50.00 |
| conpi211@yeah.net | USD | 50.00 |
| danicaldwell@yahoo.com | USD | 50.00 |
| goldonyx@yahoo.com | USD | 50.00 |
| m.bolmer@gmail.com | USD | 50.00 |
| dawud.h@hotmail.com | USD | 50.00 |
| veronique.silverman@gmail.com | USD | 50.00 |
| ebgraham@outlook.com | USD | 50.00 |
| blu3drag0nfly@me.com | USD | 50.00 |
| tictacproductions@gmail.com | USD | 50.00 |
| gregory.korn@gmail.com | USD | 50.00 |
| rebekah.krell@gmail.com | USD | 50.00 |
| michaeldunphy52@gmail.com | USD | 50.00 |
| Jasasoft@yahoo.com | USD | 50.00 |
| heclark3@gmail.com | USD | 50.00 |
| ljb@jacksoncross.com | USD | 50.00 |
| brandonvoges@me.com | USD | 50.00 |

| | | |
|---|---|---|
| hbearnes@gmail.com | USD | 50.00 |
| bethcart@gmail.com | USD | 50.00 |
| etbloom@gmail.com | USD | 50.00 |
| dbnewman@umass.edu | USD | 50.00 |
| mitchell.oconnor@gmail.com | USD | 50.00 |
| matthewschinua@gmail.com | USD | 50.00 |
| smazierski@yahoo.com | USD | 50.00 |
| mindshiftmedia@gmail.com | USD | 50.00 |
| pprof@comcast.net | USD | 50.00 |
| dawn.wildlife@gmail.com | USD | 50.00 |
| irvep@hotmail.com | USD | 50.00 |
| LMills259@cinci.rr.com | USD | 50.00 |
| jggjco@hotmail.com | USD | 50.00 |
| jondaviddunlap@gmail.com | USD | 50.00 |
| louis.descioli@gmail.com | USD | 50.00 |
| irish.girl047@yahoo.com | USD | 50.00 |
| fridyr130@yeah.net | USD | 50.00 |
| fridyr130@yeah.net | USD | 50.00 |
| testr1203@yeah.net | USD | 50.00 |
| testr1203@yeah.net | USD | 50.00 |
| testr1203@yeah.net | USD | 50.00 |
| testr1203@yeah.net | USD | 50.00 |
| tosoi1203@yeah.net | USD | 50.00 |
| tosoi1203@yeah.net | USD | 50.00 |
| tosoi1203@yeah.net | USD | 50.00 |
| tosoi1203@yeah.net | USD | 50.00 |
| truck4201@yeah.net | USD | 50.00 |
| truck4201@yeah.net | USD | 50.00 |
| truck4201@yeah.net | USD | 50.00 |
| vgtyy551@yeah.net | USD | 50.00 |
| vgtyy551@yeah.net | USD | 50.00 |
| vgtyy551@yeah.net | USD | 50.00 |
| vgtyy551@yeah.net | USD | 50.00 |
| jnl_2001@hotmail.com | USD | 50.00 |
| suzy.billington@gmail.com | USD | 50.00 |
| njku5539@yeah.net | USD | 50.00 |
| njku5539@yeah.net | USD | 50.00 |
| njku5539@yeah.net | USD | 50.00 |
| njku5539@yeah.net | USD | 50.00 |
| kdesena@linkzone.com | USD | 50.00 |
| pvoum673@yeah.net | USD | 50.00 |

| | | |
|---|---|---|
| pvoum673@yeah.net | USD | 50.00 |
| pvoum673@yeah.net | USD | 50.00 |
| pvoum673@yeah.net | USD | 50.00 |
| bridgetcollins13@gmail.com | USD | 50.00 |
| wisej674@yeah.net | USD | 50.00 |
| wisej674@yeah.net | USD | 50.00 |
| wisej674@yeah.net | USD | 50.00 |
| wisej674@yeah.net | USD | 50.00 |
| onesl472@yeah.net | USD | 50.00 |
| peter.kochupura@gmail.com | USD | 50.00 |
| jwak8695@yahoo.com | USD | 50.00 |
| jwak8695@yahoo.com | USD | 50.00 |
| jwak8695@yahoo.com | USD | 50.00 |
| jwak8695@yahoo.com | USD | 50.00 |
| yudi.ahmadf@yahoo.com | USD | 50.00 |
| phil@valdemar.net | USD | 50.00 |
| styii557@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| nickrkeenan@gmail.com | USD | 50.00 |
| skware@mac.com | USD | 50.00 |
| katelarkindesigns@gmail.com | USD | 50.00 |
| zfoht430@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| paprs879@yeah.net | USD | 50.00 |
| teyah@ea.com | USD | 50.00 |
| skopitzki@gmail.com | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| goods673@yeah.net | USD | 50.00 |
| doorthingy@gmail.com | USD | 50.00 |
| mfitzsimmons8@deteroz.com | USD | 50.00 |
| efassberger@gmail.com | USD | 50.00 |

| | | |
|---|---|---|
| tamashburn@gmail.com | USD | 50.00 |
| jeff@jeffemorris.com | USD | 50.00 |
| willrobertsnz@gmail.com | CAD | 65.50 |
| 2442fox@gmail.com | CAD | 63.00 |
| rosyannspyropoulos@gmail.com | AUD | 65.00 |
| jmbwphoto@yahoo.com | USD | 44.97 |
| vgcote@hotmail.com | CAD | 60.00 |
| jcatherine_racine@hotmail.com | CAD | 60.00 |
| d.wangmorris@gmail.com | CAD | 60.00 |
| rmunro22@hotmail.com | CAD | 60.00 |
| cheapshotartists2009@yahoo.com | CAD | 60.00 |
| karencohen2@me.com | CAD | 60.00 |
| ryan.bergstrom@gmail.com | CAD | 60.00 |
| ddecksheimer@gmail.com | CAD | 60.00 |
| aubrey@telus.net | CAD | 60.00 |
| 4leighs@telus.net | CAD | 60.00 |
| hotsandraj@hotmail.com | CAD | 59.94 |
| greg_tenikoff@hotmail.com | AUD | 60.00 |
| jawad973@gmail.com | AUD | 60.00 |
| jsaturnin@hotmail.com | USD | 40.00 |
| Borchertnk@aol.com | USD | 40.00 |
| mdplatz@comcast.net | USD | 40.00 |
| carlettaa@complex.com | USD | 40.00 |
| carlettaa@complex.com | USD | 40.00 |
| syoshioka@echonest.com | USD | 40.00 |
| tcarrowsmith@gmail.com | USD | 40.00 |
| rstrager@gmail.com | USD | 40.00 |
| emwheeler99@gmail.com | USD | 40.00 |
| Marcusdracos@gmail.com | USD | 40.00 |
| kathrynanneblack@gmail.com | USD | 40.00 |
| marthianne.hassell@centre.edu | USD | 40.00 |
| ginny.shuman@gmail.com | USD | 40.00 |
| alison.beth.schwartz@gmail.com | USD | 40.00 |
| bonerbreakingbeth@hotmail.com | CAD | 50.00 |
| swanj@telus.net | CAD | 50.00 |
| burntcrumbs@gmail.com | CAD | 50.00 |
| w3scott@gmail.com | CAD | 50.00 |
| amy_and_drew@hotmail.com | CAD | 50.00 |
| ssiotor@hotmail.com | CAD | 50.00 |
| mdaley@london.ca | CAD | 50.00 |
| salah.yahya@hotmail.com | CAD | 50.00 |

| | | |
|---|---|---|
| salah.yahya@hotmail.com | CAD | 50.00 |
| alvayman@hotmail.com | CAD | 50.00 |
| cvrdesigns@hotmail.com | CAD | 50.00 |
| pageslave@gmail.com | CAD | 50.00 |
| ramkhelawank@gmail.com | CAD | 50.00 |
| pruchnicky@hotmail.com | CAD | 50.00 |
| snup12@hotmail.com | CAD | 50.00 |
| carolynjgoodwin@hotmail.com | CAD | 50.00 |
| annemichellemcgarrity@hotmail.ca | CAD | 50.00 |
| contact@danielrobinson.ca | CAD | 50.00 |
| soberai@indigo.ca | CAD | 50.00 |
| funkmacj@hotmail.com | CAD | 50.00 |
| ntichenor@gmail.com | CAD | 50.00 |
| mphotolife@yahoo.com | CAD | 50.00 |
| maevbeaty@gmail.com | CAD | 50.00 |
| lsgfinch@icloud.com | CAD | 50.00 |
| dsfa@islandnet.com | CAD | 50.00 |
| joshuakerschtien@gmail.com | CAD | 50.00 |
| tinyee_cheng@yahoo.com | CAD | 50.00 |
| erin.mccuaig@gmail.com | CAD | 50.00 |
| pageslave@gmail.com | CAD | 50.00 |
| devinmontgomery@gmail.com | CAD | 50.00 |
| joshuarussell48@gmail.com | CAD | 50.00 |
| martha.coates@rogers.com | CAD | 50.00 |
| jmcdonald@theprovince.com | CAD | 50.00 |
| rickjones205@yahoo.com | CAD | 50.00 |
| etailleur@telecom.climoilou.qc.ca | CAD | 50.00 |
| steflang@sympatico.ca | CAD | 50.00 |
| alfiebeal@hotmail.com | CAD | 50.00 |
| Davidbradle@gmail.com | CAD | 50.00 |
| itsmillertime.anytime@gmail.com | CAD | 50.00 |
| pageslave@gmail.com | CAD | 50.00 |
| gaela.fernandez@gmail.com | CAD | 50.00 |
| rh1806@videotron.ca | CAD | 50.00 |
| paul@eraco.com | CAD | 50.00 |
| steves@selectra.ca | CAD | 50.00 |
| tiffanyhanus@hotmail.com | CAD | 50.00 |
| davidsirwin@rogers.com | CAD | 50.00 |
| kmiller@westcanbulk.ca | CAD | 50.00 |
| andrew.ion@gmail.com | CAD | 50.00 |
| msmueller05@gmail.com | CAD | 50.00 |

| | | |
|---|---|---|
| nstoneman@rogers.com | CAD | 50.00 |
| christina.hale@gmail.com | CAD | 50.00 |
| ronsaunders@bellnet.ca | CAD | 50.00 |
| bowell.hannah@gmail.com | CAD | 50.00 |
| gabrioux@live.ca | CAD | 50.00 |
| Ericwillner@gmail.com | CAD | 50.00 |
| stan.nikipierowicz@gmail.com | CAD | 49.95 |
| driggall@anthonymasonchambers.com.au | AUD | 50.00 |
| rjcharlebois@gmail.com | AUD | 50.00 |
| ajmconnors@gmail.com | AUD | 50.00 |
| kon.konovalov@gmail.com | AUD | 50.00 |
| sophie.kass@student.adelaide.edu.au | AUD | 50.00 |
| sarahruthkelly@gmail.com | AUD | 50.00 |
| casey.whitelaw@gmail.com | AUD | 50.00 |
| welsh.michael1@gmail.com | USD | 35.00 |
| chittyj@comcast.net | USD | 35.00 |
| mr1hour@gmail.com | CAD | 45.00 |
| jani.lawson@cci-ir.com | USD | 32.00 |
| None | USD | 30.00 |
| ashley.schrock@sbcglobal.net | USD | 30.00 |
| chantal.m.pare@gmail.com | USD | 30.00 |
| scott@dogmastudios.com | USD | 30.00 |
| jaypjohnson@gmail.com | USD | 30.00 |
| will.harding@gmail.com | USD | 30.00 |
| will.harding@gmail.com | USD | 30.00 |
| havor22@gmail.com | USD | 30.00 |
| courtokinesis@gmail.com | USD | 30.00 |
| rgcastreg@gmail.com | USD | 30.00 |
| dpbiek@paragonmotorcycles.com | USD | 30.00 |
| svance00@gmail.com | USD | 30.00 |
| varsha.eluri@gmail.com | USD | 30.00 |
| rachelboggia@gmail.com | USD | 30.00 |
| ryan@ryanperdue.net | USD | 30.00 |
| chrisbrooks@dallaspatriots.com | USD | 30.00 |
| ben.rblawren@gmail.com | USD | 30.00 |
| martha.billini@sbcglobal.net | USD | 30.00 |
| pvsridhar1@me.com | USD | 30.00 |
| mwright@mikewrightlaw.com | USD | 30.00 |
| regina.henderson0210@gmail.com | USD | 30.00 |
| lloyd@lodestarhvac.com | USD | 30.00 |
| lpressly@gmail.com | USD | 30.00 |

| | | |
|---|---|---|
| tombenner@gmail.com | USD | 30.00 |
| steven.gole@gmail.com | USD | 30.00 |
| tuan368@yahoo.com | USD | 30.00 |
| rich1122@gmail.com | USD | 30.00 |
| cory@flight001.com | USD | 30.00 |
| resteiners@gmail.com | USD | 30.00 |
| christineachoo@yahoo.com | USD | 30.00 |
| nimaghods@gmail.com | USD | 30.00 |
| uhseenah@gmail.com | USD | 30.00 |
| joseph.curley@gmail.com | USD | 30.00 |
| danschiller87@gmail.com | USD | 30.00 |
| jason@jasonlippa.com | USD | 30.00 |
| brookehamrick@gmail.com | USD | 30.00 |
| reding3141@yahoo.com | USD | 30.00 |
| ian.cronin@gmail.com | USD | 30.00 |
| benhill711@cableone.net | USD | 30.00 |
| sarahmather@yahoo.com | USD | 30.00 |
| rbscott@inkling.com | USD | 30.00 |
| tomrickard2013@gmail.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| galen.patrick.snyder@gmail.com | USD | 30.00 |
| ninjainventory2@gmail.com | USD | 30.00 |
| joanloyd@sbcglobal.net | USD | 30.00 |
| nmottarella@gmail.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| cdblakel@usc.edu | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |

| | | |
|---|---|---|
| delongadvertising@me.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| betauser@aether.com | USD | 30.00 |
| hendersondesiree4@gmail.com | USD | 30.00 |
| laurendob43@gmail.com | USD | 30.00 |
| eric.andrew.lowe@gmail.com | USD | 30.00 |
| lesserkind@aol.com | USD | 30.00 |
| kushiel32@gmail.com | USD | 30.00 |
| ashley.kaplan@magicalelves.com | USD | 29.97 |
| Sabrinapotter@gmail.com | USD | 29.97 |
| merrychristmas@bentforknutrition.com | CAD | 40.00 |
| stelt@telus.net | CAD | 40.00 |
| grizzly_20@hotmail.com | CAD | 40.00 |
| lauren.frith@hotmail.com | CAD | 40.00 |
| braden.jackle10@gmail.com | CAD | 40.00 |
| lauren.earle@gmail.com | CAD | 36.00 |
| elizabethcharters@gmail.com | CAD | 35.00 |
| leepatterson@gmail.com | CAD | 35.00 |
| gregstrelieff@gmail.com | CAD | 35.00 |
| csmithett@gmail.com | AUD | 36.00 |
| jboyle@controlsequipment.com | CAD | 33.87 |
| None | USD | 25.00 |
| samantha.ahmad@gmail.com | USD | 25.00 |
| bfoxworth@hotmail.com | USD | 25.00 |
| pleija@gmail.com | USD | 25.00 |
| btobey@fadco.com | USD | 25.00 |
| kmdmozzone@gmail.com | USD | 25.00 |
| matthew.h.walton@gmail.com | USD | 25.00 |
| vireliz@gmail.com | USD | 25.00 |
| jenee@ted.com | USD | 25.00 |

| | | |
|---|---|---|
| brittinkane@intrepid-networks.com | USD | 25.00 |
| tmbuckheroux@gmail.com | USD | 25.00 |
| sfoxworth@gmail.com | USD | 25.00 |
| robertilubow@gmail.com | USD | 25.00 |
| factor78@gmail.com | USD | 25.00 |
| austen.ito@gmail.com | USD | 25.00 |
| alanimar@gmail.com | USD | 25.00 |
| lorenzo.fiorillo@gmail.com | USD | 25.00 |
| jansen.jere@gmail.com | USD | 25.00 |
| heymarkavery@gmail.com | USD | 25.00 |
| mattwagner06@gmail.com | USD | 25.00 |
| eriktamason@gmail.com | USD | 25.00 |
| ninacnelson@gmail.com | USD | 25.00 |
| jriege4@pride.hofstra.edu | USD | 25.00 |
| jandl.wisc@gmail.com | USD | 25.00 |
| drew.geraets@gmail.com | USD | 25.00 |
| djoodjoo@gmail.com | USD | 25.00 |
| ccezmoney1@aol.com | USD | 25.00 |
| fosterep@airproducts.com | USD | 25.00 |
| kirkandpatty.johns@yahoo.com | USD | 25.00 |
| dsharrell@cox.net | USD | 25.00 |
| danielpossehl@hotmail.com | USD | 25.00 |
| jawflusa@hotmail.com | USD | 25.00 |
| wendewg@yahoo.com | USD | 25.00 |
| wavingfromsuchgreatheights@gmail.com | USD | 25.00 |
| mikeraneses@gmail.com | USD | 25.00 |
| dmgrandy@gmail.com | USD | 25.00 |
| fs@securelive.net | USD | 25.00 |
| captainmorgan379@gmail.com | USD | 25.00 |
| tracy.reindel@gmail.com | USD | 25.00 |
| emmy.kjarris@gmail.com | USD | 25.00 |
| mmathog@gmail.com | USD | 25.00 |
| bob.poynter@gmail.com | USD | 25.00 |
| tomenglish@inkonit.com | USD | 25.00 |
| morgenpeck@yahoo.com | USD | 25.00 |
| bkrytzer@me.com | USD | 25.00 |
| megan.miller@bonnier-rd.com | USD | 25.00 |
| agrashow@cambridge-leadership.com | USD | 25.00 |
| chesh23@hotmail.com | USD | 25.00 |
| gosuri@gmail.com | USD | 25.00 |
| jkildew24@gmail.com | USD | 25.00 |

| | | |
|---|---|---|
| thomasmfernandez@gmail.com | USD | 25.00 |
| patti.bender@washburn.edu | USD | 25.00 |
| rocnjbarr@msn.com | USD | 25.00 |
| katelledu@gmail.com | USD | 25.00 |
| sm@incredible.io | USD | 25.00 |
| ndmelnick@gmail.com | USD | 25.00 |
| afinkell@gmail.com | USD | 25.00 |
| vanvliet.michael@gmail.com | USD | 25.00 |
| alaine.hansen@gmail.com | USD | 25.00 |
| keiadalene@gmail.com | USD | 25.00 |
| adidodds@aol.com | USD | 25.00 |
| brianfreno@gmail.com | USD | 25.00 |
| salah.yahya@hotmail.com | USD | 25.00 |
| salah.yahya@hotmail.com | USD | 25.00 |
| salah.yahya@hotmail.com | USD | 25.00 |
| salah.yahya@hotmail.com | USD | 25.00 |
| salah.yahya@hotmail.com | USD | 25.00 |
| owynn369@yahoo.com | USD | 25.00 |
| joe@entermotion.com | USD | 25.00 |
| nelkafernando1@gmail.com | USD | 25.00 |
| atoponce@xmission.com | USD | 25.00 |
| digitalconspiracy@mac.com | USD | 25.00 |
| jaydencanderson@gmail.com | USD | 25.00 |
| timpanik@aol.com | USD | 25.00 |
| Carmdelroboin@comcast.net | USD | 25.00 |
| drspot@gmail.com | USD | 25.00 |
| clark.justin@gmail.com | USD | 25.00 |
| aaron.ford@gmail.com | USD | 25.00 |
| to_kel03@yahoo.com | USD | 25.00 |
| njloud@yahoo.com | USD | 25.00 |
| vwolff58@gmail.com | USD | 25.00 |
| Hipster24@hotmail.com | USD | 25.00 |
| jacob.lunsford@gmail.com | USD | 25.00 |
| axyoung@gmail.com | USD | 25.00 |
| rexbryce@me.com | USD | 25.00 |
| hilmes.m@gmail.com | USD | 25.00 |
| tac239@gmail.com | USD | 25.00 |
| Tonuche@comcast.net | USD | 25.00 |
| kristinaargo@yahoo.com | USD | 25.00 |
| dml@consume.org | USD | 25.00 |
| cfine26@gmail.com | USD | 25.00 |

| | | |
|---|---|---|
| jchedge@me.com | USD | 25.00 |
| gtbuhr@aol.com | USD | 25.00 |
| mysimplechords@gmail.com | USD | 25.00 |
| theobjector@gmail.com | USD | 25.00 |
| jsally@gmail.com | USD | 25.00 |
| alice.tyler@gmail.com | USD | 25.00 |
| jadeashleyhall@gmail.com | USD | 25.00 |
| treydeming@gmail.com | USD | 25.00 |
| mythbauer24@gmail.com | USD | 25.00 |
| akoosmann@me.com | USD | 25.00 |
| phedren@gmail.com | USD | 25.00 |
| denhart@me.com | USD | 25.00 |
| nschneider9@gmail.com | USD | 25.00 |
| Jessica@realestatevt.com | USD | 25.00 |
| kaz.koltai@gmail.com | USD | 25.00 |
| sara.bulger@gmail.com | USD | 25.00 |
| thedudefitz@gmail.com | USD | 25.00 |
| cgillespie14@wooster.edu | USD | 25.00 |
| cgillespie14@wooster.edu | USD | 25.00 |
| jmichelangeli@gmail.com | USD | 25.00 |
| artneto@santander.com.br | USD | 25.00 |
| lesley.a.simon@gmail.com | USD | 25.00 |
| sjhitch22@gmail.com | USD | 25.00 |
| benloehrke@gmail.com | USD | 25.00 |
| rachelkowalsdym@gmail.com | USD | 25.00 |
| zachc.3.5.1@gmail.com | USD | 25.00 |
| monicaherranz@aol.com | USD | 25.00 |
| c.martino16@icloud.com | USD | 25.00 |
| matt.aramirez@gmail.com | USD | 25.00 |
| leslietincher@gmail.com | USD | 25.00 |
| elevaughn@gmail.com | USD | 25.00 |
| thegdude@hotmail.com | USD | 25.00 |
| alfc@aol.com | USD | 25.00 |
| geminijoe24@yahoo.com | USD | 25.00 |
| michaelsean73@gmail.com | USD | 25.00 |
| justin@vidpresso.com | USD | 25.00 |
| bradwittwer@gmail.com | USD | 25.00 |
| tobster61@gmail.com | USD | 25.00 |
| gavino80@gmail.com | USD | 25.00 |
| ajwoods1@asu.edu | USD | 25.00 |
| Arbrookes@hotmail.com | USD | 25.00 |

| | | |
|---|---|---|
| jkennethb@gmail.com | USD | 25.00 |
| morganmackles@gmail.com | USD | 25.00 |
| jimmy.kell@gmail.com | USD | 25.00 |
| bebowlby@gmail.com | USD | 25.00 |
| dalton@mixedmedialabs.com | USD | 25.00 |
| oded@woodhousecommodities.com | USD | 25.00 |
| amy@anyperk.com | USD | 25.00 |
| amy@anyperk.com | USD | 25.00 |
| amy@anyperk.com | USD | 25.00 |
| amy@anyperk.com | USD | 25.00 |
| amy@anyperk.com | USD | 25.00 |
| annieradams@gmail.com | USD | 25.00 |
| turnerstx@gmail.com | USD | 25.00 |
| brianray@me.com | USD | 25.00 |
| brandybberry@gmail.com | USD | 25.00 |
| mpohlhaus@me.com | USD | 25.00 |
| megansmith8188@yahoo.com | USD | 25.00 |
| ea.hockenberry@gmail.com | USD | 25.00 |
| glowie1@gmail.com | USD | 25.00 |
| davidjosephhunt@gmail.com | USD | 25.00 |
| jenflaig@hotmail.com | USD | 25.00 |
| fjcamachojr@gmail.com | USD | 25.00 |
| embecher@indiana.edu | USD | 25.00 |
| nyte.jac@hotmail.com | USD | 25.00 |
| rchristy@rodchristy.net | USD | 25.00 |
| winkj1@hotmail.com | USD | 25.00 |
| Nicole.m.lederman@gmail.com | USD | 25.00 |
| dandrjackson@shaw.ca | USD | 25.00 |
| thompsnl@gmail.com | USD | 25.00 |
| tc6330@gmail.com | USD | 25.00 |
| evanjcross@gmail.com | USD | 25.00 |
| michaelhanso@gmail.com | USD | 25.00 |
| Robertochavez@hotmail.com | USD | 25.00 |
| margtennant@shaw.ca | USD | 25.00 |
| asolor62@gmail.com | USD | 25.00 |
| imikeisl@gmail.com | USD | 25.00 |
| ellisonyahner@gmail.com | USD | 25.00 |
| kmd624@gmail.com | USD | 25.00 |
| wnaone@yahoo.com | USD | 25.00 |
| aguilardaniella23@yahoo.com | USD | 25.00 |
| nkuhn3@hotmail.com | USD | 25.00 |

| | | |
|---|---|---|
| rezarasoli@gmail.com | USD | 25.00 |
| jessicacoe@gmail.com | USD | 25.00 |
| crolfs47@gmail.com | USD | 25.00 |
| xvets190@yeah.net | USD | 25.00 |
| xvets190@yeah.net | USD | 25.00 |
| assib185@yeah.net | USD | 25.00 |
| assib185@yeah.net | USD | 25.00 |
| assib185@yeah.net | USD | 25.00 |
| gitter87@yeah.net | USD | 25.00 |
| gitter87@yeah.net | USD | 25.00 |
| gitter87@yeah.net | USD | 25.00 |
| seagil88@yeah.net | USD | 25.00 |
| asheg526@yeah.net | USD | 25.00 |
| dlsmall12@gmail.com | USD | 25.00 |
| fdkf4875@yeah.net | USD | 25.00 |
| fdkf4875@yeah.net | USD | 25.00 |
| fdkf4875@yeah.net | USD | 25.00 |
| fjp12b@my.fsu.edu | USD | 25.00 |
| dlsmall12@gmail.com | USD | 25.00 |
| aatey94@yeah.net | USD | 25.00 |
| dearly@copfcu.com | USD | 25.00 |
| cjmatarazzo@yahoo.com | USD | 25.00 |
| grantwidmer@gmail.com | USD | 25.00 |
| bdemaree@scu.edu | USD | 25.00 |
| fireflyeventsavl@gmail.com | USD | 25.00 |
| 1annabella@comcast.net | USD | 25.00 |
| ammiller35@ufl.edu | USD | 25.00 |
| currier1@live.com | USD | 25.00 |
| brianebanta@hotmail.com | USD | 25.00 |
| mlee942@hotmail.com | USD | 25.00 |
| zabaer@gmail.com | USD | 25.00 |
| allan.waters@comcast.net | USD | 25.00 |
| shanerjo@gmail.com | USD | 25.00 |
| greenlandt@gmail.com | USD | 25.00 |
| k7moore14@gmail.com | USD | 25.00 |
| mrodriguez1021@msn.com | USD | 25.00 |
| cdenlow@gmail.com | USD | 25.00 |
| benjamin.davidson@gmail.com | USD | 25.00 |
| daryl.tung@nway.com | USD | 25.00 |
| tgerton99@yahoo.com | USD | 25.00 |
| goods673@yeah.net | USD | 25.00 |

| | | |
|---|---|---|
| goods673@yeah.net | USD | 25.00 |
| goods673@yeah.net | USD | 25.00 |
| goods673@yeah.net | USD | 25.00 |
| skynova72@hotmail.com | USD | 25.00 |
| gglliicckk@gmail.com | USD | 25.00 |
| psn-yellowcore@hotmail.com | USD | 25.00 |
| psn-yellowcoreus@hotmail.com | USD | 25.00 |
| rdio.com@outlook.com | USD | 25.00 |
| rdio.com@outlook.com | USD | 25.00 |
| rdio.com@outlook.com | USD | 25.00 |
| info@lailaloves.co.uk | USD | 25.00 |
| jamieajef@gmail.com | USD | 25.00 |
| zachrunge@gmail.com | USD | 25.00 |
| hamdammit@yahoo.com | USD | 25.00 |
| steve.walker.colorado@gmail.com | USD | 25.00 |
| oliotipims@live.com | USD | 25.00 |
| NCarroll@staalliance.org | CAD | 32.00 |
| gmarcus@gmail.com | CAD | 30.00 |
| lauraskane@gmail.com | CAD | 30.00 |
| bryce@brycecampbell.ca | CAD | 30.00 |
| kendraklassen@rocketmail.com | CAD | 30.00 |
| melissagarside@gmail.com | CAD | 30.00 |
| Eric.Fernandes@trilliumhealthpartners.ca | CAD | 30.00 |
| gclaborn@comcast.net | CAD | 30.00 |
| akorets@gmail.com | CAD | 30.00 |
| thetoine+rdio@gmail.com | CAD | 30.00 |
| tom.liteplo@gmail.com | CAD | 30.00 |
| alex.huras@gmail.com | CAD | 30.00 |
| kevin.flatt@gmail.com | CAD | 30.00 |
| cwalbergs@gmail.com | CAD | 30.00 |
| lbuyer23@gmail.com | CAD | 30.00 |
| mrmunguia@gmail.com | USD | 22.00 |
| timday@iprimus.com.au | AUD | 30.00 |
| None | USD | 20.00 |
| brian.charous@gmail.com | USD | 20.00 |
| siftedbit@gmail.com | USD | 20.00 |
| mak@bkl.ca | USD | 20.00 |
| taro@gtchannel.com | USD | 20.00 |
| abbours@gmail.com | USD | 20.00 |
| recusancy@gmail.com | USD | 20.00 |
| medesantis@gmail.com | USD | 20.00 |

| | | |
|---|---|---|
| johnhanauer@gmail.com | USD | 20.00 |
| steve.schindel@ivinc.com | USD | 20.00 |
| erin1026@gmail.com | USD | 20.00 |
| kylenorell@gmail.com | USD | 20.00 |
| ses235@email.vccs.edu | USD | 20.00 |
| twin27dl@gmail.com | USD | 20.00 |
| joey2joie@gmail.com | USD | 20.00 |
| dbrewer@lausd.net | USD | 20.00 |
| kristenkaiser@comcast.net | USD | 20.00 |
| azaj@comcast.net | USD | 20.00 |
| lauren.morra@gmail.com | USD | 20.00 |
| ashley@designisgoodforyou.com | USD | 20.00 |
| histed237@histed.org | USD | 20.00 |
| lyndsayasutton@gmail.com | USD | 20.00 |
| amoser@sewanee.edu | USD | 20.00 |
| azaj@comcast.net | USD | 20.00 |
| kathlinmmiller@gmail.com | USD | 20.00 |
| mascodegama1976@gmail.com | USD | 20.00 |
| mspry@echonest.com | USD | 20.00 |
| greebin@hotmail.com | USD | 20.00 |
| jeremymbell3@aol.com | USD | 20.00 |
| victoriabrown5@me.com | USD | 20.00 |
| abelardo_g@hotmail.com | USD | 20.00 |
| jm.lundblade@gmail.com | USD | 20.00 |
| Handy_mussotte@progressive.com | USD | 20.00 |
| vinnie@vinalicreativegroup.com | USD | 19.98 |
| brillfactor@hotmail.com | CAD | 25.00 |
| joel.tamblyn@gmail.com | CAD | 25.00 |
| freddy667@hotmail.com | CAD | 25.00 |
| naramata1@hotmail.com | CAD | 25.00 |
| ajhanson@shaw.ca | CAD | 25.00 |
| qburgess@gmail.com | CAD | 25.00 |
| kswhitehead@hotmail.com | CAD | 25.00 |
| jeanpierre.tremblay@sympatico.ca | CAD | 25.00 |
| carolynjanene@gmail.com | CAD | 25.00 |
| laurasick@mac.com | CAD | 25.00 |
| annemiddleton@hotmail.com | CAD | 25.00 |
| gmurray66@gmail.com | CAD | 25.00 |
| amalia.galanis@gmail.com | CAD | 25.00 |
| iainahweng@gmail.com | CAD | 25.00 |
| justin@militantsonz.com | CAD | 25.00 |

| | | |
|---|---|---|
| bpatterson@ecuad.ca | CAD | 25.00 |
| malo7000@gmail.com | CAD | 25.00 |
| Matt.Binnington@telus.com | CAD | 25.00 |
| r.gilling@gmail.com | CAD | 25.00 |
| salah.yahya@hotmail.com | CAD | 25.00 |
| salah.yahya@hotmail.com | CAD | 25.00 |
| salah.yahya@hotmail.com | CAD | 25.00 |
| loudenvr@hotmail.com | CAD | 25.00 |
| cjjv@hotmail.com | CAD | 25.00 |
| jaimie@audioblood.com | CAD | 25.00 |
| jmccoubrey@gmail.com | CAD | 25.00 |
| merrychristmasmattandkristin@hotmail.com | CAD | 25.00 |
| rambo_mayer@hotmail.com | CAD | 25.00 |
| nicholas.shao@gmail.com | CAD | 25.00 |
| brandoncherrington@gmail.com | CAD | 25.00 |
| sharlene.tm@gmail.com | CAD | 25.00 |
| desiree_torrijos@yahoo.ca | CAD | 25.00 |
| denise.sbli@gmail.com | CAD | 25.00 |
| baconoir59@yahoo.com | CAD | 25.00 |
| benurovitch@hotmail.com | CAD | 25.00 |
| pruchnicky@hotmail.com | CAD | 25.00 |
| cchalkoun@sympatico.ca | CAD | 25.00 |
| briagraham14@yahoo.ca | CAD | 25.00 |
| j_beutel@hotmail.com | CAD | 25.00 |
| manpar@rogers.com | CAD | 25.00 |
| shireen.rohatgi@gmail.com | CAD | 25.00 |
| ked49@shaw.ca | CAD | 25.00 |
| jessica.macintyre123@hotmail.com | CAD | 25.00 |
| nhillmer@hotmail.com | CAD | 25.00 |
| caledonies@gmail.com | CAD | 25.00 |
| hollyrohani@gmail.com | CAD | 25.00 |
| js@70main.com | CAD | 25.00 |
| jazzal@sympatico.ca | CAD | 25.00 |
| ahren.brunow@gmail.com | CAD | 25.00 |
| ahren.brunow@gmail.com | CAD | 25.00 |
| lauren.kemp112@gmail.com | CAD | 25.00 |
| michel_daigle@videotron.ca | CAD | 25.00 |
| sgcoulter@gmail.com | CAD | 25.00 |
| inchart@eastlink.ca | CAD | 25.00 |
| jengelyan@gmail.com | CAD | 25.00 |
| ogdenjames@sympatico.com | CAD | 25.00 |

| | | |
|---|---|---|
| david.olsson@gmail.com | CAD | 25.00 |
| belenc0120@gmail.com | CAD | 25.00 |
| marksingson22@gmail.com | CAD | 25.00 |
| jcbwdcck@gmail.com | CAD | 25.00 |
| allison.kp@gmail.com | CAD | 25.00 |
| klingles@shaw.ca | CAD | 25.00 |
| Elissa_remmer@hotmail.com | CAD | 25.00 |
| robert.lee@live.ca | CAD | 25.00 |
| lndshin@yahoo.ca | CAD | 25.00 |
| laura.armstrong@yahoo.ca | CAD | 25.00 |
| shawnwatt@gmail.com | CAD | 25.00 |
| dionisios.vriniotis@gmail.com | CAD | 25.00 |
| cbell@picgroup.ca | CAD | 25.00 |
| jaclynkwok@hotmail.com | CAD | 25.00 |
| ian.matchett@gmail.com | CAD | 25.00 |
| janser@rogers.com | CAD | 25.00 |
| msobko@genumark.com | CAD | 25.00 |
| skelton.thomas@gmail.com | CAD | 25.00 |
| cmakkreel@gmail.com | CAD | 25.00 |
| suzie.weiler@gmail.com | CAD | 25.00 |
| liabaloukas@gmail.com | CAD | 25.00 |
| dennis.graham@cbc.ca | CAD | 25.00 |
| chrispettman@gmail.com | CAD | 25.00 |
| ricky.miller@gmail.com | CAD | 25.00 |
| kimprokopy@gmail.com | CAD | 25.00 |
| rfoster2222@shaw.ca | CAD | 25.00 |
| david_ludwig83@hotmail.com | CAD | 25.00 |
| m_s_soccerman@hotmail.com | CAD | 25.00 |
| SABRINA.MORELLI@bmo.com | CAD | 25.00 |
| JongEun.Lee@bmo.com | CAD | 25.00 |
| Michelle.Dufour@bmo.com | CAD | 25.00 |
| Mani.Sharma@bmo.com | CAD | 25.00 |
| yogifamily@gmail.com | CAD | 25.00 |
| KIM.MAHER@bmo.com | CAD | 25.00 |
| njakymyshyn@gmail.com | CAD | 25.00 |
| justinmaddenriles@hotmail.com | CAD | 25.00 |
| madelyn.taylor@rd.io | USD | 17.99 |
| max.billingham@credit-suisse.com | AUD | 25.00 |
| brett@sydneycookingschool.com.au | AUD | 25.00 |
| hunter_0126@hotmail.com | AUD | 25.00 |
| tdhutchins@comcast.net | USD | 15.00 |

| | | |
|---|---|---|
| stevens.d@gmail.com | USD | 15.00 |
| warren@worthlaw.com | USD | 15.00 |
| chris@loschmann.com | CAD | 20.00 |
| cyrster@gmail.com | CAD | 20.00 |
| matt.f.davis10@gmail.com | CAD | 20.00 |
| matt.e.kennedy@gmail.com | CAD | 20.00 |
| allemanom@me.com | CAD | 20.00 |
| gregolsen3@gmail.com | CAD | 16.00 |
| tufts.cole@gmail.com | CAD | 15.00 |
| mich_raymond@hotmail.com | CAD | 15.00 |
| None | USD | 10.00 |
| aj@daylife.com | USD | 10.00 |
| andreana.lefton@gmail.com | USD | 10.00 |
| pbeseda@gmail.com | USD | 10.00 |
| sunrei16@yahoo.com | USD | 10.00 |
| thebison120@aol.com | USD | 10.00 |
| joseph.gimenez@peoplematter.com | USD | 10.00 |
| keenerl@sfusd.edu | USD | 10.00 |
| flavia_danese@yahoo.com | USD | 10.00 |
| crizucca@gmail.com | USD | 10.00 |
| jveezyftw@me.com | USD | 10.00 |
| mcragin@truecar.com | USD | 10.00 |
| annadlanoue@gmail.com | USD | 10.00 |
| i.am.krista.richards@gmail.com | USD | 10.00 |
| i.am.krista.richards@gmail.com | USD | 10.00 |
| rfuller@emory.edu | USD | 10.00 |
| djorke@aol.com | USD | 10.00 |
| amroots@bellsouth.net | USD | 10.00 |
| tryrainman@gmail.com | USD | 10.00 |
| jyrodgers@gmail.com | USD | 10.00 |
| amandae@gwu.edu | USD | 10.00 |
| andyhulsey@gmail.com | USD | 10.00 |
| tamaraleighkramer@gmail.com | USD | 10.00 |
| scott.andrew.mitchell@gmail.com | USD | 10.00 |
| madelyn.taylor@rd.io | USD | 10.00 |
| martin.w.goetz@gmail.com | USD | 10.00 |
| bjeffries@cinemark.com | USD | 10.00 |
| e2fj@hotmail.com | USD | 10.00 |
| bljaynes@hotmail.com | USD | 10.00 |
| saishta@yahoo.com | USD | 10.00 |
| mz4093169@hotmail.com | USD | 10.00 |

| | | |
|---|---|---|
| momofpresley2004@yahoo.com | USD | 10.00 |
| dahlianyc@gmail.com | USD | 10.00 |
| cvsawyer@uwalumni.com | USD | 10.00 |
| unholding@gmail.com | USD | 10.00 |
| satisfiedmind@gmail.com | USD | 10.00 |
| nan.bulli@gmail.com | USD | 10.00 |
| WalzMeg@Gmail.com | USD | 10.00 |
| cherrynuman@gmail.com | USD | 10.00 |
| msu-kdewitt@mcneese.student.edu | USD | 10.00 |
| katiewillard@gmail.com | USD | 10.00 |
| bradi@me.com | USD | 10.00 |
| diebeticarmadillo@hotmail.com | USD | 10.00 |
| macbrett2@earthlink.net | USD | 10.00 |
| mayodaze@gmail.com | USD | 10.00 |
| emmymeyers13@gmail.com | USD | 10.00 |
| emma@fire-engine-red.com | USD | 10.00 |
| impowercoach@verizon.net | USD | 10.00 |
| s@sylvie.me | USD | 10.00 |
| dane.ransom@gmail.com | USD | 10.00 |
| stephendeming@lavabit.com | USD | 10.00 |
| b9ceacow@msn.com | USD | 10.00 |
| craig_groves@tnc.org | USD | 10.00 |
| daniellacamara@gmail.com | USD | 10.00 |
| ymilanova@citi-habitats.com | USD | 10.00 |
| salah.yahya@hotmail.com | USD | 10.00 |
| lj.leolz@gmail.com | USD | 10.00 |
| boromisa@gmail.com | USD | 10.00 |
| helgamir@gmail.com | USD | 10.00 |
| spbrahler@yahoo.com | USD | 10.00 |
| anne.terwilliger@gmail.com | USD | 10.00 |
| megan.reing@gmail.com | USD | 10.00 |
| nicolalpalmer@gmail.com | USD | 10.00 |
| mikerudy@gmail.com | USD | 10.00 |
| coreyadobson@gmail.com | USD | 10.00 |
| JChiu@kentdisplays.com | USD | 10.00 |
| cullinan.michael@gmail.com | USD | 10.00 |
| iballs@gmail.com | USD | 10.00 |
| ramseyfurniss76@yahoo.com | USD | 10.00 |
| valeria.garza2@icloud.com | USD | 10.00 |
| krystin.deschamps@usu.edu | USD | 10.00 |
| hillarydianne@gmail.com | USD | 10.00 |

| | | |
|---|---|---|
| jillcpy@gmail.com | USD | 10.00 |
| erinem@gmail.com | USD | 10.00 |
| sixfootnine@gmail.com | USD | 10.00 |
| wtf_mayra@yahoo.com | USD | 10.00 |
| taraykp@hotmail.com | USD | 10.00 |
| d.meyer.w@gmail.com | USD | 10.00 |
| victoriahelenaj@yahoo.com | USD | 10.00 |
| jillian.avila@gmail.com | USD | 10.00 |
| jordan.oneill@me.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| jessie.pray@gmail.com | USD | 10.00 |
| elevlev@hotmail.com | USD | 10.00 |
| charles.john.gregory@gmail.com | USD | 10.00 |
| joebrennan64@gmail.com | USD | 10.00 |
| sasha.risler@gmail.com | USD | 10.00 |
| sambaron22812@gmail.com | USD | 10.00 |
| keith_martin@bose.com | USD | 10.00 |
| ali.hodges@gmail.com | USD | 10.00 |
| traceymarieclarke@gmail.com | USD | 10.00 |
| joyce.hsu@tmi.vc | USD | 10.00 |
| basilios04@hotmail.com | USD | 10.00 |
| mikemerlo@aon.com | USD | 10.00 |
| janettasong@gmail.com | USD | 10.00 |
| paoprak@gmail.com | USD | 10.00 |
| polly.gobin@gmail.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| levine.d.jason@gmail.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| kevin.cluff@gmail.com | USD | 10.00 |
| danadd1985@gmail.com | USD | 10.00 |
| smorrissey81@gmail.com | USD | 10.00 |
| jonmoralez@gmail.com | USD | 10.00 |
| ron.buell@rd.io | USD | 10.00 |
| tony.powell@gmail.com | USD | 10.00 |
| 1459857025@facebook.com | USD | 10.00 |
| elliot@pilgrimworks.com | USD | 10.00 |
| lewis.we@gmail.com | USD | 10.00 |
| cyclone.c12@gmail.com | USD | 10.00 |
| family@pilgrimworks.com | USD | 10.00 |
| damiller2000@gmail.com | USD | 10.00 |

| Email | Currency | Amount |
|---|---|---|
| kendall.tosco@gmail.com | USD | 10.00 |
| ihvo@live.com | USD | 10.00 |
| dstnfsmth@gmail.com | USD | 10.00 |
| end.serenading@yahoo.com | USD | 10.00 |
| jeann@jeann.me | USD | 10.00 |
| nielsonj@aol.com | USD | 10.00 |
| tspar85@gmail.com | USD | 10.00 |
| horntm@gmail.com | USD | 10.00 |
| jaal55555@gmail.com | USD | 10.00 |
| mament91@yeah.net | USD | 10.00 |
| mament91@yeah.net | USD | 10.00 |
| mament91@yeah.net | USD | 10.00 |
| cookie.casper@gmx.ch | USD | 10.00 |
| cookie.casper@gmx.ch | USD | 10.00 |
| ellingson.sophia@gmail.com | USD | 10.00 |
| kingc1203@yeah.net | USD | 10.00 |
| xpect1203@yeah.net | USD | 10.00 |
| phere5201@yeah.net | USD | 10.00 |
| lindsaycampbell@gmail.com | USD | 10.00 |
| jmsocks@gmail.com | USD | 10.00 |
| allessandro1205@hotmail.com | USD | 10.00 |
| Rwetzel9221@gadsdenstate.edu | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| angela-bell@uiowa.edu | USD | 10.00 |
| givensdrew@gwu.edu | USD | 10.00 |
| cpburton@me.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| erowan@gmail.com | USD | 10.00 |
| aron+rdiogift1@aether.com | USD | 10.00 |
| aron+rdiogift1@aether.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| yudi.ahmadf@yahoo.com | USD | 10.00 |
| onesl472@yeah.net | USD | 10.00 |
| onesl472@yeah.net | USD | 10.00 |
| onesl472@yeah.net | USD | 10.00 |
| pandahitam098@gmail.com | USD | 10.00 |
| onesl472@yeah.net | USD | 10.00 |
| onesl472@yeah.net | USD | 10.00 |
| onesl472@yeah.net | USD | 10.00 |
| goods673@yeah.net | USD | 10.00 |
| goods673@yeah.net | USD | 10.00 |

| | | |
|---|---|---|
| goods673@yeah.net | USD | 10.00 |
| goods673@yeah.net | USD | 10.00 |
| goods673@yeah.net | USD | 10.00 |
| betauser@aether.com | USD | 10.00 |
| betauser@aether.com | USD | 10.00 |
| yudi.ahmadf@yahoo.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| yudi.ahmadf@yahoo.com | USD | 10.00 |
| ryan_says_hello@yahoo.com | USD | 10.00 |
| cb550dad@hotmail.com | USD | 10.00 |
| yudi.ahmadf@yahoo.com | USD | 10.00 |
| easimens@gmail.com | USD | 10.00 |
| darbyduffinfamily@gmail.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| chrismikethom@gmail.com | USD | 10.00 |
| piyaasmari@gmail.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| jason.marass@gtl.net | USD | 10.00 |
| jason.marass@gtl.net | USD | 10.00 |
| rdio.com@outlook.com | USD | 10.00 |
| firinnteine@gmail.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| emmalee.albers.ea@gmail.com | USD | 10.00 |
| guitrasher@gmail.com | USD | 10.00 |
| RobertKozel@cep.com | USD | 10.00 |
| j.denver.125@gmail.com | USD | 10.00 |
| cremefreeshy@gmail.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| oliotipims@live.com | USD | 10.00 |
| oliotipims@live.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| kushiel32@gmail.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |

| | | |
|---|---|---|
| rdio@uncover.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| rdio@uncover.com | USD | 10.00 |
| ryan.maus@gmail.com | USD | 9.99 |
| tiarni.watt@hotmail.com | AUD | 13.00 |
| madelyn@rd.io | USD | 8.00 |
| gen_rocks@sympatico.ca | CAD | 10.00 |
| sandrine.westgate@hotmail.com | CAD | 10.00 |
| nicolas.westgate@sympatico.ca | CAD | 10.00 |
| brent@pipeandhat.com | CAD | 10.00 |
| dear.bethness@gmail.com | CAD | 10.00 |
| rajivk@sparklit.com | CAD | 10.00 |
| kent.douglas@gmail.com | CAD | 10.00 |
| djryang@gmail.com | CAD | 10.00 |
| konrad@mytooq.com | CAD | 10.00 |
| andrew.milne@bv02.com | CAD | 10.00 |
| danny.copeland@gmail.com | CAD | 10.00 |
| brett.tackaberry@gmail.com | CAD | 10.00 |
| zrnike@gmail.com | CAD | 10.00 |
| karanhywong@gmail.com | CAD | 10.00 |
| Natalie.melanson@mecglobal.com | CAD | 10.00 |
| salah.yahya@hotmail.com | CAD | 10.00 |
| andygraves@gmail.com | CAD | 10.00 |
| andygraves@gmail.com | CAD | 10.00 |
| hdcrabbe@yahoo.ca | CAD | 10.00 |
| octavian.herescu@gmail.com | CAD | 10.00 |
| socabev@hotmail.com | CAD | 10.00 |
| yeung_lisa@hotmail.com | CAD | 10.00 |
| caro40173@hotmail.com | CAD | 10.00 |
| paul.teehan@gmail.com | CAD | 10.00 |
| evogus@yahoo.com | CAD | 10.00 |
| shawnkyu@gmail.com | CAD | 10.00 |
| naomi.simon@bell.ca | CAD | 10.00 |
| mashalirezaa@gmail.com | CAD | 10.00 |
| shawn@division1.ca | CAD | 10.00 |
| anna.bilowus@rbc.com | CAD | 10.00 |
| julie.dugre@hotmail.fr | CAD | 10.00 |
| jenn.charina@gmail.com | CAD | 10.00 |
| jennifer@bruceallen.com | CAD | 10.00 |
| sung-chi@hotmail.com | CAD | 10.00 |
| fiona_1004@hotmail.com | CAD | 10.00 |

| Email | Currency | Amount |
|---|---|---|
| gabrielle.jeliazkov@mail.mcgill.ca | CAD | 10.00 |
| jeff.alves1995@gmail.com | CAD | 10.00 |
| zkobylinski@hotmail.com | CAD | 10.00 |
| botanyandcompany@gmail.com | CAD | 10.00 |
| macgregor_craig@yahoo.ca | CAD | 10.00 |
| mikekalin@gmail.com | CAD | 10.00 |
| jeff.sonic@rogers.com | CAD | 10.00 |
| mikeheddle@royallepage.ca | CAD | 10.00 |
| francoiscrevier@hotmail.com | CAD | 10.00 |
| francoiscrevier@hotmail.com | CAD | 10.00 |
| j.briggs@telus.net | CAD | 10.00 |
| gabriella.tesfay@gmail.com | CAD | 10.00 |
| krislongtin@yahoo.ca | CAD | 10.00 |
| mixedhitsproductionstv@live.ca | CAD | 10.00 |
| laurie.cumming@sympatico.ca | CAD | 10.00 |
| Derek.Scapinello@peelsb.com | CAD | 10.00 |
| kylemacdonald@hotmail.com | CAD | 10.00 |
| glen.greer+gift@gmail.com | CAD | 10.00 |
| cassie.whitlam@traffik.ca | CAD | 10.00 |
| cassie.whitlam@traffik.ca | CAD | 10.00 |
| cassie.whitlam@traffik.ca | CAD | 10.00 |
| cassie.whitlam@traffik.ca | CAD | 10.00 |
| busto_nicky@hotmail.com | CAD | 10.00 |
| deanmazur.esquire@hotmail.com | CAD | 9.99 |
| home@findlayit.com.au | AUD | 10.00 |
| mkpred@live.com | AUD | 10.00 |
| peter@petertarasiuk.com | AUD | 10.00 |
| chriskrohne@gmail.com | USD | 5.00 |
| cookie.casper@gmx.ch | USD | 5.00 |
| lucy.herm@gmail.com | USD | 5.00 |
| saeidm@gmail.com | CAD | 6.00 |
| me@roshanvirk.com | CAD | 5.00 |
| cookie.casper@gmx.ch | USD | 1.00 |
| support@spotify.com | USD | 1.00 |
| cookie.casper@gmx.ch | USD | 1.00 |
| cookie.casper@gmx.ch | USD | 1.00 |
| j.denver.125@gmail.com | USD | 1.00 |
| catherinehiggins8@gmail.com | USD | 1.00 |
| emmelita@me.com | AUD | 1.00 |
| winoto.kina@gmail.com | USD | 0.21 |
| malthe@sigurdsson.dk | USD | 0.01 |

malthe@sigurdsson.dk                    USD                 0.01

Fill in this information to identify the case:

Debtor name **Rdio, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **15-31430**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Attachment G to the Debtor's Schedules of Assets and Liabilities sets forth all of the contracts and leases to which the Debtor and/or a subsidiary of the Debtor are a party. The Debtor's inclusion of a contract or lease in Attachment G shall not constitute acknowledgment or admission that any of the listed contracts are executory in nature. The Debtor reserves the right to modify, amend and supplement this list.** |
| State the term remaining | |
| List the contract number of any government contract | **Please See Attachment G** |

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 167 of 209

**Attachment G to Schedules of Assets and Liabilities**

| Counterparty | Agreement Title | Date |
|---|---|---|
| **Advertising-Networks** | | |
| Amazon | Master Terms and Conditions for Internet Advertising | 8/21/2014 |
| Amazon | Insertion Order | 8/19/2014 |
| Ampush | Insertion Order | 7/1/2014 |
| Ando Media, LLC-Triton Digital | Services Agreement, as amended | 11/7/2013 |
| Blackberry Corporation | BBM-Paid Media Customer Engagement Form | 8/7/2014 |
| Global Radio Services Ltd | Advertising Sales Representation Agreement | 11/17/2014 |
| Operative Media | Managed Services Schedule for Publishers | 5/2/2014 |
| Operative Media | Managed Services Schedule for Publishers | 12/1/2014 |
| Snakk Media d/b/a Represent Media | Advertising Representation Agreement | 6/3/2015 |
| TargetSpot, Inc. | TargetSpot Master Services Agreement | 8/1/2015 |
| | | |
| **Partnership Agreements** | | |
| Aether Things (Morse Project, Inc.) | API Evaluation Agreement | 11/19/2012 |
| Aether Things, Inc. | API License Agreement | 5/6/2014 |
| Aether Things, Inc. | License Agreement | 5/8/2014 |
| AG Cellular Dealership CC (t/a AG Mobile) | Pre-load, Marketing and Bundle, Distribution Agreement | 7/29/2015 |
| AirSmart System Co., Ltd | API Evaluation Agreement | 10/29/2014 |
| AirSmart System Co., Ltd | API License Agreement | 9/22/2014 |
| Allplay (Qualcomm Atheros, Inc.) | Allplay-Capable SAM Evaluation Agreement | 6/6/2014 |
| Amazon Digital Services, Inc. | Amazon Mobile App Distribution Agreement (as amended) | 7/15/2013 |
| Amazon Payments, Inc. | Amazon Payments Agreement (as amended) | 4/22/2011 |
| Apple Inc. | Apple Developer Agreement (Brazil) | 6/10/2014 |
| Apple Inc. | Apple Developer Program License Agreement (as amended) | 9/9/2015 |
| Apple Inc. | iOS Developer Program License Agreement (as amended) | 12/9/2012 |
| Apple Inc. | CarPlay APIs Addendum to iOS Developer Program License | 10/6/2014 |
| Apple Inc. | iOS Developer Program Enterprise License Agreement | 4/10/2011 |
| Australian Broadcasting Co. | API License Agreement | 3/25/2013 |
| AXS Digital, LLC | Partner Agreement | 8/26/2014 |
| BandPage, Inc. | API Access Agreement (as amended by Side Letter Agreement dated | 5/5/2014 |
| Bang & Olufsen | API Evaluation Agreement | 12/7/2013 |
| Barnesandnoble.com LLC | NookColor Application Distribution Agreement (as amended) | 5/2/2012 |
| Bosch SoftTech GmbH | API Evaluation Agreement | 7/1/2015 |
| Bosch SoftTech GmbH | mySPIN Application Development and Distribution Agreement | 1/6/2015 |
| Bose Corporation | API Evaluation Agreement | 4/4/2014 |
| Band (Radio e Televisao Bandeirantes Ltda.) | Advertising Sales and Platform Integration Agreement | 4/16/2014 |
| Ceton Corp. | API Evaluation Agreement | 6/17/2014 |
| Google, Inc. (Chromecast) | Confidential Chromecast Development and Marketing Agreement | 3/28/2014 |
| Clarion Corporation of America | Agreement for Use of In-Vehicle Devices Application Services | 2/5/2015 |
| CloudCar | API License Agreement | 7/23/2015 |
| Corus Radio Interactive (a division of Corus | Integration and Support Agreement | 9/22/2015 |
| Corus Radio Interactive (a division of Corus | Advertising Purchase Agreement | 9/22/2015 |
| Cumulus Media Holdings Inc. | Advertising Sales and Platform Integration Agreement | 9/13/2014 |
| Cumulus Media Holdings Inc. | Agreement (LIVE) | 8/11/2015 |
| Cumulus Media Holdings Inc. | Integration and Support Agreement | 8/11/2015 |
| D&M Holdings Inc. (Denon) | API License Agreement | 4/17/2015 |
| DiGi Telecommunications Sdn Bhd | Co-Marketing Agreement | 3/13/2015 |
| Digicel Caribbean Limited | Pre-load, Marketing and Bundle, Distribution Agreement | 1/20/2015 |
| Discovery Vitality Pty Limited | Memorandum of Agreement - (Marketing Partnership) | 2/25/2015 |
| DTS, Inc. (DTS-Phorus) | API Evaluation Agreement | 12/16/2014 |
| DTS, Inc. (DTS-Phorus) | API License Agreement | 7/1/2015 |

| | | |
|---|---|---|
| Electronic Arts | API License Agreement | 12/21/2012 |
| Facebook, Inc. (initially Karma Science, Inc.) | Supply Agreement (as amended) | 10/25/2012 |
| Fon Wireless Limited | API Evaluation Agreement | 6/7/2013 |
| Google, Inc. | Release (for marketing in connection with Chrome OS) | Undated |
| Google, Inc. | Device & Software Evaluation License - (Durable Deep Links) | 9/10/2015 |
| Google Inc. | Developer Distribution Agreement (Google Play) | 5/5/2015 |
| Harman International Industries, Incorporated | API Evaluation Agreement | 2/2/2013 |
| Harman International Industries, Incorporated | API License Agreement - (Aha) | 6/29/2012 |
| Harman International Industries, Incorporated | API License Agreement - (Harmon Kardon) | 6/1/2015 |
| Hisense USA Corporation | Licensing, Distribution and Services Agreeement | 4/24/2015 |
| Huawei Device (Dongguan) Co., Ltd. | API Evaluation Agreement | 12/17/2014 |
| Ideaworks London Ltd | API Evaluation Agreement | 10/3/2014 |
| Iusacell S.A. de C.V. | Reseller Agreement (as amended) | 3/6/2013 |
| JamBase | JamBase Feed Agreement (as amended) | 4/7/2009 |
| Jawbone | API Evaluation Agreement | 12/14/2012 |
| Kobo Inc. | Co-Marketing and License Agreement | 10/28/2011 |
| Last.fm Limited | Linking Agreement | 10/25/2010 |
| Lenbrook Industries Limited (Bluesound) | API Evaluation Agreement | 11/30/2012 |
| LG | Legally Binding Agreement (Re: LG Smart World - Click-Through | 7/23/2015 |
| LG | LG Web Application Developer Agreement (Click-Through Agreement) | Undated |
| Myine Electrioncs Inc. (d/b/a/ Livio) | Demonstration Agreement for App Partner | 5/5/2013 |
| MediaWorks Holdings Limited | Investment and Distribution Agreement (as amended) | 9/1/2015 |
| Microsoft Corporation | Microsoft Xbox 360 Development Kit License | 3/18/2013 |
| Microsoft Corporation | Microsoft Xbox Platform Application Provider Agreement | 4/11/2013 |
| Microsoft Corporation (Ericsson) | Microsoft Mediaroom Products Agreement | 1/23/2013 |
| Microsoft Corporation (Ericsson) | Microsoft Mediaroom Personal Server Product Use Rights to the Microsoft | 1/23/2013 |
| Microsoft Corporation | Windows Store App Marketing Agreement - (Windows Phone) | 9/24/2014 |
| Minutrade S/A | Partnership Agreement | 8/10/2012 |
| Mozilla Corporation | Firefox Marketplace Content Agreement | 10/13/2014 |
| Music Reports Inc. | Letter Agreement (as amended) - (MRI-w-Rdio/Agreement for Services) | 11/17/2009 |
| Muzik LLC | API License Agreement | 11/3/2014 |
| MVS Radio (Stereorey Mexico, S.A.) | Deal Summary | 11/12/2012 |
| Nuance Communications | API License Agreement | 9/30/2014 |
| Parrot, S.A. | Distribution and License Agreement | 8/1/2014 |
| Parrot, S.A. | API License Agreement | 11/6/2013 |
| Pioneer Corporation | Co-Marketing and License Agreement (as amended) | 5/1/2011 |
| Pioneer Corporation | API License Agreement | 6/9/2014 |
| Plethra, LLC | API Evaluation Agreement | 11/18/2014 |
| Prisa Radio, S.L. | Digital Radio Channel Service, Ad Sales, Marketing & Promotion Agreement | 7/15/2015 |
| Red Bull Media House GmbH | Marketing and License Agreement | 11/17/2014 |
| ROCKI Technology Inc | API Evaluation Agreement | 10/20/2014 |
| Roku, Inc. | Channel Application Upgrade and Distribution Agreement (as amended) | 7/30/2014 |
| Rovi Corporation | API License Agreement | 3/1/2012 |
| Samsung Electronics Co., Ltd | API Evaluation Agreement | 11/29/2013 |
| Samsung Electronics Co., Ltd | API License Agreement (Samsung Shape) | 3/20/2014 |
| Shazam Media Services, Inc. | Insertion Order | 9/29/2015 |
| Songkick.com Limited | Rdio <> Songkick Commercial Agreement | 2/24/2015 |
| Sonos, Inc. | Content Integration Agreement | 7/23/2015 |
| Sonos, Inc. | API Evaluation and Development License Agreement | 9/11/2015 |
| Soundhound, Inc. | Insertion Order | 4/13/2015 |
| Sprint/United Management Company | Music Whitelisting Program Agreement | 8/26/2015 |
| StreamUnlimited Engineering GmbH | API Evaluation Agreement | 7/12/2013 |

| | | |
|---|---|---|
| T-Mobile USA, Inc. | License to Promote Streaming Music Service | 10/23/2014 |
| Telemar Internet Ltda (Oi) | Co-Marketing Agreement | 3/13/2013 |
| Telus Communications Company | Application Distribution and Billing Services Agreement | 7/20/2011 |
| Tesla Motors Netherlands B.V. | Rdio/Tesla API License, Development and Co-Operation Agreement | 1/21/2014 |
| Toshiba America Information Systems, Inc. | Software Licensing, Distribution and Revenue Share Agreement | 3/1/2012 |
| Twitter, Inc. | Rdio API Terms of Use Agreement | 4/3/2013 |
| Uber Technologies, Inc. | Uber Unison Services and Promotion Agreement | 11/11/2014 |
| Ubithings | API Evaluation Agreement | 11/7/2014 |
| Verizon Corporate Services Group Inc. | Verizon Developer Community App License Agreement (as amended) | 10/13/2010 |
| Videotron G.P. | Object: Videotron's Unlimited Music Program | 7/31/2015 |
| Viewbiquity, LLC | API Evaluation Agreement | 2/12/2015 |
| Vizio, Inc. | API Evaluation Agreement | 3/4/2015 |
| Volvo Car Corporation | Master Infotainment Service Agreement | 5/8/2014 |

## Software

| | | |
|---|---|---|
| Compas Technology | Master Services Agreement | 7/25/2014 |
| Hoefler & Frere-Jones | Mobile Application Agreement | 9/6/2012 |
| Hoefler & Frere-Jones | Webfont Beta Terms of Service | 9/6/2012 |
| Hoefler & Frere-Jones | Self-Hosted Cloud.Typography License Agreement | 5/8/2013 |
| Hoefler & Frere-Jones | Software Distribution Agreement | 8/19/2015 |
| Nero, Inc. | Software License Agreement (as amended) | 9/5/2012 |
| Nuemeta, LLC | Software Licence Master Agreement | 6/12/2014 |
| New Relic, Inc. | Trademark License Agreement | 3/18/2014 |
| New Relic, Inc. | Additional Subsequent Purchase(s) Order Form | 6/25/2014 |
| New Relic, Inc. | Stand-Alone Renewal Order Form | 6/30/2015 |
| Pinnacle Solutions, Inc. | Master Services Agreement #001 | 6/18/2015 |
| Pinnacle Solutions, Inc. | Pinnacle Solutions Work Order 001 | 6/22/2015 |
| SAS Institute Inc. | Master Licence Agreement | 12/23/2014 |
| Solium Plan Managers LLC | Solium Subscription Agreement | Undated |
| Synacor, Inc. | Content Provider Agreement (as amended) | 7/21/2011 |

## Data Analysis

| | | |
|---|---|---|
| Amplitude | Sonalight, Inc. (DBA Amplitude) License & Master Services Agreement | 5/12/2014 |
| Amprofon A.C. (Mexico) | Data Supply Agreement | 11/1/2014 |
| BMAT Licensing S.L.U. (Spain) | Data Supply Agreement | 7/1/2015 |
| Crowley Broadcast Analysis do Brasil Ltda | Data Supply Agreement | 10/24/2013 |
| GFK Chart-Track Ltd (Ireland) | Data Supply Agreement | 6/4/2014 |
| The Nielsen Company (US) LLC | Nielsen Media Products Data Supply Agreement (as amended) | 10/16/2011 |
| The Official UK Charts Company Limited | Data Supply Agreement | 7/11/2014 |
| Thinktank Research and Strategy | Letter of Confirmation | 5/30/2013 |
| TUNE, Inc. | MobileAppTracking ("MAT") Pricing Statement | 2/5/2015 |
| TUNE, Inc. | Tune Master Services Agreement (as amended) | 2/1/2015 |

## Engineering

| | | |
|---|---|---|
| LVL Studio Inc. | General Service Agreement (as amended) | 10/6/2014 |
| Rovi | Amended and Restated Data License and Service Agreement (as amended) | 3/8/2013 |

## Operations

| | | |
|---|---|---|
| 10gen (now MondoDB) | MongoDB (10gen) Terms of Service Definitions | 5/14/2013 |
| 10gen (now MondoDB) | MongoDB Documentation Release 3.0.7 | 11/5/2015 |
| 10gen (now MondoDB) | Creative Commons Attribution-NonCommerical-ShareAlike 3.0 | 11/10/2015 |
| Adler Shine LLP | Letter of Engagement - Non Audit Accounting Services | 11/12/2012 |

| | | |
|---|---|---|
| Adyen B.V. | Merchant Agreement | 8/10/2015 |
| Adyen do Brasil Ltda. | Local Affiliate Merchant Agreement - Brazil | 8/10/2015 |
| American Registry for Internet Numbers, Ltd. | American Registry for Internet Numbers, Ltd. Service Agreement | 3/10/2011 |
| Baker & McKenzie LLP | Letter Agreement (Representation by Baker & McKenzie LLP) | 1/22/2013 |
| Bitkom | Application for Membership | 4/15/2012 |
| Blueback Global, Inc. | Letter Agreement | 8/18/2015 |
| Chase (Paymentech, LLC) | Select Merchant Payment Instrument Processing Agreement (U.S. Agreement) | 11/19/2013 |
| Chase Paymentech Europe Limited | Select Merchant Payment Processing Agreement (European Processing) | 1/10/2012 |
| Cravath, Swaine & Moore LLP | Letter Agreement (Rdio, Inc.) | 7/10/2015 |
| CyberSource Corporation | CyberSource Payment Solutions Agreement | 9/9/2009 |
| Fortis Partners | Agreement | 2/26/2014 |
| K&J Search Consultants Pvt. Ltd. | K&J Search - Terms of Business Amended (Rdio-01.07.15) | 7/1/2015 |
| LionBridge | Terms and Conditions | undated |
| LionBridge | Statement of Work | 3/14/2013 |
| Media Arts Lawyers | Letter Agreement (Rdio Ltd - Instructions to Act) | 3/14/2012 |
| Michael Simkins LLP | Letter Agreement (Terms of Engagement) | 4/28/2014 |
| National Student Clearinghouse | National Student Clearinghouse Verification Services Agreement | 6/17/2013 |
| NetSource, Inc. | Fee Agreement | 3/16/2012 |
| Pachulski Stang Ziehl & Jones LLF | Retention Agreement | 12/1/2013 |
| Red Shed Business Advisors | Engagement Proposal | 12/4/2014 |
| Siritzky Law, PLLC | Letter Agreement (Confirmation of Engagement Agreement) | 3/24/2014 |
| The Artemis Group Ltd. | Letter Agreement | 3/24/2014 |
| Vindicia, Inc. | Trial Agreement | 9/11/2015 |

| | | |
|---|---|---|
| **Tech Operations (Back End)** | | |
| Akamai Technologies, Inc. | Service Order Form | 9/1/2014 |
| Amazon Web Services | AWS Customer Services Agreement | undated |
| Bit.ly Inc. | Order Form | 7/15/2015 |
| Bit.ly Inc. | Bitly Enterprise Agreement | 7/15/2011 |
| Chef Software, Inc. (formerly OpsCode) | Invoice | 5/9/2015 |
| Chef Software, Inc. (formerly OpsCode) | Chef Support Service Level Agreement | 1/12/2015 |
| Chef Software, Inc. (formerly OpsCode) | Opscode Chef Order Form for Software Products, Support, and Maintenance | 5/9/2014 |
| Chef Software, Inc. (formerly OpsCode) | Online Master License and Services Agreement | 11/1/2015 |
| Consolidated Independent Limited | Agreement | 7/29/2014 |
| Dell Financial Services LLC | Master Lease Agreement (as amended via Schedule and Exhibit A) | 7/23/2011 |
| Intel Corporation | Intel AppUp Developer Program Porting and Optimization License Agreement | 1/8/2013 |
| InterVision | Terms & Conditions | 8/2/2012 |
| InterVision-EMC (formerly Isilon) | Sales Quote | 3/31/2015 |
| InterVision-F5 | Intervision Sales Quote-RDIO | 10/29/2015 |
| Kahuna, Inc. | Kahuna Agreement and Terms of Service (as amended) | 11/6/2014 |
| Kahuna, Inc. | Data Processing Agreement | 9/14/2015 |
| LinkShare Corporation | LinkShare Master Services Agreement | 2/28/2011 |
| LinkShare Corporation | Order Form and Pricing Schedule (as amended) | 2/28/2011 |
| Mosaic NetworX LLC | Service Order Form | 6/8/2011 |
| Mosaic NetworX LLC | Mosaic Networx Enterprise Services | 6/8/2011 |
| PagerDuty, Inc. | Order Form | 12/13/2014 |
| Percona, LLC | Percona Statement of Work | 6/29/2015 |
| Segment.io | License & Master Service Agreement Order Form | 3/21/2014 |
| Twilio | Terms of Service | undated |
| Verizon Digital Media Services - EdgeCast | Master Service Agreement | 7/1/2010 |
| Verizon Digital Media Services - EdgeCast | Service Order | 5/1/2012 |
| Verizon Digital Media Services - EdgeCast | Invoice | 10/1/2015 |

| Xamarin Inc. | Rdio - Xamarin Contractor Agreement | 10/25/2014 |

### Marketing Agreements

| | | |
|---|---|---|
| Andrew Combs-Coin Records | Performance Agreement and Release Form | 9/1/2015 |
| Benztown Production Services | License Agreement for Benztown Branding Production Services (as amended) | 12/1/2014 |
| CA Media Digital (India) Pvt. Ltd. (Fluence) | Agreement | 7/7/2015 |
| Canadian Academy of Recording Arts & Sciences | Sponsorship Agreement | 2/11/2015 |
| Chimney Group Asia Pacific Pty. Ltd | Chimney Group Asia Pacific Production and Creative Agreement for Rdio Sarl | 5/19/2015 |
| Chimney Group Asia Pacific Pty. Ltd | Chimney Group Asia Pacific Production Agreement for Rdio | 4/29/2015 |
| China Basin Ballpark Copmany, LLC | Sponsorship Agreement Rdio 2015 | 4/4/2015 |
| Dent May-CarPark Inc. | Rdio Live Session Agreement | 10/15/2012 |
| Diageo Americas, Inc. | Sponsorship Agreement | 3/18/2015 |
| Duncan Channon | Master Services Agreement (and SOWs) | 5/1/2015 |
| Easy Leaves | Master Use Video License | 8/12/2015 |
| Easy Leaves | Synchronization Use Video License | 8/12/2015 |
| Environics Communications | Independent Contractor Agreement (as modified by applicable SOWs) | 7/1/2014 |
| Fetch Media Ltd. | Mobile Marketing Services Agreement | 1/6/2015 |
| Flock Advertising Mexico, S. de R.L. de C.V. | Master Services Agreement (and SOWs) | 1/15/2015 |
| Google, Inc. | Master Service Agreement | 5/1/2015 |
| Green Copper-Celebrate Brooklyn 2015 | Mobile Application Development Agreement | 3/16/2015 |
| Green Copper-FunFunFun | Mobile Application Development Agreement | 11/16/2015 |
| Green Copper-RiotFest | Mobile Application Development Agreement | 4/27/2015 |
| Hopeless Records, Inc. | Indemnification Agreement for Hopeless/The Used & Rdio, Inc. | 3/27/2012 |
| Hotwire Public Relations Limited (UK) | Hotwire Contract - Public Relations Consultancy Terms of Business | 2/1/2015 |
| Instrument | Independent Contractor Agreement (as modified by applicable SOWs) | 11/5/2014 |
| Jim James-ATO Records | Agreement (Live Sessions Agreement) | 2/20/2013 |
| Joywave-Hollywood Records | Performance Agreement and Release Form | 8/21/2015 |
| Michael Ray-Warner Music Nashville | Performance Agreement and Release Form | 9/11/2015 |
| Mill Sterling PR | Advertising Agency Service Agreement | 9/1/2014 |
| Missy Higgins-Vagrant Records | Rdio Live Session Agreement | 10/26/2012 |
| Mob Hill, LLC | Sponsorship Agreement | 6/6/2015 |
| Neon Gold Records, LLP | Master Use Video License (as amended) | 4/23/2015 |
| Passenger-Nettwerk Music Group | Rdio Live Session Agreement | 10/26/2012 |
| PMG Presse - Monitor GmbH | Contract for the Supply/Licensing of Digital Content and Utilization of a | 5/14/2012 |
| Pulp-PR, LLC | Engagement Letter | 8/15/2015 |
| Railers-Warner Music Nashville | Performance Agreement and Release Form | 7/2/2015 |
| Rogers & Cowan | Agreement for Professional Services (as modified by applicable SOWs) | 10/27/2011 |
| Ryn Weaver-Universal Music Group | Performance Agreement and Release Form | 7/10/2015 |
| San Francisco Film Society | Letter Of Agreement | 3/26/2015 |
| San Francisco Giants Baseball Club | Letter Of Agreement | 3/5/2015 |
| Scott Helman-Warner Music Canada | Performance Agreement and Release Form | 10/2/2015 |
| Sohn-4AD-Beggars Group | Performance Agreement and Release Form | 5/23/2014 |
| Steve McQueens | Performance Agreement and Release Form | 4/30/2015 |
| Stump Fluff, LLC | Sponsorship Agreement | 8/19/2015 |
| Taboola Europe Limited | Digital Advertising Insertion Order | 6/12/2015 |
| Tei Shi-Tunecore inc. | Performance Agreement and Release Form | 10/2/2015 |
| Tunecore, Inc. | Synchronization Use Video License (as amended) | 3/30/2015 |
| Turn Inc. | Insertion Order | 8/1/2015 |

### Consultancy Agreements

| | | |
|---|---|---|
| Bean, Bryan | Independent Contractor Agreement | 9/8/2014 |
| Chu, Natasha | Independent Contractor Agreement | 1/12/2015 |

| | | |
|---|---|---|
| Chua, Robin | Independent Contractor Agreement | 6/1/2015 |
| Fernie, Sean | Independent Contractor Agreement | 4/13/2015 |
| Frankowski, Karl | Independent Contractor Agreement | 4/20/2015 |
| Garcia, Alex | Independent Contractor Agreement | 2/24/2015 |
| Gramlich, Benjamin | Independent Contractor Agreement | 6/1/2015 |
| Gskinner.com, Inc. | Independent Contractor Agreement | 10/8/2014 |
| J23 Productions (Danny K) | Independent Consultant Agreement (as amended) | 5/1/2015 |
| Kean, Steven | Independent Contractor Agreement | 4/23/2015 |
| Libertad KK | Independent Consultant Agreement | 1/1/2015 |
| Light, Clayton | Independent Consultant Agreement | 6/24/2015 |
| Mair, Sebastian | Independent Contractor Agreement | 6/1/2014 |
| MannGroup | Consulting Agreement (as amended) | 3/26/2014 |
| McGladrey LLP | Master International Tax Consulting Agreement | 9/25/2014 |
| Merrills/Reflector | Independent Contractor Agreement | 6/30/2014 |
| nventive | Independent Contractor Agreement | 8/30/2014 |
| Palmer, Tamara | Independent Consultant Agreement | 11/1/2012 |
| Plews, Michael | Independent Contractor Agreement | 8/31/2014 |
| Rubio, Enrique | Independent Contractor Agreement | 11/3/2014 |
| Simancas, Alejandra | Independent Contractor Agreement | 6/30/2015 |
| Stessco Consulting | Independent Consultant Agreement (as amended) | 2/22/2011 |
| Vieira, Bruno | Independent Consultant Agreement | 12/3/2012 |
| Yu, Gary | Independent Contractor Agreement | 6/8/2015 |
| Yustina, Nadia | Independent Consultant Agreement | 2/2/2015 |

**Leases**

| | | |
|---|---|---|
| The Marbay Media Group Pty Ltd | License Agreement - (Lease for Australia Offices) | 12/17/2014 |
| Prime Centre and Developres Pvt. Ltd. | Leave and License Agreement - (Lease for Pune, India Offices) | 7/21/2014 |
| 807 Broadway Revival, LLC | Lease Agreement - (Lease for Minnesota Offices) | 5/29/2015 |
| DP 1550 Bryant, LLC (formerly AE-Hamm's | Office Lease (as amended) - (Lease for San Francisco Offices) | 5/1/2011 |
| Alcion 1550 Bryant Venture LP | Activity Authorization | 8/20/2012 |
| Centraal Procopio Del Cotelli S.A.P.I. de C.V. | Contrato de Prestacion de Servicios de Oficina | 3/1/2014 |
| Gem Bar & Lounge Pte Ltd | Tenancy Agreement - (Lease for Singapore Offices) | 11/1/2014 |
| Shaftesbury Carnaby Limited | Lease of 3rd Floor, Silver House, 31-35 Beak St, London W1 - (Lease for | 6/8/2015 |
| La societe NCI Luxembourg S.A. | Contrat De Prestations De Services, Mise A Disposition De Bureaux - (Lease | 1/1/2014 |
| Digital 720 2nd, LLC | Lease Agreement (as amended, including work orders) - (Lease for Server | 2/17/2012 |
| Switch | Colocation Facilities Agreement and Service Order | 3/26/2014 |
| Switch | Service Level Agreement | 3/26/2015 |

**Pulser Media-Corporate**

| | | |
|---|---|---|
| IO Labs, LLC | Operating Agreement | 6/19/2015 |
| | | |
| Rdio-Band Musica | Constituicao da Sociedade | 4/16/2014 |
| J23 Productions (Danny K) | Warrant to Purchase Common Stock | 12/14/2012 |
| Anthony Bay | Indemnification Agreement | 11/14/2013 |
| Agogo Amalgamated, Inc. | Intellectual Property Agreement | 10/2/2014 |
| The Stockholders | Amended and Restated Stockholders Agreement | 5/28/2010 |
| Band (Radio e Televisao Bandeirantes Ltda.) | Quotaholders Agreement of Rdio-Band Musica Ltda. | 4/16/2014 |
| Cumulus Media Holdings Inc. | Warrant to Purchase Common Stock of Pulser Media, Inc. | 9/13/2013 |
| Cumulus Media Holdings Inc. | Securities Purchase Agreement | 9/13/2013 |
| Cumulus Media Holdings Inc. | Letter Agreement (Re: Securities Purchase Agreement) | 9/13/2013 |
| Cumulus Media Holdings Inc. | Letter Agreement (Re: Pulser Media, Inc. Debt Facility) | 12/22/2014 |

| | | |
|---|---|---|
| Shaw Cablesystems G.P. | Platform Integration Agreement | 4/16/2014 |
| Shaw Ventures Ltd. | Securities Purchase Agreement | 4/16/2014 |
| Shaw Ventures Ltd. | Warrant to Purchase Common Stock of Pulser Media, Inc. | 4/16/2014 |
| Shaw Ventures Ltd. | Letter Agreeement (as amended) - (Re: Securities Purchase Agreement) | 4/16/2014 |
| Shaw Ventures Ltd. | Letter Agreement - (Re: Piggyback Registration Rights) | 4/16/2013 |

## Publishing Agreements

| | | |
|---|---|---|
| AMRA-Kobalt | Online Licence Agreement | 10/14/2015 |
| ARESA | Licence for the Provision of Online and/or Mobile Music Services to the | 12/18/2013 |
| PAECOL | Licensing Agreement Online/Mobile Use of Musical Works | 1/11/2012 |
| ACUM | Licence Agreement (as amended) | 1/19/2015 |
| AEPI | Rdio Launch Agreement (as amended) | 5/8/2014 |
| AKM | Rdio Launch Agreement (as amended) | 2/25/2014 |
| APRA-AMCOS | Advertising Funded Service Music Streaming Licence Agreement | 10/1/2013 |
| APRA-AMCOS | Subscription Music Service Licence Agreement (as amended) | 12/22/2011 |
| APRA-AMCOS | Subscription Music Service Licence Agreement | 6/2/2014 |
| Artisjus | Rdio Launch Agreement | 7/17/2014 |
| Buma Stemra | Agreement for Digital Music Distribution (as amended) | 7/12/2012 |
| CAPASSO | Joint Online Licence Agreement | 4/20/2015 |
| CASH | Licence Agreement | 6/10/2013 |
| CELAS | CELAS Licence for the Provision of Online and Mobile Music Services to the | 4/17/2012 |
| COMPASS | Licence Agreement | 5/19/2014 |
| EMI Publishing Asia | Licence Agreement | 12/2/2013 |
| FILSCAP | Licence Agreement | 1/29/2014 |
| Forward Publishing | Licence Agreement | 4/24/2014 |
| GEMA | GEMA Contract for Music on Demand | 4/16/2013 |
| HDS ZAMP | Agreement on Making Available to the Public of Copyrighted Musical Works | 4/10/2014 |
| JASRAC | JASRAC Agreement (agreement in Japanese) | 1/1/2013 |
| KCI Karya | Musical Works Licence Agreement | 10/9/2013 |
| KODA | Agreement on Use of Musical Works in Subscription-based Music Service in | 2/27/2012 |
| Latin Autor | Licence Agreement (as amended) | 12/11/2013 |
| MACP | Musical Works Licence Agreement (Digital Products) | 3/5/2013 |
| MCAT | Licence Agreement | 9/30/2013 |
| MCT | Musical Work Licence Contract | 8/1/2013 |
| MUST | Public Transmission Agreement of Musical Works | 5/13/2014 |
| OSA | Collective Licence Agreement | 2/15/2014 |
| Peer Music | Licence Agreement | 12/1/2013 |
| Peer Music | Publishing Rights Agreement | 8/14/2015 |
| Playax | Copyright Licence Agreement | 8/11/2015 |
| PRS for Music | PRS for Music UK and Pan-European Online Music Licence (as amended) | 3/4/2014 |
| PEDL (Warner Chappell) | PEDL Licence Agreement (as amended) | 1/16/2012 |
| SABAM | Contract for the on-line distribution of musical works in streaming and | 12/17/2012 |
| SACEM | Agreement for Authorisation for Listening on Demand and Downloading on | 11/28/2013 |
| SACM | Non-exclusive Licence Contract for the Use of Musical Works in Digital | 4/2/2013 |
| SADAIC | Licence Agreement (as amended) | 6/17/2015 |
| SAZAS | Rdio Launch Agreement (as amended) | 9/1/2014 |
| SGAE | Licence Agreement for Music On Demand (as amended) | 2/22/2012 |
| SIAE | Rdio Heads of Terms (as amended) | 2/8/2013 |
| SOCAN | Experimental Licence Agreement (as amended) | 12/9/2014 |
| SOLAR | Multi-Territory Licence for the Provision of Online and Mobile Music | 8/28/2015 |
| Sony ATV | Supplementary Agreement | 12/20/2013 |
| Sony ATV | Licence Agreement | 12/2/2013 |

| | | |
|---|---|---|
| Sony ATV | Publishing Rights Agreement | 12/11/2013 |
| SOZA | Rdio Launch Agreement | 10/27/2014 |
| SUISA | Rdio Launch Interim Agreement (expired but still under negotiation) | 6/20/2013 |
| UBC | Contrato de Licenciamiento | 9/6/2012 |
| UBEM | Licence Agreement (as amended) | 11/1/2011 |
| UMPI | Agreement for Authorisation for Listening on Demand and Downloading on | 11/28/2013 |
| WAMI | Musical Works Licence Agreement | 8/9/2013 |
| Warner Chappell | Music Publishing Rights Agreement (Singapore) | 1/1/2014 |
| Warner Chappell | Licence Agreement (US) | 6/25/2014 |
| ZAIKS | Licence Agreement | 5/14/2014 |
| ADDAF | Copyright Licence Agreement | 3/3/2015 |

## Labels

| | | |
|---|---|---|
| Consolidated Independent Limited | Agreement | 7/29/2014 |
| 604 Records | Subscription Service and Permanent Download Distribution Agreement (as | 6/6/2011 |
| A-Train Entertainment | Content Distribution Agreement | 2/1/2015 |
| Apptree OU | Content Distribution Agreement (as amended) | 5/27/2014 |
| Arcade Fire Music | Subscription Service and Permanent Download Distribution Agreement | 3/16/2012 |
| Artist First Digital S.r.l. | Content Distribution Agreement | 9/1/2014 |
| AWAL | Subscription Service and Permanent Download Distribution Agreement (as | 1/4/2011 |
| Believe Digital SAS | Subscription Service and Permanent Download Distribution Agreement | 7/24/2013 |
| Benten | Subscription Service and Permanent Donload Distribution Agreement | 12/11/2012 |
| Black Hole Recordings B.V. | Content Distribution Agreement | 9/1/2014 |
| Boundee (Space Shower Networks, Inc.) | Subscription Service and Permanent Download Distribution Agreement | 11/1/2013 |
| Cadiz Digital Ltd | Content Distribution Agreement | 9/1/2014 |
| Casete Upload SA DE CV | Content Distribution Agreement | 9/1/2014 |
| Cash Music | Subscription Service and Permanent Download Distribution Agreement | 2/20/2013 |
| Catapult Reservatory LLC | Content Distribution Agreement | 9/1/2014 |
| CD Baby (Audio & Video Labs, Inc.) | Content Distribution Agreement | 5/1/2015 |
| Cinq Music Group (Urban Digital Records LLC) | Content Distribution Agreement (as amended) | 8/1/2014 |
| Cobalt Music | Content Distribution Agreement | 9/1/2014 |
| Cold Busted Record Company, Inc. | Content Distribution Agreement | 5/23/2014 |
| Croco-Deal d.o.o. | Content Distribution Agreement | 1/1/2015 |
| daredo GmbH | Content Distribution Agreement | 9/1/2014 |
| DashGo, Inc. | Content Distribution Agreement | 9/1/2014 |
| Digitalpressure.com, Inc. | Content Distribution Agreement | 9/1/2014 |
| Disques Passeport | Content Distribution Agreement | 9/1/2014 |
| Distrokid (PK Interactive LLC) | Content Distribution Agreement | 9/1/2014 |
| e-Muzyka S.A. | Subscription Service and Permanent Download Distribution Agreement | 11/30/2013 |
| E3 Media Pvt. Ltd | Content Distribution Agreement | 8/30/2015 |
| Empire Distribution | Content Distribution Agreement | 9/1/2014 |
| EPM Online | Content Distribution Agreement | 9/1/2014 |
| Faro Latino S.A. | Content Distribution Agreement (as amended) | 7/25/2014 |
| finetunes GmbH | Content Distribution Agreement | 5/1/2015 |
| Firestarter Music | Content Distribution Agreement | 9/1/2014 |
| Forced Exposure, Inc. | Subscription Service and Permanent Download Distribution Agreement | 3/31/2012 |
| GNP (Gema Nada Pertiwi) | Subscription Service and Permanent Donwload Distribution Agreement | 9/17/2013 |
| Golden Dynamic Enterprises Limited | Content Distribution Agreement | 8/1/2014 |
| GoodtoGo GmbH | Content Distribution Agreement | 9/1/2014 |
| Goyal Music | Content Distribution Agreement | 12/1/2014 |
| Heaven 11 LLC | Subscription Service and Permanent Download Distribution Agreement | 6/1/2013 |
| Hillsong Music Australia | Content Distribution Agreement | 9/18/2014 |

| | | |
|---|---|---|
| House of Scandinavia ApS | Content Distribution Agreement | 9/1/2014 |
| IIP-DDS b.v. | Subscription Service and Permanent Download Distribution Agreement (as | 5/30/2011 |
| iMusica S.A. | Content Distribution Agreement | 9/1/2014 |
| Independent Digital Sp. Z.o.o. | Subscription Service and Permanent Download Distribution Agreement | 9/13/2013 |
| Isolation Network d/b/a Ingrooves | Subscription Service and Permanent Donwload Distribution Agreement (as | 11/1/2012 |
| Iricom (Rights Communications Ltd.) | Content Distribution Agreement | 9/1/2014 |
| JYP Entertainment Corporation | Content Distribution Agreement | 6/1/2015 |
| KDigital Media | Subscription Service and Permanent Download Distribution Agreement | 2/25/2014 |
| KSR Corporation | Subscription Service and Permanent Download Distribution Agreement | 6/14/2012 |
| La Cupula Music SL | Content Distribution Agreement | 9/1/2014 |
| Loudr (re:discover, Inc.) | Content Distribution Agreement (as amended) | 8/1/2014 |
| Love Da Group Co. Ltd | Subscription Service and Permanent Download Distribution Agreement (as | 1/29/2013 |
| Manual Music | Subscription Service and Permanent Download Distribution Agreement | 5/1/2013 |
| Mapa Records | Content Distribution Agreement (as amended) | 7/17/2014 |
| Martzcom Music LLC (d/b/a Freddie Records) | Content Distribution Agreement | 9/1/2014 |
| Mayer Paape Voight GbR (d/b/a Kompakt) | Content Distribution Agreement | 3/1/2014 |
| Mazzika (Digital Sound S.A.E.) | Content Distribution Agreement | 11/26/2014 |
| MBOX Ltd. | Subscription Service and Permanent Download Distribution Agreement | 5/27/2014 |
| Merlin BV | Subscription Service and Permanent Download Distribution Agreement (as | 12/21/2010 |
| Merlin BV | Warrant to Purchase Common Stock of Rdio, Inc. | 12/21/2010 |
| MGM Distribution Pty Ltd | Content Distribution Agreement | 8/1/2014 |
| MK Music (MK Publicita Producoes) | Content Distribution Agreement | 8/19/2015 |
| MN2S Label Group | Subscription Service and Permanent Download Distribution Agreement | 4/24/2013 |
| Mobile 1 Music | Content Distribution Agreement | 5/17/2014 |
| Modulor Sarl | Subscription Service and Permanent Download Distribution Agreement (as | 10/16/2013 |
| Music KickUp Oy (and BonOnBon via amendment | Subscription Service and Permanent Download Distribution Agreement (as | 2/27/2014 |
| Musickator (PT Cerahati Digital Media) | Content Distribution Agreement (as amended) | 5/22/2014 |
| Musiqware Ltd | Subscription Service and Permanent Download Distribution Agreement | 11/21/2011 |
| One Stop Music (OSM) Berhad | Subscription Service and Permanent Download Distribution Agreemen | 9/1/2014 |
| Orchard Enterprises NY, Inc. | Content Distribution Agreement | 1/31/2015 |
| Pison Contents, Inc. | Subscription Service and Permanent Download Distribution Agreement | 2/1/2014 |
| Plasmapool | Content Distribution Agreement | 12/1/2014 |
| Quality Junk | Subscription Service and Permanent Download Distribution Agreement | 8/1/2013 |
| Rants Ltd (t/a Vidzone) | Content Distribution Agreement | 9/1/2014 |
| Rebeat Digital GmbH | Content Distribution Agreement | 9/1/2014 |
| Record Union (DFP Group AB) | Content Distribution Agreement | 9/1/2014 |
| Regency Media Pty Ltd (t/a Shock Ent) | Content Distribution Agreement | 9/1/2014 |
| REGGAEinc Limited | Content Distribution Agreement | 12/12/2014 |
| Republic of Music Ltd. | Content Distribution Agreement | 9/1/2014 |
| Revelator, Inc. | Content Distribuiton Agreement | 9/1/2014 |
| Roba Music Verlag Gmbh | Content Distribution Agreement | 9/1/2014 |
| Rock Mobile Corporation | Subscription Service and Permanent Download Distribution Agreement | 1/18/2013 |
| Rocket Group Pty Ltd | Content Distribution Agreement | 5/29/2014 |
| RouteNote Ltd | Content Distribution Agreement | 11/20/2014 |
| Sanjivani Digital Entertainment Pvt. Ltd. | Subscription Service and Permanent Download Distribution Agreement | 3/20/2013 |
| See Music (Hong Kong) Intl Ltd | Content Distribution Agreement | 1/23/2014 |
| Seed (Another Venture Ltd) | Content Distribution Agreement | 9/1/2014 |
| Select (Groupe Archambault Inc) | Subscription Service and Permanent Download Distribution Agreement | 12/31/2013 |
| Solution One Holding Co. Ltd. | Content Distribution Agreement (as amended) | 6/2/2014 |
| Som Livre | Subscription Service and Permanent Download Distribution Agreement (as | 10/31/2011 |
| Sony Music Entertainment | Content Distribution Agreement (as amended) | 5/28/2010 |
| Sony Music Entertainment | Stock Aquisition Agreement (as amended) | 5/28/2010 |

| | | |
|---|---|---|
| Sony Music Entertainment | Warrant to Purchase Equity Securities of Rdio, Inc. | 1/31/2012 |
| SRL Networks London Limited | Content Distribution Agreement | 5/16/2014 |
| Sun Entertainment Corporation | Content Distribution Agreement | 9/1/2014 |
| Soulspazm Inc. | Content Distribution Agreement | 9/1/2014 |
| Sweet N Low Music | Content Distribution Agreement | 9/1/2014 |
| Symphonic Distribution | Content Distribution Agreement | 9/1/2014 |
| Super Casettes Industries Pvt Ltd (T-Series) | Content License Agreement | 1/5/2015 |
| The Source BV | Content Distribution Agreement | 9/1/2014 |
| Tips Industries Ltd | Content Distribution Agreement | 2/5/2015 |
| Topline Digital Co. Ltd. | Subscription Service and Permanent Download Distribution Agreement | 3/1/2013 |
| Triple Vision Record Distribution | Content Distribution Agreement (as amended) | 7/31/2014 |
| Tuff Gong International | Content Distribution Agreement | 3/25/2015 |
| TuneCore Inc. | Subscription Service and Permanent Download Distribution Agreement (as | 7/23/2012 |
| TuneGo (Anthem Digital Media, Inc.) | Content Distribution Agreement | 2/20/2015 |
| Unisys Infosolutions Pvt. Ltd. | Content Distribution Agreement | 12/10/2014 |
| UMG Recordings, Inc. | Agreement for the Inclusion of Universal Sound Recordings in Online, On- | 5/20/2010 |
| Universal Music Investments, Inc. | Joinder Agreement | 10/25/2010 |
| Universal Music Investments, Inc. | Stock Acquisition Agreement | 10/25/2010 |
| Universal International Music BV | Digital Product Agreement (as amended) | 11/1/2011 |
| Universal International Music BV | Joinder Agreement | 2/22/2012 |
| Universal International Music BV | Stock Acquisition Agreement | 2/22/2012 |
| Valleyarm Digital Limited | Subscription Service and Permanent Download Distribution Agreement | 7/18/2013 |
| Venzo Digital (Xeinge Group) | Subscription Service and Permanent Download Distribution Agreement | 7/30/2012 |
| Warner Music, Inc., WEA International Inc., Warner | Amended and Restated Subscription Services Agreement (as amended) | 1/1/2013 |
| Warner Music, Inc. | Stock Acquisition Agreement | 5/28/2010 |
| WJO Distribution | Content Distribution Agreement | 9/1/2014 |
| Worx (Label Worx Ltd.) | Content Distribution Agreement | 9/1/2014 |
| Xelon Entertainment Pty. Ltd. | Content Distribution Agreement | 9/1/2014 |
| Zojak World Wide | Content Distribution Agreement | 9/1/2014 |

## Corporate Agreements

| | | |
|---|---|---|
| Concur Technologies | Business Services Agreement | 1/31/2014 |
| Concur Technologies | Sales Order Form | 1/31/2014 |
| Frosch Travel Managment | Travel Management Agreement | 2014 |
| Iconical Investments II LP | Convertible Secured Promissory Note | 8/28/2015 |
| Iconical Investments II LP | Convertible Secured Promissory Note (as amended) | 12/19/2014 |
| Iconical Investments II LP | Convertible Secured Promissory Note (as amended) | 1/27/2015 |
| Iconical Investments II LP | Security Agreement | 12/19/2014 |
| Moelis & Company LLC | Letter Agreement | 9/30/2014 |
| Andersen Tax LLC | Engagement Letter | 11/5/2014 |
| Spotify | Letter Agreement | 4/29/2015 |

## Insurance Agreements

| | | |
|---|---|---|
| Pittsburgh, Pa. (AIG) | Insurance Policy (Directors, Officers and Employment Practices Liability) | 2/5/2015 |
| Starr Indemnity & Liability Company | Insurance Policy (Directors and Officers Excess $2Mx$2M) | 2/5/2015 |
| XL Specialty Insurance Company | Insurance Policy (Directors and Officers Excess $2Mx$4M) | 2/5/2015 |
| ACE American Insurance Company | Insurance Policy (Foreign Liability) | 6/5/2014 |
| ACE American Insurance Company | Insurance Policy (Kidnap and Extortion) | 6/5/2014 |
| Illinois Union Insurance Company | Insurance Policy (Technology Errors and Omissions Liability) | 12/10/2014 |
| Hanover Insurance Company | Insurance Policy (General, Property, Auto, EDP) | 12/22/2014 |
| Hanover Insurance Company | Insurance Policy (Umbrella) | 12/22/2014 |

Debtor name **Rdio, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **15-31430**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

**2.1**

Street

City    State    Zip Code

☐ D
☐ E/F
☐ G

**2.2**

Street

City    State    Zip Code

☐ D
☐ E/F
☐ G

**2.3**

Street

City    State    Zip Code

☐ D
☐ E/F
☐ G

**2.4**

Street

City    State    Zip Code

☐ D
☐ E/F
☐ G

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 180
of 209

Fill in this information to identify the case:

Debtor name **Rdio, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **15-31430**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2015** to **Filing Date** | ■ Operating a business<br>■ Other  **Subscription Revenue** | **$17,431,898.99** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2015** to **Filing Date** | ■ Operating a business<br>■ Other  **Advertising Revenue** | **$961,268.51** |
| **For prior year:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>■ Other  **Subscription Revenue** | **$22,161,090.91** |
| **For prior year:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>■ Other  **Advertising Revenue** | **$502,476.18** |
| **For prior year:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>■ Other  **Intercompany Revenue** | **$946,216.51** |
| **For year before that:**<br>From **1/01/2013** to **12/31/2013** | ■ Operating a business<br>■ Other  **Subscription Revenue** | **$17,768,567.14** |
| **For year before that:**<br>From **1/01/2013** to **12/31/2013** | ■ Operating a business<br>■ Other  **Intercompany Revenue** | **$7,296,280.52** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 181
of 209

and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   □ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Please see Attachment 3 to Statement of Financial Affairs** | | $0.00 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>□ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   □ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Pleasee See Response to Question 30 of the Statement of Financial Affairs** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 182 of 209

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **AXS Digital, LLC v. Rdio, Inc. TBD** | **Arbitration of disputes** | **N/A N/A** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Yesh Music, LLC et al. v. Rdio Inc. 15-cv-6179** | **Complaint for damages for copyright infringement** | **United States District Court Eastern District of New York** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **See Attachment 7 to Statement of Financial Affairs, setting forth disclosures regarding two additional pre-petition matters potentially involving the Debtor** | | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Beach Road Music LLC v. Rdio Inc. 15-cv-00698** | **Class Action Lawsuit (Dismissed)** | **United States District Court Northern District of California** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 183 of 209

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Levene, Neale, Bender, Yoo & Brill L.L.P. 10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067** | | **10/6/2015, 10/27/2015, 11/10/2015** | **$85,000.00** |
| Email or website address **www.lnbyb.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | Personally Identifiable Information |
|---|---|

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 184 of 209

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Subcriber and free service user information collected by the Debtor**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

  ☐ No Go to Part 10.

  ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **Rdio, Inc. 401K Profit Sharing Plan and Trust** | EIN: **See EIN for the Debtor (26-325-3183)** |

Has the plan been terminated?

■ No

☐ Yes

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Bank of the West**<br>**16027 Ventura Blvd.**<br>**Suite 100**<br>**Encino, CA 91436** | **XXXX-8875** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **6/1/2015** | **$0.00** |
| 18.2. | **Bank of the West**<br>**16027 Ventura Blvd.**<br>**Suite 100**<br>**Encino, CA 91436** | **XXXX-0594** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **6/1/2015** | **$0.00** |
| 18.3. | **Bank of the West**<br>**16027 Ventura Blvd.**<br>**Suite 100**<br>**Encino, CA 91436** | **XXXX-8883** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **6/1/2015** | **$0.00** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 185 of 209

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Rdio Music Canada ULC**<br>**2800 Park Place**<br>**666 Burrard St**<br>**Vancouver BC V6C 2Z7** | **Canadian Subsidiary** | EIN:<br><br>From-To    11/25/2015-Present |
| 25.2.    **Rdio, Sarl**<br>**20 Rue Eugene Ruppert**<br>**L-2453 Luxembourg** | **European Subsidiary** | EIN:<br><br>From-To    12/30/2010-Present |
| 25.3.    **Rdio Japan KK** | **Japanese Subsidiary** | EIN:<br><br>From-To    1/16/2012-Present |
| 25.4.    **IO Labs, LLC**<br>**1550 Bryant St, Suite 200**<br>**San Francisco, CA 94103** | **US Subsidiary focused on marketing app** | EIN:<br><br>From-To    6/19/2013-Present |
| 25.5.    **Rdio Singapore Pte. Ltd.**<br>**8 Temasek Boulevard #35-04**<br>**Suntec Tower Three**<br>**Singapore (038988)** | **Singapore Subsidiary** | EIN:<br><br>From-To    1/29/2015-Present |
| 25.6.    **Rdio Australia Music Pty Ltd**<br>**7 Hollymount View**<br>**Woonona NSW 2517** | **Australian Subsidiary** | EIN:<br><br>From-To    9/10/2014-Present |
| 25.7.    **DMGR JV Co Pty Limited**<br>**Level 5, 33 Saunders St,**<br>**Prymont NSW 2099** | **Joint Venture with DMG Radio (Australia) Pty Ltd** | EIN:<br><br>From-To    5/30/12-9/23/14 |
| 25.8.    **Dhingana, Inc.**<br>**1550 Bryant St, Suite 200**<br>**San Francisco, CA 94103** | **Acquisition** | EIN:<br><br>From-To    3/3/2014-Present |
| 25.9.    **Dhingana Entertainment Private Limited**<br>**107/1, Anand Ashram Society, Gokhale Rd**<br>**Pune-411016**<br>**Maharashtra, India** | **Acquisition/Indian Subsidiary** | EIN:<br><br>From-To    3/3/2014-Present |
| 25.10.    **Rdio UK Ltd**<br>**Silver House, Third Floor**<br>**31-35 Beak St**<br>**London, W1F 9DP** | **European Sales and Marketing** | EIN:<br><br>From-To    10/25/2012-Present |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.11. **Rdio Music (Brazil) Ltda.** **Av Brigaderio Faria Lima, Numero 1478 Andar 7 Conj 710 Sala 04 01.451-001 Jardim Paulistano Sao Paulo, Brazil** | **Brazilian Subsidiary** | EIN: From-To  **8/12/2012-Present** |
| 25.12. **Rdio-Band Musica Ltda.** **Av Comendador Adibo Ares. Numero 129, Sala 5 05.613-000 Morumbi Sao Paulo, Brazil** | **Joint Venture with Radio e Televisao Bandeirantes Ltda.** | EIN: From-To  **6/23/2014-Present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Sophie Chang** **1550 Bryant Street** **Suite 200** **San Francisco, CA 94103** | **6/26/2013 - 11/18/2013** |
| 26a.2.  **Sean Flynn** **1550 Bryant Street** **Suite 200** **San Francisco, CA 94103** | **5/14/2014 - 11/13/2015** |
| 26a.3.  **Maikao Grare** **1550 Bryant Street** **Suite 200** **San Francisco, CA 94103** | **9/1/2011 - Present** |
| 26a.4.  **Stephanie Shen** **1550 Bryant Street** **Suite 200** **San Francisco, CA 94103** | **3/1/2012 - Present** |
| 26a.5.  **Amy Wu** **1550 Bryant Street** **Suite 200** **San Francisco, CA 94103** | **8/20/2014 - 10/21/2015** |
| 26a.6.  **Serena Zhang** **1550 Bryant Street** **Suite 200** **San Francisco, CA 94103** | **5/6/2015 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Maikao Grare**<br>**1550 Bryant Street**<br>**Suite 200**<br>**San Francisco, CA 94103** | |
| 26c.2. **Stephanie Shen**<br>**1550 Bryant Street**<br>**Suite 200**<br>**San Francisco, CA 94103** | |
| 26c.3. **Serena Zhang**<br>**1550 Bryant Street**<br>**Suite 200**<br>**San Francisco, CA 94103** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **HSBC Bank USA**<br>**601 Montgomery St, Suite 1500**<br>**San Francisco, CA 94111** |
| 26d.2. **Bank of the West**<br>**16027 Ventura Blvd, Suite 100**<br>**Encino, CA 91436** |
| 26d.3. **Dell Financial Services**<br>**PO Box 6549**<br>**Carol Stream, IL 60197-6549** |
| 26d.4. **Chase Paymentech**<br>**14221 Dallas Parkway**<br>**Dallas, TX 75254** |
| 26d.5. **Atomico**<br>**50 New Bond St**<br>**London, W1S 1BJ**<br>**United Kingdom** |
| 26d.6. **Europlay Capital Advisors, LLC**<br>**15260 Ventura Blvd, 20th Flr**<br>**Sherman Oaks, CA 91403** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 189 of 209

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pulser Media, Inc. | 15260 Ventura Blvd., 20th Floor Sherman Oaks, CA 91403 | Shareholder | 79.004% on an issued basis; 73.237% on a fully diluted basis |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Microsoft Global Finance | Clarendon House 2 Church Street Hamilton, Bermuda | Shareholder | 6.261% on an issued basis; 5.804% on a fully diluted basis |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sony Music | 550 Madison Avenue New York, NY 10022 | Shareholder | Less than 5% on an issued basis; 5.329% on a fully diluted basis |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Universal Music Group | 2220 Colorado Avenue Santa Monica, CA 90404 | Shareholder | Two affiliated entities of Universal Music Group, each holding 3.198%, for total holding of 6.395% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony Bay | 1550 Bryant Street Suite 200 San Francisco, CA 94103 | Chief Executive Officer and Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Larner | 1550 Bryant Street Suite 200 San Francisco, CA 94103 | Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter Kravitz | | Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Maikao Grare | 1550 Bryant Street Suite 200 San Francisco, CA 94103 | Secretary | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| NOTE | See Following Disclosure: | The inclusion herein of any person or entity does not constitute an admission that such person or entity is an "insider" of the Debtor. | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mark Dyne | | Director | Resigned October 30, 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Janus Friis Degnbol | | Director | Resigned October 30, 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Marc Ruxin | | Chief Operating Officer | Relieved of duties May 15, 2015; Employment terminated May 31, 2015 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Please see Attachment 30 attached hereto** | | | |
| | Relationship to debtor | | | |
| 30.2. | **Please also see Schedule B: Intercompany Transfers** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Case: 15-31430    Doc# 123    Filed: 12/11/15    Entered: 12/11/15 18:00:14    Page 191 of 209

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 11, 2015**

_____                    **Maikao Grare**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Senior Vice President of Finance**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**ATTACHMENT TO QUESTION 3 OF STATEMENT OF FINANCIAL AFFAIRS**

| NAME OF CREDITOR | ADDRESS OF CREDITOR | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | ADDRESS 5 | DATES OF PAY | AMOUNT PAID OR VALUE OF TRANSFERS | CURRENCY | AMOUNT STILL OWING |
|---|---|---|---|---|---|---|---|---|---|
| Zee Cook's, LLC | 1760 Cesar Chavez | Unit L | San Francisco | CA | 94124 | 8/17/2015 | 1,392.01 | USD | - |
| | Little Red Riding Truck | | | | | | | | |
| Little Red Riding Truck | United States | | | | | 8/18/2015 | 1,468.13 | USD | - |
| Music Reports, Inc. | 21122 Erwin Street | | Woodland Hills | CA | 91367 | 8/20/2015 | 142,858.61 | USD | 339,235.63 |
| | Jesse Dawson | | | | | | | | |
| | 3328 Napoleon Ave | | | | | | | | |
| | New Orleans LA 70125 | | | | | | | | |
| Jesse Dawson | United States | 3328 Napoleon Ave | | | | 8/21/2015 | 1,562.50 | USD | - |
| Bianca Romulo | | | | | | 8/21/2015 | 1,546.04 | USD | - |
| NSP LLC | 3415 Strongs Drive | | Los Angeles | CA | 90292 | 8/24/2015 | 3,600.00 | USD | - |
| Fortis Partners | 11999 San Vincente Blvd. | Suite 240 | Los Angeles | CA | 90049 | 8/24/2015 | 63,000.00 | USD | 38,000.00 |
| Verizon Wireless (Rdio Inc.) | PO Box 660108 | | Dallas | TX | 75266-0108 | 8/24/2015 | 435.11 | USD | 476.16 |
| Hillsong Music Australia | 1-5 Solent circuit, Baulkham Hills, NSW 2153, Australia | | 0 | 0 | 0 | 8/26/2015 | 784.43 | USD | 426.85 |
| Greenberg Traurig | 3290 Northside Parkway, Suite 400 | | Atlanta | GA | 30327 | 8/26/2015 | 172,286.28 | USD | 41,871.74 |
| Alhambra | PO Box 660579 | | Dallas | TX | 75266-0579 | 8/26/2015 | 107.69 | USD | 0.00 |
| Canteen Refreshment | File # 50196 | | Los Angeles | CA | 90074-0196 | 8/26/2015 | 2,005.80 | USD | 5,498.78 |
| EdgeCast Networks Inc. | 2850 Ocean Park Blvd Suite 110 | | Santa Monica | CA | 90405 | 8/26/2015 | 79,770.40 | USD | 79,777.18 |
| Amazon Web Services LLC | PO Box 84023 | | Seattle | WA | 98124-8423 | 8/26/2015 | 26,178.50 | USD | 91,511.38 |
| Sprint | PO Box 4181 | | Carol Stream | IL | 60197-4181 | 8/26/2015 | 280.14 | USD | 281.32 |
| | Goldin Solutions | | | | | | | | |
| | 928 Broadway | | | | | | | | |
| | Suite 900 | | | | | | | | |
| | New York NY 10010 | | | | | | | | |
| Goldin Solutions | United States | 928 Broadway | Suite 900 | | | 8/26/2015 | 29,246.57 | USD | - |
| Fortis Partners | 11999 San Vincente Blvd. | Suite 240 | Los Angeles | CA | 90049 | 8/26/2015 | 33,000.00 | USD | 38,000.00 |
| PG&E | Box 997300 | | Sacramento | CA | 95899 | 8/26/2015 | 50.04 | USD | - |
| | Wells Fargo Insurance Services | | | | | | | | |
| | Dept. 33667 | | | | | | | | |
| | PO Box 39000 | | | | | | | | |
| | San Francisco CA 94139 | | | | | | | | |
| Wells Fargo Insurance Services | United States | Dept. 33667 | PO Box 39000 | | | 8/26/2015 | 2,675.00 | USD | - |
| | StessCo Consulting Group LLC | | | | | | | | |
| | 600 5th St. | | | | | | | | |
| | Petaluma CA 94952 | | | | | | | | |
| StessCo Consulting Group LLC | United States | 600 5th St. | | | | 8/26/2015 | 5,057.75 | USD | - |
| | Tamara Palmer | | | | | | | | |
| | 1397 23rd Ave. | | | | | | | | |
| | San Francisco 94122 | | | | | | | | |
| Tamara Palmer | United States | 1397 23rd Ave. | | | | 8/26/2015 | 2,000.00 | USD | - |
| United Healthcare Insurance Company | Dept 6940 | | Los Angeles, | CA | 90084-6940 | 8/26/2015 | 107,417.10 | USD | - |
| Deaf Services of Palo Alto, Inc | PO Box 60651 | | Palo Alto | CA | 94306 | 8/26/2015 | 4,008.90 | USD | 328.88 |
| | Benjamin Gramlich | | | | | | | | |
| | 3719 Columbus Ave | | | | | | | | |
| | Apt 201 | | | | | | | | |
| | Minneapolis MN 55407 | | | | | | | | |
| Benjamin Gramlich | United States | 3719 Columbus Ave | Apt 201 | | | 8/26/2015 | 12,000.00 | USD | - |
| | Bruno Vieira | | | | | | | | |
| Bruno Vieira | United States | | | | | 8/27/2015 | 17,720.21 | USD | - |
| | Bryan Bean | | | | | | | | |
| | 238 Boulton Ave. | | | | | | | | |
| | Toronto ON M4M 2K1 | | | | | | | | |
| Bryan Bean | Canada | 238 Boulton Ave. | | | | 8/27/2015 | 15,000.75 | CAD | - |
| Flatiron Capital (Rdio Inc.) | PO Box 712195 | | Denver | CO | 80271 | 8/28/2015 | 2,037.05 | USD | 1,940.05 |
| | Carly Eiseman | | | | | | | | |
| | 2760 Hutton Drive | | | | | | | | |
| | Beverly Hills 90210 | | | | | | | | |
| Carly Eiseman | United States | 2760 Hutton Drive | | | | 8/31/2015 | 1,134.66 | USD | - |
| Xamarin Inc. | 394 Pacific Ave | 4th Floor | San Francisco | CA | 94111 | 8/31/2015 | 70,000.00 | USD | 40,000.00 |
| Switch | PO Box 400850 | | Las Vegas | NV | 89140 | 8/31/2015 | 36,999.06 | USD | 13,079.73 |
| Switch | PO Box 400850 | | Las Vegas | NV | 89140 | 8/31/2015 | 10,682.28 | USD | 13,079.73 |
| | Bryan Bean | | | | | | | | |
| | 238 Boulton Ave. | | | | | | | | |
| | Toronto ON M4M 2K1 | | | | | | | | |
| Bryan Bean | Canada | 238 Boulton Ave. | | | | 8/31/2015 | 84.50 | CAD | - |
| Flatiron Capital (Rdio Inc.) | PO Box 712195 | | Denver | CO | 80271 | 9/1/2015 | 12,278.60 | USD | 1,940.05 |
| American Express | | | | | | 9/2/2015 | 146,317.31 | | |
| AT&T (Rdio Inc.) | PO Box 6463 | | Carol Streams | IL | 60197 | 9/2/2015 | 1,475.52 | USD | - |
| Basic Corporate | 9246 Portage Industrial Drive | | Portage | MI | 49024 | 9/2/2015 | 160.20 | USD | - |

| Name | Country/Entity | Address | City | State | Zip | Date | Amount | Amount |
|---|---|---|---|---|---|---|---|---|
| | Alameda County Tax Collector | | | | | | | |
| | 1221 Oak St | | | | | | | |
| | Oakland CA 94612-4285 | | | | | | | |
| Alameda County Tax Collector | United States | 1221 Oak St | Los Angeles, CA | CA | 90074-5915 | 9/2/2015 | 9,350.12 USD | - |
| Kaiser Health Insurance | Kaiser Foundation Health Plan | File 5915 | Los Angeles | CA | 90074 | 9/2/2015 | 25,492.66 USD | - |
| Digital Realty Trust LP | Digital 720 2nd LLC | P.O. Box 742203 | Los Angeles | CA | 90074-0196 | 9/2/2015 | 97,652.52 USD | 190,889.63 |
| Canteen Refreshment | File # 50196 | | | | | 9/2/2015 | 4,226.68 USD | 5,498.78 |
| | Chaac Technologies | | | | | | | |
| | 5654 Idlewood St. | | | | | | | |
| | Dublin CA 94568 | | | | | | | |
| Chaac Technologies (Richard Hightower) | United States | 5654 Idlewood St. | | | | 9/2/2015 | 11,250.00 USD | - |
| Duncan/Channon, Inc. | 114 Sansome St. | 14th Floor | San Francisco | CA | 94104 | 9/2/2015 | 78,761.55 USD | 74,328.90 |
| | Roadside Rotisserie | | | | | | | |
| | 1148 E. 18th St, #1 | | | | | | | |
| | Oakland CA 94606 | | | | | | | |
| Country Grill | United States | 1148 E. 18th St, #1 | | | | 9/2/2015 | 1,182.60 USD | - |
| Chriscom | PO Box 61627 | | Sunnyvale | CA | 94088-1627 | 9/2/2015 | 1,698.02 USD | 1,640.89 |
| | Karl Frankowski | | | | | | | |
| | 2938 Ulysses St NE | | | | | | | |
| | Minneapolis MN 55418 | | | | | | | |
| Karl Frankowski | United States | 2938 Ulysses St NE | | | | 9/2/2015 | 14,000.00 USD | - |
| Music Reports, Inc. | 21122 Erwin Street | | Woodland Hills | CA | 91367 | 9/2/2015 | 40,856.83 USD | 339,235.63 |
| Pulp-PR LLC | P.O. Box 316 | | Lake Hughes | CA | 93532 | 9/2/2015 | 13,000.00 USD | 41,000.00 |
| Loudr - re:discover, Inc. | 4002 26th St | | San Francisco | CA | 94131 | 9/2/2015 | 4,587.77 USD | 11,502.34 |
| | National Student Clearinghouse | | | | | | | |
| | 2300 Dulles Station Blvd | | | | | | | |
| | Ste 300 | | | | | | | |
| | Herndon VA 20171-3280 | | | | | | | |
| National Student Clearinghouse | United States | 2300 Dulles Station Blvd | Ste 300 | | | 9/2/2015 | 361.00 USD | - |
| New Relic, Inc | New Relic, Inc | 188 Spear Street | San Francisco | CA | 94105 | 9/2/2015 | 9,900.00 USD | 19,800.00 |
| Shorty Goldstein's | 126 Sutter St | | San Francisco | CA | 94104 | 9/2/2015 | 1,478.88 USD | - |
| Ring2 Communications LLC | DBA: LoopUp | 282 2nd Street, Suite 200 | San Francisco | CA | 94107 | 9/2/2015 | 3,604.20 USD | 2,470.35 |
| Roku, Inc | Dept 3118 | PO Box 123118 | Dallas | TX | 75312-3118 | 9/2/2015 | 260,449.00 USD | ########## |
| | County Government Center, East Wing | | | | | | | |
| | SCC Tax Collector | | | | | | | |
| | 70 West Hedding Street | | | | | | | |
| | San Jose  95110 | | | | | | | |
| SCC Tax Collector | United States | 70 West Hedding Street | | | | 9/2/2015 | 155.32 USD | - |
| | Tamara Palmer | | | | | | | |
| | 1397 23rd Ave. | | | | | | | |
| | San Francisco  94122 | | | | | | | |
| Tamara  Palmer | United States | 1397 23rd Ave. | | | | 9/2/2015 | 2,000.00 USD | - |
| | Twilio, Inc. | | | | | | | |
| | Dept LA 23938 | | | | | | | |
| | Pasadena CA 91185-3938 | | | | | | | |
| Twilio, Inc. | United States | Dept LA 23938 | | | | 9/2/2015 | 17,961.66 USD | - |
| | Tint | | | | | | | |
| | 473 Bryant St | | | | | | | |
| | San Francisco CA 94107 | | | | | | | |
| Tint | United States | 473 Bryant St | | | | 9/2/2015 | 3,000.00 USD | - |
| | Dept 6940, Los Angeles, CA 90084-6940 | | | | | | | |
| United Healthcare | United States | 6940 | Los Angeles | CA | 90292 | 9/2/2015 | 1,272.22 USD | - |
| NSP LLC | 3415 Strongs Drive | | | | | 9/2/2015 | 3,600.00 USD | - |
| | EMI Music Distribution | | | | | | | |
| EMI Music Distribution | United States | | | | | 9/4/2015 | 70.04 USD | 87.94 |
| | 1-23-8 #801 Minami-Aoyama, Minato-ku Tokyo, Japan | | | | | | | |
| Libertad | | | Japan | 0 | 0 | 9/4/2015 | 40,798.00 USD | 76,314.62 |
| | Music and Entert Rights Licensing | | | | | | | |
| Merlin BV | Ind Net | Damrak 277 Kamer 38 Suite 500 | Amsterdam | 0 1012 ZJ | | 9/4/2015 | 304,928.01 USD | 271,219.33 |
| nventive inc. | 215 St-Jacques | | Montreal | 0 H2Y 1M6 | | 9/4/2015 | 132,775.00 USD | 404,918.25 |
| Sony Music Entertainment | 550 Madison Avenue | | New York | NY | 10022 | 9/4/2015 | 154,459.82 USD | ########## |
| Universal Music Group Distribution | 3905 W. Vincennes Road, Suite 400 | | Indianapolis | IN | 46268 | 9/4/2015 | 290,705.66 USD | 590,724.06 |
| | Peermusic (S.E.Asia) Ltd | | | | | | | |
| Peermusic (S.E.Asia) Ltd | United States | | | | | 9/4/2015 | 9,000.00 USD | - |
| NOVA ENTERTAINMENT | | | | | | 9/4/2015 | 99,891.55 USD | - |
| Yijen Liu | | | | | | 9/4/2015 | 2,159.81 USD | - |
| Yijen Liu | | | | | | 9/4/2015 | 4,134.92 USD | - |
| Michael McIntosh | | | | | | 9/4/2015 | 1,492.90 USD | - |
| Michael McIntosh | | | | | | 9/4/2015 | 1,842.61 USD | - |
| | Sean Fernie | | | | | | | |
| | 23 Mill Cove | | | | | | | |
| | Toronto ON M8X 2S7 | | | | | | | |
| Sean Fernie | Canada | 23 Mill Cove | | | | 9/4/2015 | 18,833.71 CAD | - |

| Name | Address 1 | Address 2 | City | State | Zip | Date | Amount | Amount 2 |
|---|---|---|---|---|---|---|---|---|
| SOCAN | 41 Valleybrook Drive | | Toronto | ON | M3B 2S6 | 9/4/2015 | 129,434.49 CAD | 92,832.47 |
| | Locked Bag 5000, Strawberry Hills | | | | | | | |
| Amcos | 16 Mountain St., Ultimo NSW 2007 NSW2012 | | | 0 | 0    0 | 9/4/2015 | 7,567.56 AUD | 8,693.46 |
| | Australasian Performing Right | | | | | | | |
| Apra | Association | 16 Mountain St. | Ultimo NSW | | 0    2007 | 9/4/2015 | 7,567.56 AUD | 9,662.39 |
| Warner Music Group | 3400 W. Olive Ave | Mail Stop P-4-14 | Burbank | CA | 91505 | 9/8/2015 | 177,671.77 USD | 432,909.22 |
| Minister of Revenue of Quebec | 150 Rue St Catherine West | | Quebec | | 0 H5B1E4 | 9/8/2015 | 5,594.77 CAD | 4,106.32 |
| | Jesse Dawson | | | | | | | |
| | 3328 Napoleon Ave | | | | | | | |
| | New Orleans LA 70125 | | | | | | | |
| Jesse Dawson | United States | 3328 Napoleon Ave | | | | 9/11/2015 | 4,687.50 USD | - |
| | Clayton Light | | | | | | | |
| | Napa CA 94558 | | | | | | | |
| Clayton Light | United States | | | | | 9/11/2015 | 8,130.00 USD | - |
| | 1-23-8 #801 Minami-Aoyama, | | | | | | | |
| Libertad | Minato-ku Tokyo, Japan | | Japan | | 0    0 | 9/11/2015 | 40,304.71 USD | 76,314.62 |
| Lvlstudio | 1102-4200 St-Laurent Blvd | | Montreal | | 0 H2W 2R2 | 9/11/2015 | 2,718.00 USD | 84,587.53 |
| | Gary Yu | | | | | | | |
| | 8 Baypark Circle | | | | | | | |
| | South San Franciso CA 94080 | | | | | | | |
| Gary Yu | United States | 8 Baypark Circle | | | | 9/11/2015 | 9,085.71 USD | - |
| | Hack Reactor | | | | | | | |
| | 944 Market St | | | | | | | |
| | 8th Floor | | | | | | | |
| | San Francisco CA 94102 | | | | | | | |
| Hack Reactor | United States | 944 Market St | 8th Floor | | | 9/11/2015 | 11,000.00 USD | - |
| Canteen Refreshment | File # 50196 | | Los Angeles | CA | 90074-0196 | 9/11/2015 | 4,368.49 USD | 5,498.78 |
| Akamai Technologies, Inc. | General Post Office | PO Box 26590 | New York | NY | 10087-6590 | 9/11/2015 | 23,054.90 USD | 38,456.88 |
| | Adobe | | | | | | | |
| | 75 Remittance Drive | | | | | | | |
| | Suite 1025 | | | | | | | |
| | Chicago IL 60675-1025 | | | | | | | |
| Adobe (Rdio Inc.) | United States | 75 Remittance Drive | Suite 1025 | | | 9/11/2015 | 720.00 USD | - |
| | Swapnil Shinde | | | | | | | |
| | 487 Tristania Terrace | | | | | | | |
| | Sunnyvale CA 94086 | | | | | | | |
| Swapnil Shinde | United States | 487 Tristania Terrace | | | | 9/11/2015 | 13,863.00 USD | - |
| | Snehal Shinde | | | | | | | |
| | 486 Torrey Pine Terrace | | | | | | | |
| | Sunnyvale CA 94086 | | | | | | | |
| Snehal Shinde | United States | 486 Torrey Pine Terrace | | | | 9/11/2015 | 10,000.00 USD | - |
| | StessCo Consulting Group LLC | | | | | | | |
| | 600 5th St. | | | | | | | |
| | Petaluma CA 94952 | | | | | | | |
| StessCo Consulting Group LLC | United States | 600 5th St. | | | | 9/11/2015 | 5,231.00 USD | - |
| Ando Media LLC | PO Box 31001-2289 | | Pasadena | CA | 91110-2289 | 9/11/2015 | 50,029.38 USD | 124,433.74 |
| | Bryan Bean | | | | | | | |
| | 238 Boulton Ave. | | | | | | | |
| | Toronto ON M4M 2X1 | | | | | | | |
| Bryan Bean | Canada | 238 Boulton Ave. | | | | 9/11/2015 | 13,093.88 CAD | - |
| | Pacific Union International | | | | | | | |
| Dan Carlevaro | United States | | | | | 9/14/2015 | 5,300.00 USD | - |
| Ando Media LLC | PO Box 31001-2289 | | Pasadena | CA | 91110-2289 | 9/14/2015 | 25,014.44 USD | 124,433.74 |
| | Franchise Tax Board | | | | | | | |
| | P.O. Box 942857 | | | | | | | |
| | Sacramento CA 94257-0551 | | | | | | | |
| Franchise Tax Board (Rdio Inc.) | United States | P.O. Box 942857 | | | | 9/15/2015 | 800.00 USD | - |
| | NYS Dept of Taxation & Finance | | | | | | | |
| | Corp - V | | | | | | | |
| | PO Box 15163 | | | | | | | |
| | Albany NY 12212-5163 | | | | | | | |
| NYS | United States | Corp - V | PO Box 15163 | | | 9/15/2015 | 1,894.00 USD | - |
| | NYC Department of Finance | | | | | | | |
| | PO Box 3646 | | | | | | | |
| | NEW YORK NY 10008-3646 | | | | | | | |
| NYC Department of Finance | United States | PO Box 3646 | | | | 9/15/2015 | 1,900.00 USD | - |
| Emily Morgado | | | | | | 9/17/2015 | 758.25 USD | - |
| Emily Morgado | | | | | | 9/17/2015 | 1,938.69 USD | - |

Roadside Rotisserie

1148 E. 18th St, #1

Oakland CA 94606

| Name | Country / Address | Address 2 | City | State | Zip | Date | Amount | Amount 2 |
|---|---|---|---|---|---|---|---|---|
| Country Grill | United States | 1148 E. 18th St, #1 | | | | 9/18/2015 | 1,566.00 USD | - |
| Daredo (Rdio Inc.) | Augustaanlage 37, 68165 Mannheim, Germany | | 0 | 0 | 0 | 9/22/2015 | 1,877.08 USD | 550.89 |
| Republic of Music | 73a Middle st. Brighton East Sussex BN1 1AL United Kingdom | | 0 | 0 | 0 | 9/22/2015 | 702.41 USD | 579.52 |
| Gourmet Catering Bay Area | 2200 Jerrold Street, Unit Z | | San Francisco | CA | 94124 | 9/22/2015 | 2,976.26 USD | 5,952.52 |
| Comcast | PO Box 34744 | | Seattle | WA | 98124-1744 | 9/22/2015 | 477.13 USD | - |
| Blueback Global | 21710 Stevens Creek Blvd., Suite 225, Benjamin Gramlich | | Cupertino | CA | 95014 | 9/22/2015 | 4,765.00 USD | - |

3719 Columbus Ave

Apt 201

Minneapolis MN 55407

| Benjamin Gramlich | United States | 3719 Columbus Ave | Apt 201 | | | 9/22/2015 | 10,921.00 USD | - |

Chaac Technologies

5654 Idlewood St.

Dublin CA 94568

| Chaac Technologies (Richard Hightower) | United States | 5654 Idlewood St. | | | | 9/22/2015 | 13,275.00 USD | - |

Minnesota Child Support Payment Center

PO Box 64306

St. Paul MN 55164-0306

| Minnesota Child Supp | United States | PO Box 64306 | | | | 9/22/2015 | 1,079.00 USD | - |

Wells Fargo Insurance Services

Dept. 33667

PO Box 39000

San Francisco CA 94139

| Wells Fargo Insurance Services | United States | Dept. 33667 | PO Box 39000 | | | 9/22/2015 | 5,496.57 USD | - |

Kyle Stetz

1148 Wharton St #409

Philadelphia CA 19147

| Kyle Stetz | United States | 1148 Wharton St #409 | | | | 9/22/2015 | 353.60 USD | - |
| Shorty Goldstein's | 126 Sutter St | | San Francisco | CA | 94104 | 9/22/2015 | 1,478.88 USD | - |
| NSP LLC | 3415 Strongs Drive | | Los Angeles | CA | 90292 | 9/22/2015 | 3,600.00 USD | - |
| Operative Media Inc | 6 East 32nd St Flr 2 | | New York | NY | 10016 | 9/22/2015 | 14,220.00 USD | 14,220.00 |

Bruno Vieira

| Bruno Vieira | United States | | | | | 9/24/2015 | 17,726.47 USD | - |
| FineTunes (Rdio Inc.) | Stresemannstraße 375 // Unit 11, 22761 Hamburg, Germany | | 0 | 0 | 0 | 9/24/2015 | 4,337.65 USD | 6,680.56 |

Solution 7 Ltd

| Solution 7 Ltd | United States | | | | | 9/24/2015 | 5,180.00 USD | - |
| Select | 500 Ste-Catherine Street East, 5th Floor, Montreal, Quebec Canada, H2L 2C6 | | 0 | 0 | 0 | 9/24/2015 | 8,863.68 USD | 3,095.37 |

ABM Parking Services

The Hamm's Building

1550 BRYANT STREET # 340

San Francisco CA 94103

| ABM Parking Services | United States | The Hamm's Building | 1550 BRYANT STREET # 340 | | | 9/24/2015 | 2,475.00 USD | - |
| Akamai Technologies, Inc. | General Post Office File # 50196 | PO Box 26590 | New York | NY | 10087-6590 | 9/24/2015 | 23,412.18 USD | 38,456.88 |
| Canteen Refreshment | Aaron Espinoza and Associates | | Los Angeles | CA | 90074-0196 | 9/24/2015 | 3,664.49 USD | 5,498.78 |

5431 Dahlia Drive

Los Angeles CA 90041

| Aaron Espinoza | United States | 5431 Dahlia Drive | | | | 9/24/2015 | 2,100.00 USD | - |

Telepacific Communications

PO Box 526015

Sacramento CA 95852-6015

| Telepacific Communications | United States | PO Box 526015 | | | | 9/24/2015 | 1,151.61 USD | - |
| Verizon Wireless (Rdio Inc.) | PO Box 660108 | | Dallas | TX | 75266-0108 | 9/24/2015 | 571.86 USD | 476.16 |

Tamara Palmer

1397 23rd Ave.

San Francisco 94122

| Tamara Palmer | United States | 1397 23rd Ave. | | | | 9/24/2015 | 2,000.00 USD | - |
| PG&E | Box 997300 | | Sacramento | CA | 95899 | 9/24/2015 | 33.66 USD | - |
| Sprint | PO Box 4181 | | Carol Stream | IL | 60197-4181 | 9/24/2015 | 280.14 USD | 281.32 |
| Hoefler & Frere-Jones | 611 Broadway, Room 725 | | New York | NY | 10012 | 9/24/2015 | 350.00 USD | 5,499.00 |

Steven Kean
131 Spillway Blvd
Lexinton SC 29072

| Name | Address 1 | Address 2 | City | State | Zip | Date | Amount | Currency | 2nd Amount |
|---|---|---|---|---|---|---|---|---|---|
| Steven Kean | United States | 131 Spillway Blvd | | | | 9/24/2015 | 2,100.00 | USD | - |
| Amcos | 16 Mountain St., Ultimo NSW 2007 | Locked Bag 5000, Strawberry Hills NSW2012 | | 0 | 0 | 0 9/24/2015 | 456.66 | AUD | 8,693.46 |
| | Australasian Performing Right | | | | | | | | |
| Apra | Association | 16 Mountain St. | Ultimo NSW | 0 | 2007 | 9/25/2015 | 20,456.66 | AUD | 9,662.39 |
| nventrive inc. | 215 St-Jacques | Suite 500 | Montreal | | 0 H2Y 1M6 | 9/25/2015 | 71,940.00 | USD | 404,918.25 |
| Music Reports, Inc. | 21122 Erwin Street | Aminian Business Services, Inc | Woodland Hills | CA | 91367 | 9/25/2015 | 66,500.00 | USD | 339,235.63 |
| | 50 Tesla | | | | | | | | |
| | Irvine CA 92618 | | | | | | | | |
| Aminian Business Services, Inc | United States | 50 Tesla | | | | 9/25/2015 | 105.00 | USD | - |
| nventrive inc. | 215 St-Jacques | Suite 500 | Montreal | | 0 H2Y 1M6 | 9/30/2015 | 71,940.00 | USD | 404,918.25 |
| | 3905 W. Vincennes Road, Suite | | | | | | | | |
| Universal Music Group Distribution | 400 | | Indianapolis | IN | 46268 | 9/30/2015 | 48,536.59 | USD | 590,724.06 |
| | C4DI Beta , 47 Queen Street , | | | | | | | | |
| | Kingston Upon Hull , HU1 1UU. | | | | | | | | |
| Worx (Rdio Inc.) | United Kingdom | | | 0 | 0 | 0 9/30/2015 | 34,511.39 | USD | 51,662.18 |
| | 275 Pope Road Suite 103, | | | | | | | | |
| Canada Revenue Agency | Summerside, PE C1N 6A2 | Canada | | 0 | 0 | 0 9/30/2015 | 20,301.26 | USD | 22,710.78 |
| Warner Music Group | 3400 W. Olive Ave | Mail Stop P-4-14 | Burbank | CA | 91505 | 9/30/2015 | 3,675.84 | USD | 432,909.22 |
| | 3905 W. Vincennes Road, Suite | | | | | | | | |
| Universal Music Group Distribution | 400 | | Indianapolis | IN | 46268 | 9/30/2015 | 203,972.95 | USD | 590,724.06 |
| | Sean Fernie | | | | | | | | |
| | 23 Mill Cove | | | | | | | | |
| | Toronto ON M8X 2S7 | | | | | | | | |
| Sean Fernie | Canada | 23 Mill Cove | | | | 9/30/2015 | 18,833.71 | CAD | - |
| Alhambra | PO Box 660579 | | Dallas | TX | 75266-0579 | 10/1/2015 | 95.71 | USD | 0.00 |
| | Department of Labor and | | | | | | | | |
| | Industries | | | | | | | | |
| | PO Box 34974 | | | | | | | | |
| | Seattle WA 98124-1974 | | | | | | | | |
| Department of Labor and Industries | United States | PO Box 34974 | | | | 10/1/2015 | 141.39 | USD | - |
| Canteen Refreshment | File # 50196 | | Los Angeles | CA | 90074-0196 | 10/1/2015 | 3,797.69 | USD | 5,498.78 |
| NSP LLC | 3415 Strongs Drive | | Los Angeles | CA | 90292 | 10/1/2015 | 3,600.00 | USD | - |
| Flatiron Capital (Rdio Inc.) | PO Box 712195 | | Denver | CO | 80271 | 10/1/2015 | 1,843.05 | USD | 1,940.05 |
| | United Healthcare Insurance | | | | | | | | |
| | Company | Dept 6940 | | | | Los Angeles, | CA | 90084-6940 | 10/1/2015 | 111,143.51 | USD | - |
| Kaiser Health Insurance | Kaiser Foundation Health Plan | File 5915 | Los Angeles, CA | | 90074-5915 | 10/1/2015 | 21,868.12 | USD | - |
| Muzak LLC | 1703 West 5th Street | Suite 600 | Austin | TX | 78703 | 10/1/2015 | 85.09 | USD | 85.09 |
| | Dept 6940, Los Angeles, CA 90084- | | | | | | | | |
| United Healthcare | 6940 | | | 0 | 0 | 0 10/1/2015 | 1,078.31 | USD | - |
| Vaibhav Krishna Irugu Guruswamy | | | | | | 10/2/2015 | 780.08 | USD | - |
| Vaibhav Krishna Irugu Guruswamy | | | | | | 10/2/2015 | 780.08 | USD | - |
| Vaibhav Krishna Irugu Guruswamy | | | | | | 10/2/2015 | 2,397.34 | USD | - |
| Joshua Bonnett | | | | | | 10/5/2015 | 1,467.13 | USD | - |
| Joshua Bonnett | | | | | | 10/5/2015 | 1,467.13 | USD | - |
| Joshua Bonnett | | | | | | 10/5/2015 | 2,257.75 | USD | - |
| Music Reports, Inc. | 21122 Erwin Street | | Woodland Hills | CA | 91367 | 10/5/2015 | 63,000.00 | USD | 339,235.63 |
| Minister of Revenue of Quebec | 150 Rue St Catherine West | | Quebec | | 0 HSB1E4 | 10/5/2015 | 5,460.12 | CAD | 4,106.32 |
| | Scott Bagby | | | | | | | | |
| Scott Bagby | United States | | | | | 10/6/2015 | 15,604.96 | USD | - |
| | Clayton Light | | | | | | | | |
| | Napa CA 94558 | | | | | | | | |
| Clayton Light | United States | | | | | 10/7/2015 | 4,070.00 | USD | - |
| | P.O. Box 7042, 4800 GA Breda, The | | | | | | | | |
| Black Hole | Netherlands | | | 0 | 0 | 0 10/7/2015 | 2,951.11 | USD | 591.74 |
| | 3905 W. Vincennes Road, Suite | | | | | | | | |
| Universal Music Group Distribution | 400 | | Indianapolis | IN | 46268 | 10/7/2015 | 87,977.55 | USD | 590,724.06 |
| | 3930 24th St, Room 16, SF, CA | | | | | | | | |
| DistroKid | 94114 | | | 0 | 0 | 0 10/7/2015 | 26,609.90 | USD | 19,353.44 |
| | Pacific Union International | | | | | | | | |
| Dan Carlevaro | United States | | | | | 10/7/2015 | 5,300.00 | USD | - |
| | ABM Parking Services | | | | | | | | |
| | The Hamm's Building | | | | | | | | |
| | 1550 BRYANT STREET # 340 | | | | | | | | |
| | San Francisco CA 94103 | | | | | | | | |
| ABM Parking Services | United States | The Hamm's Building | 1550 BRYANT STREET # 340 | | | 10/7/2015 | 2,475.00 | USD | - |
| | 2424 Kennedy Street NE | | | | | | | | |
| 807 Broadway Revival | Minneapolis, MN 55413 | | | 0 | 0 | 0 10/7/2015 | 1,742.00 | USD | - |
| DP 1550 Bryant LLC | PO Box 31001-2139 | | Pasadena | CA | 91110 | 10/7/2015 | 118,920.76 | USD | 111,549.15 |
| AT&T (Rdio Inc.) | PO Box 6463 | | Carol Streams | IL | 60197 | 10/7/2015 | 1,116.10 | USD | - |
| Comcast | PO Box 34744 | | Seattle | WA | 98124-1744 | 10/7/2015 | 132.17 | USD | - |
| Canteen Refreshment | File # 50196 | | Los Angeles | CA | 90074-0196 | 10/7/2015 | 1,608.15 | USD | 5,498.78 |
| | Goldin Solutions | | | | | | | | |
| | 928 Broadway | | | | | | | | |
| | Suite 900 | | | | | | | | |
| | New York NY 10010 | | | | | | | | |
| Goldin Solutions | United States | 928 Broadway | Suite 900 | | | 10/7/2015 | 56,390.00 | USD | - |

| Name | Country | Address | Address 2 | City | State | Zip | Date | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| Gary Yu | | | | | | | | | |
| 8 Baypark Circle | | | | | | | | | |
| South San Franciso CA 94080 | | | | | | | | | |
| Gary Yu | United States | 8 Baypark Circle | | | | | 10/7/2015 | 10,347.62 USD | - |
| National Student Clearinghouse | | | | | | | | | |
| 2300 Dulles Station Blvd | | | | | | | | | |
| Ste 300 | | | | | | | | | |
| Herndon VA 20171-3280 | | | | | | | | | |
| National Student Clearinghouse | United States | 2300 Dulles Station Blvd | Ste 300 | | | | 10/7/2015 | 584.00 USD | - |
| Muzak LLC | 1703 West 5th Street | Suite 600 | Austin | TX | 78701 | | 10/7/2015 | 85.09 USD | 85.09 |
| EdgeCast Networks Inc. | 2850 Ocean Park Blvd Suite 110 | | Santa Monica | CA | 90405 | | 10/7/2015 | 140.70 USD | 79,777.18 |
| Little Maintenance Co. Inc. | | | | | | | | | |
| 1836 127th Lane NW | | | | | | | | | |
| Coon Rapids MN 55448 | | | | | | | | | |
| Little Maintenance Co. Inc. | United States | 1836 127th Lane NW | | Denver | CO | 80271 | 10/7/2015 | 97.00 USD | - |
| Flatiron Capital (Rdio Inc.) | PO Box 712195 | | | | | | 10/7/2015 | 12,892.53 USD | 1,940.05 |
| Telepacific Communications | | | | | | | | | |
| PO Box 526015 | | | | | | | | | |
| Sacramento CA 95852-6015 | | | | | | | | | |
| Telepacific Communications | United States | PO Box 526015 | | San Francisco | CA | 94107 | 10/7/2015 | 1,093.36 USD | - |
| Ring2 Communications LLC | DBA: LoopUp | 282 2nd Street, Suite 200 | | San Francisco | CA | 94104 | 10/7/2015 | 3,172.66 USD | 2,470.35 |
| Shorty Goldstein's | 126 Sutter St | | | | | | 10/7/2015 | 1,401.63 USD | - |
| NYC Department of Finance | | | | | | | | | |
| PO Box 3646 | | | | | | | | | |
| NEW YORK NY 10008-3646 | | | | | | | | | |
| NYC Department of Finance | United States | PO Box 3646 | | | | | 10/7/2015 | 543.46 USD | - |
| Benjamin Gramlich | | | | | | | | | |
| 3719 Columbus Ave | | | | | | | | | |
| Apt 201 | | | | | | | | | |
| Minneapolis MN 55407 | | | | | | | | | |
| Benjamin Gramlich | United States | 3719 Columbus Ave | Apt 201 | | | | 10/7/2015 | 11,352.20 USD | - |
| Minnesota Child Support Payment Center | | | | | | | | | |
| PO Box 64306 | | | | | | | | | |
| St. Paul MN 55164-0306 | | | | | | | | | |
| Minnesota Child Supp | United States | PO Box 64306 | | | | | 10/7/2015 | 1,079.00 USD | - |
| Bryan Bean | | | | | | | | | |
| 238 Boulton Ave. | | | | | | | | | |
| Toronto ON M4M 2K1 | | | | | | | | | |
| Bryan Bean | Canada | 238 Boulton Ave. | | | | | 10/7/2015 | 13,093.88 CAD | - |
| Canada Revenue Agency | 275 Pope Road Suite 103, Summerside, PE C1N 6A2 | Canada | | 0 | 0 | 0 | 10/7/2015 | 26,552.33 CAD | 22,710.78 |
| Sean Fernie | | | | | | | | | |
| 23 Mill Cove | | | | | | | | | |
| Toronto ON M8X 2S7 | | | | | | | | | |
| Sean Fernie | Canada | 23 Mill Cove | | | | | 10/7/2015 | 254.37 CAD | - |
| Greenberg Traurig | 3290 Northside Parkway, Suite 400 | | Atlanta | GA | 30327 | | 10/8/2015 | 4,357.00 USD | 41,871.74 |
| Chaac Technologies | | | | | | | | | |
| 5654 Idlewood St. | | | | | | | | | |
| Dublin CA 94568 | | | | | | | | | |
| Chaac Technologies (Richard Hightower) | United States | 5654 Idlewood St. | | | | | 10/8/2015 | 9,000.00 USD | - |
| PagerDuty, Inc | | | | | | | | | |
| 501 2nd Street | | | | | | | | | |
| Suite 100 | | | | | | | | | |
| San Francisco CA 94107 | | | | | | | | | |
| PagerDuty, Inc | United States | 501 2nd Street | Suite 100 | | | | 10/8/2015 | 13,680.00 USD | - |
| American Express | | | | | | | 10/9/2015 | 152,289.33 | - |
| David Lundgren | David Lundgren | | | | | | 10/9/2015 | 9,505.64 USD | - |
| David Lundgren | David Lundgren | | | | | | 10/9/2015 | 3,473.06 USD | - |
| David Lundgren | David Lundgren | | | | | | 10/9/2015 | 7,655.45 USD | - |
| Comcast | PO Box 34744 | | Seattle | WA | 98124-1744 | | 10/9/2015 | 354.46 USD | - |
| | Aaron Espinoza and Associates | | | | | | | | |
| 5431 Dahlia Drive | | | | | | | | | |
| Los Angeles CA 90041 | | | | | | | | | |
| Aaron Espinoza | United States | 5431 Dahlia Drive | | | | | 10/9/2015 | 700.00 USD | - |

| Name | Address 1 | Address 2 | City | State | Zip | Date | Amount | Amount 2 |
|---|---|---|---|---|---|---|---|---|
| | Jesse Dawson | | | | | | | |
| | 3328 Napoleon Ave | | | | | | | |
| | New Orleans LA 70125 | | | | | | | |
| Jesse Dawson | United States | 3328 Napoleon Ave | | | | 10/13/2015 | 5,625.00 USD | - |
| Bryan Bean | 238 Boulton Ave. | | | | | | | |
| | Toronto ON M4M 2K1 | | | | | | | |
| Bryan Bean | Canada | 238 Boulton Ave. | | | | 10/13/2015 | 2,549.55 CAD | - |
| Miller Thomson LLP | United States | | | | | 10/13/2015 | 4,706.30 CAD | - |
| | Noble Street Studios | | | | | | | |
| | Toronto M4W 1A9 | | | | | | | |
| Noble Street Studios | United States | | | | | 10/13/2015 | 1,790.36 CAD | - |
| | Regular Horse Productions Inc. | | | | | | | |
| | Toronto M4M2C7 | | | | | | | |
| Regular Horse Productions Inc. | United States | | | | | 10/13/2015 | 1,130.00 CAD | - |
| SoundExchange | 733 10th Street, NW 10th Floor, Washington, DC 20001 | | | 0 | 0 | 10/14/2015 | 9,393.70 USD | - |
| Tunecore | 45 Main St, Suite 705 | | Brooklyn | NY | 11201 | 10/14/2015 | 43,244.76 USD | 272,153.03 |
| Merlin BV | Music and Entert Rights Licensing Ind Net | Damrak 277 Kamer 38 | Amsterdam | | 0 1012 ZJ | 10/14/2015 | 134,272.62 USD | 271,219.33 |
| | Alameda County Tax Collector | | | | | | | |
| | 1221 Oak St | | | | | | | |
| | Oakland CA 94612-4285 | | | | | | | |
| Alameda County Tax Collector | United States | 1221 Oak St | | | | 10/14/2015 | 985.01 USD | - |
| 807 Broadway Revival | 2424 Kennedy Street NE Minneapolis, MN 55413 | | | 0 | 0 | 10/14/2015 | 1,742.00 USD | - |
| | Zelnick & Erickson, P.C. t/a Erickson Immigration Group | | | | | | | |
| | 4401 Wilson Blvd Suite 920 | | | | | | | |
| | Arlington VA 22203 | | | | | | | |
| Zelnick & Erickson, P.C. t/a Erickson Immigration Group | United States | 4401 Wilson Blvd Suite 920 | | | | 10/14/2015 | 2,096.96 USD | - |
| NSP LLC | 3415 Strongs Drive | | Los Angeles | CA | 90292 | 10/14/2015 | 3,600.00 USD | - |
| | Ian Gilman | | | | | | | |
| | 2901 S Adams St | | | | | | | |
| | Seattle WA 98108 | | | | | | | |
| Ian Gilman | United States | 2901 S Adams St | | | | 10/14/2015 | 1,187.50 USD | - |
| Alhambra | PO Box 660579 | | Dallas | TX | 75266-0579 | 10/14/2015 | 89.65 USD | 0.00 |
| DP 1550 Bryant LLC | PO Box 31001-2139 | | Pasadena | CA | 91110 | 10/14/2015 | 114,834.91 USD | 111,549.15 |
| DLA Piper LLP (Davis LLP) | Suite 6000, 1 First Canadian Place | PO Box 367, 100 King St W | Toronto | | 0 M5X 1E2 | 10/14/2015 | 2,512.50 CAD | 3,453.24 |
| | Sean Fernie | | | | | | | |
| | 23 Mill Cove | | | | | | | |
| | Toronto ON M8X 2S7 | | | | | | | |
| Sean Fernie | Canada | 23 Mill Cove | | | | 10/14/2015 | 113.77 CAD | - |
| Delaware Secretary of State | Division of Corporations | PO Box 5509 | Binghamton | NY | 13902-5509 | 10/15/2015 | 26,782.59 USD | 51,985.02 |
| Amcos | 16 Mountain St., Ultimo NSW 2007 | Locked Bag 5000, Strawberry Hills NSW2012 | | 0 | 0 | 10/15/2015 | 274.32 USD | 8,693.46 |
| Apra | Australasian Performing Right Association | 16 Mountain St. | Ultimo NSW | | 0 2007 | 10/15/2015 | 274.32 USD | 9,662.39 |
| | State of Tennessee | | | | | | | |
| | Department of Revenue | | | | | | | |
| | Andrew Jackson State Office Bldg. | | | | | | | |
| | 500 Deaderick Street | | | | | | | |
| State of Tennessee | Nashville TN 37242 | Department of Revenue, Andrew Jackson State Office Bldg. | 500 Deaderick Street | 500 Deaderick Street | | 10/16/2015 | 100.00 USD | - |
| | Karl Frankowski | | | | | | | |
| | 2938 Ulysses St NE | | | | | | | |
| | Minneapolis MN 55418 | | | | | | | |
| Karl Frankowski | United States | 2938 Ulysses St NE | | | | 10/16/2015 | 14,000.00 USD | - |
| | Roadside Rotisserie | | | | | | | |
| | 1148 E. 18th St, #1 | | | | | | | |
| | Oakland CA 94606 | | | | | | | |
| Country Grill | United States | 1148 E. 18th St, #1 | | | | 10/19/2015 | 1,566.00 USD | - |
| Amy Wu | | | | | | 10/21/2015 | 2,714.41 USD | - |
| Amy Wu | | | | | | 10/21/2015 | 1,235.69 USD | - |
| Believe (Rdio Inc.) | 2, place du Colonel Fabien – 75019 Paris | | | 0 | 0 | 10/21/2015 | 28,273.19 USD | 141,530.08 |
| SoundExchange | 733 10th Street, NW 10th Floor, Washington, DC 20001 | | | 0 | 0 | 10/21/2015 | 27,398.60 USD | - |
| | Bruno Vieira | | | | | | | |
| Bruno Vieira | United States | | | | | 10/21/2015 | 17,650.49 USD | - |
| Tunecore | 45 Main St, Suite 705 | | Brooklyn | NY | 11201 | 10/21/2015 | 47,492.75 USD | 272,153.03 |
| (Criteo LTD) AD-X Limited | Seal House, 1 Swan Lane, | EC4R 3TR London | | 0 | 0 | 10/21/2015 | 9,000.00 USD | - |
| Akamai Technologies, Inc. | General Post Office | PO Box 26590 | New York | NY | 10087-6590 | 10/21/2015 | 14,850.77 USD | 38,456.88 |

| Name | Address | Address 2 | City | State | Zip | Zip 2 | Date | Amount | Amount 2 |
|---|---|---|---|---|---|---|---|---|---|
| Advertising Digital Identification LLC | United States | 11020 David Taylor Drive, Suite 305 | Pasadena | CA | 91185-3909 | | 10/21/2015 | 400.00 USD | - |
| Ampush Media | Dept. LA 23909 | | Pasadena | CA | 91185-3909 | | 10/21/2015 | 18,358.56 USD | 80,692.10 |
| Kahuna, Inc. | 555 Bryant Street | Suite 322 | Palo Alto | CA | 94301-1704 | | 10/21/2015 | 30,000.00 USD | 240,000.00 |
| Isolation network, Inc | 55 Francisco Street Suite 710 | | San Francisco | CA | 94133 | | 10/21/2015 | 37,114.31 USD | 130,087.46 |
| Lewitt, Hackman, Shapiro Marshall...(Rdio, Inc.) | Eleventh Floor | 16633 Ventura Blvd. | Encino | CA | 91436-1865 | | 10/21/2015 | 22,378.85 USD | 12,262.44 |
| CD Baby | 13909 NE Airport Way | | Portland | OR | 97230 | | 10/21/2015 | 16,184.27 USD | 70,490.78 |
| New Relic, Inc | New Relic, Inc. | 188 Spear Street | San Francisco | CA | 94105 | | 10/21/2015 | 9,900.00 USD | 19,800.00 |
| Radio Silence | 465 49th Street | | Oakland | CA | 94609 | | 10/21/2015 | 10,000.00 USD | 23,500.00 |
| | StessCo Consulting Group LLC 600 5th St. Petaluma CA 94952 | | | | | | | | |
| StessCo Consulting Group LLC | United States Registered Agent Solutions, Inc. | 600 5th St. | | | | | 10/21/2015 | 5,231.00 USD | - |
| | 1701 Director's Blvd Suite 300 Austin TX 78744 | | | | | | | | |
| Registered Agent Solutions, Inc. (Rdio Inc.) | United States | 1701 Director's Blvd | Suite 300 | | | | 10/21/2015 | 149.00 USD | - |
| ROI DNA, Inc. | 480 2nd St. Ste 302 | | San Francisco | CA | 94107 | | 10/21/2015 | 19,000.00 USD | 114,000.00 |
| | Snehal Shinde 486 Torrey Pine Terrace Sunnyvale CA 94086 | | | | | | | | |
| Snehal Shinde | United States | 486 Torrey Pine Terrace | | | | | 10/21/2015 | 5,000.00 USD | - |
| Media Arts Lawyers Pty Ltd | 633 Queensberry St | | North Melbourne Vic | 0 | | 3051 | 10/21/2015 | 7,661.27 AUD | 7,175.94 |
| Alex Winck | | | | | | | 10/23/2015 | 1,421.34 USD | - |
| Alex Winck | Karl Frankowski | | | | | | 10/23/2015 | 3,978.04 USD | - |
| | 2938 Ulysses St NE Minneapolis MN 55418 | | | | | | | | |
| Karl Frankowski | United States | 2938 Ulysses St NE | | | | | 10/23/2015 | 14,895.00 USD | - |
| (Criteo LTD) AD-X Limited | Seal House, 1 Swan Lane, | EC4R 3TR London | | 0 | 0 | 0 | 10/28/2015 | 5,000.00 USD | - |
| Libertad | 1-23-8 #801 Minami-Aoyama, Minato-ku Tokyo, Japan | Japan | | 0 | 0 | 0 | 10/28/2015 | 40,377.07 USD | 76,314.62 |
| Dan Carlevaro | Pacific Union International United States | | | | | | 10/29/2015 | 5,300.00 USD | - |
| good to go | good to go GmbH | Mathias-Br%u00FCggen-Str. 85 | | 0 | 0 | 0 | 10/29/2015 | 5,497.29 USD | 5,183.30 |
| MGM Distribution Pty Ltd | Suite 18 Level 15, | 327 Pitt Street | Sydney NSW | 0 | | 2000 | 10/29/2015 | 3,592.54 USD | 1,893.27 |
| Worx (Rdio Inc.) | C4DI Beta., 47 Queen Street, Kingston Upon Hull, HU1 1UU. United Kingdom | | | 0 | 0 | 0 | 10/29/2015 | 15,833.23 USD | 51,662.18 |
| Merlin BV | Music and Entert Rights Licensing Ind Net | Damrak 277 Kamer 38 | Amsterdam | | 0 1012 ZJ | | 10/29/2015 | 134,730.47 USD | 271,219.33 |
| SoundExchange | 733 10th Street, NW 10th Floor, Washington, DC 20001 | | | 0 | 0 | 0 | 10/29/2015 | 26,276.37 USD | - |
| DashGo (Rdio Inc.) | 1620 Broadway, Suite C, Santa Monica CA 90404 | | | 0 | 0 | 0 | 10/29/2015 | 7,136.14 USD | 5,050.38 |
| Empire | 375 Potrero Ave. Suite 5 | | San Francisco | CA | 94103 | | 10/29/2015 | 7,694.70 USD | 14,964.94 |
| RecordUnion (Rdio Inc.) | Hudiksvallsgatan 8 113 30 Stockholm SWEDEN | | | 0 | 0 | 0 | 10/29/2015 | 5,270.29 USD | 1,282.30 |
| Seed (Rdio Inc.) | 109 South 5th Street, #508 | | Brooklyn | NY | 11249 | | 10/29/2015 | 9,299.20 USD | 7,925.31 |
| Amazon Web Services LLC | PO Box 84023 | | Seattle | WA | 98124-8423 | | 10/29/2015 | 29,449.01 USD | 91,511.38 |
| AT&T (Rdio Inc.) | PO Box 6463 | | Carol Streams | IL | 60197 | | 10/29/2015 | 478.84 USD | - |
| Basic Corporate | 9246 Portage Industrial Drive | | Portage | MI | 49024 | | 10/29/2015 | 450.50 USD | - |
| Comcast | PO Box 34744 | | Seattle | WA | 98124-1744 | | 10/29/2015 | 138.16 USD | - |
| Blueback Global | 21710 Stevens Creek Blvd., Suite 225, | | Cupertino | CA | 95014 | | 10/29/2015 | 9,723.50 USD | - |
| Canteen Refreshment | File # 50196 | | Los Angeles | CA | 90074-0196 | | 10/29/2015 | 5,536.93 USD | 5,498.78 |
| DP 1550 Bryant LLC | PO Box 31001-2139 | | Pasadena | CA | 91110 | | 10/29/2015 | 222.92 USD | 111,549.15 |
| Intervision Systems Technologies, Inc. (Rdio Inc.) | 2250 Walsh Avenue | | Santa Clara | CA | 95050-2514 | | 10/29/2015 | 162,750.44 USD | 130,908.27 |
| Flatiron Capital (Rdio Inc.) | PO Box 712195 | | Denver | CO | 80271 | | 10/29/2015 | 2,037.05 USD | 1,940.05 |
| Isolation network, Inc | 55 Francisco Street Suite 710 | | San Francisco | CA | 94133 | | 10/29/2015 | 34,734.47 USD | 130,087.46 |
| Kaiser Health Insurance | Kaiser Foundation Health Plan | File 5915 | Los Angeles, CA | CA | 90074-5915 | | 10/29/2015 | 48,810.62 USD | - |
| Music Reports, Inc. | 21122 Erwin Street | | Woodland Hills | CA | 91367 | | 10/29/2015 | 68,613.58 USD | 339,235.63 |
| Mosaic NetworX LLC | Dept LA 24111 | | Pasadena | CA | 91185 | | 10/29/2015 | 59,863.89 USD | 229,578.90 |
| NSP LLC | 3415 Strongs Drive | | Los Angeles | CA | 90292 | | 10/29/2015 | 5,400.00 USD | - |
| PG&E | Box 997300 | | Sacramento | CA | 95899 | | 10/29/2015 | 47.81 USD | - |
| United Healthcare Insurance Company | Dept 6940 | | Los Angeles | CA | 90084-6940 | | 10/29/2015 | 109,389.99 USD | - |
| Sprint | PO Box 4181 | | Carol Stream | IL | 60197-4181 | | 10/29/2015 | 281.08 USD | 281.32 |
| Zee Cook's, LLC | 1760 Cesar Chavez | Unit L | San Francisco | CA | 94124 | | 10/29/2015 | 1,412.67 USD | - |
| United Healthcare | Dept 6940, Los Angeles, CA 90084-6940 | | | 0 | 0 | 0 | 10/29/2015 | 1,804.16 USD | - |
| CyberSource Corporation | PO Box 742842 | | Los Angeles | CA | 90074 | | 10/30/2015 | 83,023.35 USD | 14,641.68 |
| Lionbridge Technologies | PO Box 347579 | | Pittsburgh | PA | 15251-4579 | | 10/30/2015 | 95,554.81 USD | 18,672.75 |
| Amcos | 16 Mountain St., Ultimo NSW 2007 NSW2012 | Locked Bag 5000, Strawberry Hills | | 0 | 0 | 0 | 10/30/2015 | 264.51 USD | 8,693.46 |
| Apra | Australasian Performing Right Association | 16 Mountain St. | Ultimo NSW | 0 | | 2007 | 10/30/2015 | 264.51 USD | 9,662.39 |
| Amcos | 16 Mountain St., Ultimo NSW 2007 NSW2012 | Locked Bag 5000, Strawberry Hills | | 0 | 0 | 0 | 10/30/2015 | 7,293.40 AUD | 8,693.46 |
| Apra | Australasian Performing Right Association | 16 Mountain St. | Ultimo NSW | 0 | | 2007 | 10/30/2015 | 7,293.40 AUD | 9,662.39 |
| Province Consulting | | | | | | | 11/2/2015 | 45,000.00 USD | - |

| Name | Address | Address 2 | City | State | Zip | Date | Amount | Currency | Amount 2 |
|---|---|---|---|---|---|---|---|---|---|
| | Bryan Bean | | | | | | | | |
| | 238 Boulton Ave. | | | | | | | | |
| | Toronto ON M4M 2K1 | | | | | | | | |
| Bryan Bean | Canada | 238 Boulton Ave. | | | | 11/2/2015 | 298.38 | CAD | - |
| | Clayton Light | | | | | | | | |
| | Napa CA 94558 | | | | | | | | |
| Clayton Light | United States | | | | | 11/4/2015 | 8,500.00 | USD | - |
| | Sean Fernie | | | | | | | | |
| | 23 Mill Cove | | | | | | | | |
| | Toronto ON M8X 2S7 | | | | | | | | |
| Sean Fernie | Canada | 23 Mill Cove | | | | 11/4/2015 | 287.93 | USD | - |
| Warner Music Group | 3400 W. Olive Ave | Mail Stop P-4-14 | Burbank | CA | 91505 | 11/4/2015 | 275,000.00 | USD | 432,909.22 |
| | Gary Yu | | | | | | | | |
| | 8 Baypark Circle | | | | | | | | |
| | South San Francisco CA 94080 | | | | | | | | |
| Gary Yu | United States | 8 Baypark Circle | | | | 11/4/2015 | 10,347.62 | USD | - |
| Chambers Art & Desi | 1960 Mandela parkway unit 3 | | Oakland, CA 94607 | 0 | 0 | 0 11/4/2015 | 500.00 | USD | - |
| | Benjamin Gramlich | | | | | | | | |
| | 3719 Columbus Ave | | | | | | | | |
| | Apt 201 | | | | | | | | |
| | Minneapolis MN 55407 | | | | | | | | |
| Benjamin Gramlich | United States | 3719 Columbus Ave | Apt 201 | | | 11/4/2015 | 10,921.00 | USD | - |
| | Franchise Tax Board | | | | | | | | |
| | P.O. Box 942857 | | | | | | | | |
| | Sacramento CA 94257-0551 | | | | | | | | |
| Franchise Tax Board (Rdio Inc.) | United States | P.O. Box 942857 | | | | 11/4/2015 | 560.00 | USD | - |
| | Little Maintenance Co. Inc. | | | | | | | | |
| | 1836 127th Lane NW | | | | | | | | |
| | Coon Rapids MN 55448 | | | | | | | | |
| Little Maintenance Co. Inc. | United States | 1836 127th Lane NW | | | | 11/4/2015 | 97.00 | USD | - |
| Rovi Data Solutions, Inc. | PO Box 202624 | | Dallas | TX | 75320-2624 | 11/4/2015 | 133,000.00 | USD | 93,200.00 |
| | Minnesota Child Support Payment Center | | | | | | | | |
| | PO Box 64306 | | | | | | | | |
| | St. Paul MN 55164-0306 | | | | | | | | |
| Minnesota Child Supp | United States | PO Box 64306 | | | | 11/4/2015 | 1,079.00 | USD | - |
| | Lasan Catering | | | | | | | | |
| | 3145 Fillmore Street | | | | | | | | |
| | SAN FRANCISCO CA 94123 | | | | | | | | |
| Lasan Catering | United States | 3145 Fillmore Street | | | | 11/4/2015 | 1,350.00 | USD | - |
| NSP LLC | 3415 Strongs Drive | | Los Angeles | CA | 90292 | 11/4/2015 | 3,600.00 | USD | - |
| Ring2 Communications LLC | DBA: LoopUp | 282 2nd Street, Suite 200 | San Francisco | CA | 94107 | 11/4/2015 | 2,569.85 | USD | 2,470.35 |
| | StessCo Consulting Group LLC | | | | | | | | |
| | 600 5th St. | | | | | | | | |
| | Petaluma CA 94952 | | | | | | | | |
| StessCo Consulting Group LLC | United States | 600 5th St. | | | | 11/4/2015 | 5,231.00 | USD | - |
| Switch | PO Box 400850 | | Las Vegas | NV | 89140 | 11/4/2015 | 33,959.75 | USD | 13,079.73 |
| New Relic, Inc | New Relic, Inc. | 188 Spear Street | San Francisco | CA | 94105 | 11/4/2015 | 9,900.00 | USD | 19,800.00 |
| TUNE, Inc. | 2200 Western Ave. | Suite 200 | Seattle | WA | 98121 | 11/4/2015 | 4,000.00 | USD | 6,579.79 |
| | Bryan Bean | | | | | | | | |
| | 238 Boulton Ave. | | | | | | | | |
| | Toronto ON M4M 2K1 | | | | | | | | |
| Bryan Bean | Canada | 238 Boulton Ave. | | | | 11/4/2015 | 13,093.88 | CAD | - |
| | Sean Fernie | | | | | | | | |
| | 23 Mill Cove | | | | | | | | |
| | Toronto ON M8X 2S7 | | | | | | | | |
| Sean Fernie | Canada | 23 Mill Cove | | | | 11/4/2015 | 18,833.71 | CAD | - |
| Brett Duncavage | | | | | | 11/6/2015 | 11,260.01 | USD | - |
| Brett Duncavage | | | | | | 11/6/2015 | 3,321.51 | USD | - |
| | Aminian Business Services, Inc | | | | | | | | |
| | 50 Tesla | | | | | | | | |
| | Irvine CA 92618 | | | | | | | | |
| Aminian Business Services, Inc | United States | 50 Tesla | | | | 11/9/2015 | 245.00 | USD | - |
| Stubbs Alderton & Markiles (Rdio Inc.) | 15260 Ventura Blvd. 20th Fl | | Sherman Oaks | CA | 91403 | 11/10/2015 | 75,000.00 | USD | 124,306.37 |
| | Bruno Vieira | | | | | | | | |
| Bruno Vieira | United States | | | | | 11/12/2015 | 17,237.33 | USD | - |

Case: 15-31430   Doc# 123   Filed: 12/11/15   Entered: 12/11/15 18:00:14   Page 202 of 209

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Clayton Light | | | | | | | |
| | Napa CA 94558 | | | | | | | |
| Clayton Light | United States | | | | | 11/12/2015 | 8,500.00 USD | - |
| | Gary Yu | | | | | | | |
| | 8 Baypark Circle | | | | | | | |
| | South San Francisco CA 94080 | | | | | | | |
| Gary Yu | United States | 8 Baypark Circle | | | | 11/12/2015 | 10,600.00 USD | - |
| | Jesse Dawson | | | | | | | |
| | 3328 Napoleon Ave | | | | | | | |
| | New Orleans LA 70125 | | | | | | | |
| Jesse Dawson | United States | 3328 Napoleon Ave | | | | 11/12/2015 | 21,234.28 USD | - |
| | Sean Fernie | | | | | | | |
| | 23 Mill Cove | | | | | | | |
| | Toronto ON M8X 2S7 | | | | | | | |
| Sean Fernie | Canada | 23 Mill Cove | | | | 11/12/2015 | 14,191.11 USD | - |
| | Benjamin Gramlich | | | | | | | |
| | 3719 Columbus Ave | | | | | | | |
| | Apt 201 | | | | | | | |
| | Minneapolis MN 55407 | | | | | | | |
| Benjamin Gramlich | United States | 3719 Columbus Ave | Apt 201 | | | 11/12/2015 | 10,921.00 USD | - |
| Alhambra | PO Box 660579 | | Dallas | TX | 75266-0579 | 11/12/2015 | 106.46 USD | 0.00 |
| | Minnesota Child Support Payment Center | | | | | | | |
| | PO Box 64306 | | | | | | | |
| | St. Paul MN 55164-0306 | | | | | | | |
| Minnesota Child Supp | United States | PO Box 64306 | | | | 11/12/2015 | 1,079.00 USD | - |
| | National Student Clearinghouse | | | | | | | |
| | 2300 Dulles Station Blvd | | | | | | | |
| | Ste 300 | | | | | | | |
| | Herndon VA 20171-3280 | | | | | | | |
| National Student Clearinghouse | United States | 2300 Dulles Station Blvd | Ste 300 | | | 11/12/2015 | 315.00 USD | - |
| Comcast | PO Box 34744 | | Seattle | WA | 98124-1744 | 11/12/2015 | 354.45 USD | - |
| | Goldin Solutions | | | | | | | |
| | 928 Broadway | | | | | | | |
| | Suite 900 | | | | | | | |
| | New York NY 10010 | | | | | | | |
| Goldin Solutions | United States | 928 Broadway | Suite 900 | | | 11/12/2015 | 26,000.00 USD | - |
| | Department of Labor & Industries WA | | | | | | | |
| | PO BOX 24106 | | | | | | | |
| | Seattle WA 98124-6524 | | | | | | | |
| Department of Labor WA | United States | PO BOX 24106 | | | | 11/12/2015 | 145.19 USD | - |
| | Karl Frankowski | | | | | | | |
| | 2938 Ulysses St NE | | | | | | | |
| | Minneapolis MN 55418 | | | | | | | |
| Karl Frankowski | United States | 2938 Ulysses St NE | | | | 11/12/2015 | 28,000.00 USD | - |
| | Premier Staffing, Inc. | | | | | | | |
| | Premier Staffing, Inc. | | | | | | | |
| | PO Box 398237 | | | | | | | |
| | San Francisco CA 94139-8237 | | | | | | | |
| Premier Staffing, Inc | United States | Premier Staffing, Inc. | PO Box 398237 | | | 11/12/2015 | 434.00 USD | - |
| | Swapnil Shinde | | | | | | | |
| | 487 Tristania Terrace | | | | | | | |
| | Sunnyvale CA 94086 | | | | | | | |
| Swapnil Shinde | United States | 487 Tristania Terrace | | | | 11/12/2015 | 10,000.00 USD | - |
| | Snehal Shinde | | | | | | | |
| | 486 Torrey Pine Terrace | | | | | | | |
| | Sunnyvale CA 94086 | | | | | | | |
| Snehal Shinde | United States | 486 Torrey Pine Terrace | | | | 11/12/2015 | 10,000.00 USD | - |
| | StessCo Consulting Group LLC | | | | | | | |
| | 600 5th St. | | | | | | | |
| | Petaluma CA 94952 | | | | | | | |
| StessCo Consulting Group LLC | United States | 600 5th St. | | | | 11/12/2015 | 5,173.25 USD | - |

| Name | Address / Country | Address 2 | City | State | Zip | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | Zelnick & Erickson, P.C. t/a Erickson Immigration Group | | | | | | | |
| | 4401 Wilson Blvd Suite 920 | | | | | | | |
| | Arlington VA 22203 | | | | | | | |
| Zelnick & Erickson, P.C. t/a Erickson Immigration Group | United States | 4401 Wilson Blvd Suite 920 | | | | 11/12/2015 | 26.28 USD | - |
| | Bryan Bean | | | | | | | |
| | 238 Boulton Ave. | | | | | | | |
| | Toronto ON M4M 2K1 | | | | | | | |
| Bryan Bean | Canada | 238 Boulton Ave. | | | | 11/12/2015 | 13,093.88 CAD | - |
| Sean Flynn | | | | | | 11/13/2015 | 3,590.66 USD | - |
| Sean Flynn | | | | | | 11/13/2015 | 3,754.28 USD | - |
| Sean Flynn | | | | | | 11/13/2015 | 6,332.00 USD | - |
| | Sean Fernie | | | | | | | |
| | 23 Mill Cove | | | | | | | |
| | Toronto ON M8X 2S7 | | | | | | | |
| Sean Fernie | Canada | 23 Mill Cove | | | | 11/13/2015 | 542.57 USD | - |
| | Snehal Shinde | | | | | | | |
| | 486 Torrey Pine Terrace | | | | | | | |
| | Sunnyvale CA 94086 | | | | | | | |
| Snehal Shinde | United States | 486 Torrey Pine Terrace | | | | 11/13/2015 | 5,000.00 USD | - |
| | Swapnil Shinde | | | | | | | |
| | 487 Tristania Terrace | | | | | | | |
| | Sunnyvale CA 94086 | | | | | | | |
| Swapnil Shinde | United States | 487 Tristania Terrace | | | | 11/13/2015 | 5,000.00 USD | - |
| Warner Music Group | 3400 W. Olive Ave | Mail Stop P-4-14 | Burbank | CA | 91505 | 11/13/2015 | 75,000.00 USD | 432,909.22 |
| Shorty Goldstein's | 126 Sutter St | | San Francisco | CA | 94104 | 11/13/2015 | 1,471.94 USD | - |
| 807 Broadway Revival | 2424 Kennedy Street NE Minneapolis, MN 55413 | | | 0 | 0 0 | 11/13/2015 | 1,742.00 USD | - |
| | Aaron Espinoza and Associates | | | | | | | |
| | 5431 Dahlia Drive | | | | | | | |
| | Los Angeles CA 90041 | | | | | | | |
| Aaron Espinoza | United States | 5431 Dahlia Drive | | | | 11/13/2015 | 700.00 USD | - |
| Canteen Refreshment | File # 50196 | | Los Angeles | CA | 90074-0196 | 11/13/2015 | 6,102.49 USD | 5,498.78 |
| Chef Software Inc. | 619 Western Ave | Suite 400 | Seattle | CA | 98104 | 11/13/2015 | 9,600.00 USD | 9,600.00 |
| Akamai Technologies, Inc. | General Post Office | PO Box 26590 | New York | NY | 10087-6590 | 11/13/2015 | 14,851.54 USD | 38,456.88 |
| American Express | | | | | | 11/6/2015 | 264,175.06 | |
| Ed McCardell | | | | | | 11/16/2015 | 4,408.03 USD | - |
| CSI | | | | | | 11/16/2015 | 30,032.40 USD | - |
| | Moelis & Company LLC | | | | | | | |
| | 399 Park Ave | | | | | | | |
| | 5th Floor | | | | | | | |
| | New York NY 10022 | | | | | | | |
| Moelis & Company LLC | United States | 399 Park Ave | 5th Floor | | | 11/16/2015 | 100,000.00 USD | - |
| | Moelis & Company LLC | | | | | | | |
| | 399 Park Ave | | | | | | | |
| | 5th Floor | | | | | | | |
| | New York NY 10022 | | | | | | | |
| Moelis & Company LLC | United States | 399 Park Ave | 5th Floor | | | 11/16/2015 | 10,000.00 USD | - |

**Rdio, Inc.: Case Number 15-31430**

## Attachment 7 to Statement of Financial Affairs

1. The Debtor is party to a Joint Venture ("JV") with Rádio e Televisão Bandeirantes Ltda. ("Band"). A former employee of Band, Massimo Tiso, has made employment related claims against both Band and the JV. Mr. Tiso was never in an employment relationship with the JV and his wages were paid by Band, however Mr. Tiso did perform administrative tasks for the JV and he was identified in the JV's organizational documents (including the Articles), and in a JV business plan attached as an annex to the JV's platform agreement. If Mr. Tiso has any employment related claims, the Debtor considers them more appropriately directed at Band than the JV, and accordingly, the Debtor is allowing preliminary discussions with Mr. Tiso to be handled by Band's local attorneys. Mr. Tiso's initial demand was for an amount less than $250,000. The Debtor continues to monitor the situation for purposes of avoiding any potential JV liability.

2. In Germany there is a statutory process for settling out infringing claims, with nominal court fees payable. One such claim currently being handled is related to Cugate. The Cugate matter was a content rights infringement claim (made against Rdio Sarl and not the Debtor) with respect to two albums made available on Rdio. These two albums were delivered to the Debtor from two major content aggregators. The claim was settled after the Debtor removed the content from the service and paid the fees demanded (c. EUR 1,400). The two content aggregators involved indemnified the Debtor from those fees on a 50/50 basis.

Rdio, Inc: Case Number 15-31430
**ATTACHMENT 30 TO STATEMENT OF FINANCIAL AFFAIRS**

11/16/14 through 11/15/15

| Exec | Wages only | Bonus | Severance | Expense Reimbursements | Benefits (Rdio-Paid Premiums)/month |
|---|---|---|---|---|---|
| Bay, Anthony | $ 400,000.00 | $ 200,000.00 | | $ 24,742.03 | $ 21,474.12 |
| Grare, Maikao | $ 245,251.10 | $ 70,875.00 | | $ 598.74 | $ 21,474.12 |
| Marc Ruxin | $ 148,958.29 | $ 271,939.90 | 114,583.35 | $ 226.75 | $ 21,642.07 |

The information set forth herein, and the individuals listed herein, by the Debtor, does not constitute an admission that the individuals listed herein are insiders of the Debtor.

# United States Bankruptcy Court
## Northern District of California

In re    __Rdio, Inc.__ _____

                Debtor(s)

Case No.    __15-31430__

Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Please see attached list of shareholders**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Senior Vice President of Finance** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __12/11/2015__ _____

Signature _____
            **Maikao Grare**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Rdio, Inc.**
**Stockholder List**

| Shareholder | Stock Certificate | Number of Shares |
|---|---|---|
| Ian McKellar | CS-003 | 1,000 |
| Todd Berman | CS-004 | 10,292 |
| Manish Singh | CS-005 | 2,352 |
| Craig Kimerer | CS-006 | 3,292 |
| Sony Music Entertainment | CS-011 | 101,085 |
| Sony Music Entertainment | CS-012 | 25,271 |
| Warner Music, Inc. | CS-013 | 75,814 |
| Andrei Soroker | CS-015 | 2,058 |
| Manish Singh | CS-016 | 470 |
| Joshua Miller | CS-017 | 1,176 |
| Universal Music Investments, Inc. | CS-018 | 79,921 |
| Andrew Larner | CS-019 | 21,995 |
| Eric Case | CS-022 | 588 |
| Todd Berman | CS-024 | 4,410 |
| Joshua Miller | CS-025 | 588 |
| Eric Case | CS-026 | 147 |
| Eric Fikus | CS-027 | 735 |
| Matthew Crocker | CS-028 | 882 |
| Matthew Crocker | CS-029 | 2,353 |
| Joshua Miller | CS-030 | 294 |
| Tracy Peterson | CS-031 | 125 |
| Stephen Lau | CS-032 | 588 |
| Craig Kimerer | CS-033 | 1,880 |
| Eric Case | CS-034 | 147 |
| Tracy Peterson | CS-035 | 31 |
| Eric Case | CS-037 | 147 |
| Tracy Peterson | CS-038 | 31 |
| Todd Berman | CS-039 | 14,307 |
| Joshua Miller | CS-040 | 588 |
| Andrei Soroker | CS-041 | 1,764 |
| Eric Case | CS-042 | 147 |
| Brian Ferrell | CS-043 | 1,323 |
| Universal International Music B.V. | CS-044 | 82,133 |
| Eric Fikus | CS-045 | 588 |
| Andrew Larner | CS-046 | 25,662 |
| Justin Tulloss | CS-047 | 1,029 |
| Manish Singh | CS-048 | 3,290 |
| April Buchert | CS-049 | 218 |
| Vivian Thorne | CS-050 | 156 |
| Madelyn Taylor | CS-051 | 187 |
| Wilson Miner | CS-052 | 2,940 |
| Joshua Miller | CS-054 | 882 |
| April Buchert | CS-055 | 62 |
| Ian McKellar | CS-056 | 1,323 |
| Carter Adamson | CS-057 | 51,470 |
| Carter Adamson | CS-058 | 15,441 |
| Carter Adamson | CS-059 | 15,441 |
| Microsoft Global Finance | CS-060 | 236,632 |
| Justin Tulloss | CS-062 | 294 |
| Pulser Media, Inc. | CS-063 | 2,985,966 |
| | | |
| TOTAL OUTSTANDING: | | 3,779,514 |

# United States Bankruptcy Court
## Northern District of California

In re __Rdio, Inc.__

Debtor(s)

Case No. __15-31430__

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Rdio, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Pulser Media, Inc.

☐ None [*Check if applicable*]

12/11/2015

Date

**Maikao Grare**
Senior Vice President of Finance

# United States Bankruptcy Court
## Northern District of California

In re    **Rdio, Inc.**                      Case No.    **15-31430**

Debtor(s)                Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am a managing partner of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB")- the attorney for the above named debtor(s) and that compensation paid to LNBYB within one year before the filing of the petition in bankruptcy, or agreed to be paid to LNBYB, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, LNBYB has agreed to accept | $ | **85,000*** |
| Prior to the filing of this statement LNBYB has received | $ | **85,000*** |
| Balance Due | $ | **0.00** |

2.   All of the filing fee has been paid.

3.   The source of the compensation paid to LNBYB was:

     ☑ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to LNBYB is:

     ☑ Debtor     ☐ Other (specify):

5.   ☑ LNBYB has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of LNBYB.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, LNBYB has agreed to render legal service for all aspects of the bankruptcy case, as set forth in that certain "Application Of Debtor And Debtor In Possession to Employ Levene, Neale, Bender, Yoo & Brill L.L.P. As Bankruptcy Counsel" (the "Employment Application").

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **See Employment Application for excluded services.**

**\* This sum is just the pre-bankruptcy retainer. The Debtor will be liable to LNBYB, and LNBYB will seek to be paid from the estate, for all post-petition fees and expenses in excess of the retainer.**

| CERTIFICATION |
|---|
|      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to LNBYB for representation of the debtor(s) in this bankruptcy proceeding. |

**December 11, 2015**                 /s/ Ron Bender

*Date*                                   **Ron Bender 143364**

                                        *Signature of Attorney*

                                        **Levene, Neale, Bender, Yoo & Brill L.L.P.**
                                        **10250 Constellation Blvd.**
                                        **Suite 1700**
                                        **Los Angeles, CA 90067**
                                        **(310) 229-1234**

                                        *Name of law firm*