Signed and Filed: July 25, 2016



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

Donald W. Fitzgerald (State Bar No. 095348)
Paul J. Pascuzzi (State Bar No. 148810)
Jason E. Rios (State Bar No. 190086)
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone:   (916) 329-7400
dfitzgerald@ffwplaw.com
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com

Glenn D. Pomerantz (State Bar No. 112503)
Melinda E. Lemoine (State Bar No. 235670)
Kuruvilla J. Olasa (State Bar No. 281509)
(Admission to N.D. Cal. Pending)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
glenn.pomerantz@mto.com
melinda.lemoine@mto.com
kuruvilla.olasa@mto.com

Richard Stern (NY Bar #1668060) *Pro Hac Vice*
Stephan E. Hornung (NY Bar #4599379) *Pro Hac Vice*
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, NY 10036
Telephone:   (212) 597-8200
stern@lsellp.com
horning@lsellp.com

Attorneys for Sony Music Entertainment and
Orchard Enterprises NY, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 15-31430 |
| RDIO, INC., | Chapter 11 |
| Debtor. | **ORDER DIRECTING THE PRODUCTION OF DOCUMENTS BY RDIO, INC. AND ORAL EXAMINATIONS OF PERSONS MOST KNOWLEDGABLE FOR RDIO, INC. PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

The Court has considered the motion (the "Motion") filed by Sony Music Entertainment ("Sony Music") for entry of an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2004-1, directing the production of documents by Rdio, Inc. ("Rdio") and oral testimony of the persons most knowledgeable of Rdio ("PMKs"), regarding the following areas of inquiry, as detailed further in the attached Exhibit A:

1. Rdio's agreements and negotiations for license agreements with Universal Music Group ("UMG"), Warner Music Group ("WMG"), Sony Music, Orchard, MERLIN, INGrooves Music Group, and the next two largest providers of sound recordings over the life of the Rdio service;

2. Rdio's use of, or references to "Most Favored Nations" clauses ("MFNs"), including any consideration of the operation of MFNs (e.g., whether they have been triggered, whether terms need to be changed because MFNs have been or would be triggered); and any reference to MFNs in the course of negotiations with licensees;

3. The bases for Rdio's allegations that it has "valuable antitrust claims" against Sony Music and Orchard;

4. The process for identifying, collecting and producing documents in response to the Rule 2004 Exam Order.

This list is non-exhaustive, and is meant to be illustrative of the topics Sony Music intends to address in connection with its Rule 2004 examinations of Rdio, and this order shall not preclude the Debtor from seeking examination of additional person or persons.

Proper notice of the Motion having been provided and good cause appearing therefor, this Court orders as follows:

1. The Motion is granted.

2. Rdio shall produce and permit inspection of all documentation in the possession, custody or control of Rdio, including their respective agents, officers, and employees, listed in Exhibit "A" hereto (the "Documents") by delivering the Documents to the offices of Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (the "Examination

Location"), no later than twenty-one (21) business days after the entry of this Order, or at another time mutually agreed to by the parties.

3. Rdio shall produce at the Examination Location the person(s) most knowledgeable regarding the Documents and the matters listed above for an oral examination within sixty (60) calendar days from the entry of this Order or as otherwise agreed by counsel for Rdio and Sony Music.

**END OF ORDER**

# EXHIBIT "A"

# DEFINITIONS

**A.** "**Antitrust Claims**" refers to the claims of antitrust violations Rdio contends Sony Music is liable for in this matter.

**B.** "**Communications**" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise) and includes all oral and written communications of any nature, type or kind including, but not limited to, any Documents, telephone conversations, discussions, meetings, facsimiles, e-mails, texts, memoranda, and any other medium through which any information is conveyed or transmitted.

**C.** "**Documents**" means and includes all written, recorded, transcribed or graphic matter of every nature, type and kind, however and by whoever produced, reproduced, disseminated or made. This includes, but is not limited to, Communications, phone records, electronically stored information, "writings" as defined by Rule 1001 of the Federal Rules of Evidence, copies or drafts, and any tangible or intangible thing or item that contains any information. Any Document that contains any comment, notation, addition, insertion, or marking of any type or kind which is not part of another Document, is to be considered a separate Document.

**D.** "**MFN**" means a "most favored nation" clause, or any term or clause intended to achieve comparable terms, including with regard to pricing, pricing results, equity, or promotional or marketing opportunities.

**E.** "**MERLIN**" means the Merlin Network B.V., its current and former parents, subsidiaries, affiliates, divisions, predecessors, officers, directors, agents, employees, representatives, and any other person acting on their behalf.

**F.** "**Orchard**" means Orchard Enterprises NY, Inc., its current and former parents, subsidiaries, affiliates, divisions, predecessors, officers, directors, agents, employees, representatives, and any other person acting on their behalf.

**G.** "**Rdio**" means Rdio, Inc., its parents, subsidiaries, affiliates, divisions, predecessors, officers, directors, agents, employees, representatives, and any other person acting on their behalf .

**H.** "**Sony Music**" means Sony Music Entertainment.

**I.** "**UMG**" means Universal Music Group, along with any UMG entity Rdio has contracted with and/or that Rdio contends was a part of any allegations that support its Antitrust Claims, including but not limited to Universal Music Group International, and all of their current and former parents, subsidiaries, affiliates, divisions, predecessors, officers, directors, agents, employees, representatives, and any other person acting on their behalf.

**J.** "**WMG**" means Warner Music, Inc., along with any WMG entity Rdio has contracted with and/or that Rdio contends was a part of any allegations that support its Antitrust Claims, including but not limited to WEA International Inc., Warner Music Brasil LTDA., and all of their current and former parents, subsidiaries, divisions, predecessors, officers, directors, affiliates, agents, employees, representatives, and any other person acting on their behalf.

**K.** "**INGrooves**" means INGrooves Music Group, and all of its current and former parents, subsidiaries, divisions, predecessors, officers, directors, affiliates, agents, employees, representatives, and any other person acting on its behalf.

1  **L.**  "**You**" and "**Your**" mean and refer to Rdio, including without limitation, their members, managers, officers, directors, shareholders, employees, agents, attorneys, accountants, security personnel (including third party contractors), representatives, predecessors in interest or other persons acting or who purport to act or have acted or have purported to act on Your behalf.

# Documents To Be Produced

## INSTRUCTIONS

1. When answering the requests herein, You are required to furnish all information that is known or available to You, Your attorneys, or to any investigators, employees, agents or other persons acting on Your behalf. If after making a reasonable investigation, You are still unable to respond fully to such request, You are required to answer to the fullest extent possible, specifying its reasons for Your inability to answer the request.

2. Each request shall be accorded a separate answer, and each subpart of any request shall be accorded a separate answer. Requests or subparts thereof shall not be combined for the purpose of supplying a common answer.

### Possession, Custody or Control

3. A Document is deemed to be in Your possession, custody or control if it is in Your actual possession or custody, or if it is in the custody of another person and You own the Document in whole or in part, or have a right to inspect, examine or copy such Document, or have any express or implied understanding that You may use, inspect, examine or copy such Document when or if You seek to do so.

4. If You know of the existence, past or present, of any Documents described herein, but are unable to produce such Documents because they are not presently in Your possession, custody of control (including the possession, custody or control of Your agents), You shall so state in Your response and shall identify (by name, address and telephone number) the person or entity in whose possession, custody or control the Document was last known to reside.

### Organization of Production

5. You are to produce the Documents called for herein as they are kept in the usual course of business, or to organize and label them to correspond with the information sought in the requests.

### Explanation for Not Producing a Document

6. If You decline to produce any requested Document, state with respect to each such Document whether You decline to produce it because:

    (a) You claim it is privileged;

    (b) It never existed;

    (c) It once existed but no longer can be located;

    (d) It has been destroyed; or

    (e) Other specified reasons.

### Claims of Privilege

7. If any Communications or Documents that are requested in response to these requests are claimed to be privileged, identify such Documents by giving the date, subject matter, author, addressee, where made or created, persons to whom copies were furnished and to whom the substance of the Documents was communicated, and the privilege claimed.

31495206.1                                              -1-

### Documents that are Lost, Discarded or Destroyed

8. In the event that any of the Documents that would have been responsive to these requests have been lost, discarded or destroyed, the Document so lost, discarded or destroyed shall be identified as completely as possible in Your response to the particular request, including, without limitation, the following information:

    (a)    Date, content, author(s) and recipient(s) of the Documents;

    (b)    Manner of disposal and persons or entity disposing of the Documents;

    (c)    When and why such Documents were disposed of or destroyed;

    (d)    The information contained in such Documents;

    (e)    Any person or entity having knowledge as to the contents of such Documents;

    (f)    The name, address, and telephone number of the person or entity in whose possession, custody or control the Document was last known to reside;

    (g)    Any person or entity having knowledge of the circumstances under which such Documents were destroyed.

### Continuing Request

9. These requests shall be deemed continuing so as to require further and supplemental production of Documents if You obtain or discover additional Documents between the time of initial production and later events.

31495206.1
-2-

# DOCUMENTS TO BE PRODUCED

# DOCUMENT REQUESTS

1. Rdio's license agreements with UMG, WMG, MERLIN, INGrooves, and the next two largest providers of sound recordings to Rdio over the life of the service (other than Sony Music or Orchard).

2. Documents reflecting Rdio's consideration or discussion of any MFNs in its license agreements with Sony Music, Orchard, UMG, WMG, MERLIN, INGrooves and/or the other content providers identified in Document Request No. 1, including (a) Documents, relating to whether MFNs were or were not triggered, including but not limited to any Documents relating to audits that considered whether such MFNs had been triggered and any Documents relating to whether the terms of agreements need to be changed because an MFN had been triggered; (b) Documents discussing or showing Rdio's use of an MFN with one record company as a reason, excuse, or justification to not agree to a term or license fee requested by another record company or to convince a record company to accept a term or license fee.

3. The Documents that support the following representations Rdio made to the Court at the July 6, 2016, hearing:

    a. Rdio's "very vast experience with the labels has signaled to them in great significant strides that there has been collusive conduct" among the labels.

    b. There has been "price parity across the board" and there "has been price parity across the board by all of the labels in terms of percentages of revenues."

    c. The "terms of the [record companies'] contracts themselves are not identical."

    d. Rdio is in bankruptcy because the labels "collusively priced [it] out."

    e. Rdio has "heard comments from [record company] representatives that suggest collusive conduct."

# TOPICS OF ORAL EXAMINATION

Sony Music shall obtain the oral testimony of the persons most knowledgeable of Rdio, in connection with, among others, the following matters:

1. Rdio's agreements and negotiations for license agreements with UMG, WMG, Sony Music, Orchard, MERLIN, INGrooves, and the next two largest providers of sound recordings over the life of the Rdio service;

2. Rdio's use of, or references to MFNs, including any consideration of the operation of MFNs (e.g., whether they have been triggered, whether terms need to be changed because MFNs have been or would be triggered); and any reference to MFNs in the course of negotiations with licensees;

3. The bases for Rdio's allegations that it has "valuable antitrust claims" against Sony Music and Orchard;

4. The process for identifying, collecting and producing documents in response to the Rule 2004 Exam Order.

This list is non-exhaustive, and is meant to be illustrative of the topics Sony Music intends to address in connection with its Rule 2004 examinations of Rdio.