1  RON BENDER (SBN 143364)
   PHILIP A. GASTEIER (SBN 130043)
2  KRIKOR J. MESHEFEJIAN (SBN 255030)
   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone: (310) 229-1234
5  Facsimile: (310) 229-1244
   Email: rb@lnbyb.com; pag@lnbyb.com; kjm@lnbyb.com
6  Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 15-31430 |
| RDIO, INC., | Chapter 11 |
| Debtor. | **SUPPLEMENTAL FILING IN SUPPORT OF DEBTOR'S PLAN OF REORGANIZATION DATED AUGUST 18, 2016** |
| | Plan Confirmation Hearing: |
| | Date: September 27, 2016 |
| | Time: 11:00 a.m. |
| | Place: U.S. Bankruptcy Court |
| | Courtroom 17 |
| | 450 Golden Gate Ave., 16th Floor |
| | San Francisco, CA 94102 |
| | Judge: The Hon. Dennis Montali |

In accordance with Sections 1129(a)(5)(A) and 1129(a)(5)(B) of the Bankruptcy Code, Rdio, Inc., chapter 11 debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Debtor") and the proponent of the Debtor's Plan of Reorganization Dated August 18, 2016 filed as Docket Number 398 (the "Plan"), hereby discloses the identity and affiliations of any individual proposed to serve, after confirmation of the Plan, as a director, officer or voting trustee of the debtor . . . or a successor to the Debtor under the plan, and discloses the identity of any insider that will be employed or retained by the Reorganized Debtor, and the nature of any compensation for such insider.

Directors:

Anthony Bay – no compensation for serving as an initial director of the Reorganized Debtor.

Peter Kravitz – no compensation for serving as an initial director of the Reorganized Debtor.

Officers:

Anthony Bay – President and Chief Executive Officer of the Reorganized Debtor with initial compensation consisting of a $200,000 per annum salary plus regular insurance benefits.

Elliott Peters – Senior Vice President and General Counsel of the Reorganized Debtor with initial compensation consisting of a $142,500 per annum salary plus regular insurance benefits.

Maiko Grare - Senior Vice President of Finance of the Reorganized Debtor with initial compensation consisting of a $135,000 per annum salary plus regular insurance benefits.

Dated: September 16, 2016

Presented By:

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: */s/ Ron Bender*
    RON BENDER
    PHILIP A. GASTEIER
    KRIKOR J. MESHEFEJIAN
    Attorneys for Chapter 11
    Debtor and Plan Proponent

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document: **SUPPLEMENTAL FILING IN SUPPORT OF DEBTOR'S PLAN OF REORGANIZATION DATED AUGUST 18, 2016** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 16, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender    rb@lnbyb.com
- Andrea Cheuk    acheuk@teslamotors.com, scastro@teslamotors.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Robert A. Franklin    Franklin.Robert@Dorsey.com, bobf_94303@yahoo.com
- Philip A. Gasteier    pag@lnbrb.com
- Julie M. Glosson    julie.m.glosson@usdoj.gov
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stephan Hornung    hornung@lsellp.com
- Thomas T. Hwang    Hwang.Thomas@Dorsey.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Monica Y. Kim    myk@lnbyb.com
- Andy S. Kong    kong.andy@arentfox.com
- Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com
- Annie Li    annie.li@skadden.com, Brigitte.Travaglini@skadden.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Thor D. McLaughlin    tmclaughlin@allenmatkins.com
- Krikor J. Meshefejian    kjm@lnbyb.com
- Stephen T. O'Neill    ONeill.Stephen@Dorsey.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- J. Alexandra Rhim    arhim@hrhlaw.com
- Richard A. Rogan    rrogan@jmbm.com, jb8@jmbm.com
- Jason Rosell    jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Jane K. Springwater    jspringwater@friedmanspring.com
- Michael St. James    ecf@stjames-law.com
- Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com

**2. SERVED BY UNITED STATES MAIL**: On **September 16, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

Case: 15-31430    Doc# 420    Filed: 09/16/16    Entered: 09/16/16 09:24:36    Page 4 of 5

| | |
|---|---|
| 1 | **3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 16, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed. |

**Served by Overnight Mail**
The Hon. Dennis Montali
U.S Bankruptcy Court
450 Golden Gate Avenue, 16th Floor
Courtroom 17
San Francisco, CA 94102

☐ *E-mail Service information continued on attached pages*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 16, 2016 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Case: 15-31430   Doc# 420   Filed: 09/16/16   Entered: 09/16/16 09:24:36   Page 5 of 5