```
RON BENDER (SBN 143364)
PHILIP A. GASTEIER (SBN 130043)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; pag@lnbyb.com; kjm@lnbyb.com
Attorneys for Chapter 11 Debtor and Debtor in Possession
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 15-31430 |
| RDIO, INC., | Chapter 11 |
| Debtor. | **DECLARATION OF ELLIOTT PETERS IN SUPPORT OF CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION DATED AUGUST 18, 2016** |
| | <u>Plan Confirmation Hearing:</u><br>Date: September 27, 2016<br>Time: 11:00 a.m.<br>Place: U.S. Bankruptcy Court<br>      Courtroom 17<br>      450 Golden Gate Ave., 16th Floor<br>      San Francisco, CA 94102<br>Judge: The Hon. Dennis Montali |

# DECLARATION OF ELLIOTT PETERS

I, Elliott Peters, hereby declare as follows:

1. Unless indicated to the contrary, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am the Senior Vice President and General Counsel of Rdio, Inc., Chapter 11 Debtor and Debtor in Possession (the "Debtor"). I have held that position since August 7, 2013. As a result, I have acquired detailed knowledge of the Debtor's business and financial affairs.

3. I submit this Declaration in support of the confirmation of the Debtor's Plan of Reorganization Dated August 18, 2016 ("Plan"). All defined terms used in this Declaration that are not defined in this Declaration but that are defined in the Plan and/or the Disclosure Statement shall have the same meanings as used in the Plan and/or Disclosure Statement.

4. The Court entered the sale order and related findings of fact and conclusions of law on December 22, 2015, and the Debtor's sale to Pandora closed on December 23, 2015. Pandora's base purchase price was $75.0 million. After taking into account the deposit of $11,250,000 which was paid into escrow (the "Escrowed Funds") as was required by Pandora to protect Pandora against any claims made against Pandora by creditors of the Debtor, the total net sum of $63,750,000 was delivered to the Debtor at the sale closing, which the Debtor deposited into its general operating account. After adding to this figure the Debtor's cash on hand as of the sale closing and deducting from this figure repayment of the post-petition loan to Iconical II and all of the Debtor's paid expenses pursuant to the approved budgets and other Court orders, I am advised that as of August 2, 2016 the Debtor was holding a total of approximately $54.2 million (exclusive of the $11.25 million of Escrowed Funds) (the "Estate Funds"). The Debtor has continued and will continue to pay the estate's expenses (including

2

the professional fees incurred by counsel to the Prepetition Secured Creditors) in accordance with approved budgets out of the Estate Funds.

5. The remaining balance of Estate Funds together with all funds ultimately paid to the Debtor from the Escrowed Funds and any and all recoveries obtained by the Debtor from the pursuit of any causes of action will serve as the source of funding for all payments required to be made under the Plan.

6. At Pulser's instruction, the Debtor filed a pleading on September 16, 2016 as Docket Number 420 that sets forth the initial officers and directors of the Reorganized Debtor. On behalf of the Debtor, I submit that this is consistent with the interests of creditors and equity security holders and with public policy, and that only Pulser is affected by any of this and Pulser has approved it. The Creditors Trust will be formed for the benefit of unsecured creditors for the purposes of, among other things, holding and ultimately distributing the $5.5 million Unsecured Creditors Fund. The Creditors Trust Agreement was drafted by counsel to the Creditors' Committee, and the Creditors Trustee has been selected by the Creditors' Committee, all of which I submit is consistent with the interests of creditors, equity security holders and public policy.

7. The Debtor has proposed the Plan in good faith. The Plan is the result of months of intensive negotiations between the Debtor, Pulser, the Sony Parties, Warner, Universal and the Committee that the Debtor believes strikes a fair balance among the various constituents.

8. None of the professionals employed in the Debtor's bankruptcy case will be paid their outstanding post-petition fees and expenses until such fees and expenses have been approved by the Court.

9. To the best of my knowledge, the Debtor does not have any retiree benefits.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 20th day of September, 2016, at San Francisco, California.

_____
ELLIOTT PETERS, Declarant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document: **DECLARATION OF ELLIOTT PETERS IN SUPPORT OF CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION DATED AUGUST 18, 2016** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 21, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender    rb@lnbyb.com
- Andrea Cheuk    acheuk@teslamotors.com, scastro@teslamotors.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Robert A. Franklin    Franklin.Robert@Dorsey.com, bobf_94303@yahoo.com
- Philip A. Gasteier    pag@lnbrb.com
- Julie M. Glosson    julie.m.glosson@usdoj.gov
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stephan Hornung    hornung@lsellp.com
- Thomas T. Hwang    Hwang.Thomas@Dorsey.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Monica Y. Kim    myk@lnbyb.com
- Andy S. Kong    kong.andy@arentfox.com
- Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com
- Annie Li    annie.li@skadden.com, Brigitte.Travaglini@skadden.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Thor D. McLaughlin    tmclaughlin@allenmatkins.com
- Krikor J. Meshefejian    kjm@lnbyb.com
- Stephen T. O'Neill    ONeill.Stephen@Dorsey.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- J. Alexandra Rhim    arhim@hrhlaw.com
- Richard A. Rogan    rrogan@jmbm.com, jb8@jmbm.com
- Jason Rosell    jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Jane K. Springwater    jspringwater@friedmanspring.com
- Michael St. James    ecf@stjames-law.com
- Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **September 21, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**

Case: 15-31430    Doc# 424    Filed: 09/21/16    Entered: 09/21/16 14:13:59    Page 5 of 6

| | |
|---|---|
| 1 | **3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 21, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed. |

**Served by Overnight Mail**
The Hon. Dennis Montali
U.S Bankruptcy Court
450 Golden Gate Avenue, 16th Floor
Courtroom 17
San Francisco, CA 94102

☐ *E-mail Service information continued on attached pages*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 21, 2016 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

Case: 15-31430    Doc# 424    Filed: 09/21/16    Entered: 09/21/16 14:13:59    Page 6 of 6