Entered on Docket
February 27, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1

**BARNES & THORNBURG LLP**    Signed and Filed: February 27, 2017
Paul J. Laurin (SBN 136287)

2

paul.laurin@btlaw.com
Matthew B. O'Hanlon (SBN 253648)

3

matthew.ohanlon@btlaw.com
2029 Century Park East, Suite 300

4

Los Angeles, CA 90067
Telephone: 310-284-3880

5

Facsimile: 310-284-3894

_____

6

Attorneys for Creditor Roku, Inc.    **DENNIS MONTALI**
**U.S. Bankruptcy Judge**

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12   In re:                              Case No. 15-31430

13   RDIO, INC.

                    Debtor.              Chapter Number: 11

14                                       **[PROPOSED] ORDER ON STIPULATION**
                                         **FOR PROTECTIVE ORDER**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

This Court, having read and considered the Stipulation for Protective Order submitted by Creditor Roku, Inc. and Reorganized Debtor RDIO, Inc. (collectively, the "Parties"), and finding good cause therefor, hereby enters the Parties' Stipulation for Protective Order as an order of the Court.

**IT IS SO ORDERED.**

**\*\*END OF ORDER\*\***

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER ON STIPULATION FOR PROTECTIVE ORDER

## COURT SERVICE LIST

| | |
|---|---|
| Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830 | DACA VI LLC<br>1565 Hotel Circle S, #310<br>San Diego, CA 92108 |
| Frank W. DeBorde<br>Morris, Manning and Martin LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Rd., NE<br>Atlanta, GA 30326 | W. Gordon Dobie<br>Winston and Strawn LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601 |
| Christopher M. Dressel<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Dr.<br>Chicago, IL 60606-1720 | Van C. Durrer<br>Skadden, Arps, Slate, Meagher and Flom<br>300 S Grand Ave. #3400<br>Los Angeles, CA 90071-3144 |
| FTI Consulting, Inc.<br>633 W 5th St #1600<br>Los Angeles, CA 90071 | Flatiron Capital, a division of Wells Fargo, N.A.<br>1700 Lincoln St, 12th fl<br>Denver, CO 80203 |
| Andrew Hinkelman<br>c/o Pachuslki Stang Ziehl & Jones<br>150 California Street<br>15th Floor<br>San Francisco, CA 94111 | D. Bruce Hoffman<br>Hunton and Williams LLP<br>2200 Pennsylvania Ave., NW<br>Washington, DC 20037 |
| Carlos Jimenez<br>Moelis & Company LLC<br>1999 Avenue of the Stars, Suite 1900<br>Los Angeles, CA 90067 | Liquidity Solutions, Inc.<br>1 University Plaza, Suite 312<br>Hackensack, NJ 07601 |
| Kyle A. Lonergan<br>McKool Smith, PC<br>1 Bryant Park, 47th Fl<br>New York, NY 10036 | David Mayo<br>Morris, Manning and Martin LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Rd., NE<br>Atlanta, GA 30326 |
| Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N Wacker Dr.<br>Chicago, IL 60606-1720 | New York State Department Of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 |
| Primeshares<br>261 Fifth Ave. 22nd floor<br>New York, NY 10016 | Kari M. Rollins<br>Winston and Strawn LLP<br>200 Park Ave.<br>New York, NY 10166-4193 |
| Routenote, Ltd<br>The School House Offices<br>Devoran, Cornwall<br>TR36QA, UK | SOCAN<br>41 Valleybrook Dr<br>Toronto, ON M3B 256 |

BARNES &<br>THORNBURG LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

COURT SERVICE LIST

| | |
|---|---|
| State Board Of Equalization<br>Special Operations Branch, Mic: 55<br>PO Box 42879<br>Sacramento, CA 94279-0055 | Arden B. Silverman<br>c/o Capital Asset Protection<br>23679 Calabasas Rd., #677<br>Calabasas, CA 91302 |
| Richard Stern<br>Luskin, Stern & Eisler LLP<br>Eleven Times Square<br>8th Ave. & 41st Street<br>New York, NY 10036 | Veronica Syrtash<br>Legal Counsel<br>CMRRA-Sodrac, Inc.<br>56 Wellesley Street West, Suite 320<br>Toronto, Ontario, Canada, M5S 2S3 |
| TR Capital Management, LLC<br>PO BOX 633<br>Woodmere, NY 11598 | Winston & Strawn<br>35 West Wacker<br>Suite 4200<br>Chicago, IL 60601 |
| Benjamin Hoch<br>Law Offices of Dewey Ballantine<br>1301 Ave. of the Americas, 40th Fl.<br>New York, NY 10019-6092 | Elliott Peters<br>1550 Bryant St.<br>San Francisco, CA 94103 |

COURT SERVICE LIST

BARNES &<br>THORNBURG LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES